# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/29/2005 4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CV03-00162KSC

CASE NAME: Mark N. Begley v. County of Kauai, et al.

ATTYS FOR PLA: Christopher Bouslog

ATTYS FOR DEFT: Michael McGuigan
David Minkin

INTERPRETER:

---

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S.C. Chang | REPORTER: | In Chambers - no record |
| DATE: | 12/29/2005 | TIME: | 9:00-9:30am |

---

COURT ACTION: EP: Further Status Conference. Discussion held. Status Conference/Settlement on the Record set 1/11/06 at 9:30am before Judge Chang. Mr. Nawai is allowed to participate by phone and shall contact the court with a contact phone number.

cc: all parties via mail

Submitted by: Shari Afuso, Courtroom Manager

Christopher S. Bouslog
Law Offices of Chris Bouslog
Four Waterfont Plaza Ste 480
500 Ala Moana Blvd Unit 129
Honolulu, HI 96813-4920

Mark R. Zenger
Richards & Zenger
PO Box 3966
Lihue, HI 96766

Michael J. McGuigan
Reinwald O'Connor & Playdon LLP
Pacific Guardian Center Makai Tower
733 Bishop St 24th Floor
Honolulu, HI 96813

John T. Komeiji
Watanabe Ing Kawashima & Komeiji
First Hawaiian Center
999 Bishop St 23rd Flr
Honolulu, HI 96813

David J. Minkin
McCorriston Miller Mukai MacKinnon LLP
Five Waterfront Plaza Ste 400
500 Ala Moana Blvd
Honolulu, HI 96813

David Nawai
P.O. Box 1769
Lihue, Kauai, HI 96766