# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/17/2006 4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV03-00162KSC |
| CASE NAME: | Mark N. Begley v. County of Kauai, et al. |
| ATTYS FOR PLA: | Christopher Bouslog<br>Mark Zenger<br>Plaintiff Mark Begley |
| ATTYS FOR DEFT: | Michael McGuigan<br>David Minkin<br>Defendant David Nawai, Pro Se<br>John Komeiji |
| INTERPRETER: | |

---

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S.C. Chang | REPORTER: | C5 - no record |
| DATE: | 1/17/2006 | TIME: | 1:50-3:00pm |

---

COURT ACTION: EP: Status Conference/Settlement on the Record. Settlement not placed on the record. Discussion held. Counsel to contact the court if a settlement is reached. Final Pretrial Conference remains for 1/24/06.

Submitted by: Shari Afuso, Courtroom Manager