# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/24/2006 4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CV03-00162KSC

CASE NAME: Mark N. Begley v. County of Kauai, et al.

ATTYS FOR PLA: Christopher Bouslog

ATTYS FOR DEFT: Michael McGuigan

INTERPRETER:

---

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S.C. Chang | REPORTER: | C5 - no record |
| DATE: | 1/24/2006 | TIME: | 9:05-9:15am |

---

COURT ACTION: EP: Final Pretrial Conference. Final Pretrial Conference not held. Discussion held regarding jury waived stipulated fact trial. Mr. McGuigan to speak with his client for approval. Counsel to continue dialogue and contact the courtroom managers for Judges Kobayashi and Kurren as to their availability of a jury waived stipulated fact trial.

Final Pretrial Conference continued to 2/7/06 at 9:00am before Judge Chang

Submitted by: Shari Afuso, Courtroom Manager