# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/7/2006 4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CV03-00162KSC

CASE NAME: Mark N. Begley v. County of Kauai, et al.

ATTYS FOR PLA: Christopher Bouslog
Plaintiff Mark Begley

ATTYS FOR DEFT: Michael McGuigan

INTERPRETER:

---

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S.C. Chang | REPORTER: | C5 - no record |
| DATE: | 2/7/2006 | TIME: | 9:00-9:20am |

---

COURT ACTION: EP: Final Pretrial Conference. Final Pretrial Conference held.

Total length of trial - 4 to 5 days

Lay Witnesses:
Plaintiff 5-6
Defendant Curnan 4-5

Expert Witnesses:
Plaintiff 3
Defendant Curnan 1

Voir Dire: 15 minutes each
Peremptory challenges to be made in open court. Counsel allowed 3 peremptory challenges each.

Opening Statements: 30 minutes each

Counsel should be prepared to call their first witness on the first day of jury selection

Any demonstrative tools should be shown to opposing counsel before opening statements

Per Mr. Bouslog, defendant Nawai is still in the case at the current time. Court will attempt to reach Mr. Nawai to set up another Final Pretrial Conference.

Plaintiff Begley has no objection to Mr. Bouslog withdrawing from this case. Mr. Bouslog to circulate a Stipulation. If Mr. McGuigan does not agree, Mr. Bouslog to file a Motion.

All deadlines set out in the 12/16/05 Fourth Amended Rule 16 Scheduling Conference Order remain in full force and effect.

Submitted by: Shari Afuso, Courtroom Manager