# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/9/2006 4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV03-00162KSC |
| CASE NAME: | Mark N. Begley v. County of Kauai, et al. |
| ATTYS FOR PLA: | Christopher Bouslog, by phone<br>Mark Zenger, by phone |
| ATTYS FOR DEFT: | Michael McGuigan, by phone |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S.C. Chang | REPORTER: | C5 - no record |
| DATE: | 2/9/2006 | TIME: | 9:40-9:50am |

COURT ACTION: EP: Status Conference. The court has been unable to contact David Nawai.

The court is in receipt of Plaintiff's Waiver of Trial By Jury. Mr. McGuigan should also submit a waiver of jury trial. If all parties are in agreement to a non-jury trial before Judge Chang, said agreement to be put on the record and a consent filed.

Mr. Nawai would also need to agree to a waiver of jury trial.

Submitted by: Shari Afuso, Courtroom Manager