ORIGINAL

CHRISTOPHER S. BOUSLOG #3087-0
Law Offices of Chris Bouslog
Four Waterfront Plaza, Suite 480
500 Ala Moana Boulevard
Honolulu, Hawaii 96813-4908
Telephone: (808) 550-4995
Facsimile: (808) 550-4996

DONNA E. RICHARDS, #7625
MARK R. ZENGER, #3511
RICHARDS & ZENGER
3016 Umi Street
Suites 204 and 211-B
Lihue, Hawaii 96766
Telephone: (808) 632-0723
Facsimile: (808) 632-0724

Attorneys for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 08 2006

at 10 o'clock and 48 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK N. BEGLEY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI; KAUAI POLICE DEPARTMENT; GEORGE FREITAS; MARTIN W. CURNAN; and DAVID NAWAI;<br><br>Defendants. | CIVIL NO. CV 03-00162 KSC<br><br>**PLAINTIFF MARK N. BEGLEY'S WAIVER OF TRIAL BY JURY; CERTIFICATE OF SERVICE**<br><br>**TRIAL WEEK: MARCH 7, 2006** |

**PLAINTIFF MARK N. BEGLEY'S**
**WAIVER OF TRIAL BY JURY**

Plaintiff MARK N. BEGLEY, by and through his counsel undersigned, hereby waives trial by jury and withdraws his Demand for Jury Trial filed on April 8, 2003.

DATED: Honolulu, Hawaii, February 8, 2006.

MARK R. ZENGER
DONNA E. RICHARDS
CHRISTOPHER S. BOUSLOG
Attorneys for Plaintiff
MARK N. BEGLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK N. BEGLEY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI; KAUAI POLICE DEPARTMENT; GEORGE FREITAS; MARTIN W. CURNAN; and DAVID NAWAI;<br><br>Defendants. | CIVIL NO. CV 03-00162 KSC<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the within will be duly served on the following in the manner described below:

| | Mailed | Delivered |
|---|---|---|
| DAVID J. MINKIN, ESQ.<br>McCorriston Miller Mukai & MacKinnon<br>Five Waterfront Plaza<br>500 Ala Moana Boulevard<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendants<br>COUNTY OF KAUAI and<br>KAUAI POLICE DEPARTMENT | | (X) |

| | Mailed | Delivered |
|---|---|---|
| JOHN KOMEIJI, ESQ.<br>Watanabe Ing & Komeiji<br>First Hawaiian Center, 23rd Floor<br>999 Bishop Street<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendant<br>GEORGE FREITAS | | (X) |
| MICHAEL J. McGUIGAN, ESQ.<br>ELMIRA K. L. TSANG, ESQ.<br>Reinwald O'Connor & Playdon<br>Pacific Guardian Center<br>Makai Tower, Suite 2400<br>733 Bishop Street<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>MARTIN W. CURNAN | | (X) |
| DAVID NAWAI<br>2931 Kalena Street, No. 2<br>Lihue, Hawaii 96766<br><br>Pro Se Defendant | (X) | |

DATED: Honolulu, Hawaii, February 8, 2006.

MARK R. ZENGER
DONNA E. RICHARDS
CHRISTOPHER S. BOUSLOG
Attorneys for Plaintiff
MARK N. BEGLEY