ORIGINAL

cc: KSC

DONNA E. RICHARDS, #7625
MARK R. ZENGER, #3511
RICHARDS & ZENGER
3016 Umi Street
Suites 204 and 211-B
Lihue, Hawaii 96766
Telephone: (808) 632-0723
Facsimile: (808) 632-0724

CHRISTOPHER S. BOUSLOG #3087-0
Law Offices of Chris Bouslog
Four Waterfront Plaza, Suite 480
500 Ala Moana Boulevard
Honolulu, Hawaii 96813-4908
Telephone: (808) 550-4995
Facsimile: (808) 550-4996

Attorneys for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 10 2006

at 9 o'clock and 8 min. A M
SUE BEITIA, CLERK

LODGED

FEB 09 2006
3:40pm

CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK N. BEGLEY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI; KAUAI POLICE DEPARTMENT; GEORGE FREITAS; MARTIN W. CURNAN; and DAVID NAWAI;<br><br>Defendants. | CIVIL NO. CV 03-00162 KSC<br><br>**STIPULATION FOR WITHDRAWAL OF CHRIS BOUSLOG AS CO-COUNSEL FOR PLAINTIFF MARK N. BEGLEY**<br><br>**TRIAL WEEK: MARCH 7, 2006** |

**STIPULATION FOR
WITHDRAWAL OF CHRIS BOUSLOG
AS CO-COUNSEL FOR
PLAINTIFF MARK N. BEGLEY**

It is hereby stipulated and agreed by and between the parties hereto through their respective counsel and with the express consent of Plaintiff Mark N. Begley that pursuant to Local Rule 83.6(b), CHRIS BOUSLOG, shall hereby withdraw as co-counsel for Plaintiff MARK N. BEGLEY.

RICHARDS & ZENGER remain as counsel for Plaintiff MARK N. BEGLEY in the above-entitled action.

DATED: Honolulu, Hawaii, FEB - 9 2006.

SO STIPULATED AND AGREED:

CHRIS BOUSLOG
Attorney for
Plaintiff Mark N. Begley

---

Civil No. CV 03-00162 KSC; BEGLEY v. COUNTY OF KAUAI, et al.; **"STIPULATION FOR WITHDRAWAL OF CHRIS BOUSLOG AS CO-COUNSEL FOR PLAINTIFF MARK N. BEGLEY AND ORDER"**

MICHAEL J. MCGUIGAN
Attorney for
Defendant Martin Curnan

I consent and agree to the withdrawal of Chris Bouslog as my co-counsel in the above-captioned matter:

MARK N. BEGLEY

APPROVED AND SO ORDERED:

Judge of the Above-Entitled Court

---

Civil No. CV 03-00162 KSC; BEGLEY v. COUNTY OF KAUAI, et al.; **"STIPULATION FOR WITHDRAWAL OF CHRIS BOUSLOG AS CO-COUNSEL FOR PLAINTIFF MARK N. BEGLEY AND ORDER"**

MICHAEL J. MCGUIGAN
Attorney for
Defendant Martin Curnan

I consent and agree to the withdrawal of Chris Bouslog as my co-counsel in the above-captioned matter:

MARK N. BEGLEY

APPROVED AND SO ORDERED:

Judge of the Above-Entitled Court

---

Civil No. CV 03-00162 KSC; BEGLEY v. COUNTY OF KAUAI, et al.; **"STIPULATION FOR WITHDRAWAL OF CHRIS BOUSLOG AS CO-COUNSEL FOR PLAINTIFF MARK N. BEGLEY AND ORDER"**