REINWALD O'CONNOR & PLAYDON LLP
A Limited Liability Law Partnership

MICHAEL J. McGUIGAN 2433-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2400
Honolulu, Hawaii 96813
Telephone: (808) 524-8350
Facsimile: (808) 531-8628
Email: mjm@roplaw.com

*Attorneys for Defendants*
*MARTIN W. CURNAN*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK N. BEGLEY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, GEORGE FREITAS, MARTIN W. CURNAN, and DAVID NAWAI,<br><br>Defendants. | CIVIL NO. CV03-00162 DAE KSC<br><br>DEFENDANT MARTIN W. CURNAN'S FINAL COMPREHENSIVE LIST OF WITNESSES; CERTIFICATE OF SERVICE<br><br>Trial Date: March 7, 2006<br><br>Judge: Kevin S. C. Chang |

**DEFENDANT MARTIN W. CURNAN'S FINAL COMPREHENSIVE LIST OF WITNESSES**

DEFENDANT MARTIN W. CURNAN, by and through his attorneys, Reinwald, O'Connor and Playdon LLP, hereby submits the following list of potential witnesses who may be called during the Defendant's case-in-chief.

## I. Lay Witnesses

1. Martin W. Curnan will testify regarding the facts and circumstances of the incident, the issues of liability and damages, and other relevant matters. The estimated time on direct exam will be approximately 2 hours.

2. David Nawai will testify regarding the facts and circumstances of the incident, the issues of liability and damages, and other relevant matters. The estimated time on direct exam will be approximately 2 hours.

3. George Freitas will testify as to liability and damages and all other related matters. The estimated time on direct exam will be approximately 30 minutes.

4. Mark N. Begley will testify regarding the facts and circumstances of the incident, the issues of liability and damages, and other relevant matters. The estimated time on direct exam will be approximately 2 hours.

5. Nadine Begley will testify regarding the facts and circumstances of the incident, the issues of liability and damages, and other relevant matters. The estimated time on direct exam will be approximately 2 hours.

6. Zachary Wilson will testify as to liability and damages and all other related matters. The estimated time on direct exam will be approximately 30 minutes.

7. Buddy Wilson will testify as to liability and damages and all other related matters. The estimated time on direct exam will be approximately 30 minutes.

8. Richard Waalani, Jr. will testify as to liability and damages and all other related matters. The estimated time on direct exam will be approximately 30 minutes.

9. Wilfred Ihu, Deputy Chief of Police, will testify as to liability and damages and all other related matters. The estimated time on direct exam will be approximately 30 minutes.

## II. Expert Witness

1. William T. Tsushima, Ph.D. will testify to his examination of the Plaintiff. He will also testify to the examination and report of Daniel A. Martell, Ph.D. The estimated time on direct exam will be approximately 2 hours.

DATED: Honolulu, Hawaii, February 15, 2006.

/s/
MICHAEL J. McGUIGAN
*Attorney for Defendant*
*MARTIN W. CURNAN*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| MARK N. BEGLEY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, GEORGE FREITAS, MARTIN W. CURNAN, and DAVID NAWAI,<br><br>Defendants. | CIVIL NO. CV03-00162 DAE KSC<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document will be served upon the following parties by U.S. Mail and electronically on the date listed below:

CHRISTOPHER S. BOUSLOG, ESQ.
Law Offices of Chris Bouslog
Four Waterfront Plaza, Suite 480
500 Ala Moana Boulevard
Honolulu, Hawaii 96813

DONNA E. RICHARDS, ESQ.
MARK R. ZENGER, ESQ.
Richards & Zenger
P. O. Box 3966
Lihue, Hawai`i 96766
*Attorneys for Plaintiff*

DAVID J. MINKIN, ESQ.
McCorriston Miller Mukai & MacKinnon
Five Waterfront Plaza
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
*Attorney for Defendants*
*COUNTY OF KAUAI and*
*KAUAI POLICE DEPARTMENT*

JOHN KOMEIJI, ESQ.
Watanabe Ing & Komeiji
First Hawaiian Center, 23rd Floor
999 Bishop Street
Honolulu, Hawaii 96813
*Attorney for Defendant*
*GEORGE FREITAS*

DAVID NAWAI
2931 Kalena Street, Apt. 2
Lihue, Hawai`i 96766
*Pro Se Defendant*

DATED: Honolulu, Hawai`i, February 15, 2006.

/s/
MICHAEL J. McGUIGAN
ELMIRA K.L. TSANG
*Attornesy for Defendant*
*MARTIN W. CURNAN*