# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

**EXHIBIT AND WITNESS LIST**

| | | |
|---|---|---|
| Mark N. Begley v. County of Kauai, Kauai Police Department, George Freitas, Martin W. Curnan, and David Nawai | | CASE NUMBER: CV03-00162 DAE KSC |
| PRESIDING JUDGE<br>Kevin S. C. Chang | PLAINTIFF'S ATTORNEY<br>Christopher S. Bouslog | DEFENDANT'S ATTORNEY<br>Michael J. McGuigan |
| TRIAL DATE(S)<br>March 7, 2006 | COURT REPORTER | COURTROOM DEPUTY |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | A-1 | | Map(s) of the Island of Kauai |
| | | | A-2 | | Resume of William T. Tsushima, Ph.D. |
| | | | A-3 | | Report of William T. Tsushima, Ph.D. dated February 2, 2005 |
| | | | A-4 | | Kauai Police Department Report of Lieutenant Alejandre Quibilan dated June 21, 2002 |
| | | | A-5 | | Kauai Police Department Report of Lieutenant Miles A. Tanabe dated June 21, 2002 |
| | | | A-6 | | Kauai Police Department Report of Lieutenant Scott Yagihara |
| | | | A-7 | | Custodian of Records: Police Records obtained from State of Hawaii, Department of the Attorney General |
| | | | A-8 | | Mark N. Begley’s Response to Defendant Martin W. Curnan’s First Request for Answers to Interrogatories to Plaintiff Mark N. Begley dated June 16, 2004 |
| | | | A-9 | | Deposition Transcript of Mark N. Begley dated November 1, 2005 |
| | | | A-10 | | Deposition Transcript of Nadine Begley dated November 2, 2005 |
| | | | A-11 | | Mark N. Begley Income Tax Returns – 1996 - 2001 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |