REINWALD O'CONNOR & PLAYDON LLP
A Limited Liability Law Partnership

MICHAEL J. McGUIGAN 2433-0
ELMIRA K.L. TSANG 7474-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2400
Honolulu, Hawai`i 96813
Telephone: (808) 524-8350
Facsimile: (808) 531-8628
E-mail: mjm@roplaw.com

*Attorneys for Defendant*
*MARTIN W. CURNAN*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| MARK N. BEGLEY, | CIVIL NO. CV03-00162 DAE KSC |
| Plaintiff, | DEFENDANT MARTIN W. CURNAN'S MOTION IN LIMINE TO EXCLUDE TESTIMONY CONCERNING ALLEGATIONS OF ALLEGED PRIOR CRIMINAL ACTIVITIES OF DEFENDANT MARTIN CURNAN, DEFENDANT DAVID NAWAI AND UNKNOWN THIRD-PARTIES; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.5; CERTIFICATE OF SERVICE |
| vs. | |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, GEORGE FREITAS, MARTIN W. CURNAN, and DAVID NAWAI, | |
| Defendants. | TRIAL DATE: MARCH 7, 2006 |
| | MAGISTRATE JUDGE KEVIN S.C. CHANG |

# DEFENDANT MARTIN W. CURNAN'S MOTION IN LIMINE TO EXCLUDE TESTIMONY CONCERNING ALLEGATIONS OF ALLEGED PRIOR CRIMINAL ACTIVITIES OF DEFENDANT MARTIN CURNAN, DEFENDANT DAVID NAWAI AND UNKNOWN THIRD-PARTIES

Defendant MARTIN W. CUNAN (hereinafter "Defendant"), by and through his attorneys, Reinwald, O'Connor and Playdon LLP, respectfully moves this Honorable Court for an order *in limine* excluding the testimony of concerning allegations of alleged prior criminal activities of Defendant Martin Curnan, Defendant David Nawai and unknown third-parties.

This motion is made pursuant to Rule 404(b) of the Federal Rules of Evidence and is based upon the memorandum, the record and files herein.

DATED: Honolulu, Hawai`i, February 15, 2006.

/s/ Michael J. McGuigan
MICHAEL J. McGUIGAN
ELMIRA K.L. TSANG
*Attorney for Defendant*
*MARTIN W. CURNAN*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| MARK N. BEGLEY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, GEORGE FREITAS, MARTIN W. CURNAN, and DAVID NAWAI,<br><br>Defendants. | CIVIL NO. CV03-00162 DAE KSC<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document will be served upon the following parties electronically and by means indicated below on the date listed below:

| | |
|---|---|
| CHRISTOPHER S. BOUSLOG, ESQ.<br>Law Offices of Chris Bouslog<br>Four Waterfront Plaza, Suite 480<br>500 Ala Moana Boulevard<br>Honolulu, Hawaii 96813 | MAILED |
| DONNA E. RICHARDS, ESQ.<br>MARK R. ZENGER, ESQ.<br>Richards & Zenger<br>P. O. Box 3966<br>Lihue, Hawai`i 96766<br>*Attorneys for Plaintiff* | MAILED |

157745/EKT

DAVID J. MINKIN, ESQ. MAILED
McCorriston Miller Mukai & MacKinnon
Five Waterfront Plaza
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
*Attorney for Defendants*
*COUNTY OF KAUAI and*
*KAUAI POLICE DEPARTMENT*

JOHN KOMEIJI, ESQ. MAILED
Watanabe Ing & Komeiji
First Hawaiian Center, 23rd Floor
999 Bishop Street
Honolulu, Hawaii 96813
*Attorney for Defendant*
*GEORGE FREITAS*

DAVID NAWAI MAILED
2931 Kalena Street, Apt. 2
Lihue, Hawai`i 96766
*Pro Se Defendant*

DATED: Honolulu, Hawai`i, February 15, 2006.

/s/ Michael J. McGuigan
MICHAEL J. McGUIGAN
ELMIRA K.L. TSANG
*Attorney for Defendant*
*MARTIN W. CURNAN*