IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| MARK N. BEGLEY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, GEORGE FREITAS, MARTIN W. CURNAN, and DAVID NAWAI,<br><br>Defendants. | CIVIL NO. CV03-00162 DAE KSC<br><br>MEMORANDUM IN SUPPORT OF MOTION |

MEMORANDUM IN SUPPORT OF MOTION

## I. INTRODUCTION

In the Plaintiff's First Amended Complaint at paragraph 11, Begley alleges "Curnan told Plaintiff to get into the KPD truck and he thereafter drove him to a cane field where Defendant Nawai and other persons known and/or reasonable believed to be involved in criminal activity were in the general vicinity."

At paragraph 13, the Plaintiff alleges that "Defendant Curnan began to drink beer with Begley and they discussed the existence of an alleged criminal Organization, that many of Defendant Curnan's friends and family members were engaged in ongoing criminal activities with the Organization and that Curnan was abusing his position with KPD to protect his friends and family members from

being arrested."

In paragraph 29, the Plaintiff alleges that "the assault and beating of Begley was intended by Curnan and Nawai to curtail Begley from investigating the criminal activities of Curnan and his friends and relatives and to facilitate the continuing viability of their criminal activities."

In paragraph 38 of the First Amended Complaint, Begley alleges that "on or about February 11, 2003 Plaintiff informed Chief Freitas that he had met with a woman who claimed to have served as a Confidential Source (an informant) working under Defendant Curnan's supervision, that she had completed numerous controlled buys of illegal drugs and that she had delivered illegal substances to Defendant Curnan."

In paragraph 39 of the First Amended Complaint, it is alleged that "Begley also told Freitas that while working as a CS this person had reported witnessing a drug-related murder and had knowledge of a second homicide both of which she had reported to Curnan".

In paragraph 40 of the First Amended Complaint, it is alleged that "Begley additionally reported to Freitas that to the CS's knowledge, none of the controlled buys has ever been subjected to prosecution and that no action was taken on her reports of the murders by Curnan or anyone else."

In paragraph 41 of the First Amended Complaint, it is alleged that

"Begley also told Freitas that the CS had told him that on or about December 7, 2002, Defendant Curnan had intentionally "blown her cover" and that she had thereafter received death threats against her and her children and on February 3, 2003 had been raped by a member of the criminal organization to which Curnan is related and by a relative of Curnan's who during the rape told her that she had been talking to much, was in way over her head, that she had better think twice before saying anything against Curnan and that a nosy police officer had recently also been taught a lesson."

In paragraph 54 of the First Amended Complaint, it was alleged that "while serving as the Chief of the Kauai Police Department, Freitas has failed to initiate investigations into allegations that some KPD officers, including but not limited to Curnan, were using illicit drugs and/or promoting illicit drugs and/or were assisting and/or associating with persons reasonably suspected of being involved in ongoing criminal activities."

In paragraph 55 of the First Amended Complaint, it was alleged that Freitas failed to "control and discipline on a continuing basis Defendant Curnan in his duties to refrain from (1) aiding and abetting criminal activities by his relatives and associates, (2) unlawfully and maliciously assaulting and beating Plaintiff after Plaintiff took interest in Curnan's illegal activities…"

In paragraph 56 of the First Amended Complaint, it is alleged that

Defendant Freitas and the County of Kauai disregarded "the evidence of criminal conduct engaged in by Lt. Curnan, including repeated failures to follow police procedure, and to investigation allegations of corruption and criminality within the Kauai Police Department."

## II. CONCLUSION

Based on the foregoing, Defendant MARTIN W. CURNAN respectfully requests this Court to grant this Motion in Limine to Exclude testimony concerning allegations of alleged prior criminal activities of Defendant Martin Curnan, Defendant David Nawai and unknown third-parties at trial.

DATED: Honolulu, Hawai`i, February 15, 2006.

/s/ Michael J. McGuigan

MICHAEL J. McGUIGAN
ELMIRA K.L. TSANG
*Attorney for Defendant*
*MARTIN W. CURNAN*