REINWALD O'CONNOR & PLAYDON LLP
A Limited Liability Law Partnership

MICHAEL J. McGUIGAN 2433-0
ELMIRA K.L. TSANG 7474-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2400
Honolulu, Hawai`i 96813
Telephone: (808) 524-8350
Facsimile: (808) 531-8628
E-mail: mjm@roplaw.com

*Attorneys for Defendant*
*MARTIN W. CURNAN*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| MARK N. BEGLEY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, GEORGE FREITAS, MARTIN W. CURNAN, and DAVID NAWAI,<br><br>Defendants. | CIVIL NO. CV03-00162 DAE KSC<br><br>DEFENDANT MARTIN W. CURNAN'S MOTION TO EXCLUDE THE TESTIMONY OF D. THOMAS ROGERS, M.D. AS TO CAUSATION; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF MICHAEL J. MCGUIGAN; EXHIBIT "A"; CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.5; CERTIFICATE OF SERVICE<br><br>TRIAL DATE: MARCH 7, 2006<br><br>MAGISTRATE JUDGE KEVIN S.C. CHANG |

DEFENDANT MARTIN W. CURNAN'S
MOTION IN LIMINE TO EXCLUDE THE TESTIMONY
OF D. THOMAS ROGERS, M.D. AS TO CAUSATION

Defendant MARTIN W. CUNAN (hereinafter "Defendant"), by and through his attorneys, Reinwald, O'Connor and Playdon LLP, respectfully moves this Honorable Court for an order *in limine* excluding the testimony of D. Thomas Rogers, M.D. as to causation.

This motion is brought pursuant to Federal Rules of Evidence, Rules 401, 402, 403 and 404(b), and is based upon the memorandum, declaration of counsel and exhibits attached hereto and the record and files herein.

DATED: Honolulu, Hawai`i, February 15, 2006.

/s/ Michael J. McGuigan
MICHAEL J. McGUIGAN
ELMIRA K.L. TSANG
*Attorney for Defendant*
*MARTIN W. CURNAN*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| MARK N. BEGLEY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, GEORGE FREITAS, MARTIN W. CURNAN, and DAVID NAWAI,<br><br>Defendants. | CIVIL NO. CV03-00162 DAE KSC<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document will be served upon the following parties electronically and by means indicated below on the date listed below:

CHRISTOPHER S. BOUSLOG, ESQ. MAILED
Law Offices of Chris Bouslog
Four Waterfront Plaza, Suite 480
500 Ala Moana Boulevard
Honolulu, Hawaii 96813

DONNA E. RICHARDS, ESQ. MAILED
MARK R. ZENGER, ESQ.
Richards & Zenger
P. O. Box 3966
Lihue, Hawai`i 96766
*Attorneys for Plaintiff*

DAVID J. MINKIN, ESQ. MAILED
McCorriston Miller Mukai & MacKinnon
Five Waterfront Plaza
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
*Attorney for Defendants*
*COUNTY OF KAUAI and*
*KAUAI POLICE DEPARTMENT*

JOHN KOMEIJI, ESQ. MAILED
Watanabe Ing & Komeiji
First Hawaiian Center, 23rd Floor
999 Bishop Street
Honolulu, Hawaii 96813
*Attorney for Defendant*
*GEORGE FREITAS*

DAVID NAWAI MAILED
2931 Kalena Street, Apt. 2
Lihue, Hawai`i 96766
*Pro Se Defendant*

DATED: Honolulu, Hawai`i, February 15, 2006.

/s/ Michael J. McGuigan
MICHAEL J. McGUIGAN
ELMIRA K.L. TSANG
*Attorney for Defendant*
*MARTIN W. CURNAN*