IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| MARK N. BEGLEY, Plaintiff, vs. COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, GEORGE FREITAS, MARTIN W. CURNAN, and DAVID NAWAI, Defendants. | CIVIL NO. CV03-00162 DAE KSC<br>DECLARATION OF MICHAEL J. MCGUIGAN; EXHIBIT "A" |

DECLARATION OF MICHAEL J. MCGUIGAN

MICHAEL J. MCGUIGAN, hereby declares as follows:

1. I am a partner with Reinwald O'Connor & Playdon LLP, attorneys for Defendant MARTIN W. CURNAN in the above-captioned matter. I am competent to testify to the matters stated herein, which are based upon my personal knowledge.

2. Attached hereto as Exhibit "A" is a true and correct copy of a facsimile transmittal to Michael J. McGuigan dated November 9, 2005 from Chris Bouslog.

Executed on February 15, 2006.

/s/ Michael J. McGuigan
MICHAEL J. McGUIGAN

157745/EKT