# LAW OFFICES OF CHRIS BOUSLOG

Four Waterfront Plaza Suite 480 500 Ala Moana Boulevard
Honolulu, Hawaii 96813-4908
Phone: (808) 550-4995 Fax: (808) 550-4996


## FACSIMILE TRANSMITTAL

**DATE:** November 9, 2005 **FAX NO.**

**TO:** REINWALD O'CONNOR & PLAYDON 531-8628
Attention: Michael J. McGuigan, Esq.
Elmira K. L. Tsang, Esq.

**FROM:** Chris Bouslog

**RE:** Begley v. County of Kauai, et al.; Civil No. CV03-00162 DAE KSC

Dear Mr. McGuigan and Ms. Tsang:

This will serve to supplement discovery requests and is for your information. Although I do not recall any questions from you at Dr. Rogers's deposition asking him to state all his opinions, I wanted to let you know that he will be asked to review the transcripts of Mr. Curnan, Mr. Nawai and Mr. and Mrs. Begley and that he will be asked at trial to state opinions about the likely cause of Mr. Begley's head injuries.

If you have any questions please do not hesitate to contact me.

Very truly yours,

Chris Bouslog

cc via U.S. Mail: DAVID NAWAI

**( 1) PAGE(S) INCLUDING TRANSMITTAL PAGE. IF YOU DO NOT RECEIVE ALL THE PAGES OR IF THEY ARE ILLEGIBLE, PLEASE CALL LESLI AT (808) 550-4995.**

**This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.** If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have this communication in error, please notify us immediately by telephone and return the original message to us at the above address via U. S. Postal Service. Thank you.

EXHIBIT A