IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| MARK N. BEGLEY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, GEORGE FREITAS, MARTIN W. CURNAN, and DAVID NAWAI,<br><br>Defendants. | CIVIL NO. CV03-00162 DAE KSC<br><br>MEMORANDUM IN SUPPORT OF MOTION |

MEMORANDUM IN SUPPORT OF MOTION

I. INTRODUCTION

In an unsigned letter dated June 13, 2002 addressed To Whom It May Concern, Dr. Liem speculates that "the presence of these findings suggest a high impact injury and is inconsistent with the history of the patient being struck in the chin." The "suggestion" is vastly different than to a "reasonable medical certainty." See Exhibit "A". Further, there is no indication that Dr. Liem conducted any investigation into the nature of the blow to Begley.

The purpose of the statement is not designed to further an already made diagnosis but to impeach the testimony of either Martin Curnan and/or David Nawai as to the source of the injury. As such, with that statement he would be

called upon to testify as to the credibility of Curnan and/or Nawai and directly invades the province of the jury to decide credibility. See Alexander v. Mount Sinai Hosp. Med. Center, 2005 U.S. Dist. LEXIS 536 (N.D. Ill. Feb. 2005).

## II. CONCLUSION

Based on the foregoing, Defendant MARTIN W. CURNAN respectfully requests this Court to grant this Motion in Limine to Exclude the Testimony of Leon K. Liem, M.D. at trial.

DATED: Honolulu, Hawai`i, February 15, 2006.

/s/ Michael J. McGuigan
MICHAEL J. McGUIGAN
ELMIRA K.L. TSANG
*Attorney for Defendant*
MARTIN W. CURNAN