IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| MARK N. BEGLEY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, GEORGE FREITAS, MARTIN W. CURNAN, and DAVID NAWAI,<br><br>Defendants. | CIVIL NO. CV03-00162 DAE KSC<br><br>DECLARATION OF MICHAEL J. MCGUIGAN; EXHIBIT "A" |

DECLARATION OF MICHAEL J. MCGUIGAN

MICHAEL J. MCGUIGAN, hereby declares as follows:

1. I am a partner with Reinwald O'Connor & Playdon LLP, attorneys for Defendant MARTIN W. CURNAN in the above-captioned matter. I am competent to testify to the matters stated herein, which are based upon my personal knowledge.

2. Attached hereto as Exhibit "A" is a true and correct copy of Leon K. Liem, M.D.'s letter dated June 13, 2002.

Executed on February 15, 2006.

/s/ Michael J. McGuigan
MICHAEL J. McGUIGAN