IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| MARK N. BEGLEY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, GEORGE FREITAS, MARTIN W. CURNAN, and DAVID NAWAI,<br><br>Defendants. | CIVIL NO. CV03-00162 DAE KSC<br><br>CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.5 |

CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.5

Pursuant to the Local Rules of Practice for the United States District Court for the District of Hawai`i, LR 7.5, I certify that the attached Memorandum In Support of Motion uses a 14 point Times New Roman font, proportionally spaced. The brief consists of a total of less than 9,000 words allowed by LR 7.5. The word count set forth herein was provided by this law firm's word processing system which produced the attached memorandum.

DATED: Honolulu, Hawai`i, February 15, 2006.

/s/ Michael J. McGuigan
MICHAEL J. McGUIGAN
ELMIRA K.L. TSANG
Attorney for Defendant
MARTIN W. CURNAN