ORIGINAL

cc: KSC

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
FEB 22 2006
at 3 o'clock and 40 min. P M
SUE BEITIA, CLERK

DAVID NAWAI
P. O. Box 1769
Lihue, Hawaii 96766
Telephone: (808) 635-5713

Pro Se Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK N. BEGLEY, Plaintiff, vs. COUNTY OF KAUAI; KAUAI POLICE DEPARTMENT; GEORGE FREITAS; MARTIN W. CURNAN; and DAVID NAWAI; Defendants. | CIVIL NO. CV 03-00162 KSC<br>**PRO SE DEFENDANT DAVID NAWAI'S WAIVER OF TRIAL BY JURY; CERTIFICATE OF SERVICE**<br>**TRIAL WEEK: MARCH 7, 2006** |

**PRO SE DEFENDANT DAVID NAWAI'S**
**WAIVER OF TRIAL BY JURY**

Pro Se Defendant DAVID NAWAI hereby waives trial by jury.

DATED: Lihue, Hawaii, 2/20/06, 2006.

[signature]
DAVID NAWAI
Pro Se Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK N. BEGLEY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI; KAUAI POLICE DEPARTMENT; GEORGE FREITAS; MARTIN W. CURNAN; and DAVID NAWAI;<br><br>Defendants. | CIVIL NO. CV 03-00162 KSC<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the within will be duly served on the following in the manner described below:

| | Mailed | Delivered |
|---|---|---|
| MICHAEL J. McGUIGAN, ESQ.<br>ELMIRA K. L. TSANG, ESQ.<br>Reinwald O'Connor & Playdon<br>Pacific Guardian Center<br>Makai Tower, Suite 2400<br>733 Bishop Street<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>MARTIN W. CURNAN | (X) | |

| | Mailed | Delivered |
|---|---|---|
| DONNA E. RICHARDS, ESQ.<br>MARK R. ZENGER, ESQ.<br>RICHARDS & ZENGER<br>3016 Umi Street<br>Suites 204 and 211-B<br>Lihue, Hawaii 96766<br><br>Attorneys for Plaintiff<br>MARK N. BEGLEY | | (X) |

DATED: Lihue, Hawaii, Feb 22, 2006.

DAVID NAWAI
Pro Se Defendant