# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/24/2006 4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CV03-00162KSC

CASE NAME: Mark N. Begley v. County of Kauai, et al.

ATTYS FOR PLA: Mark Zenger, by phone

ATTYS FOR DEFT: Michael McGuigan, by phone
David Nawai, by phone

INTERPRETER:

---

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S.C. Chang | REPORTER: | C5 - no record |
| DATE: | 2/24/2006 | TIME: | 9:00-9:10am |

---

COURT ACTION: EP: Status Conference. Discussion held. Mr. McGuigan to prepare a written consent signed by counsel and parties stipulating to Judge Chang conducting the Non Jury Trial and waiving any and all objections to Judge Chang trying this case. Said written consent to be filed before or at the 3/2/06 limine motions. Counsel and parties to inform the court on 3/2/06 whether they are available to begin trial on the afternoon of Monday, 3/6/06.

Submitted by: Shari Afuso, Courtroom Manager