ORIGINAL

cc: KSC

CHRISTOPHER S. BOUSLOG #3087-0
Law Offices of Chris Bouslog
Four Waterfront Plaza, Suite 480
500 Ala Moana Boulevard
Honolulu, Hawaii 96813-4908
Telephone: (808) 550-4995
Facsimile: (808) 550-4996

DONNA E. RICHARDS, #7625
MARK R. ZENGER, #3511
RICHARDS & ZENGER
3016 Umi Street
Suites 204 and 211-B
Lihue, Hawaii 96766
Telephone: (808) 632-0723
Facsimile: (808) 632-0724

Attorneys for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
FEB 21 2006
at 4 o'clock and 28 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK N. BEGLEY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI; KAUAI POLICE DEPARTMENT; GEORGE FREITAS; MARTIN W. CURNAN; and DAVID NAWAI;<br><br>Defendants. | CIVIL NO. CV 03-00162 KSC<br><br>**PLAINTIFF MARK N. BEGLEY'S MEMORANDUM IN OPPOSITION TO "DEFENDANT MARTIN W. CURNAN'S MOTION TO EXCLUDE THE TESTIMONY OF D. THOMAS ROGERS, M.D. AS TO CAUSATION" FILED ON FEBRUARY 15, 2006; DECLARATION OF COUNSEL; EXHIBITS "A" - "C"; CERTIFICATE OF SERVICE**<br><br>**TRIAL WEEK: MARCH 7, 2006** |

**PLAINTIFF MARK N. BEGLEY'S MEMORANDUM IN OPPOSITION TO "DEFENDANT MARTIN W. CURNAN'S MOTION TO EXCLUDE THE TESTIMONY OF D. THOMAS ROGERS, M.D. AS TO CAUSATION" FILED ON FEBRUARY 15, 2006**

Defendant's Motion was filed after the deadline for filing of motions in limine and should accordingly be denied.

Thomas Rogers, M.D. shares Dr. Leonard Liem's opinion that Plaintiff's injuries are consistent with a significant blunt force trauma and that they were not likely caused by any of the various mechanisms propounded by Defendants Curnan and Nawai. His opinion was contained in Chart Notes provided to counsel for Defendant Curnan prior to Dr. Roger's deposition. This Note states:

> Mr. Begley wanted to let your [sic] know there are three stories as to what happened to him. 1) he was struck from behind with a hammer or other blunt instrument. 2) Drunk and fell getting into his truck and hit his head. [3)] Fell after getting home and claiming otherwise. Would like to know if you can judge from your exam and records which the injury is most consistent with.

(See Exhibit "A", hereto).

A handwritten reply on the Chart Note states "most likely #1 - hit c̄[1] a object". (See Exhibit "A", hereto).

During the deposition of Dr. Rogers, counsel for Curnan failed to ask Dr. Rogers about this Chart Note and the opinion expressed thereon and even failed to ask him what opinions he held relevant to the case. (See Exhibit "B", Rogers Tr.) Counsel for Curnan also failed to follow up with a line of questioning about the reported causes of Plaintiff's injuries. The questions at Dr. Roger's deposition on the issue of how Mr. Begley was injured were:

> Q: the physical history that he related to you, was that his recitation?
>
> A: I'm not quite sure of your question.
>
> Q: in the second paragraph of the history, there is a history of physical condition. Do you see that?
>
> A: Yes.
>
> Q: Did he relate that to you himself?
>
> A: I asked him certain questions and I thought those were his responses to them.

---

[1] Medical shorthand/abbreviation for the word "with." <u>Medical Abbreviations</u>, Neil Davis, page 39, 7th Ed., Neil M. Davis Associates, 1995.

Q: did you have the opportunity to confirm or affirm any of those - - any of that history **with anyone else**?

A: No.

(See Exhibit "B", Rogers Tr. at 8/21-9/8)(emphases added).

Counsel thereafter failed to ask Dr. Rogers about the causation of Plaintiff's injuries, and as noted above, failed to ask him about his Chart Note opinion that the likely cause of his injuries was being hit by an object. (See Exhibit "B", Rogers Tr.)

The issue of the dispute over the likely causation of Plaintiff's closed head injury and basilar skull fracture has not been a secret from Defendant Curnan. This was fully set forth in police interviews with neurosurgeon Dr. Leonard Liem wherein Dr. Liem stated that the injuries were not consistent with hitting ones head on pavement or a door sill and were most consistent with being hit by a blunt object.

The County of Kauai's production of documents/disclosures of June 25, 2005 contained two

copies of a letter from Dr. Liem stating his opinion that Mr. Begley's head injuries were caused by blunt trauma. (See page C-0065[2] attached as Exhibit "C").

The transcripts of the depositions of Mr. Nawai and Lt. Curnan were promptly provided to Dr. Rogers and opposing counsel was timely notified of this fact and the existence of Dr. Roger's opinions on causation.

As counsel for Curnan failed to inquire about the Chart Note stating that Plaintiff's injuries were caused by being hit with an object, there is no prejudice to Curnan.

Based upon the foregoing, Plaintiff respectfully requests that Defendant Curnan's Motion be denied.

DATED: Honolulu, Hawaii, February 21, 2006.

MARK R. ZENGER
DONNA E. RICHARDS
Attorneys for Plaintiff
MARK N. BEGLEY

[2] The second copy of this correspondence, which is not attached, is document C-0294.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK N. BEGLEY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI; KAUAI POLICE DEPARTMENT; GEORGE FREITAS; MARTIN W. CURNAN; and DAVID NAWAI;<br><br>Defendants. | CIVIL NO. CV 03-00162 KSC<br><br>**DECLARATION OF COUNSEL; EXHIBITS "A" - "C"** |

**DECLARATION OF CHRIS BOUSLOG**

STATE OF HAWAII )
) SS:
CITY AND COUNTY OF HONOLULU )

1. I am one of the attorneys for Plaintiff in the above-entitled lawsuit. I make this Declaration based upon my own personal knowledge of and/or belief in the matters herein set forth. This unsworn Declaration is made in lieu of an affidavit per Rule 7(g) of the Rules of the Circuit Court of the State of Hawaii (as amended by the Hawaii Supreme Court in its Order entered May 22, 1994).

2. Attached as Exhibit "A" is a true and accurate copy of the Chart Note of D. Thomas Rogers, M.D. dated June 17, 2004.

3. Attached as Exhibit "B" is a true and accurate copy of the Deposition Transcript of D. Thomas Rogers, M.D. taken on November 3, 2005.

4. Attached as Exhibit "C" is a true and accurate copy of Page C-0065 from the County of Kauai's production of documents/disclosures of June 25, 2005.

5. I declare under penalty of law that the foregoing is true and correct to the best of my knowledge and belief.

Executed on February 21, 2006.

CHRISTOPHER S. BOUSLOG