D. THOMAS ROGERS, MD

## CHART NOTES

**PATIENT NAME: BEGLEY, Mark**

**DATE: 6/17/4**

**Mr. Begley wanted to let your know there are three stories as to what happened to him.**

**1) He was struck from behind with a hammer or other blunt instrument.**
**2) Drunk and fell getting into his truck and hit his head.**
**Fell after getting home and claiming otherwise.**

**Would like to know if you can judge from your exam and records which the injury is most consistent with.**

Most likely #1 - hit c̄ an object

6/24/4 [illegible]
Atty off advised

possible to [illegible]k into IME
or send
addendum
?

IME not sent yet.

# EXHIBIT "A"