# LEON K. LIEM, M.D., F.A.C.S.
## NEUROLOGICAL SURGERY

MEDICAL OFFICE BUILDING
2228 LILIHA STREET
SUITE 208
HONOLULU, HI 96817

PHYSICIANS OFFICE BUILDING I
1380 LUSITANA STREET
SUITE 410
HONOLULU, HI 96813

PHONE: (808) 547-6950
FAX: (808) 547-6952
E-MAIL: NEUROSURGERY@HAWAII.RR.COM
WWW.HAWAIINEUROSURGERY.COM


June 13, 2002

RE: BEGLEY, Mark N.
DOB: 11/30/68
SSN: 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

To Whom It May Concern:

I am the attending neurosurgeon who saw Mr. Begley on 5/21/02 at the Queen's Medical Center. He presented four days after being struck on the chin with headache, nausea, periorbital ecchymosis and subconjunctival hemorrhage.

Evaluation revealed an epidural hematoma on the left side as well as right-sided cerebral contusions. He also had clinical evidence of a basilar skull fracture.

The presence of these findings suggests a high impact injury and is inconsistent with the history of the patient being struck in the chin.

The pattern of the injuries suggests that the impact most likely involved the left side with secondary right-sided injury.

Please contact me if further clarification is necessary.

Sincerely,

Leon K. Liem, M.D.
LKL:wli

C 0065

**EXHIBIT "A"**

# LEON K. LIEM, M.D., F.A.C.S.

NEUROLOGICAL SURGERY

MEDICAL OFFICE BUILDING
2228 LILIHA STREET
SUITE 208
HONOLULU, HI 96817

PHYSICIANS OFFICE BUILDING I
1380 LUSITANA STREET
SUITE 410
HONOLULU, HI 96813

PHONE: (808) 547-6950
FAX: (808) 547-6952
E-MAIL: NEUROSURGERY@HAWAII.RR.COM
WWW.HAWAIINEUROSURGERY.COM


June 13, 2002

RE: BEGLEY, Mark N.
DOB: 11/30/68
SSN: 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

To Whom It May Concern:

I am the attending neurosurgeon who saw Mr. Begley on 5/21/02 at the Queen's Medical Center. He presented four days after being struck on the chin with headache, nausea, periorbital ecchymosis and subconjunctival hemorrhage.

Evaluation revealed an epidural hematoma on the left side as well as right-sided cerebral contusions. He also had clinical evidence of a basilar skull fracture.

The presence of these findings suggests a high impact injury and is inconsistent with the history of the patient being struck in the chin.

The pattern of the injuries suggests that the impact most likely involved the left side with secondary right-sided injury.

Please contact me if further clarification is necessary.

Sincerely,

Leon K. Liem, M.D.
LKL:wli