# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/2/2006 4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CV03-00162KSC

CASE NAME: Mark N. Begley v. County of Kauai, et al.

ATTYS FOR PLA: Mark Zenger

ATTYS FOR DEFT: Michael McGuigan
David Nawai, by phone

INTERPRETER:

---

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S.C. Chang | REPORTER: | FTR C5 |
| DATE: | 3/2/2006 | TIME: | 1:31-2:04:45pm |

---

COURT ACTION: EP:
1. Defendant Martin Curnan's Motion in Limine to Exclude the Testimony of Leon K. Liem
2. Defendant Martin Curnan's Motion in Limine to Exclude Testimony Concerning Allegations of Alleged Prior Criminal Activities of Defendant Martin Curnan, Defendant David Nawai and Unknown Third-Parties
3. Defendant Martin Curnan's Motion in Limine to Exclude Reference to Standard of Conduct, Police Department, County of Kauai
4. Defendant Martin Curnan's Motion in Limine to Exculde the Testimony of D. Thomas Rodgers, M.D. as to Causation

1. Defendant Martin Curnan's Motion in Limine to Exclude the Testimony of Leon K. Liem. Motion denied without prejudice.

2. Defendant Martin Curnan's Motion in Limine to Exclude Testimony Concerning Allegations of Alleged Prior Criminal Activities of Defendant Martin Curnan, Defendant David Nawai and Unknown Third-Parties. Motion granted in part and denied in part.

3. Defendant Martin Curnan's Motion in Limine to Exclude Reference to Standard of Conduct, Police Department, County of Kauai. Motion denied without prejudice.

4. Defendant Martin Curnan's Motion in Limine to Exculde the Testimony of D. Thomas Rodgers, M.D. as to Causation. Motion denied without prejudice.

Court to prepare the orders.

Submitted by: Shari Afuso, Courtroom Manager