IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MARK N. BEGLEY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, GEORGE FREITAS, MARTIN W. CURNAN, and DAVID NAWAI,<br><br>Defendants. | ) | CIVIL NO. 03-00162 DAE-KSC<br><br>ORDER APPROVING STIPULATION |

ORDER APPROVING STIPULATION

On March 1, 2006, Plaintiff Mark N. Begley, Defendant Martin W. Curnan, and Defendant David Nawai filed a Stipulation to Permit Magistrate Judge Kevin S.C. Chang to Conduct the Non-Jury Trial and Waive All Objections to Magistrate Judge Kevin S.C. Chang Trying This Case. The Court hereby approves this stipulation.

IT IS SO ORDERED.

Dated: Honolulu, Hawaii, March 2, 2006.

Kevin S.C. Chang
United States Magistrate Judge

CIVIL NO. 03-00162 DAE-KSC; MARK N. BEGLEY vs. COUNTY OF KAUAI, et. al.; ORDER APPROVING STIPULATION