**TOM PETRUS & MILLER, LLLC**

LYLE M. ISHIDA 4529-0
Tel. #(808) 792-5806
lishida@tpm-hawaii.com
Finance Factors Center
1164 Bishop Street, Suite 650
Honolulu, Hawaii 96813
Telephone No. (808) 792-5800

Attorney for LEON LIEM, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK N. BEGLEY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI; KAUAI POLICE DEPARTMENT; GEORGE FREITAS; MARTIN W. CURNAN; and DAVID NAWAI,<br><br>Defendants. | CIVIL NO. CV03-00162 KSC<br><br>LEON LIEM, M.D.'S MOTION TO QUASH SUBPOENA, DATED FEBRUARY 28, 2006; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF COUNSEL; DECLARATION OF LEON K. LIEM, M.D.; CERTIFICATE OF SERVICE<br><br>HEARING<br>DATE: ____________<br><br>TIME: ____________<br><br>JUDGE: Hon. Kevin S.C. Chang<br><br>Trial Date: March 7, 2006<br>Judge: Hon. Kevin S.C. Chang |

**LEON LIEM, M.D. MOTION TO QUASH SUBPOENA**

Movant Leon K. Liem, M.D. ("Dr. Liem"), a non-party to this action, moves this Honorable Court to quash the Subpoena In A Civil Case, dated February 28, 2006 (the "Subpoena"), directed to him and issued from Plaintiff MARK N. BEGLEY.

Dr. Liem seeks to quash the subpoena served upon him for the following reasons violative of FRCP 45:

1. He was not personally served with the Subpoena (Defective Service);
2. He was not tendered any witness fees or mileage costs in violation of 28 U.S.C. §1821; and
3. It would be an undue burden to Dr. Liem and other unrepresented non-parties, including Queen's Medical Center Emergency Room and his surgical patients, to require Dr. Liem to respond to the Subpoena on the dates indicated and reserved for trial.

Dr. Liem also seeks the award of attorneys' fees pursuant to FRCP 45(c)(1) in bringing this motion because of Plaintiff's refusal to withdraw the subpoena.

This Motion is made pursuant to Rules 45 of the Federal Rules of Civil Procedure, is based on the attached memorandum of law, and Declarations hereto, and all of the record of this case, which is incorporated by this reference.

DATED: Honolulu, Hawaii, March 3, 2006.

LYLE M. ISHIDA
Attorney for LEON LIEM, M.D.