IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK N. BEGLEY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI; KAUAI POLICE DEPARTMENT; GEORGE FREITAS; MARTIN W. CURNAN; and DAVID NAWAI,<br><br>Defendants. | CIVIL NO. CV03-00162 KSC<br><br>DECLARATION OF COUNSEL |

DECLARATION OF COUNSEL

LYLE M. ISHIDA, pursuant to 28 U.S.C. § 1746, do hereby make this sworn declaration:

1. I am an attorney with the law firm of Tom Petrus & Miller, LLLC, legal counsel for Movant Leon K. Liem, M.D., in the above-entitled action. I make this Declaration based on personal knowledge. If called upon to do so, I am competent to testify to the contents hereof.

2. The memorandum in support of the attached Motion complies with the requirements of L.R. 7.5(a).

3. Because of the urgency of this matter, attached with this memorandum is a facsimile copy of the Declaration of Leon K. Liem, M.D. The original of Dr. Liem's declaration will be filed upon receipt in compliance with L.R. 10.2(e).

I declare and certify under penalty of perjury that the foregoing is true and correct.

Executed on March 3, 2006, at Honolulu, Hawaii.

LYLE M. ISHIDA