TOM PETRUS & MILLER, LLLC

LYLE M. ISHIDA 4529-0
Tel. #(808) 792-5806
lishida@tpm-hawaii.com
Finance Factors Center
1164 Bishop Street, Suite 650
Honolulu, Hawaii 96813
Telephone No. (808) 792-5800

Attorney for LEON LIEM, M.D., F.A.C.S.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK N. BEGLEY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI; KAUAI POLICE DEPARTMENT; GEORGE FREITAS; MARTIN W. CURNAN; and DAVID NAWAI,<br><br>Defendants. | CIVIL NO. CV03-00162 KSC<br><br>DECLARATION OF LEON K. LIEM, M.D. |

DECLARATION OF LEON K. LIEM, M.D.

I, LEON K. LIEM, under and pursuant to the provisions of 28 U.S.C. § 1746, hereby make this Declaration that:

1. Unless otherwise stated to be based on information and belief, I make this Declaration upon personal knowledge.

2. I am a physician who specializes in neurosurgery in Honolulu, Hawaii. My business address is 1380 Lusitana Street, Suite 1012, Honolulu, Hawaii 96813.

3. I am informed and believe that I have been requested to testify in a lawsuit entitled, *Begley v. County of Kauai et al.*, Civil no. CV 03-00162 KSC, United States District Court for the District of Hawaii.

4. I am informed and believe that someone left a "Subpoena In A Civil Case" at my office on March 1, 2006. A true and correct copy of the Subpoena is attached. At no time did I meet this person and I did not sign any receipt for the Subpoena.

5. Upon information and belief and after speaking with my staff, no cash, check, or other payment was tendered together with the Subpoena.

6. I have not discussed this matter with any parties to the case or their lawyers, and the delivery of the Subpoena was entirely unexpected. I did not know that this matter was set for trial, and no one made arrangements to schedule my testimony.

7. I have no idea how long I am going to be asked to testify.

8. I am willing to be cooperative, and am willing to testify if required, but my schedule prevents me from testifying on March 7, 2006. I am informed and believe that after receipt of the Subpoena, my secretary attempted to discuss this matter with Plaintiff's counsel, Mr. Zenger, but he was inflexible and would not withdraw the Subpoena. At that time I was required to hire my own legal counsel.

9. My schedule and availability to testify from March 7, 2006 is as follows:

A. <u>March 7, 2006</u>:
Surgery, two patients, at Queens Medical Center scheduled from 7:00 a.m. until 4:00 p.m.

B. <u>March 8, 2006</u>:
Surgery, two patients, at Gamma Knife Center of the Pacific, scheduled from 8:30 a.m. until 3:00 p.m. If required, it is probable that I could begin my testimony no earlier than 3:30 p.m.

C. <u>March 9, 2006</u>:
On call to Queen's Medical Center Emergency Room all day. There is a very high likelihood that I will be called to consult, as the on-call neurologist/neurosurgeon is consulted on almost all head trauma cases. I am also scheduled for a mandatory Operating Room Committee Meeting from 7:30 a.m. to 8:30 a.m. I also have mandatory follow up with post-operative patients, but there is some flexibility in scheduling these follow up appointments.

D. <u>March 10, 2006</u>:
Surgery at Kaiser, scheduled from 8:00 a.m. to approximately 1:00 p.m. I would probably be available to testify after 1:30 p.m.

10. I make this declaration in support of my request to quash the Subpoena.

11. I declare under penalty of perjury that the foregoing is true and correct. Executed on March 3, 2006.

DATED: Honolulu, Hawaii, March 3, 2006.

LEON K. LIEM

AO88 (Rev. 1/94) Subpoena in a Civil Case

Issued by the

# UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

MARK N. BEGLEY

V.

COUNTY OF KAUAI; KAUAI POLICE DEPARTMENT; GEORGE FREITAS; MARTIN W. CURNAN; and DAVID NAWAI

## SUBPOENA IN A CIVIL CASE

Case Number:[1] CV 03-00162 KSC

TO: LEON LIEM, M.D., F.A.C.S.
Queen's Physicians Office Building, Suite L
1380 Lusitana Street
Honolulu, Hawaii 96813

☑ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| United States District Court for the District of Hawaii<br>Room 6-100, PJKK Federal Bldg.<br>300 Ala Moana Boulevard<br>Honolulu, Hawaii 96850 | 6<br>DATE AND TIME<br>March 7, 2006 at 8:30 a.m. |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Attorney for Plaintiff | 02/28/06 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Mark R. Zenger, #3511
3016 Umi Street, Suite 212
Lihue, Hawaii 96766 phone: (808) 632-0723

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

SERVED ON (PRINT NAME) MANNER OF SERVICE

SERVED BY (PRINT NAME) TITLE

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on ______________________
DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER