**TOM PETRUS & MILLER, LLLC**

LYLE M. ISHIDA 4529-0
Tel. #(808) 792-5806
lishida@tpm-hawaii.com
Finance Factors Center
1164 Bishop Street, Suite 650
Honolulu, Hawaii 96813
Telephone No. (808) 792-5800

Attorney for LEON LIEM, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK N. BEGLEY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI; KAUAI POLICE DEPARTMENT; GEORGE FREITAS; MARTIN W. CURNAN; and DAVID NAWAI,<br><br>Defendants. | CIVIL NO. CV03-00162 KSC<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 3, 2006, a true and correct copy of LEON LIEM, M.D.'S MOTION TO QUASH SUBPOENA, DATED FEBRUARY 28, 2006; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF COUNSEL; DECLARATION OF LEON K. LIEM, M.D. was duly served upon the following by delivering in the following manner at their last known address:

***Served Electronically Through CM/ECF***

Karen Y. Arikawa karikawa@wik.com

Michael J. McGuigan mjm@roplaw.com

David J. Minkin minkin@m4law.com saquibo@m4law.com

Elmira K. L. Tsang ekt@roplaw.com

Paul B. K. Wong pwong@m4law.com auyoung@m4law.com

***SERVED BY U.S. MAIL to:***

Wendy F. Hanakahi, Esq.
McCorriston Miller Mukai MacKinnon LLP
Five Waterfront Plaza, Suite 400
500 Ala Moana Blvd.
Honolulu, Hawaii 96813

Brian Yukio Hiyane, Esq.
Kawashima Lorusso & Tom
Topa Financial Center
745 Fort Street, Suite 500
Honolulu, Hawaii 96813

Patsy H. Kirio, Esq.
Watanabe Ing Kawashima & Komeiji
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813

John T. Komeiji, Esq.
Watanabe Ing Kawashima & Komeiji
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813

David Nawai
P.O. Box 1769
Lihue, Kauai, Hawaii 96766

Donna E. Richards, Esq.
Richards & Zenger
P.O. Box 3966
Lihue, Hawaii 96766

Mark R. Zenger, Esq.
Richards & Zenger
P.O. Box 3966
Lihue, Hawaii 96766

***ADDITIONALLY SERVED BY FACSIMILE to:***

Mark R. Zenger, Esq. **FAX: (808) 632-0724**
Richards & Zenger
P.O. Box 3966
Lihue, Hawaii 96766
(Courtesy copy)

Dated: Honolulu, Hawaii, March 3, 2006.

LYLE M. ISHIDA
Attorney for LEON LIEM, M.D.