**TOM PETRUS & MILLER, LLLC**

LYLE M. ISHIDA 4529-0
Tel. #(808) 792-5806
lishida@tpm-hawaii.com
Finance Factors Center
1164 Bishop Street, Suite 650
Honolulu, Hawaii 96813
Telephone No. (808) 792-5800

Attorney for LEON LIEM, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK N. BEGLEY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI; KAUAI POLICE DEPARTMENT; GEORGE FREITAS; MARTIN W. CURNAN; and DAVID NAWAI,<br><br>Defendants. | CIVIL NO. CV03-00162 KSC<br><br>SUBMISSION OF ORIGINAL DECLARATION OF LEON LIEM, M.D.; CERTIFICATE OF SERVICE<br><br>[Re: LEON LIEM, M.D.'S MOTION TO QUASH SUBPOENA, DATED FEBRUARY 28, 2006, FILED March 3, 2006]<br><br>HEARING<br>DATE: ______________________<br><br>TIME: ______________________<br><br>JUDGE: Hon. Kevin S.C. Chang<br><br>Trial Date: March 7, 2006<br>Judge: Hon. Kevin S.C. Chang |

**SUBMISSION OF ORIGINAL DECLARATION OF LEON LIEM, M.D.**

MOVANT LEON LIEM, M.D., by and through his attorneys, and pursuant to L.R. 10.2(e), hereby submits the original Declaration of Leon K. Liem, M.D., dated March 3, 2006, a faxed copy of which was attached to LEON LIEM, M.D.'S MOTION TO QUASH

SUBPOENA, DATED FEBRUARY 28, 2006, filed with the Court on March 3, 2006.

DATED: Honolulu, Hawaii, March 6, 2006.

/s/ Lyle M. Ishida

LYLE M. ISHIDA
Attorney for LEON LIEM, M.D.