ORIGINAL

**TOM PETRUS & MILLER, LLLC**

LYLE M. ISHIDA 4529-0
Tel. #(808) 792-5806
*lishida@tpm-hawaii.com*
Finance Factors Center
1164 Bishop Street, Suite 650
Honolulu, Hawaii 96813
Telephone No. (808) 792-5800

Attorney for LEON LIEM, M.D., F.A.C.S.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK N. BEGLEY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI; KAUAI POLICE DEPARTMENT; GEORGE FREITAS; MARTIN W. CURNAN; and DAVID NAWAI,<br><br>Defendants. | CIVIL NO. CV03-00162 KSC<br><br>DECLARATION OF LEON K. LIEM, M.D. |

DECLARATION OF LEON K. LIEM, M.D.

I, LEON K. LIEM, under and pursuant to the provisions of 28 U.S.C. § 1746, hereby make this Declaration that:

1. Unless otherwise stated to be based on information and belief, I make this Declaration upon personal knowledge.

2. I am a physician who specializes in neurosurgery in Honolulu, Hawaii. My business address is 1380 Lusitana Street, Suite 1012, Honolulu, Hawaii 96813.

3. I am informed and believe that I have been requested to testify in a lawsuit entitled, *Begley v. County of Kauai et al.*, Civil no. CV 03-00162 KSC, United States District Court for the District of Hawaii.

4. I am informed and believe that someone left a "Subpoena In A Civil Case" at my office on March 1, 2006. A true and correct copy of the Subpoena is attached. At no time did I meet this person and I did not sign any receipt for the Subpoena.

5. Upon information and belief and after speaking with my staff, no cash, check, or other payment was tendered together with the Subpoena.

6. I have not discussed this matter with any parties to the case or their lawyers, and the delivery of the Subpoena was entirely unexpected. I did not know that this matter was set for trial, and no one made arrangements to schedule my testimony.

7. I have no idea how long I am going to be asked to testify.

8. I am willing to be cooperative, and am willing to testify if required, but my schedule prevents me from testifying on March 7, 2006. I am informed and believe that after receipt of the Subpoena, my secretary attempted to discuss this matter with Plaintiff's counsel, Mr. Zenger, but he was inflexible and would not withdraw the Subpoena. At that time I was required to hire my own legal counsel.

9. My schedule and availability to testify from March 7, 2006 is as follows:

A. March 7, 2006:
Surgery, two patients, at Queens Medical Center scheduled from 7:00 a.m. until 4:00 p.m.

B. March 8, 2006:
Surgery, two patients, at Gamma Knife Center of the Pacific, scheduled from 8:30 a.m. until 3:00 p.m. If required, it is probable that I could begin my testimony no earlier than 3:30 p.m.

C. March 9, 2006:
On call to Queen's Medical Center Emergency Room all day. There is a very high likelihood that I will be called to consult, as the on-call neurologist/neurosurgeon is consulted on almost all head trauma cases. I am also scheduled for a mandatory Operating Room Committee Meeting from 7:30 a.m. to 8:30 a.m. I also have mandatory follow up with post-operative patients, but there is some flexibility in scheduling these follow up appointments.

D. March 10, 2006:
Surgery at Kaiser, scheduled from 8:00 a.m. to approximately 1:00 p.m. I would probably be available to testify after 1:30 p.m.

10. I make this declaration in support of my request to quash the Subpoena.

11. I declare under penalty of perjury that the foregoing is true and correct. Executed on March 3, 2006.

DATED: Honolulu, Hawaii, March 3, 2006.

LEON K. LIEM