ORIGINAL

REINWALD O'CONNOR & PLAYDON LLP
A Limited Liability Law Partnership

MICHAEL J. McGUIGAN 2433-0
ELMIRA K.L. TSANG 7474-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2400
Honolulu, Hawai`i 96813
Telephone: (808) 524-8350
Facsimile: (808) 531-8628
E-mail: mjm@roplaw.com

*Attorneys for Defendant*
*MARTIN W. CURNAN*

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 1 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

MARK N. BEGLEY,

Plaintiff,

vs.

COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, GEORGE FREITAS, MARTIN W. CURNAN, and DAVID NAWAI,

Defendants.

CIVIL NO. CV03-00162 DAE KSC

STIPULATION TO PERMIT MAGISTRATE JUDGE KEVIN S.C. CHANG TO CONDUCT THE NON-JURY TRIAL AND WAIVE ANY AND ALL OBJECTIONS TO MAGISTRATE JUDGE KEVIN S.C. CHANG TRYING THIS CASE; [redacted]R

TRIAL DATE: MARCH 7, 2006

MAGISTRATE JUDGE KEVIN S.C. CHANG

157745/EKT

# STIPULATION TO PERMIT MAGISTRATE JUDGE KEVIN S.C. CHANG TO CONDUCT THE NON-JURY TRIAL AND WAIVE ANY AND ALL OBJECTIONS TO MAGISTRATE JUDGE KEVIN S.C. CHANG TRYING THIS CASE

Trial in the above-referenced case is scheduled for March 7, 2006.

On April 22, 2005, a First Amended Consent to the exercise of jurisdiction by a United States Magistrate Judge was filed in this case. Settlement Conferences in the case have been conducted by Magistrate Judge Chang on August 30 and November 22, 2005, and January 17, 2006. At the time of the settlement conferences, the case was scheduled for jury trial.

On February 8, 2006, Plaintiff Mark N. Begley filed a Waiver of Trial by Jury. Defendant Martin W. Curnan and Defendant David Nawai, appearing pro se, filed waivers of jury trial on February 15, and 22, 2006, respectively.

Because Magistrate Judge Chang conducted settlement conferences and engaged in private discussions with counsel and/or parties in the course of the settlement conferences and Plaintiff Begley and Defendants Curnan and Nawai filed waivers of jury trial after completion of the settlement conferences, pursuant to Rule 16.5(a) of the Local Rules of Practice for the United States District Court for the District of Hawaii, counsel and the parties appearing hereinbelow stipulate to Magistrate Judge Kevin S.C. Chang conducting the non-jury trial in this case and waive any and all objections to Magistrate Judge Chang trying the case.

DATED: Honolulu, Hawai`i, FEB 28 2006.

MICHAEL J. McGUIGAN
ELMIRA K.L. TSANG
Attorneys for Defendant
MARTIN W. CURNAN

MARTIN W. CURNAN

DATED: Honolulu, Hawai`i, FEB 28 2006.

MICHAEL J. McGUIGAN
ELMIRA K.L. TSANG
Attorneys for Defendant
MARTIN W. CURNAN

MARTIN W. CURNAN

DONNA E. RICHARDS, ESQ.
MARK R. ZENGER, ESQ.
*Attorneys for Plaintiff*

MARK N. BEGLEY

DAVID NAWAI
*Pro Se Defendant*

2/28/06

DAVID NAWAI
*Pro Se Defendant*

MARK N. BEGLEY vs. COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, GEORGE FREITAS, MARTIN W. CURNAN, and DAVID NAWAI; Civil No. CV 03-00165 KSC; STIPULATION TO PERMIT MAGISTRATE JUDGE KEVIN S.C. CHANG TO CONDUCT THE NON-JURY TRIAL AND WAIVE ANY AND ALL OBJECTIONS TO MAGISTRATE JUDGE CHANG TRYING THIS CASE