# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/6/2006 4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CV03-00162KSC

CASE NAME: Mark N. Begley v. County of Kauai, et al.

ATTYS FOR PLA: Mark Zenger, by phone

ATTYS FOR DEFT: Michael McGuigan, by phone
Lyle Ishida, by phone

INTERPRETER:

---

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S.C. Chang | REPORTER: | FTR C5 |
| DATE: | 3/6/2006 | TIME: | 10:50-10:53:26am |

---

COURT ACTION: EP: Leon Liem, M.D.'s Motion to Quash Subpoena, Dated February 28, 2006.

Counsel informed the court that they have reached an agreement whereby plaintiff will withdraw the subpoena directed to Dr. Liem and will not call him at trial. In return, Dr. Liem will withdraw his Motion to Quash. All parties to bear their own costs.

Submitted by: Shari Afuso, Courtroom Manager