# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/7/2006 4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CV03-00162KSC

CASE NAME: Mark N. Begley v. County of Kauai, et al.

ATTYS FOR PLA: Mark Zenger
Plaintiff Mark Begley

ATTYS FOR DEFT: Michael McGuigan
Defendant Martin Curnan
Defendant David Nawai, Pro Se

---

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S.C. Chang | REPORTER: | Debra Chun |
| DATE: | 3/7/2006 | TIME: | 8:30-12:00pm<br>1:30-4:30pm |

---

COURT ACTION: EP: Non Jury Trial - Day 1.

Counsel invokes the exclusionary rule and all potential witnesses are excluded from the courtroom.

CST: Mark Begley

CST: Dilworth Thomas Rogers. Court finds that Dr. Rogers is qualified to testify as an expert.

Plaintiff's exhibit P23 is admitted and received

Plaintiff's 56: Chart Notes dated 6/17/4 by D. Thomas Rogers, MD is admitted and received.

CST: Martin Curnan

CST: Mahiai Naihe

CST: David Nawai

Further Non Jury Trial set 3/8/06 at 8:30 before Judge Chang

Submitted by: Shari Afuso, Courtroom Manager