# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/8/2006 4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV03-00162KSC |
| CASE NAME: | Mark N. Begley v. County of Kauai, et al. |
| ATTYS FOR PLA: | Mark Zenger<br>Plaintiff Mark Begley |
| ATTYS FOR DEFT: | Michael McGuigan<br>Defendant Martin Curnan<br>Defendant David Nawai, Pro Se |

---

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S.C. Chang | REPORTER: | Debra Chun |
| DATE: | 3/8/2006 | TIME: | 8:30-11:30am |

---

COURT ACTION: EP: Further Non Jury Trial - Day 2

David Nawai - previously sworn in resumed witness stand

Counsel have no objection to page 340 being added to Plaintiff's exhibit P11 and placed in sequence due to an inadvertent omission.

CST: Preston Lee

CST: Buddy Wilson

CST: Nadine Begley

Plaintiff's exhibit P57 is admitted and received

Plaintiff rests

No further witnesses from defendants

Further Non Jury Trial continued to 3/9/06 at 1:30pm before Judge Chang.

Submitted by: Shari Afuso, Courtroom Manager