# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/9/2006 4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CV03-00162KSC

CASE NAME: Mark N. Begley v. County of Kauai, et al.

ATTYS FOR PLA: Mark Zenger
Plaintiff Mark Begley

ATTYS FOR DEFT: Michael McGuigan
Defendant Martin Curnan
Defendant David Nawai, Pro Se

---

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S.C. Chang | REPORTER: | Debra Chun |
| DATE: | 3/9/2006 | TIME: | 1:40-2:10pm |

---

COURT ACTION: EP: Further Non Jury Trial - Day 3

Defendant Curnan requests pursuant to 41(b) to dismiss claims against defendant Curnan.

Defendant Nawai moves for a Motion to Dismiss him from this case.

Court grants the oral motions made by Defendants Curnan and Nawai. Court finds that plaintiff has failed to prove his cause of action for conspiracy, intentional inflection of emotional distress, violation of 42 USC 1983 (as to Defendant Nawai), and false imprisonment (as to Defendant Nawai).

Counsel to submit proposed and annotated findings of fact and conclusions of law by 3/16/06 as to the remaining claims and defenses. Optional written closing arguments limited to 5 pages in length are also due by 3/16/06.

Submitted by: Shari Afuso, Courtroom Manager