TOAO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

MARK N. BEGLEY

Plaintiff(s),

V.

COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, GEORGE FREITAS, MARTIN W. CURNAN, and DAVID NAWAI

Defendant(s).

JUDGMENT IN A CIVIL CASE

Case: CIVIL 03-00162KSC

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

April 6, 2006

At 4 o'clock and 00 min p.m.
SUE BEITIA, CLERK

[ ] **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Defendants Curnan and Nawai and against Plaintiff as to all claims pursuant to "Findings of Fact and Conclusions of Law" filed on March 30, 2006. On March 7 and 8, 2006 a bench trial was held. The Court having examined the evidence admitted at trial, and having considered the written submissions and record and file herein, pursuant to Rules 52 and 73 of the Federal Rules of Civil Procedure makes the following Findings of Fact and Conclusions of Law and FINDS in favor of Defendants Curnan and Nawai.

cc: all parties of record

April 6, 2006
Date

SUE BEITIA
Clerk

Sale M. Glamin
(By) Deputy Clerk