UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

April 6, 2006

TO ALL COUNSEL

Re: CIVIL 03-00162KSC
MARK N. BEGLEY vs. COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, GEORGE FREITAS, MARTIN W. CURNAN, and DAVID NAWAI

Dear Sir,

Please be advised that pursuant to Rule 77, FRCP, notice is hereby given that judgment was entered on April 6, 2006.

Sincerely Yours,

SUE BEITIA, CLERK

by: Laila M. Geronimo
Deputy Clerk

cc: all counsel