ORIGINAL

# UNITED STATES DISTRICT COURT for the 9th CIRCUIT

District of Hawaii

File Number CV03–00162 DAE KSC

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 07 2006
at 11 o'clock and 05 min. A M
SUE BEITIA, CLERK

Mark N. Begley,
Plaintiff

v.

County of Kauai, Kauai Police Department, George Freitas, Martin W. Curnan, and David Nawai,
Defendants

Notice of Appeal

Notice is hereby given that Mark N. Begley, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the 9th Circuit from the Hawaii District Court's **(1)** Order granting in part Defendant Martin W. Curnan's Motion to Dismiss Plaintiff Mark N. Begley's First Amended Complaint filed 03/05/04 or for Summary Judgment, entered in this action on the 26th day of July, 2005, **(2)** Order Granting Defendant George Freitas and Defendant County of Kauai's Motions for Summary Judgment, entered in this action on the 4th day of October, 2005, **(3)** Granting in part of Defendant Curnan and Defendant Nawai's oral motions, pursuant to F.R.C.P. 41(b), for involuntary dismissal of Plaintiff's claims of Conspiracy, Intentional Infliction of Emotional Distress, violation of 42 USC 1983 (as to Defendant Nawai), and False Imprisonment (as to Defendant Nawai), entered in this action on the 9th day of March, 2006, and **(4)** Judgment in favor of Defendants Curnan and Nawai and against Plaintiff as to all remaining claims, entered in this action on the 30th day of March, 2006.

This appeal is submitted on the 4th day of April, 2006.

Mark N. Begley, Pro Se
5318 Makaloa Street
Kapaa, HI 96746