# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| | |
|---|---|
| Receipt | 234569 |
| Trans | 139181 |

Received From: MARK N. BEGLEY

Case Number:

Reference Number: CV 03-162

| | |
|---|---|
| Check | 255.00 |
| Total | 255.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| APPEAL, NOTICE OF, CROSS | 086900 | 1 | 255.00 |

| | |
|---|---|
| **Total** | **255.00** |
| Tend | 255.00 |
| Due | 0.00 |

04/07/2006 03:10:22 PM Deputy Clerk: bb/AG