# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/11/2006 4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CV03-00162KSC

CASE NAME: Mark N. Begley v. County of Kauai, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

---

JUDGE: Kevin S.C. Chang REPORTER:

DATE: 4/11/2006 TIME:

---

COURT ACTION: EO: The Clerk's Office is directed to enter an Amended Judgment to reflect the three earlier summary judgment motions that were granted in favor of the defendants and against the plaintiff as follows:

Order filed 7/26/05 granting in part and denying in part defendant's Martin W. Curnan's motion to dismiss plaintiff Mark N. Begley's first amended complaint filed 03/05/04 or for summary judgment

Order filed 10/4/05 granting Defendant George Freitas's motion for summary judgment

Order filed 10/4/05 granting Defendant County of Kauai's motion for summary judgment

Submitted by: Shari Afuso, Courtroom Manager