AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

MARK N. BEGLEY

Plaintiff(s),

V.

COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, GEORGE FREITAS, MARTIN W. CURNAN, and DAVID NAWAI

Defendant(s).

AMENDED JUDGMENT IN A CIVIL CASE

Case: CIVIL NO. 03-00162KSC

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

April 11, 2006

At 4 o'clock and 00 min p.m.
SUE BEITIA, CLERK

[ ] **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that an Amended Judgment is entered in favor of defendants and against the plaintiff pursuant to the "Order granting in part and denying in part defendant's Martin W. Curnan's motion to dismiss plaintiff Mark N. Begley's First Amended Complaint filed March 05, 2004 or for Summary Judgment" filed on July 26, 2005; pursuant to the "Order granting defendant George Freitas's motion for Summary Judgment" filed on October 4, 2005, and pursuant to the "Order granting Defendant County of Kauai's motion for Summary Judgment" filed on October 4, 2005.

cc: all parties of record

April 11, 2006
Date

SUE BEITIA
Clerk

Sala M. Geronimo
(By) Deputy Clerk