UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

April 17, 2006

To All Counsel of Record as Appellees:

IN RE: MARK N. BEGLEY vs. COUNTY OF KAUAI, ET AL.,

CIVIL NO. 03-00162DAE-KSC

Dear Counsel:

Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on April 7, 2006 .

All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

Sincerely Yours,
SUE BEITIA, CLERK

by: Laila M. Geronimo
Deputy Clerk

cc: Clerk, 9th CCA w/copy of NA,
docket sheet, dfnf
MARK N. BEGLEY (attorney for appellant)
w/copy of instructions for civil appeals
Transcript Desig. & Ordering Form
with instructions and a copy of the
docket sheet; CADS