ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No.________ U.S. District Court Case No. 1:03-cv-00162-KSC-KSC

Short Case Title Begley v. Kauai, County of, et al

Date Notice of Appeal Filed by Clerk of District Court 04/07/2006

**SECTION A** - To be completed by party ordering transcript

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 17 2006
at 3 o'clock and 45 min. P.M.
SUE BEITIA, CLERK

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS(strike portion not desired) |
|---|---|---|
| 03/09/2006 | Debra Chun | ~~Voir Dire~~ |
| 03/08/2006 | Debra Chun | Opening Statements |
| 03/07/2006 | Debra Chun | ~~Settlement Instructions~~ |
| 09/20/2005 | FTR C6 9:30-9:40 | Closing Arguments |
| 07/08/2005 | C5 9:35-10:22:46 | ~~Jury Instructions~~ |
| 01/24/2005 | Cynthia Fazio | Pre-Trial Proceedings |
| | | Other (please specify) ALL |

(additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

(✓) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered 04/15/2006 Estimated date for completion of transcript 05/15/06

Print Name of Attorney Mark N. Begley, Pro Se Phone Number (808) 635-3656

Signature of Attorney [signature]

Address 5318 Makaloa Street, Kapaa, HI 96746

**SECTION B** - To be completed by court reporter

I, ________________ have received this designation.
**(signature of court reporter)**

( ) Arrangements for payment were made on ________

( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

______ Approximate Number of Pages in Transcript--Due Date ________

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed ________ Court Reporter's Signature ________

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia ________ BY: ________
(U.S. District Court Clerk) (date) DEPUTY CLERK