# CERTIFICATE OF SERVICE

Case Name: **Begley v. Kauai, County of, et al**

Case No.: **1:03-cv-00162-KSC-KSC**

I certify that a copy of the Transcript Designation and Ordering Form was served upon the individuals listed below via U.S. mail, first-class postage prepaid.

| **Name / Address** | **Date Served** |
| --- | --- |
| **Michael J. McGuigan**<br>**Elmira K.L. Tsang**<br>Reinwald O'Connor & Playdon<br>Pacific Guardian Ctr., Makai Tower<br>733 Bishop Street, 24th floor<br>Honolulu, HI 96813<br>Attorneys for Defendant Martin Curnan | 04/15/06 |
| **David Nawai**<br>P.O. Box 1769<br>Lihue, Kauai, HI 96766<br>Defendant Pro Se | 04/15/06 |
| **John T. Komeiji**<br>**Karen Y. Arikawa**<br>**Brian Yukio Hiyane**<br>**Patsy H. Kirio**<br>Watanabe Ing Kawashima & Komeiji<br>First Hawaiian Center<br>999 Bishop Street 23rd Floor<br>Honolulu, HI 96813<br>Attorneys for Defendant George Freitas | 04/15/06 |

**David J Minkin** 04/15/06
**Paul B.K. Wong**
**Wendy F. Hanakahi**
Five Waterfront Plaza Suite 400
500 Ala Moana Blvd
Honolulu, HI 96813
Attorneys for Defendant County of Kauai

**Debra Chun** 04/15/06
P.O. Box 50131
Honolulu, HI 96850
Court Reporter

**Cynthia Fazio** 04/15/06
300 Ala Moana Blvd, Rm C281
Honolulu, HI 96850
Court Reporter

Mark N. Begley, Pro Se
5318 Makaloa Street
Kapaa, HI 96746