ORIGINAL

cc: KSC

371896.1

WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership

JOHN T. KOMEIJI # 2498-0
KAREN Y. ARIKAWA # 7684-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No.: 544-8300
Facsimile No.: 544-8399
E-Mail Address: karikawa@wik.com

Attorneys for Defendant
GEORGE FREITAS

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 20 2006

at 2 o'clock and 55 min. p.M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK N. BEGLEY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, GEORGE FREITAS, MARTIN W. CURNAN, and DAVID NAWAI,<br><br>Defendants. | Civil No. CV 03 00162 DAE KSC<br><br>**NOTICE OF MOTION; DEFENDANT GEORGE FREITAS' MOTION FOR ATTORNEYS' FEES AND COSTS PURSUANT TO JUDGMENT ENTERED ON APRIL 6, 2006; MEMORANDUM IN SUPPORT OF MOTION; AFFIDAVIT OF JOHN T. KOMEIJI; EXHIBITS "A"-"B"; CERTIFICATE OF SERVICE**<br><br>**Hearing:**<br>**Date:** __________<br>**Time:** __________<br>**Judge:** Mag. Kevin S.C. Chang<br><br>TRIAL DATE: January 4, 2006 |

**NOTICE OF HEARING OF MOTION**

TO: MARK N. BEGLEY
5318 Makaloa Street
Kapaa, Hawaii 96746

**Pro Se**

DONNA E. RICHARDS, ESQ.
MARK R. ZENGER, ESQ.
3016 Umi Street
Suites 204 and 211-B
Lihue, Hawaii 96766

and

CHRIS BOUSLOG, ESQ.
Four Waterfront Plaza, Suite 480
500 Ala Moana Boulevard
Honolulu, Hawaii 96813

Attorneys for Plaintiff
**MARK N. BEGLEY**

DAVID J. MINKIN, ESQ.
LISA W. CATALDO, ESQ.
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813

Attorneys for Defendant
**KAUAI COUNTY POLICE DEPARTMENT**

MICHAEL J. MCGUIGAN
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2400
Honolulu, Hawaii 96813

Attorneys for Defendant
**MARTIN W. CURNAN**

DAVID NAWAI
238 Molo Street
Kapaa, Hawaii 96746

**Pro Se**

NOTICE IS HEREBY GIVEN that, pursuant to Local Rule 7.2, Rules of the U.S. District Court for the District of Hawaii, the Motion for Attorneys' Fees and Costs Pursuant to Judgment

Entered on April 6, 2006 shall come on for hearing before the **Honorable Kevin S.C. Chang,** Magistrate Judge of the above-entitled Court, in his courtroom, Prince Kuhio Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii, at ________, on ________________, 2006, or as soon thereafter as counsel can be heard.

DATED: Honolulu, Hawaii, April 20, 2006.

JOHN T. KOMEIJI
KAREN Y. ARIKAWA
Attorneys for Defendant
**GEORGE FREITAS**