IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK N. BEGLEY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, GEORGE FREITAS, MARTIN W. CURNAN, and DAVID NAWAI,<br><br>Defendants. | Civil No. CV 03 00162 DAE KSC<br><br>**MEMORANDUM IN SUPPORT OF MOTION** |

**DEFENDANT GEORGE FREITAS' MOTION FOR ATTORNEYS' FEES AND COSTS PURSUANT TO JUDGMENT ENTERED ON APRIL 6, 2006**

COMES NOW Defendant GEORGE FREITAS, by and through his attorneys, WATANABE ING & KOMEIJI LLP, and hereby moves this Honorable Court for an award of his attorneys' fees and costs incurred in defending this action.

This Motion is brought pursuant to Rules 7 and 54(d) of the Federal Rules of Civil Procedure and Local Rules 7.1, 7.2, 53.1, 54.2, and 54.3 of the Rules of the United States District Court for the District of Hawaii, 42 U.S.C. § 1988, and 28 U.S.C. § 1920, and is supported by the Memorandum in Support of Motion, Affidavit of John T. Komeiji and Exhibits "A" and "B" attached hereto, and the entire record and files herein.

DATED: Honolulu, Hawaii, April 20, 2006.

JOHN T. KOMEIJI
KAREN Y. ARIKAWA

Attorneys for Defendant
**GEORGE FREITAS**