IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WAYNE BERRY, Hawaii citizen,<br><br>Plaintiff,<br><br>vs.<br><br>HAWAIIAN EXPRESS SERVICE, INC., a California corporation, et al.,<br><br>Defendants. | **Civil No. CV03-00385 SOM/LEK (Copyright)**<br><br>AFFIDAVIT OF JOHN T. KOMEIJI; EXHIBITS "A"-"B" |

**AFFIDAVIT OF JOHN T. KOMEIJI**

STATE OF HAWAII )
) SS.
CITY AND COUNTY OF HONOLULU )

JOHN T. KOMEIJI, being first duly sworn on oath, deposes and says:

1. I am an attorney licensed to practice law before all state and federal courts in the State of Hawaii and am one of the attorneys representing Defendant GEORGE FREITAS ("FREITAS") in the above-entitled matter.

2. I make this Affidavit based upon personal knowledge, and am competent to testify as to all matters stated herein.

3. Pursuant to Federal Rules of Civil Procedure 54(d)(1) and (2), and LR 54.2 and 54.3 of the Rules of the United States District Court for the District of Hawaii, this Affidavit

sets forth the attorneys' fees and costs incurred by Defendant FREITAS in defending against the claims alleged by Plaintiff MARK N. BEGLEY in the above-entitled case.

4. Attached hereto as Exhibit "A" is a true and accurate copy of the Bill of Costs being filed concurrently herewith reflecting the costs incurred by Watanabe Ing & Komeiji LLP as counsel for Defendant FREITAS in this matter.

5. Defendant FREITAS incurred attorneys' fees of **$37,345.50** and costs totaling **$831.13** in defending his interests in this case. Based on my experience, the amount of time the attorneys spent, and the resulting fees and costs, were both reasonable and necessary.

6. Attached hereto as Exhibit "B" is a true and accurate copy of redacted copies of invoices for legal services rendered and other costs incurred by Watanabe Ing & Komeiji LLP as counsel for Defendant FREITAS in this matter.

7. Redactions to Exhibit "B" were made to preserve the confidentiality of attorney-client privileged communications contained in the invoices for legal services rendered. Should the Court desire it, Watanabe Ing & Komeiji LLP will submit *in camera* unredacted bills.

8. In this matter, my hourly rate is $150.00. The applicable hourly rates for the other lawyers who worked on this case are: Patsy H. Kirio at $150.00, Brian Y. Hiyane at $150.00, Toby M. Tonaki at $135.00, Gary S. Suganuma at $135.00, and Karen

Y. Arikawa at $135.00. Based upon my experience, I believe that the hourly rates charged and the amount of fees incurred for the services performed by each of the foregoing attorneys are within the usual and customary parameters for performing such services in a case of this complexity.

**Relevant Qualifications and Experience**

9. I received my J.D. degree from the University of California, Hastings College of the Law in 1979. I have practiced in the area of litigation since 1979, and have obtained extensive experience in telecommunications law; defense of commercial, professional malpractice, and personal injury matters; and insurance coverage issues.

10. Patsy H. Kirio was a former partner at Watanabe Ing & Komeiji LLP who obtained her J.D. from the University of Hawaii, William S. Richardson School of Law in 1992. Ms. Kirio's practice areas included commercial and insurance defense litigation.

11. Toby M. Tonaki was a former partner at Watanabe Ing & Komeiji LLP who obtained his J.D. from the University of Hawaii, William S. Richardson School of Law in 1993. At the time that Mr. Tonaki worked on this case, he was an associate in the firm. Mr. Tonaki's practice areas include commercial and insurance defense litigation.

12. Gary S. Suganuma is an associate at Watanabe Ing & Komeiji LLP. Mr. Suganuma received his J.D. from the McGeorge

School of Law in 1997. Mr. Suganuma practices in the areas of commercial, insurance defense, and construction litigation.

13. Karen Y. Arikawa is an associate at Watanabe Ing & Komeiji LLP. Ms. Arikawa received her J.D. from the University of Hawaii, William S. Richardson School of Law in 2001. Ms. Arikawa practices in the areas of commercial and insurance defense litigation.

