371942.1
WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership

JOHN T. KOMEIJI # 2498-0
KAREN Y. ARIKAWA # 7684-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No.: 544-8300
Facsimile No.: 544-8399
E-Mail Address: karikawa@wik.com

Attorneys for Defendant
GEORGE FREITAS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK N. BEGLEY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, GEORGE FREITAS, MARTIN W. CURNAN, and DAVID NAWAI,<br><br>Defendants. | Civil No. CV 03 00162 DAE KSC<br><br>**DEFENDANT GEORGE FREITAS' MEMORANDUM IN SUPPORT OF BILL OF COSTS; AFFIDAVIT OF JOHN T. KOMEIJI; EXHIBITS "A" - "B"; CERTIFICATE OF SERVICE** |

**DEFENDANT GEORGE FREITAS'**
**MEMORANDUM IN SUPPORT OF BILL OF COSTS**

Defendant GEORGE FREITAS ("FREITAS"), by and through his attorneys, WATANABE ING & KOMEIJI LLP, and hereby submits his memorandum in support of the Bill of Costs, the Bill of Costs which is attached hereto as Exhibit "A", and the supporting documentation as attached hereto as Exhibit "B". This Memorandum

EXHIBIT "A"

is submitted pursuant to Local Rule 54.2 of the Rules of the United States District Court for the District of Hawaii, and is supported by the Memorandum in Support of Bill of Costs, Affidavit of John T. Komeiji, Exhibits "A" and "B" attached hereto, and the entire record and files herein.

## I. GROUNDS SUPPORTING REQUEST FOR BILL OF COSTS

1. On May 18, 2005, Defendant MARTIN W. CURNAN filed a Motion to Dismiss Plaintiff Mark N. Begley's First Amended Complaint Filed March 5, 2004 or for Summary Judgment ("Curnan's MSJ").

2. On June 15, 2005, Defendant FREITAS joined Defendant Curnan's MSJ and requested summary judgment.

3. On July 26, 2005, this Court entered an Order Granting in Part and Denying in Part Defendant Martin W. Curnan's Motion to Dismiss Plaintiff Mark N. Begley's First Amended Complaint Filed 03/05/04 or for Summary Judgment ("Order re: Curnan's MSJ").

4. In the Order re: Curnan's MSJ, this Court entered summary judgment in favor of Defendant FREITAS "to the extent that Plaintiff's § 1983 claims, assault and battery, false imprisonment and failure to render aid claims against ... Defendant George Freitas are based on Defendant Curnan's alleged conduct..." <u>See</u> Order re: Curnan's MSJ at 30.

5. On August 4, 2005, Defendant FREITAS filed a Motion for Summary Judgment ("Second MSJ") requesting summary judgment on all remaining claims against Defendant FREITAS that were not disposed of by the Order re: Curnan's MSJ.

6. On October 4, 2005, this Court entered an Order Granting Defendant George Freitas and Defendant County of Kauai's Motions for Summary Judgment ("Order Granting Second MSJ"), finding that Plaintiff failed to present any sufficient evidence to overcome a motion for summary judgment on the remaining claims of conspiracy and emotional distress.

7. Judgment on a Decision by Court was entered on April 6, 2006.

8. An Amended Judgment in a Civil Case was entered on April 11, 2006 as to, among other things, this Court's Order re: Curnan's MSJ, and Order Granting Second MSJ.

## II. AUTHORITIES SUPPORTING REQUEST FOR BILL OF COSTS

Under FRCP Rule 54(d)(1), "there is a **presumption** that the prevailing party will be awarded its taxable costs." See Dawson v. City of Seattle, 435 F.3d 1054, 1070 (9th Cir. 2006) (citing Save Our Valley v. Sound Transit, 335 F.3d 932, 944 (9th Cir. 2003)) (emphasis added). Rule 54(d)(1) provides:

> **(1) Costs Other than Attorneys' Fees.** Except when express provision therefor is made either in a statute of the United States or in these rules, costs other than attorneys' **fees shall be allowed as of course to the prevailing party** unless the court otherwise directs; but costs against the

> United States, its officers, and agencies shall be imposed only to the extent permitted by law. Such costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court.

See Fed. R. Civ. P. 54(d)(1) (emphasis added). Defendant FREITAS, having prevailed on all of Plaintiff's claims, is clearly the prevailing party here. See e.g., Dawson (Defendants are considered the "prevailing parties" after Plaintiffs' suits were dismissed by summary judgment).

