INQUIRY : Case - re[illegible]ence :29am 18 APR 06

Client : 2525 COUNTY OF KAUAI
Case : 18360 BEGLEY v. FREITAS Status : Active

Action type : All fees

| Summary... | .....Time | .........Fees | .....Cost.adv | ....Cost.inc | ........Total |
|---|---|---|---|---|---|
| Billed | 258.75 | 37,198.50 | | | 37,198.50 |
| Billable | 1.00 | 147.00 | | | 147.00 |
| Total | 259.75 | 37,345.50 | | | 37,345.50 |

| ..Ref | ..Date.. | Cde.desc | Orgtme | Orgrte | ....Orgamt | ..Time | ..Rate | .......Amt | S |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 05/21/03 | LEGAL SER | 3.00 | 135.00 | 405.00 | | | | I |

Fp:0305 | Bth:120353*13 | Atty:GARY S. SUGANUM | Inv:102603
Comments : Research re: HPD authority to withhold records relating to ongoing criminal investigation

4 05/19/03 LEGAL SER 0.70 150.00 105.00 I
Fp:0305 | Bth:120370*16 | Atty:PATSY H. KIRIO | Inv:102603
Comments : Review Complaint and pending matters

5 05/23/03 LEGAL SER 0.40 150.00 60.00 I
Fp:0305 | Bth:120370*49 | Atty:PATSY H. KIRIO | Inv:102603
Comments : Review correspondence from Loo; review filings by Plaintiff

6 05/26/03 LEGAL SER 0.30 150.00 45.00 I
Fp:0305 | Bth:120370*57 | Atty:PATSY H. KIRIO | Inv:102603
Comments : Review corresponence

7 05/20/03 LEGAL SER 1.40 135.00 189.00 I
Fp:0305 | Bth:120365*42 | Atty:TOBY M. TONAKI | Inv:102603
Comments : Review complaint(1.0); telephone conference with Bouslog re: no need to answer complaint because amended complaint will be filed (.2); draft letter to Bouslog confirming conversation

8 06/06/03 LEGAL SER 0.50 150.00 75.00 I
Fp:0306 | Bth:120538*33 | Atty:JOHN T. KOMEIJI | Inv:102603
Comments : Review research re confidentiality of records

9 06/09/03 LEGAL SER 0.30 150.00 45.00 I
Fp:0306 | Bth:120538*47 | Atty:JOHN T. KOMEIJI | Inv:102603
Comments : Review research

10 06/06/03 LEGAL SER 6.70 135.00 904.50 I
Fp:0306 | Bth:120547*30 | Atty:GARY S. SUGANUM | Inv:102603
Comments : Research issues of private and privacy re: confidential police records (4.0); draft memo re: handling of confidential records from our client (2.7)

11 06/07/03 LEGAL SER 1.50 135.00 202.50 I
Fp:0306 | Bth:120547*31 | Atty:GARY S. SUGANUM | Inv:102603
Comments : Draft/revise memo re: handling of confidential records from our client

12 06/09/03 LEGAL SER 3.10 135.00 418.50 I
Fp:0306 | Bth:120547*34 | Atty:GARY S. SUGANUM | Inv:102603

EXHIBIT "B"

INQUIRY : Case - re[illegible]ence :29am 18 APR 06

Client : 2525 COUNTY OF KAUAI
Case : 18360 BEGLEY v. FREITAS Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
Comments : Continue research and draft memo re: handling of confidential records from our client

15 06/17/03 LEGAL SER 0.30 150.00 45.00 I
Fp:0306 | Bth:120732*18 | Atty:JOHN T. KOMEIJI | Inv:103053
Comments : Telephone call with McGuigan

16 06/18/03 LEGAL SER 0.20 150.00 30.00 0.20 0.00 0.00 I
Fp:0306 | Bth:120737*15 | Atty:PATSY H. KIRIO | Inv:103053
Comments : Review research re confidentiality of ongoing crimminal investigation (NO CHARGE)

17 06/20/03 LEGAL SER 0.40 150.00 60.00 I
Fp:0306 | Bth:120737*29 | Atty:PATSY H. KIRIO | Inv:103053
Comments : Review County sexual harassment procedures; review article from Garden Island; draft memo re [redacted]

18 07/01/03 LEGAL SER 0.30 150.00 45.00 I
Fp:0307 | Bth:120907*13 | Atty:JOHN T. KOMEIJI | Inv:103053
Comments : Letter from Police Commission

20 07/01/03 LEGAL SER 0.30 150.00 45.00 I
Fp:0307 | Bth:121011*8 | Atty:PATSY H. KIRIO | Inv:103053
Comments : Review correspondence from Stanton; review correspondence from R. Wurdeman

21 08/05/03 LEGAL SER 0.40 150.00 60.00 I
Fp:0308 | Bth:121464*26 | Atty:JOHN T. KOMEIJI | Inv:103372
Comments : Telephone conference with Freitas

22 08/15/03 LEGAL SER 0.30 150.00 45.00 I
Fp:0308 | Bth:121614*21 | Atty:JOHN T. KOMEIJI | Inv:103372
Comments : Memo from Freitas

26 09/17/03 LEGAL SER 1.00 135.00 135.00 I
Fp:0309 | Bth:122303*16 | Atty:GARY S. SUGANUM | Inv:104322
Comments : Travel to/from and attend meeting of the parties as required by LR 16 (0.9); prepare memo to file re: [redacted]

27 09/30/03 LEGAL SER 2.40 150.00 360.00 I
Fp:0309 | Bth:122326*46 | Atty:BRIAN Y. HIYANE | Inv:104322
Comments : Review Plaintiff's Scheduling Conference Statement (0,3); review Plaintiff's initial disclosures (0.3); review Plaintiff's Report on Parties' Planning Meeting (0.3); draft Scheduling Conference Statement (1.5)

