IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK N. BEGLEY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, GEORGE FREITAS, MARTIN W. CURNAN, and DAVID NAWAI,<br><br>Defendants. | Civil No. CV 03 00162 DAE KSC<br><br>AFFIDAVIT OF JOHN T. KOMEIJI; EXHIBITS "A"-"B" |

**AFFIDAVIT OF JOHN T. KOMEIJI**

STATE OF HAWAII )
) SS.
CITY AND COUNTY OF HONOLULU )

JOHN T. KOMEIJI, being first duly sworn on oath, deposes and says:

1. I am an attorney licensed to practice law before all state and federal courts in the State of Hawaii and am one of the attorneys representing Defendant GEORGE FREITAS ("FREITAS") in the above-entitled matter.

2. I make this Affidavit based upon personal knowledge, and am competent to testify as to all matters stated herein.

3. Pursuant to Federal Rules of Civil Procedure 54(d)(1) and (2), LR 54.2 and 54.3 of the Rules of the United States District Court for the District of Hawaii, and 28 U.S.C. § 1924, this Affidavit sets forth the costs that were incurred by

Watanabe Ing & Komeiji LLP on behalf of Defendant FREITAS in defending against the claims alleged by Plaintiff MARK N. BEGLEY in the above-entitled case.

4. Attached hereto as Exhibit "A" is a true and accurate copy of the Bill of Costs.

5. Attached hereto as Exhibit "B" is a true and accurate copy of the supporting documentation for the costs reflected in the Bill of Costs.

6. Defendant FREITAS incurred recoverable costs totaling $831.13 in defending, and in bringing dispositive motions in this case.

7. The costs reflected in the Bill of Costs are correctly stated, and based upon my experience, they were necessarily incurred and appear to be allowable by law.

8. The costs incurred defending Defendant FREITAS include:

| | | |
|---|---|---|
| (1) | Photocopies @ $.10 per page . . . . . . . . | $740.30 |
| (2) | Photocopies from prepared externally . . | $67.69 |
| (3) | Long Distance Telephone Charges . . . . . . . | $1.64 |
| (4) | Notary . . . . . . . . . . . . . . . . . . . . | $21.50 |
| **TOTAL COSTS** | . . . . . . . . . . . . . . . . . . . . . . . | **$831.13** |

8. I have not yet met and conferred with the Plaintiff, who we understand may now be pro se, in an effort to resolve any disputes about the claimed costs because we were

unclear whether he was operating pro se, or still represented by counsel.

9. I will make a good faith attempt to meet and confer with the Plaintiff.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge.

JOHN T. KOMEIJI

Subscribed and sworn to before me
this 20th day of April, 2006.

Notary Public, State of Hawaii
Cindy C. Uehara
My Commission Expires: 3/08/07