**Description of Services Rendered**

14. I reviewed and approved the time charges set forth in the itemization of work performed and I believe that the time spent and expenses incurred were reasonable and necessary under the circumstances.

15. In summary, the services rendered, as itemized per LR 54.3(d)(1), are as follows:

| **JOHN T. KOMEIJI** | | **Hours** |
|---|---|---|
| A. | Case Development, Background Investigation and Case Administration | 15.1 |
| B. | Pleadings | 2.0 |
| C. | Interrogatories, Document Production and Other Written Discovery | 2.7 |
| E. | Motions Practice | 11.5 |
| F. | Attending Court Hearings | 13.25 |
| G. | Trial Preparation and Attending Trial | 0.8 |
| **TOTAL HOURS** | | **45.35** |
| | **Total Fees for J. Komeiji @ $150/hr** | **$6,802.50** |

| **PATSY H. KIRIO** | | **Hours** |
|---|---|---|
| A. | Case Development, Background Investigation and Case Administration | 1.9 |
| B. | Pleadings | 1.3 |
| F. | Attending Court Hearings | 1.0 |
| **TOTAL HOURS** | | **4.2** |
| | **Total Fees for P. Kirio @$150/hr** | **$630.00** |

| **BRIAN Y. HIYANE** | | **Hours** |
|---|---|---|
| A. | Case Development, Background Investigation and Case Administration | 17.8 |
| B. | Pleadings | 7.2 |
| C. | Interrogatories, Document Production and Other Written Discovery | 0.8 |
| E. | Motions Practice | 78.4 |
| F. | Attending Court Hearings | 1.8 |
| **TOTAL HOURS** | | **106** |
| | **Total Fees for B. Hiyane @$150/hr** | **$15,900.00** |

| **TOBY M. TONAKI** | | **Hours** |
|---|---|---|
| B. | Pleadings | 1.4 |
| **TOTAL HOURS** | | **1.4** |
| | **Total Fees for T. Tonaki @$135/hr** | **$189.00** |

| **GARY S. SUGANUMA** | | **Hours** |
|---|---|---|
| C. | Interrogatories, Document Production and Other Written Discovery | 14.3 |
| F. | Attending Court Hearings | 1.0 |
| **TOTAL HOURS** | | **15.3** |
| | **Total Fees for G. Suganuma @ $135/hr** | **$2,065.50** |

| **KAREN Y. ARIKAWA** | | **Hours** |
|---|---|---|
| A. | Case Development, Background Investigation and Case Administration | 1.6 |
| B. | Pleadings | 0.3 |
| C. | Interrogatories, Document Production and Other Written Discovery | 1.7 |
| E. | Motions Practice | 81.5 |
| F. | Attending Court Hearings | 1.8 |
| G. | Trial Preparation and Attending Trial | 0.2 |
| **TOTAL HOURS** | | **87.1** |
| | **Total Fees for K. Arikawa @ $225/hr** | **$11,758.50** |

14. The amount of time spent by the attorneys defending Defendant FREITAS in this case appear to be reasonable.

**Description of Costs**

15. The costs incurred in defending Defendant FREITAS include the following:

(1) Photocopies @ $.10 per page . . . . . . . . $740.30

(2) Photocopies from prepared externally . . $67.69

(3) Long Distance Telephone Charges . . . . . . . $1.64

(4) Notary . . . . . . . . . . . . . . . . . . . . $21.50

**TOTAL COSTS . . . . . . . . . . . . . . . . . . . . . . . $831.13**

16. Based on my experience, these costs were reasonable and necessarily incurred to defend Defendant FREITAS in this case.

17. This Affidavit and the attached Motion for Attorneys' Fees and Costs are submitted in good faith and not for any improper purpose such as unjust delay or confusion.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge.

JOHN T. KOMEIJI

Subscribed and sworn to before me
this 20th day of April, 2006.

Notary Public, State of Hawaii
Cindy C. Uehara
My Commission Expires: 2/08/07