Costs taxed pursuant to Rule 54(d)(1) include those defined in 28 U.S.C. § 1920.[1] Defendant FREITAS is concurrently filing a Bill of Costs reflecting the recoverable costs incurred throughout this litigation. See copy of Bill of Costs attached hereto as Exhibit "A". There being no reason to deny Defendant FREITAS the recovery of the costs identified in its Bill of Costs, Defendant FREITAS respectfully submits that an award of

---

[1] 28 U.S.C. § 1920 provides:

**Taxation of costs.** A judge or clerk of any court of the United States may tax as costs the following:

(1) Fees of the clerk and marshal;
(2) Fees of the court reporter for all or any part of the stenographic transcript necessarily obtained for use in the case;
(3) Fees and disbursements for printing and witnesses;
(4) Fees for exemplification and copies of papers necessarily obtained for use in the case;
(5) Docket fees under section 1923 of this title;
(6) Compensation of court appointed experts, compensation of interpreters, and salaries, fees, expenses, and costs of special interpretation services under section 1828 of this title.

costs is appropriate here "as a matter of course." See Dawson, 435 F.3d at 1070.

DATED: Honolulu, Hawaii, April 20, 2006.

JOHN T. KOMEIJI
KAREN Y. ARIKAWA

Attorneys for Defendant
**GEORGE FREITAS**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK N. BEGLEY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, GEORGE FREITAS, MARTIN W. CURNAN, and DAVID NAWAI,<br><br>Defendants. | Civil No. CV 03 00162 DAE KSC<br><br>AFFIDAVIT OF JOHN T. KOMEIJI; EXHIBITS "A"-"B" |

**AFFIDAVIT OF JOHN T. KOMEIJI**

STATE OF HAWAII )
) SS.
CITY AND COUNTY OF HONOLULU )

JOHN T. KOMEIJI, being first duly sworn on oath, deposes and says:

1. I am an attorney licensed to practice law before all state and federal courts in the State of Hawaii and am one of the attorneys representing Defendant GEORGE FREITAS ("FREITAS") in the above-entitled matter.

2. I make this Affidavit based upon personal knowledge, and am competent to testify as to all matters stated herein.

3. Pursuant to Federal Rules of Civil Procedure 54(d)(1) and (2), LR 54.2 and 54.3 of the Rules of the United States District Court for the District of Hawaii, and 28 U.S.C. § 1924, this Affidavit sets forth the costs that were incurred by

Watanabe Ing & Komeiji LLP on behalf of Defendant FREITAS in defending against the claims alleged by Plaintiff MARK N. BEGLEY in the above-entitled case.

4. Attached hereto as Exhibit "A" is a true and accurate copy of the Bill of Costs.

5. Attached hereto as Exhibit "B" is a true and accurate copy of the supporting documentation for the costs reflected in the Bill of Costs.

6. Defendant FREITAS incurred recoverable costs totaling $831.13 in defending, and in bringing dispositive motions in this case.

7. The costs reflected in the Bill of Costs are correctly stated, and based upon my experience, they were necessarily incurred and appear to be allowable by law.

8. The costs incurred defending Defendant FREITAS include:

| | | |
|---|---|---|
| (1) | Photocopies @ $.10 per page . . . . . . . . | $740.30 |
| (2) | Photocopies from prepared externally . . | $67.69 |
| (3) | Long Distance Telephone Charges . . . . . . . | $1.64 |
| (4) | Notary . . . . . . . . . . . . . . . . . . . . | $21.50 |
| **TOTAL COSTS** | . . . . . . . . . . . . . . . . . . . . | **$831.13** |

8. I have not yet met and conferred with the Plaintiff, who we understand may now be pro se, in an effort to resolve any disputes about the claimed costs because we were

unclear whether he was operating pro se, or still represented by counsel.

9. I will make a good faith attempt to meet and confer with the Plaintiff.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge.

JOHN T. KOMEIJI

Subscribed and sworn to before me
this 20th day of April, 2006.

Cindy Uehara

Notary Public, State of Hawaii
Cindy C. Uehara
My Commission Expires: 3/08/07

AO 133 (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

District of Hawaii

Mark N. Begley

V.

County of Kauai, et al.

## BILL OF COSTS

Case Number: Civil No. 03-00162 KSC

Judgment having been entered in the above entitled action on 4/6/2006 (Date) against Mark N. Begley, the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 807.99 |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | 23.14 |
| TOTAL | $ 831.13 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: Mark N. Begley

Signature of Attorney: ____________________

Name of Attorney: John T. Komeiji, Esq.

For: George Freitas (Name of Claiming Party) Date: 4/20/2006

Costs are taxed in the amount of ____________________ and included in the judgment.

____________________ Clerk of Court By: ____________________ Deputy Clerk ____________________ Date

EXHIBIT "A"

**WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)**

| NAME AND RESIDENCE | ATTENDANCE Days | ATTENDANCE Total Cost | SUBSISTENCE Days | SUBSISTENCE Total Cost | MILEAGE Miles | MILEAGE Total Cost | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)

"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)

"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)

"Entry of the judgment shall not be delayed for the taxing of costs."