31 10/01/03 LEGAL SER 0.30 150.00 45.00 I
Fp:0310 | Bth:122496*5 | Atty:JOHN T. KOMEIJI | Inv:104322
Comments : Review report of parties

INQUIRY : Case - re ence :29am 18 APR 06

Client : 2525 COUNTY OF KAUAI
Case : 18360 BEGLEY v. FREITAS Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S

32 10/02/03 LEGAL SER 0.30 150.00 45.00 I
Fp:0310 | Bth:122496*17 | Atty:JOHN T. KOMEIJI | Inv:104322
Comments : Review County of Kauai statement

33 10/07/03 LEGAL SER 0.75 150.00 112.50 I
Fp:0310 | Bth:122496*43 | Atty:JOHN T. KOMEIJI | Inv:104322
Comments : Rule 16 conference

34 10/08/03 LEGAL SER 0.20 150.00 30.00 I
Fp:0310 | Bth:122505*27 | Atty:PATSY H. KIRIO | Inv:104322
Comments : Telephone call with Freitas

35 10/01/03 LEGAL SER 0.70 150.00 105.00 I
Fp:0310 | Bth:122520*3 | Atty:BRIAN Y. HIYANE | Inv:104322
Comments : Draft Scheduling Conference Statement

37 10/23/03 LEGAL SER 0.30 150.00 45.00 I
Fp:0310 | Bth:122751*60 | Atty:PATSY H. KIRIO | Inv:105391
Comments : Review correspondence from Freitas

39 10/23/03 LEGAL SER 0.30 150.00 45.00 I
Fp:0310 | Bth:122846*24 | Atty:BRIAN Y. HIYANE | Inv:105391
Comments : Draft case summary for audit letter

41 02/06/04 LEGAL SER 0.30 150.00 45.00 I
Fp:0402 | Bth:124430*23 | Atty:JOHN T. KOMEIJI | Inv:106045
Comments : Telephone call with Minkin

42 02/12/04 LEGAL SER 1.00 150.00 150.00 I
Fp:0402 | Bth:124467*11 | Atty:PATSY H. KIRIO | Inv:106045
Comments : Prepare for and attend Rule 16 Scheduling Conference; telephone call with Mike McGuigan

43 02/14/04 LEGAL SER 0.40 150.00 60.00 I
Fp:0403 | Bth:124810*3 | Atty:PATSY H. KIRIO | Inv:106045
Comments : Review correspondence from McGuigan; review court scheduling orders

44 03/11/04 LEGAL SER 0.20 150.00 30.00 I
Fp:0403 | Bth:124932*28 | Atty:BRIAN Y. HIYANE | Inv:106045
Comments : Telephone call from Plaintiff's attorney

45 03/12/04 LEGAL SER 0.30 150.00 45.00 I
Fp:0403 | Bth:124932*33 | Atty:BRIAN Y. HIYANE | Inv:106045
Comments : Telephone call with Freitas (0.2); telephone call to Plaintiff's attorney (0.1)

46 03/19/04 LEGAL SER 0.30 150.00 45.00 I
Fp:0403 | Bth:125028*19 | Atty:JOHN T. KOMEIJI | Inv:106542

INQUIRY : Case - re[illegible]ence [illegible]:29am 18 APR 06

Client : 2525 COUNTY OF KAUAI
Case : 18360 BEGLEY v. FREITAS Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
Comments : Review First Amended Complaint

50 04/08/04 LEGAL SER 0.20 150.00 30.00 I
Fp:0404 | Bth:125299*5 | Atty:PATSY H. KIRIO | Inv:106542
Comments : Review Plaintiff's expert disclosure

51 04/05/04 LEGAL SER 1.70 150.00 255.00 I
Fp:0404 | Bth:125381*6 | Atty:BRIAN Y. HIYANE | Inv:106542
Comments : Draft Answer to First Amended Complaint

53 04/23/04 LEGAL SER 0.30 150.00 45.00 I
Fp:0404 | Bth:125540*23 | Atty:JOHN T. KOMEIJI | Inv:107361
Comments : Review County's Answer

55 05/06/04 LEGAL SER 0.90 150.00 135.00 I
Fp:0405 | Bth:125862*7 | Atty:BRIAN Y. HIYANE | Inv:107361
Comments : Attend Status Conference

56 05/12/04 LEGAL SER 1.60 150.00 240.00 I
Fp:0405 | Bth:125862*16 | Atty:BRIAN Y. HIYANE | Inv:107361
Comments : Draft Answer to First Amended Complaint

59 05/17/04 LEGAL SER 1.30 150.00 195.00 I
Fp:0405 | Bth:125905*13 | Atty:JOHN T. KOMEIJI | Inv:107361
Comments : Review correspondence

62 06/25/04 LEGAL SER 0.90 150.00 135.00 I
Fp:0406 | Bth:126474*72 | Atty:JOHN T. KOMEIJI | Inv:107789
Comments : Review file; meeting with Nakazawa

63 06/17/04 LEGAL SER 0.30 150.00 45.00 I
Fp:0406 | Bth:126571*5 | Atty:BRIAN Y. HIYANE | Inv:107789
Comments : Review Defendant Curnan's First Request for Answers to Interrogatories to Plaintiff

64 06/25/04 LEGAL SER 0.60 150.00 90.00 I
Fp:0406 | Bth:126571*22 | Atty:BRIAN Y. HIYANE | Inv:107789
Comments : Conference with defense counsel and Lani Nakazawa re: status