INQUIRY : Case - r[illegible]ence 1:28am 18 APR 06

Client : 2525 COUNTY OF KAUAI
Case : 18360 BEGLEY v. FREITAS
Status : Active

Action type : All cost

| Summary... | .....Time | .........Fees | .....Cost.adv | ....Cost.inc | ........Total |
|---|---|---|---|---|---|
| Billed | | | 828.73 | | 828.73 |
| Billable | | | 2.40 | | 2.40 |
| Total | | | 831.13 | | 831.13 |

| ..Ref | ..Date.. | Cde.desc | Orgtme | Orgrte | ....Orgamt | ..Time | ..Rate | .......Amt | S |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 05/19/03 | Miscellan | | | 10.00 | | | | I |
| 2 | 05/21/03 | Photocopi | | | 0.13 | | 0.00 | 0.10 | I |
| 13 | 05/19/03 | Long Dist | | | 0.10 | | | | I |
| 14 | 05/22/03 | Long Dist | | | 0.17 | | | | I |
| 19 | 06/16/03 | Long Dist | | | 0.27 | | | | I |
| 23 | 08/22/03 | Long Dist | | | 0.11 | | | | I |
| 24 | 08/22/03 | Long Dist | | | 0.99 | | | | I |
| 25 | 09/30/03 | Miscellan | | | 43.69 | | | | I |
| 28 | 10/01/03 | Photocopi | | | 3.50 | | | | I |
| 29 | 10/09/03 | Miscellan | | | 18.80 | | | | I |

1 05/19/03 Miscellan 10.00 I
Fp:0305 | Bth:7697*14 | Chk: 02/081842,05/27/03 | Inv:102603
Source : AP 00,CCA,CCA.0503 | Payee:CINDY C. UEHARA
Comments : Notary fee

2 05/21/03 Photocopi 0.13 0.00 0.10 I
Fp:0305 | Bth:7699*17 | Inv:102603
Source : ASCIIC

13 05/19/03 Long Dist 0.10 I
Fp:0306 | Bth:7723*23 | Inv:102603
Source : ASCIIC
Note : 1(808)241-6846

14 05/22/03 Long Dist 0.17 I
Fp:0306 | Bth:7723*29 | Inv:102603
Source : ASCIIC
Note : 1(808)241-6845

19 06/16/03 Long Dist 0.27 I
Fp:0307 | Bth:7753*7 | Inv:103053
Source : ASCIIC
Note : 1(808)241-6847

23 08/22/03 Long Dist 0.11 I
Fp:0309 | Bth:7843*19 | Inv:104322
Source : ASCIIC
Note : 1(808)241-6846

24 08/22/03 Long Dist 0.99 I
Fp:0309 | Bth:7843*20 | Inv:104322
Source : ASCIIC
Note : 1(808)241-6847

25 09/30/03 Miscellan 43.69 I
Fp:0309 | Bth:7848*52 | Chk: 02/082651,09/30/03 | Inv:104322
Source : AP 00,PIIH,410825 | Payee:PROFESSIONAL IMAGE
Comments : File copies

28 10/01/03 Photocopi 3.50 I
Fp:0310 | Bth:7853*56 | Inv:104322
Source : ASCIIC

29 10/09/03 Miscellan 18.80 I
Fp:0310 | Bth:7865*10 | Chk: 02/082699,10/09/03 | Inv:104322

EXHIBIT "B"

INQUIRY : Case - r...rence 1:28am 18 APR 06

Client : 2525 COUNTY OF KAUAI
Case : 18360 BEGLEY v. FREITAS

Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
Source : AP 00,MIST,100903.8 | Payee:LAW OFFICES OF CHR
Comments : Copying charges

30 10/10/03 Photocopi 3.40 I
Fp:0310 | Bth:7869*148 | Inv:104322
Source : ASCIIC

36 10/09/03 Online Re 44.51 0.00 0.00 I
Fp:0310 | Bth:7879*75 | Inv:104322

38 10/30/03 Miscellan 4.20 I
Fp:0310 | Bth:7896*2 | Chk: 02/082816,10/30/03 | Inv:105391
Source : AP 00,MIST,103003.3 | Payee:CHRIS BOUSLOG
Comments : Reimbursement for copying cost

40 11/06/03 Photocopi 0.30 I
Fp:0311 | Bth:7904*37 | Inv:105391
Source : ASCIIC

47 03/25/04 Photocopi 4.00 I
Fp:0403 | Bth:8095*132 | Inv:106542
Source : ASCIIC

48 03/25/04 Photocopi 2.70 I
Fp:0403 | Bth:8095*134 | Inv:106542
Source : ASCIIC

49 04/02/04 Photocopi 2.70 I
Fp:0404 | Bth:8103*215 | Inv:106542
Source : ASCIIC

52 04/26/04 Photocopi 1.40 I
Fp:0404 | Bth:8130*47 | Inv:107361
Source : ASCIIC

54 05/12/04 Photocopi 1.00 I
Fp:0405 | Bth:8152*125 | Inv:107361
Source : ASCIIC

57 05/21/04 Photocopi 9.60 I
Fp:0405 | Bth:8168*414 | Inv:107361
Source : ASCIIC

58 05/24/04 Photocopi 0.10 I
Fp:0405 | Bth:8169*82 | Inv:107361
Source : ASCIIC

60 06/08/04 Miscellan 11.50 I
Fp:0406 | Bth:8193*9 | Chk: 02/084454,06/09/04 | Inv:107361
Source : AP 00,CCA,CCU.0504 | Payee:CINDY C. UEHARA