66 07/28/04 LEGAL SER 0.60 150.00 90.00 I
Fp:0407 | Bth:126922*82 | Atty:JOHN T. KOMEIJI | Inv:108599
Comments : Review Plaintiff's Answers to Interrogatories

67 07/28/04 LEGAL SER 0.30 150.00 45.00 I
Fp:0407 | Bth:126922*89 | Atty:JOHN T. KOMEIJI | Inv:108599
Comments : Telephone call with Minkin

69 08/30/04 LEGAL SER 0.50 150.00 75.00 I
Fp:0408 | Bth:127527*25 | Atty:BRIAN Y. HIYANE | Inv:109150
Comments : Review Plaintiff's Expert Disclosures

INQUIRY : Case - re[illegible]ence :29am 18 APR 06

Client : 2525 COUNTY OF KAUAI
Case : 18360 BEGLEY v. FREITAS Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S

73 09/02/04 LEGAL SER 0.30 150.00 45.00 I
Fp:0409 | Bth:127674*2 | Atty:BRIAN Y. HIYANE | Inv:109150
Comments : Telephone call with Freitas

74 09/10/04 LEGAL SER 4.60 150.00 690.00 I
Fp:0409 | Bth:127674*20 | Atty:BRIAN Y. HIYANE | Inv:109150
Comments : Research re: qualified immunity claims against chief re: failure to investigate

77 09/15/04 LEGAL SER 1.70 135.00 229.50 I
Fp:0409 | Bth:127749*4 | Atty:KAREN Y. ARIKAW | Inv:109150
Comments : Review plaintiff's responses to Curnan's first request for answers to interrogatories

78 09/16/04 LEGAL SER 0.20 0.00 0.00 I
Fp:0409 | Bth:127752*4 | Atty:KAREN Y. ARIKAW | Inv:109489
Comments : Discuss issues with BYH (NO CHARGE)

79 09/17/04 LEGAL SER 1.50 135.00 202.50 I
Fp:0409 | Bth:127752*11 | Atty:KAREN Y. ARIKAW | Inv:109489
Comments : Review case file and medical records

81 09/20/04 LEGAL SER 0.30 135.00 40.50 I
Fp:0409 | Bth:127794*3 | Atty:KAREN Y. ARIKAW | Inv:109489
Comments : Review allegations in Complaint

82 09/23/04 LEGAL SER 2.40 135.00 324.00 I
Fp:0409 | Bth:127794*13 | Atty:KAREN Y. ARIKAW | Inv:109489
Comments : Research claims asserted against Freitas

83 09/24/04 LEGAL SER 3.20 135.00 432.00 I
Fp:0409 | Bth:127809*2 | Atty:KAREN Y. ARIKAW | Inv:109489
Comments : Continue researching issues regarding Motion for Summary Judgment

84 09/25/04 LEGAL SER 4.70 135.00 634.50 I
Fp:0409 | Bth:127809*5 | Atty:KAREN Y. ARIKAW | Inv:109489
Comments : Continue researching issues regarding Motion for Summary Judgment; draft Motion for Summary Judgment

85 09/26/04 LEGAL SER 5.70 135.00 769.50 I
Fp:0409 | Bth:127809*6 | Atty:KAREN Y. ARIKAW | Inv:109489
Comments : Continue researching issues regarding Motion for Summary Judgment; continue drafting Motion for Summary Judgment

86 09/23/04 LEGAL SER 0.90 150.00 135.00 I
Fp:0409 | Bth:127813*39 | Atty:JOHN T. KOMEIJI | Inv:109489
Comments : Review police records

INQUIRY : Case - re ence :29am 18 APR 06

Client : 2525 COUNTY OF KAUAI
Case : 18360 BEGLEY v. FREITAS Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S

87 09/27/04 LEGAL SER 8.60 135.00 1,161.00 I
Fp:0409 | Bth:127836*1 | Atty:KAREN Y. ARIKAW | Inv:109489
Comments : Continue drafting Motion for Summary Judgment and research

88 09/28/04 LEGAL SER 8.70 135.00 1,174.50 I
Fp:0409 | Bth:127836*3 | Atty:KAREN Y. ARIKAW | Inv:109489
Comments : Continue drafting Motion for Summary Judgment and research; draft Concise Statement of Facts

89 09/29/04 LEGAL SER 8.80 135.00 1,188.00 I
Fp:0409 | Bth:127870*1 | Atty:KAREN Y. ARIKAW | Inv:109489
Comments : Continue drafting Concise Statement of Facts and Motion to Dismiss or in the Alternative, for Summary Judgment

97 09/22/04 LEGAL SER 2.10 150.00 315.00 I
Fp:0409 | Bth:127950*8 | Atty:BRIAN Y. HIYANE | Inv:109489
Comments : Research re: qualified immunity policy considerations.

98 09/23/04 LEGAL SER 4.40 150.00 660.00 I
Fp:0409 | Bth:127950*11 | Atty:BRIAN Y. HIYANE | Inv:109489
Comments : Research re: Plaintiff's Constitutional violation claims

99 09/26/04 LEGAL SER 3.90 150.00 585.00 I
Fp:0409 | Bth:127950*14 | Atty:BRIAN Y. HIYANE | Inv:109489
Comments : Research re: Plaintiff's 1983 claim

100 09/27/04 LEGAL SER 4.70 150.00 705.00 I
Fp:0409 | Bth:127950*17 | Atty:BRIAN Y. HIYANE | Inv:109489
Comments : Review and revise motion for summary judgment