INQUIRY : Case - re[illegible]ence [illegible]1:28am 18 APR 06

Client : 2525 COUNTY OF KAUAI
Case : 18360 BEGLEY v. FREITAS

Status : Active

| ..Ref | ..Date.. Cde.desc Orgtme Orgrte<br>Comments : Notary fee | ....Orgamt | ..Time | ..Rate | .......Amt | S |
|---|---|---|---|---|---|---|
| 61 | 06/25/04 Photocopi<br>Fp:0406 \| Bth:8207*45 \| Inv:107789<br>Source : ASCIIC | 0.70 | | | | I |
| 65 | 07/27/04 Photocopi<br>Fp:0407 \| Bth:8241*74 \| Inv:108599<br>Source : ASCIIC | 19.20 | | | | I |
| 68 | 07/28/04 Photocopi<br>Fp:0407 \| Bth:8244*29 \| Inv:108599<br>Source : ASCIIC | 12.80 | | | | I |
| 70 | 09/07/04 Photocopi<br>Fp:0409 \| Bth:8293*46 \| Inv:109150<br>Source : ASCIIC | 2.10 | | | | I |
| 71 | 09/07/04 Photocopi<br>Fp:0409 \| Bth:8293*47 \| Inv:109150<br>Source : ASCIIC | 0.70 | | | | I |
| 72 | 09/07/04 Photocopi<br>Fp:0409 \| Bth:8293*71 \| Inv:109150<br>Source : ASCIIC | 2.60 | | | | I |
| 75 | 09/02/04 Online Re<br>Fp:0409 \| Bth:8299*30 \| Inv:109150 | 85.37 | | 0.00 | 0.00 | I |
| 76 | 09/13/04 Photocopi<br>Fp:0409 \| Bth:8302*20 \| Inv:109150<br>Source : ASCIIC | 0.20 | | | | I |
| 80 | 09/20/04 Photocopi<br>Fp:0409 \| Bth:8306*152 \| Inv:109489<br>Source : ASCIIC | 17.60 | | | | I |
| 90 | 09/27/04 Photocopi<br>Fp:0409 \| Bth:8320*27 \| Inv:109489<br>Source : ASCIIC | 1.20 | | | | I |
| 91 | 09/29/04 Photocopi<br>Fp:0409 \| Bth:8320*215 \| Inv:109489<br>Source : ASCIIC | 8.10 | | | | I |
| 92 | 09/29/04 Photocopi<br>Fp:0409 \| Bth:8320*216 \| Inv:109489<br>Source : ASCIIC | 3.60 | | | | I |
| 93 | 09/29/04 Photocopi | 26.10 | | | | I |

INQUIRY : Case - re[illegible]ence 1:28am 18 APR 06

Client : 2525 COUNTY OF KAUAI
Case : 18360 BEGLEY v. FREITAS Status : Active

| ..Ref | ..Date.. Cde.desc Orgtme Orgrte | ....Orgamt | ..Time | ..Rate | .......Amt | S |
|---|---|---|---|---|---|---|
| | Fp:0409 \| Bth:8320*217 \| Inv:109489<br>Source : ASCIIC | | | | | |
| 94 | 09/29/04 Photocopi<br>Fp:0409 \| Bth:8320*218 \| Inv:109489<br>Source : ASCIIC | 40.50 | | | | I |
| 95 | 09/30/04 Online Re<br>Fp:0409 \| Bth:8322*8 \| Inv:109489 | 350.64 | | 0.00 | 0.00 | I |
| 96 | 09/25/04 Online Re<br>Fp:0409 \| Bth:8322*30 \| Inv:109489 | 55.23 | | 0.00 | 0.00 | I |
| 103 | 10/04/04 Photocopi<br>Fp:0410 \| Bth:8324*74 \| Inv:109489<br>Source : ASCIIC | 13.40 | | | | I |
| 104 | 10/04/04 Photocopi<br>Fp:0410 \| Bth:8324*79 \| Inv:109489<br>Source : ASCIIC | 0.10 | | | | I |
| 107 | 10/19/04 Photocopi<br>Fp:0410 \| Bth:8340*58 \| Inv:109903<br>Source : ASCIIC | 2.30 | | | | I |
| 109 | 10/26/04 Photocopi<br>Fp:0410 \| Bth:8352*21 \| Inv:109903<br>Source : ASCIIC | 4.00 | | | | I |
| 110 | 10/26/04 Photocopi<br>Fp:0410 \| Bth:8352*66 \| Inv:109903<br>Source : ASCIIC | 45.50 | | | | I |
| 111 | 10/27/04 Photocopi<br>Fp:0410 \| Bth:8352*130 \| Inv:109903<br>Source : ASCIIC | 0.10 | | | | I |
| 117 | 11/09/04 Photocopi<br>Fp:0411 \| Bth:8363*11 \| Inv:109903<br>Source : ASCIIC | 4.80 | | | | I |
| 118 | 12/02/04 Photocopi<br>Fp:0412 \| Bth:8387*29 \| Inv:110764<br>Source : ASCIIC | 3.70 | | | | I |
| 119 | 10/15/04 Miscellan<br>Fp:0412 \| Bth:8405*3 \| Inv:110764<br>Comments : Copying charges (petty cash fund) | 1.00 | | | | I |
| 122 | 01/07/05 Photocopi | 0.50 | | | | I |