101 09/29/04 LEGAL SER 7.60 150.00 1,140.00 I
Fp:0409 | Bth:127950*21 | Atty:BRIAN Y. HIYANE | Inv:109489
Comments : Revise Motion for Summary Judgment (7.1); draft Disclosure of Expert Witnesses (0.5)

102 09/30/04 LEGAL SER 0.20 150.00 30.00 I
Fp:0409 | Bth:127950*23 | Atty:BRIAN Y. HIYANE | Inv:109489
Comments : Review Defendant Curnan's Disclosure of Expert Witnesses

105 10/04/04 LEGAL SER 1.10 150.00 165.00 I
Fp:0410 | Bth:128041*42 | Atty:JOHN T. KOMEIJI | Inv:109489
Comments : Review disclosure of witnesses; review updated pleadings

106 10/01/04 LEGAL SER 0.20 150.00 30.00 0.00 0.00 0.00 I
Fp:0410 | Bth:128145*2 | Atty:BRIAN Y. HIYANE | Inv:109489
Comments : Review Defendant Curnan's Disclosure of Expert Witnesses

108 10/27/04 LEGAL SER 1.00 150.00 150.00 I
Fp:0410 | Bth:128313*58 | Atty:JOHN T. KOMEIJI | Inv:109903
Comments : Review Cornan Motion for Summary Judgment

INQUIRY : Case - re[illegible]ence [illegible]:29am 18 APR 06

Client : 2525 COUNTY OF KAUAI
Case : 18360 BEGLEY v. FREITAS Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S

112 10/25/04 LEGAL SER 0.20 150.00 30.00 I
Fp:0410 | Bth:128355*15 | Atty:BRIAN Y. HIYANE | Inv:109903
Comments : Review correspondence from Plaintiff's attorney

113 10/26/04 LEGAL SER 0.60 150.00 90.00 I
Fp:0410 | Bth:128355*21 | Atty:BRIAN Y. HIYANE | Inv:109903
Comments : Review Defendant Curnan's Motion to Dismiss or for Summary Judgment

114 10/28/04 LEGAL SER 0.50 150.00 75.00 I
Fp:0410 | Bth:128355*23 | Atty:BRIAN Y. HIYANE | Inv:109903
Comments : Attend Meet and Confer re: settlement (0.4); review correspondence from Minkin (0.1)

115 10/29/04 LEGAL SER 0.40 135.00 54.00 I
Fp:0410 | Bth:128357*13 | Atty:KAREN Y. ARIKAW | Inv:109903
Comments : Review Curnan's motion to dismiss and concise statement of facts

116 11/03/04 LEGAL SER 1.30 150.00 195.00 I
Fp:0411 | Bth:128522*18 | Atty:JOHN T. KOMEIJI | Inv:109903
Comments : Status conference; telephone call with Freitas

120 12/28/04 LEGAL SER 0.40 150.00 60.00 I
Fp:0412 | Bth:129169*13 | Atty:BRIAN Y. HIYANE | Inv:110764
Comments : Review correspondence from Attorney Bouslog (0.2); telephone call from Minkin (0.2)

121 01/11/05 LEGAL SER 0.30 135.00 40.50 I
Fp:0501 | Bth:129285*21 | Atty:KAREN Y. ARIKAW | Inv:110764
Comments : Review plaintiff's opposition to Freitas' motion for summary judgment and to Curnan's motion for summary judgment

123 01/11/05 LEGAL SER 0.60 150.00 90.00 I
Fp:0501 | Bth:129307*70 | Atty:JOHN T. KOMEIJI | Inv:110764
Comments : Review Plaintiff's Memorandum in Opposition to Freitas' Summary Judgment; review Plaintiff's Opposition to Curnan Summary Judgment

124 01/07/05 LEGAL SER 0.40 150.00 60.00 I
Fp:0501 | Bth:129346*10 | Atty:BRIAN Y. HIYANE | Inv:110764
Comments : Telephone call with David Minkin (0.2); review Stipulation to Try Case Before Magistrate Judge (0.2)

125 01/10/05 LEGAL SER 0.80 150.00 120.00 0.70 150.00 105.00 I
Fp:0501 | Bth:129346*14 | Atty:BRIAN Y. HIYANE | Inv:110764
Comments : Review Plaintiff's Memorandum in Opposition to Freitas' Motion for Summary Judgment (0.4); review Plaintiff's Memorandum in Opposition to Curnan's Motion for Summary

INQUIRY : Case - re ence :29am 18 APR 06

Client : 2525 COUNTY OF KAUAI
Case : 18360 BEGLEY v. FREITAS Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
Judgment (0.3)

126 01/24/05 LEGAL SER 1.80 150.00 270.00 I
Fp:0501 | Bth:129621*10 | Atty:BRIAN Y. HIYANE | Inv:110960
Comments : Prepare for hearing on Motion for Summary Judgment (0.8); attend hearing on Motion for Summary Judgment (1.0)

127 01/26/05 LEGAL SER 0.90 150.00 135.00 I
Fp:0501 | Bth:129621*12 | Atty:BRIAN Y. HIYANE | Inv:110960
Comments : Attend Scheduling Conference

128 01/31/05 LEGAL SER 0.20 150.00 30.00 I
Fp:0501 | Bth:129621*24 | Atty:BRIAN Y. HIYANE | Inv:110960
Comments : Review Plaintiff's Request for Entry of Default as to Defendant David Nawai

131 01/18/05 LEGAL SER 0.30 150.00 45.00 I
Fp:0502 | Bth:129652*7 | Atty:JOHN T. KOMEIJI | Inv:110960
Comments : Telephone call with Van Etten

132 01/27/05 LEGAL SER 0.50 150.00 75.00 I
Fp:0502 | Bth:129652*85 | Atty:JOHN T. KOMEIJI | Inv:110960
Comments : Memo to Freitas