INQUIRY : Case - re[illegible]ence [illegible]:28am 18 APR 06

Client : 2525 COUNTY OF KAUAI
Case : 18360 BEGLEY v. FREITAS

Status : Active

| ..Ref | ..Date.. | Cde.desc | Orgtme | Orgrte | ....Orgamt | ..Time | ..Rate | .......Amt | S |
|---|---|---|---|---|---|---|---|---|---|
| | Fp:0501 \| Bth:8420*310 \| Inv:110764 | | | | | | | | |
| | Source : ASCIIC | | | | | | | | |
| 129 | 01/31/05 | Photocopi | | | 4.40 | | | | I |
| | Fp:0502 \| Bth:8443*171 \| Inv:110960 | | | | | | | | |
| | Source : ASCIIC | | | | | | | | |
| 130 | 02/01/05 | Photocopi | | | 1.60 | | | | I |
| | Fp:0502 \| Bth:8443*276 \| Inv:110960 | | | | | | | | |
| | Source : ASCIIC | | | | | | | | |
| 134 | 02/02/05 | Photocopi | | | 0.10 | | | | I |
| | Fp:0502 \| Bth:8446*60 \| Inv:110960 | | | | | | | | |
| | Source : ASCIIC | | | | | | | | |
| 135 | 02/02/05 | Photocopi | | | 0.10 | | | | I |
| | Fp:0502 \| Bth:8446*66 \| Inv:110960 | | | | | | | | |
| | Source : ASCIIC | | | | | | | | |
| 136 | 02/03/05 | Photocopi | | | 3.20 | | | | I |
| | Fp:0502 \| Bth:8446*130 \| Inv:110960 | | | | | | | | |
| | Source : ASCIIC | | | | | | | | |
| 137 | 02/04/05 | Photocopi | | | 0.80 | | | | I |
| | Fp:0502 \| Bth:8446*172 \| Inv:110960 | | | | | | | | |
| | Source : ASCIIC | | | | | | | | |
| 139 | 02/14/05 | Photocopi | | | 3.00 | | | | I |
| | Fp:0502 \| Bth:8453*352 \| Inv:110960 | | | | | | | | |
| | Source : ASCIIC | | | | | | | | |
| 140 | 02/14/05 | Photocopi | | | 5.10 | | | | I |
| | Fp:0502 \| Bth:8453*357 \| Inv:110960 | | | | | | | | |
| | Source : ASCIIC | | | | | | | | |
| 141 | 02/16/05 | Photocopi | | | 0.50 | | | | I |
| | Fp:0502 \| Bth:8456*67 \| Inv:111384 | | | | | | | | |
| | Source : ASCIIC | | | | | | | | |
| 146 | 04/08/05 | Photocopi | | | 0.80 | | | | I |
| | Fp:0504 \| Bth:8506*144 \| Inv:112667 | | | | | | | | |
| | Source : ASCIIC | | | | | | | | |
| 147 | 04/11/05 | Photocopi | | | 1.60 | | | | I |
| | Fp:0504 \| Bth:8506*208 \| Inv:112667 | | | | | | | | |
| | Source : ASCIIC | | | | | | | | |
| 149 | 04/21/05 | Photocopi | | | 6.00 | | | | I |
| | Fp:0504 \| Bth:8520*232 \| Inv:112667 | | | | | | | | |
| | Source : ASCIIC | | | | | | | | |