133 01/31/05 LEGAL SER 0.40 150.00 60.00 I
Fp:0502 | Bth:129652*99 | Atty:JOHN T. KOMEIJI | Inv:110960
Comments : Review Order Denying Summary Judgment

138 02/08/05 LEGAL SER 0.50 150.00 75.00 I
Fp:0502 | Bth:129713*23 | Atty:JOHN T. KOMEIJI | Inv:110960
Comments : Attend Status Conference

142 02/01/05 LEGAL SER 0.20 150.00 30.00 I
Fp:0502 | Bth:130085*2 | Atty:BRIAN Y. HIYANE | Inv:111384
Comments : Review correspondence from Judge Ezra

143 02/03/05 LEGAL SER 0.40 150.00 60.00 I
Fp:0502 | Bth:130085*7 | Atty:BRIAN Y. HIYANE | Inv:111384
Comments : Review Third Amended Rule 16 Scheduling Conference Order

144 02/14/05 LEGAL SER 0.80 150.00 120.00 I
Fp:0502 | Bth:130085*19 | Atty:BRIAN Y. HIYANE | Inv:111384
Comments : Draft status report to insurer's counsel

145 03/10/05 LEGAL SER 3.20 150.00 480.00 I
Fp:0503 | Bth:130234*73 | Atty:JOHN T. KOMEIJI | Inv:111384
Comments : Review Police Reports

148 04/14/05 LEGAL SER 0.20 150.00 30.00 I
Fp:0504 | Bth:130781*56 | Atty:JOHN T. KOMEIJI | Inv:112667

INQUIRY : Case - re[illegible]ence [illegible]:29am 18 APR 06

Client : 2525 COUNTY OF KAUAI
Case : 18360 BEGLEY v. FREITAS Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
Comments : Telephone call with Federal Court

155 05/20/05 LEGAL SER 1.10 150.00 165.00 I
Fp:0505 | Bth:131509*36 | Atty:JOHN T. KOMEIJI | Inv:112667
Comments : Review Motion for Summary Judgment

156 05/27/05 LEGAL SER 0.40 150.00 60.00 I
Fp:0505 | Bth:131523*2 | Atty:JOHN T. KOMEIJI | Inv:112667
Comments : Review Request for Production of Documents

157 05/24/05 LEGAL SER 4.70 150.00 705.00 I
Fp:0505 | Bth:131604*4 | Atty:BRIAN Y. HIYANE | Inv:112667
Comments : Draft evaluation letter

158 05/25/05 LEGAL SER 3.90 150.00 585.00 0.00 0.00 0.00 I
Fp:0505 | Bth:131604*8 | Atty:BRIAN Y. HIYANE | Inv:112667
Comments : [delete per BYH] Continue drafting evaluation letter

159 05/26/05 LEGAL SER 2.80 150.00 420.00 0.00 0.00 0.00 I
Fp:0505 | Bth:131604*10 | Atty:BRIAN Y. HIYANE | Inv:112667
Comments : [delete per BYH] Continue drafting evaluation letter

160 05/27/05 LEGAL SER 3.80 150.00 570.00 0.00 0.00 0.00 I
Fp:0505 | Bth:131604*13 | Atty:BRIAN Y. HIYANE | Inv:112667
Comments : [delete per BYH] Continue drafting evaluation letter

161 06/02/05 LEGAL SER 0.30 150.00 45.00 I
Fp:0506 | Bth:131720*19 | Atty:JOHN T. KOMEIJI | Inv:112667
Comments : Letter from Bouslog

166 06/09/05 LEGAL SER 0.40 150.00 60.00 I
Fp:0506 | Bth:131916*7 | Atty:BRIAN Y. HIYANE | Inv:112667
Comments : Draft Joinder to Curnan's Motion to Dismiss

170 06/16/05 LEGAL SER 0.30 150.00 45.00 I
Fp:0506 | Bth:131992*8 | Atty:JOHN T. KOMEIJI | Inv:113054
Comments : Review Motion to Quash

171 06/23/05 LEGAL SER 0.50 150.00 75.00 I
Fp:0506 | Bth:131992*30 | Atty:JOHN T. KOMEIJI | Inv:113054
Comments : Review Memorandum in Opposition to Motion to Dismiss

172 06/27/05 LEGAL SER 0.60 150.00 90.00 I
Fp:0506 | Bth:131992*59 | Atty:JOHN T. KOMEIJI | Inv:113054
Comments : Review County's First Request for Admissions; review Curnan's Reply Memo

173 06/13/05 LEGAL SER 2.40 150.00 360.00 0.00 0.00 0.00 I
Fp:0506 | Bth:132020*4 | Atty:BRIAN Y. HIYANE | Inv:113054
Comments : Continue drafting evaluation letter (delete)