INQUIRY : Case - r[illegible]rence [illegible]1:28am 18 APR 06

Client : 2525 COUNTY OF KAUAI
Case : 18360 BEGLEY v. FREITAS

Status : Active

| ..Ref | ..Date.. | Cde.desc | Orgtme | Orgrte | ....Orgamt | ..Time | ..Rate | .......Amt | S |
|---|---|---|---|---|---|---|---|---|---|
| 150 | 04/26/05 | Photocopi<br>Fp:0504 \| Bth:8524*157 \| Inv:112667<br>Source : ASCIIC | | | 1.70 | | | | I |
| 151 | 05/09/05 | Photocopi<br>Fp:0505 \| Bth:8532*329 \| Inv:112667<br>Source : ASCIIC | | | 0.40 | | | | I |
| 152 | 05/19/05 | Photocopi568.00<br>Fp:0505 \| Bth:8551*212 \| Inv:112667<br>Source : ASCIIC | | | 56.80 | | | | I |
| 153 | 05/20/05 | Photocopi 8.00<br>Fp:0505 \| Bth:8551*278 \| Inv:112667<br>Source : ASCIIC | | | 0.80 | | | | I |
| 154 | 05/25/05 | Photocopi 26.00<br>Fp:0505 \| Bth:8551*472 \| Inv:112667<br>Source : ASCIIC | | | 2.60 | | | | I |
| 162 | 06/01/05 | Photocopi 28.00<br>Fp:0506 \| Bth:8566*58 \| Inv:112667<br>Source : ASCIIC | | | 2.80 | | | | I |
| 163 | 06/02/05 | Photocopi100.00<br>Fp:0506 \| Bth:8566*97 \| Inv:112667<br>Source : ASCIIC | | | 10.00 | | | | I |
| 164 | 06/02/05 | Photocopi 17.00<br>Fp:0506 \| Bth:8566*156 \| Inv:112667<br>Source : ASCIIC | | | 1.70 | | | | I |
| 165 | 06/16/05 | Photocopi 64.00<br>Fp:0506 \| Bth:8575*46 \| Inv:113054<br>Source : ASCIIC | | | 6.40 | | | | I |
| 167 | 06/22/05 | Photocopi293.00<br>Fp:0506 \| Bth:8581*115 \| Inv:113054<br>Source : ASCIIC | | | 29.30 | | | | I |
| 168 | 06/22/05 | Photocopi 2.00<br>Fp:0506 \| Bth:8581*128 \| Inv:113054<br>Source : ASCIIC | | | 0.20 | | | | I |
| 169 | 06/28/05 | Photocopi 10.00<br>Fp:0506 \| Bth:8589*52 \| Inv:113054<br>Source : ASCIIC | | | 1.00 | | | | I |
| 180 | 07/14/05 | Photocopi 11.00 | | | 1.10 | | | | I |

INQUIRY : Case - r[illegible]ence 1:28am 18 APR 06

Client : 2525 COUNTY OF KAUAI
Case : 18360 BEGLEY v. FREITAS

Status : Active

| ..Ref | ..Date.. Cde.desc Orgtme Orgrte | ....Orgamt | ..Time | ..Rate | .......Amt | S |
|---|---|---|---|---|---|---|
| | Fp:0507 \| Bth:8598*140 \| Inv:113054<br>Source : ASCIIC | | | | | |
| 182 | 07/30/05 Photocopi 46.00<br>Fp:0507 \| Bth:8612*97 \| Inv:113324<br>Source : ASCIIC | 4.60 | | | | I |
| 192 | 08/01/05 Photocopi 31.00<br>Fp:0508 \| Bth:8614*3 \| Inv:113324<br>Source : ASCIIC | 3.10 | | | | I |
| 193 | 08/03/05 Photocopi402.00<br>Fp:0508 \| Bth:8614*135 \| Inv:113324<br>Source : ASCIIC | 40.20 | | | | I |
| 194 | 08/03/05 Photocopi150.00<br>Fp:0508 \| Bth:8614*144 \| Inv:113324<br>Source : ASCIIC | 15.00 | | | | I |
| 195 | 08/03/05 Photocopi 90.00<br>Fp:0508 \| Bth:8614*166 \| Inv:113324<br>Source : ASCIIC | 9.00 | | | | I |
| 196 | 08/03/05 Photocopi098.00<br>Fp:0508 \| Bth:8614*167 \| Inv:113324<br>Source : ASCIIC | 109.80 | | | | I |
| 203 | 08/04/05 Photocopi162.00<br>Fp:0508 \| Bth:8616*11 \| Inv:113324<br>Source : ASCIIC | 16.20 | | | | I |
| 204 | 08/04/05 Photocopi 40.00<br>Fp:0508 \| Bth:8616*37 \| Inv:113324<br>Source : ASCIIC | 4.00 | | | | I |
| 205 | 08/04/05 Photocopi 45.00<br>Fp:0508 \| Bth:8616*39 \| Inv:113324<br>Source : ASCIIC | 4.50 | | | | I |
| 206 | 08/04/05 Photocopi 30.00<br>Fp:0508 \| Bth:8616*62 \| Inv:113324<br>Source : ASCIIC | 3.00 | | | | I |
| 207 | 08/05/05 Photocopi 39.00<br>Fp:0508 \| Bth:8616*79 \| Inv:113324<br>Source : ASCIIC | 3.90 | | | | I |
| 208 | 08/08/05 Photocopi 44.00<br>Fp:0508 \| Bth:8616*170 \| Inv:113324<br>Source : ASCIIC | 4.40 | | | | I |