INQUIRY : Case - re[illegible]nce [illegible]:29am 18 APR 06

Client : 2525 COUNTY OF KAUAI
Case : 18360 BEGLEY v. FREITAS Status : Active

```
..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
174   06/14/05 LEGAL SER  3.20 150.00    480.00   0.00   0.00      0.00 I
      Fp:0506 | Bth:132020*5 | Atty:BRIAN Y. HIYANE | Inv:113054
      Comments : Continue drafting evaluation letter (delete)

175   06/20/05 LEGAL SER  2.10 150.00    315.00                         I
      Fp:0506 | Bth:132020*8 | Atty:BRIAN Y. HIYANE | Inv:113054
      Comments : Continue drafting evaluation letter

176   06/21/05 LEGAL SER  3.10 150.00    465.00                         I
      Fp:0506 | Bth:132020*10 | Atty:BRIAN Y. HIYANE | Inv:113054
      Comments : Review Plaintiff's Memorandum in Opposition to Curnan's
                 Motion to Dismiss (0.7); continue drafting evaluation letter
                 (2.4)

177   06/22/05 LEGAL SER  0.00   0.00      0.00                         I
      Fp:0506 | Bth:132020*12 | Atty:BRIAN Y. HIYANE | Inv:113054
      Comments : Research cases cited by Plaintiff in Memorandum in
                 Opposition to Curnan's Motion to Dismiss (0.7); continue
                 drafting evaluation letter (2.4) (duplicate 3.6)

178   06/22/05 LEGAL SER  3.60 150.00    540.00                         I
      Fp:0506 | Bth:132020*14 | Atty:BRIAN Y. HIYANE | Inv:113054
      Comments : Research cases cited by Plaintiff in Memorandum in
                 Opposition to Curnan's Motion to Dismiss

179   06/23/05 LEGAL SER  4.20 150.00    630.00                         I
      Fp:0506 | Bth:132020*16 | Atty:BRIAN Y. HIYANE | Inv:113054
      Comments : Review documents from KPD and continue drafting evaluation
                 letter

181   07/08/05 LEGAL SER  2.50 150.00    375.00                         I
      Fp:0507 | Bth:132199*38 | Atty:JOHN T. KOMEIJI | Inv:113054
      Comments : Prepare for Motion; argue at Court

183   07/30/05 LEGAL SER  1.00 135.00    135.00                         I
      Fp:0507 | Bth:132436*4 | Atty:KAREN Y. ARIKAW | Inv:113324
      Comments : Review Order re: Motion to Dismiss and Plaintiff's response
                 to request for admissions

184   07/28/05 LEGAL SER  0.50 150.00     75.00                         I
      Fp:0507 | Bth:132474*67 | Atty:JOHN T. KOMEIJI | Inv:113324
      Comments : Review Order

185   07/29/05 LEGAL SER  0.30 150.00     45.00                         I
      Fp:0507 | Bth:132474*71 | Atty:JOHN T. KOMEIJI | Inv:113324
      Comments : Review Begley's Answers to Interrogatories

186   07/26/05 LEGAL SER  3.10 150.00    465.00                         I
      Fp:0507 | Bth:132496*25 | Atty:BRIAN Y. HIYANE | Inv:113324
      Comments : Research re: Motion for Summary Judgment
```

Client : 2525 COUNTY OF KAUAI
Case : 18360 BEGLEY v. FREITAS Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S

187 07/27/05 LEGAL SER 4.80 150.00 720.00 I
Fp:0507 | Bth:132496*27 | Atty:BRIAN Y. HIYANE | Inv:113324
Comments : Draft Motion for Summary Judgment

188 07/28/05 LEGAL SER 5.20 150.00 780.00 I
Fp:0507 | Bth:132496*29 | Atty:BRIAN Y. HIYANE | Inv:113324
Comments : Continue drafting Motion for Summary Judgment

189 07/29/05 LEGAL SER 3.90 150.00 585.00 I
Fp:0507 | Bth:132496*30 | Atty:BRIAN Y. HIYANE | Inv:113324
Comments : Review Order Granting and Denying Curnan's Motion to Dismiss or Summary Judgment (0.4); telephone call with Wendy Hanakahi (0.2); continue drafting Motion for Summary Judgment (3.3)

190 08/01/05 LEGAL SER 4.20 135.00 567.00 I
Fp:0508 | Bth:132514*1 | Atty:KAREN Y. ARIKAW | Inv:113324
Comments : Review pleadings and files; research issues related to Motion for Summary Judgment

191 08/02/05 LEGAL SER 5.00 135.00 675.00 I
Fp:0508 | Bth:132515*2 | Atty:KAREN Y. ARIKAW | Inv:113324
Comments : Continue researching issues re: retaliation and 1983 claims for motion for summary judgment; strategic analysis of Plaintiff's claims; telephone conversation with counsel for County re: summary judgment motion

197 07/29/05 LEGAL SER 0.60 150.00 90.00 I
Fp:0508 | Bth:132547*2 | Atty:JOHN T. KOMEIJI | Inv:113324
Comments : Telephone call with Minkin; telephone call with Nakayama

198 08/02/05 LEGAL SER 1.70 150.00 255.00 I
Fp:0508 | Bth:132547*16 | Atty:JOHN T. KOMEIJI | Inv:113324
Comments : Revise and redraft Motion for Summary Judgment

199 08/03/05 LEGAL SER 1.20 150.00 180.00 I
Fp:0508 | Bth:132547*21 | Atty:JOHN T. KOMEIJI | Inv:113324
Comments : Redraft Motion for Summary Judgment

200 08/04/05 LEGAL SER 1.40 150.00 210.00 I
Fp:0508 | Bth:132547*27 | Atty:JOHN T. KOMEIJI | Inv:113324
Comments : Review County's Motion for Summary Judgment and Concise Statement of Material Fact; review Begley's Disclosure of Expert Witness

201 08/03/05 LEGAL SER 0.30 135.00 40.50 I
Fp:0508 | Bth:132558*3 | Atty:KAREN Y. ARIKAW | Inv:113324
Comments : Review pleadings file

INQUIRY : Case - re[illegible]nce [illegible]:29am 18 APR 06

Client : 2525 COUNTY OF KAUAI
Case : 18360 BEGLEY v. FREITAS Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S

202 08/04/05 LEGAL SER 0.60 135.00 81.00 I
Fp:0508 | Bth:132559*2 | Atty:KAREN Y. ARIKAW | Inv:113324
Comments : Review County of Kauai's motion for summary judgment and concise statement of facts; draft joinder to County's motion