INQUIRY : Case - re[illegible]ence 1:28am 18 APR 06

Client : 2525 COUNTY OF KAUAI
Case : 18360 BEGLEY v. FREITAS

Status : Active

| ..Ref | ..Date.. | Cde.desc | Orgtme | Orgrte | ....Orgamt | ..Time | ..Rate | .......Amt | S |
|---|---|---|---|---|---|---|---|---|---|
| 209 | 08/08/05 | Photocopi263.00 | | | 26.30 | | | | I |
| | Fp:0508 \| Bth:8616*177 \| Inv:113324 | | | | | | | | |
| | Source : ASCIIC | | | | | | | | |
| 210 | 08/03/05 | Online Re | | | 62.34 | | 0.00 | 0.00 | I |
| | Fp:0508 \| Bth:8622*10 \| Inv:113324 | | | | | | | | |
| | Comments : Research by Karen Arikawa: 8/1/05 - 8/3/05 | | | | | | | | |
| 211 | 08/02/05 | Online Re | | | 13.68 | | 0.00 | 0.00 | I |
| | Fp:0508 \| Bth:8622*12 \| Inv:113324 | | | | | | | | |
| | Comments : Research by Karen Arikawa | | | | | | | | |
| 212 | 08/03/05 | Online Re | | | 41.29 | | 0.00 | 0.00 | I |
| | Fp:0508 \| Bth:8622*29 \| Inv:113324 | | | | | | | | |
| | Comments : Research by Brian Hiyane: 8/1/05 - 8/3/05 | | | | | | | | |
| 218 | 08/24/05 | Photocopi 24.00 | | | 2.40 | | | | I |
| | Fp:0508 \| Bth:8636*58 \| Inv:113726 | | | | | | | | |
| | Source : ASCIIC | | | | | | | | |
| 222 | 09/06/05 | Photocopi106.00 | | | 10.60 | | | | I |
| | Fp:0509 \| Bth:8643*321 \| Inv:113726 | | | | | | | | |
| | Source : ASCIIC | | | | | | | | |
| 223 | 09/07/05 | Photocopi 90.00 | | | 9.00 | | | | I |
| | Fp:0509 \| Bth:8643*324 \| Inv:113726 | | | | | | | | |
| | Source : ASCIIC | | | | | | | | |
| 224 | 09/07/05 | Photocopi180.00 | | | 18.00 | | | | I |
| | Fp:0509 \| Bth:8643*342 \| Inv:113726 | | | | | | | | |
| | Source : ASCIIC | | | | | | | | |
| 225 | 09/07/05 | Photocopi 25.00 | | | 2.50 | | | | I |
| | Fp:0509 \| Bth:8643*345 \| Inv:113726 | | | | | | | | |
| | Source : ASCIIC | | | | | | | | |
| 238 | 09/09/05 | Photocopi220.00 | | | 22.00 | | | | I |
| | Fp:0509 \| Bth:8648*221 \| Inv:113726 | | | | | | | | |
| | Source : ASCIIC | | | | | | | | |
| 239 | 09/12/05 | Photocopi 30.00 | | | 3.00 | | | | I |
| | Fp:0509 \| Bth:8648*246 \| Inv:113726 | | | | | | | | |
| | Source : ASCIIC | | | | | | | | |
| 240 | 09/12/05 | Photocopi 76.00 | | | 7.60 | | | | I |
| | Fp:0509 \| Bth:8648*250 \| Inv:113726 | | | | | | | | |
| | Source : ASCIIC | | | | | | | | |
| 241 | 09/13/05 | Photocopi 68.00 | | | 6.80 | | | | I |