213 08/17/05 LEGAL SER 0.30 150.00 45.00 I
Fp:0508 | Bth:132753*19 | Atty:JOHN T. KOMEIJI | Inv:113726
Comments : Letter from Bouslog

214 08/19/05 LEGAL SER 0.50 135.00 67.50 I
Fp:0508 | Bth:132779*2 | Atty:KAREN Y. ARIKAW | Inv:113726
Comments : Draft Confidential Settlement Conference Letter

215 08/20/05 LEGAL SER 0.50 135.00 67.50 I
Fp:0508 | Bth:132780*1 | Atty:KAREN Y. ARIKAW | Inv:113726
Comments : Continue drafting Confidential Settlement Conference Letter

216 08/21/05 LEGAL SER 1.00 135.00 135.00 I
Fp:0508 | Bth:132781*1 | Atty:KAREN Y. ARIKAW | Inv:113726
Comments : Continue drafting Confidential Settlement Conference Letter

217 08/22/05 LEGAL SER 5.30 135.00 715.50 I
Fp:0508 | Bth:132782*2 | Atty:KAREN Y. ARIKAW | Inv:113726
Comments : Continue drafting Confidential Settlement Conference Letter

219 08/23/05 LEGAL SER 4.40 135.00 594.00 I
Fp:0508 | Bth:132813*1 | Atty:KAREN Y. ARIKAW | Inv:113726
Comments : Continue drafting Confidential Settlement Conference Statement; draft e-mail to Kauai Corporation Counsel re: same; research court rules re: Confidential Settlement Conference Statements

220 08/23/05 LEGAL SER 0.80 150.00 120.00 I
Fp:0508 | Bth:132891*11 | Atty:JOHN T. KOMEIJI | Inv:113726
Comments : Telephone call with Minkin; review and revise Settlement Conference lettera

221 08/30/05 LEGAL SER 1.80 150.00 270.00 I
Fp:0508 | Bth:132891*43 | Atty:JOHN T. KOMEIJI | Inv:113726
Comments : Prepare for Settlement Conference; attend Settlement Conference

226 09/07/05 LEGAL SER 3.80 135.00 513.00 I
Fp:0509 | Bth:132969*2 | Atty:KAREN Y. ARIKAW | Inv:113726
Comments : Draft Reply Brief in support of Motion for Summary Judgment

227 09/08/05 LEGAL SER 7.90 135.00 1,066.50 I
Fp:0509 | Bth:132970*1 | Atty:KAREN Y. ARIKAW | Inv:113726
Comments : Continue drafting Reply Brief in support of Motion for Summary Judgment

INQUIRY : Case - re[illegible]ence [illegible]:29am 18 APR 06

Client : 2525 COUNTY OF KAUAI
Case : 18360 BEGLEY v. FREITAS Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S

228 09/06/05 LEGAL SER 1.10 150.00 165.00 I
Fp:0509 | Bth:132977*27 | Atty:JOHN T. KOMEIJI | Inv:113726
Comments : Review Begley's Memorandum in Opposition to Summary Judgment; review Plaintiff's Concise Statement

229 09/09/05 LEGAL SER 2.10 135.00 283.50 I
Fp:0509 | Bth:132993*2 | Atty:KAREN Y. ARIKAW | Inv:113726
Comments : Continue drafting Reply Memorandum in Support of Motion for Summary Judgment

230 09/12/05 LEGAL SER 0.40 150.00 60.00 I
Fp:0509 | Bth:133008*30 | Atty:JOHN T. KOMEIJI | Inv:113726
Comments : Review County's Reply Memo

231 08/01/05 LEGAL SER 4.20 150.00 630.00 I
Fp:0509 | Bth:133011*2 | Atty:BRIAN Y. HIYANE | Inv:113726
Comments : Continue drafting Motion for Summary Judgment

232 08/02/05 LEGAL SER 7.90 150.00 1,185.00 I
Fp:0509 | Bth:133011*3 | Atty:BRIAN Y. HIYANE | Inv:113726
Comments : Continue drafting Motion for Summary Judgment

233 08/03/05 LEGAL SER 7.70 150.00 1,155.00 I
Fp:0509 | Bth:133011*4 | Atty:BRIAN Y. HIYANE | Inv:113726
Comments : Finalize Motion for Summary Judgment (5.3); draft Concise Statement of Facts (2.4)

234 08/17/05 LEGAL SER 0.20 150.00 30.00 I
Fp:0509 | Bth:133011*12 | Atty:BRIAN Y. HIYANE | Inv:113726
Comments : Review correspondence from Plaintiff's counsel

235 08/23/05 LEGAL SER 0.60 150.00 90.00 I
Fp:0509 | Bth:133011*19 | Atty:BRIAN Y. HIYANE | Inv:113726
Comments : Review and revise Confidential Settlement Conference letter

236 09/08/05 LEGAL SER 2.20 150.00 330.00 I
Fp:0509 | Bth:133011*32 | Atty:BRIAN Y. HIYANE | Inv:113726
Comments : Review Plaintiff's Memorandum in Opposition to Freitas and County of Kauai's Motion for Summary Judgments

237 09/09/05 LEGAL SER 3.70 150.00 555.00 I
Fp:0509 | Bth:133011*33 | Atty:BRIAN Y. HIYANE | Inv:113726
Comments : Revise Reply Memorandum

244 09/06/05 LEGAL SER 1.10 135.00 148.50 I
Fp:0509 | Bth:132968*4 | Atty:KAREN Y. ARIKAW | Inv:113726
Note : Transferred from: 27*18988*441
Comments : Review Plaintiff's opposition to Freitas' Motion for Summary Judgment and Concise Statement of Facts