INQUIRY : Case - reference 1:28am 18 APR 06

Client : 2525 COUNTY OF KAUAI
Case : 18360 BEGLEY v. FREITAS

Status : Active

| ..Ref | ..Date.. | Cde.desc | Orgtme | Orgrte | ....Orgamt | ..Time | ..Rate | .......Amt | S |
|---|---|---|---|---|---|---|---|---|---|
| | Fp:0509 \| Bth:8648*276 \| Inv:113726 | | | | | | | | |
| | Source : ASCIIC | | | | | | | | |
| 242 | 09/13/05 | Photocopi | 13.00 | | 1.30 | | | | I |
| | Fp:0509 \| Bth:8648*285 \| Inv:113726 | | | | | | | | |
| | Source : ASCIIC | | | | | | | | |
| 243 | 09/09/05 | Online Re | | | 1.50 | | 0.00 | 0.00 | I |
| | Fp:0509 \| Bth:8649*90 \| Inv:113726 | | | | | | | | |
| | Comments : Research by KYA | | | | | | | | |
| 246 | 09/19/05 | Photocopi | 58.00 | | 5.80 | | | | I |
| | Fp:0509 \| Bth:8657*62 \| Inv:114080 | | | | | | | | |
| | Source : ASCIIC | | | | | | | | |
| 247 | 09/19/05 | Photocopi | 34.00 | | 3.40 | | | | I |
| | Fp:0509 \| Bth:8657*88 \| Inv:114080 | | | | | | | | |
| | Source : ASCIIC | | | | | | | | |
| 250 | 09/19/05 | Online Re | | | 20.61 | | 0.00 | 0.00 | I |
| | Fp:0509 \| Bth:8666*13 \| Inv:114080 | | | | | | | | |
| | Comments : Research by KYA | | | | | | | | |
| 257 | 10/04/05 | Photocopi | 30.00 | | 3.00 | | | | I |
| | Fp:0510 \| Bth:8674*207 \| Inv:114080 | | | | | | | | |
| | Source : ASCIIC | | | | | | | | |
| 258 | 10/05/05 | Photocopi | 90.00 | | 9.00 | | | | I |
| | Fp:0510 \| Bth:8674*212 \| Inv:114080 | | | | | | | | |
| | Source : ASCIIC | | | | | | | | |
| 259 | 10/05/05 | Photocopi | 3.00 | | 0.30 | | | | I |
| | Fp:0510 \| Bth:8674*248 \| Inv:114080 | | | | | | | | |
| | Source : ASCIIC | | | | | | | | |
| 260 | 10/06/05 | Photocopi | 32.00 | | 3.20 | | | | I |
| | Fp:0510 \| Bth:8674*272 \| Inv:114080 | | | | | | | | |
| | Source : ASCIIC | | | | | | | | |
| 261 | 10/18/05 | Photocopi | 7.00 | | 0.70 | | | | I |
| | Fp:0510 \| Bth:8678*40 \| Inv:115121 | | | | | | | | |
| | Source : ASCIIC | | | | | | | | |
| 264 | 10/26/05 | Photocopi | 8.00 | | 0.80 | | | | I |
| | Fp:0510 \| Bth:8694*19 \| Inv:115121 | | | | | | | | |
| | Source : ASCIIC | | | | | | | | |
| 266 | 11/16/05 | Photocopi | 26.00 | | 2.60 | | | | I |
| | Fp:0511 \| Bth:8719*65 \| Inv:115121 | | | | | | | | |
| | Source : ASCIIC | | | | | | | | |

INQUIRY : Case - re[illegible]ence [illegible]:28am 18 APR 06

Client : 2525 COUNTY OF KAUAI
Case : 18360 BEGLEY v. FREITAS

Status : Active

| ..Ref | ..Date.. | Cde.desc | Orgtme | Orgrte | ....Orgamt | ..Time | ..Rate | .......Amt | S |
|---|---|---|---|---|---|---|---|---|---|
| 267 | 11/21/05 | Photocopi | 13.00 | | 1.30 | | | | I |
| | Fp:0511 \| Bth:8719*152 \| Inv:115121 | | | | | | | | |
| | Source : ASCIIC | | | | | | | | |
| 279 | 04/05/06 | Photocopi | 23.00 | | 2.30 | | | | |
| | Fp:0604 \| Bth:8833*140 | | | | | | | | |
| | Source : ASCIIC | | | | | | | | |
| 280 | 04/05/06 | Photocopi | 1.00 | | 0.10 | | | | |
| | Fp:0604 \| Bth:8833*142 | | | | | | | | |
| | Source : ASCIIC | | | | | | | | |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK N. BEGLEY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, GEORGE FREITAS, MARTIN W. CURNAN, and DAVID NAWAI,<br><br>Defendants. | Civil No. CV 03 00162 DAE KSC<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was duly served on the following by depositing same in the United States Mail, postage prepaid, addressed to their following last known addresses:

DONNA E. RICHARDS, ESQ.
MARK R. ZENGER, ESQ.
3016 Umi Street
Suites 204 and 211-B
Lihue, Hawaii 96766

and

CHRIS BOUSLOG, ESQ.
Four Waterfront Plaza, Suite 480
500 Ala Moana Boulevard
Honolulu, Hawaii 96813

Attorneys for Plaintiff
**MARK N. BEGLEY**

MARK N. BEGLEY
5318 Makaloa Street
Kapaa, Hawaii 96746

**Pro Se**

DAVID J. MINKIN, ESQ.
PAUL B.K. WONG, ESQ.
WENDY F. HANAKAHI, ESQ.
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813

Attorneys for Defendant
**COUNTY OF KAUAI**

MICHAEL J. MCGUIGAN, ESQ.
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2400
Honolulu, Hawaii 96813

Attorneys for Defendant
**MARTIN W. CURNAN**

DAVID NAWAI
238 Molo Street
Kapaa, Hawaii 96746

**Pro Se**

DATED: Honolulu, Hawaii, April 20, 2006.

JOHN KOMEIJI
KAREN Y. ARIKAWA
Attorneys for Defendant
**GEORGE FREITAS**