INQUIRY : Case - re[illegible]nce [illegible]:29am 18 APR 06

Client : 2525 COUNTY OF KAUAI
Case : 18360 BEGLEY v. FREITAS Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S

245 09/19/05 LEGAL SER 1.80 135.00 243.00 I
Fp:0509 | Bth:133117*1 | Atty:KAREN Y. ARIKAW | Inv:114080
Comments : Prepare hearing file for summary judgment hearing

248 09/19/05 LEGAL SER 3.10 150.00 465.00 I
Fp:0509 | Bth:133210*7 | Atty:JOHN T. KOMEIJI | Inv:114080
Comments : Prepare for argument

249 09/20/05 LEGAL SER 2.10 150.00 315.00 I
Fp:0509 | Bth:133210*16 | Atty:JOHN T. KOMEIJI | Inv:114080
Comments : Prepare and argue Motions

251 10/03/05 LEGAL SER 0.30 150.00 45.00 I
Fp:0510 | Bth:133382*3 | Atty:JOHN T. KOMEIJI | Inv:114080
Comments : Draft letter to auditor

252 10/04/05 LEGAL SER 0.50 150.00 75.00 I
Fp:0510 | Bth:133382*25 | Atty:JOHN T. KOMEIJI | Inv:114080
Comments : Review Court order

253 10/05/05 LEGAL SER 0.30 150.00 45.00 I
Fp:0510 | Bth:133382*28 | Atty:JOHN T. KOMEIJI | Inv:114080
Comments : Telephone call with McGuigan

254 10/11/05 LEGAL SER 0.20 150.00 30.00 I
Fp:0510 | Bth:133382*49 | Atty:JOHN T. KOMEIJI | Inv:114080
Comments : Telephone call with Nakea

255 10/04/05 LEGAL SER 0.50 135.00 67.50 I
Fp:0510 | Bth:133386*7 | Atty:KAREN Y. ARIKAW | Inv:114080
Comments : Review Order Granting Freitas' Motion for Summary Judgment; draft e-mail to County attorney [redacted]

256 10/05/05 LEGAL SER 0.50 135.00 67.50 I
Fp:0510 | Bth:133387*3 | Atty:KAREN Y. ARIKAW | Inv:114080
Comments : Research rules re: 54(b) certification; draft letter to counsel for Network Adjusters, Inc.

262 10/28/05 LEGAL SER 0.30 150.00 45.00 I
Fp:0510 | Bth:133675*30 | Atty:JOHN T. KOMEIJI | Inv:115121
Comments : Telephone call with Freitas

263 10/26/05 LEGAL SER 0.10 135.00 13.50 I
Fp:0510 | Bth:133718*4 | Atty:KAREN Y. ARIKAW | Inv:115121
Comments : Review correspondence from counsel for County re: deposition

265 11/07/05 LEGAL SER 0.50 150.00 75.00 I
Fp:0511 | Bth:133914*45 | Atty:JOHN T. KOMEIJI | Inv:115121
Comments : Attend Status Conference

INQUIRY : Case - re[illegible]nce [illegible]:29am 18 APR 06

Client : 2525 COUNTY OF KAUAI
Case : 18360 BEGLEY v. FREITAS Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S

268 11/22/05 LEGAL SER 0.30 150.00 45.00 I
Fp:0511 | Bth:134120*42 | Atty:JOHN T. KOMEIJI | Inv:115121
Comments : Telephone call with Minkin

269 11/23/05 LEGAL SER 0.40 150.00 60.00 I
Fp:0511 | Bth:134120*49 | Atty:JOHN T. KOMEIJI | Inv:115121
Comments : Telephone call from Judge Chang

270 12/01/05 LEGAL SER 0.30 150.00 45.00 I
Fp:0512 | Bth:134333*14 | Atty:JOHN T. KOMEIJI | Inv:115121
Comments : Telephone call with Nakazawa

271 12/02/05 LEGAL SER 0.20 150.00 30.00 I
Fp:0512 | Bth:134333*22 | Atty:JOHN T. KOMEIJI | Inv:115121
Comments : Telephone call with Minkin

272 12/05/05 LEGAL SER 0.30 150.00 45.00 I
Fp:0512 | Bth:134333*37 | Atty:JOHN T. KOMEIJI | Inv:115121
Comments : Memos from Minkin, Wood

273 12/29/05 LEGAL SER 0.30 150.00 45.00 I
Fp:0601 | Bth:134608*31 | Atty:JOHN T. KOMEIJI | Inv:116184
Comments : Telephone call with Minkin

274 01/17/06 LEGAL SER 2.00 150.00 300.00 I
Fp:0601 | Bth:134933*9 | Atty:JOHN T. KOMEIJI | Inv:116184
Comments : Attend Settlement Conference

275 01/20/06 LEGAL SER 0.20 150.00 30.00 I
Fp:0601 | Bth:134933*41 | Atty:JOHN T. KOMEIJI | Inv:116184
Comments : Letter from Bouslog

276 04/03/06 LEGAL SER 0.20 135.00 27.00
Fp:0604 | Bth:136062*5 | Atty:KAREN Y. ARIKAW
Comments : Review Findings of Fact and Conclusions of Law

277 04/04/06 LEGAL SER 0.50 150.00 75.00
Fp:0604 | Bth:136110*17 | Atty:JOHN T. KOMEIJI
Comments : Review Court Order re trial

278 04/10/06 LEGAL SER 0.30 150.00 45.00
Fp:0604 | Bth:136110*36 | Atty:JOHN T. KOMEIJI
Comments : Review judgment