INQUIRY : Case - reference 11:28am 18 APR 06

Client : 2525 COUNTY OF KAUAI
Case : 18360 BEGLEY v. FREITAS Status : Active

Action type : All cost

| Summary... | .....Time | .........Fees | .....Cost.adv | ....Cost.inc | ........Total |
|---|---|---|---|---|---|
| Billed | | | 828.73 | | 828.73 |
| Billable | | | 2.40 | | 2.40 |
| Total | | | 831.13 | | 831.13 |

| ..Ref | ..Date.. | Cde.desc | Orgtme | Orgrte | ....Orgamt | ..Time | ..Rate | .......Amt | S |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 05/19/03 | Miscellan | | | 10.00 | | | | I |

Fp:0305 | Bth:7697*14 | Chk: 02/081842,05/27/03 | Inv:102603
Source : AP 00,CCA,CCA.0503 | Payee:CINDY C. UEHARA
Comments : Notary fee

| ..Ref | ..Date.. | Cde.desc | Orgtme | Orgrte | ....Orgamt | ..Time | ..Rate | .......Amt | S |
|---|---|---|---|---|---|---|---|---|---|
| 2 | 05/21/03 | Photocopi | | | 0.13 | | 0.00 | 0.10 | I |

Fp:0305 | Bth:7699*17 | Inv:102603
Source : ASCIIC

| ..Ref | ..Date.. | Cde.desc | Orgtme | Orgrte | ....Orgamt | ..Time | ..Rate | .......Amt | S |
|---|---|---|---|---|---|---|---|---|---|
| 13 | 05/19/03 | Long Dist | | | 0.10 | | | | I |

Fp:0306 | Bth:7723*23 | Inv:102603
Source : ASCIIC
Note : 1(808)241-6846

| ..Ref | ..Date.. | Cde.desc | Orgtme | Orgrte | ....Orgamt | ..Time | ..Rate | .......Amt | S |
|---|---|---|---|---|---|---|---|---|---|
| 14 | 05/22/03 | Long Dist | | | 0.17 | | | | I |

Fp:0306 | Bth:7723*29 | Inv:102603
Source : ASCIIC
Note : 1(808)241-6845

| ..Ref | ..Date.. | Cde.desc | Orgtme | Orgrte | ....Orgamt | ..Time | ..Rate | .......Amt | S |
|---|---|---|---|---|---|---|---|---|---|
| 19 | 06/16/03 | Long Dist | | | 0.27 | | | | I |

Fp:0307 | Bth:7753*7 | Inv:103053
Source : ASCIIC
Note : 1(808)241-6847

| ..Ref | ..Date.. | Cde.desc | Orgtme | Orgrte | ....Orgamt | ..Time | ..Rate | .......Amt | S |
|---|---|---|---|---|---|---|---|---|---|
| 23 | 08/22/03 | Long Dist | | | 0.11 | | | | I |

Fp:0309 | Bth:7843*19 | Inv:104322
Source : ASCIIC
Note : 1(808)241-6846

| ..Ref | ..Date.. | Cde.desc | Orgtme | Orgrte | ....Orgamt | ..Time | ..Rate | .......Amt | S |
|---|---|---|---|---|---|---|---|---|---|
| 24 | 08/22/03 | Long Dist | | | 0.99 | | | | I |

Fp:0309 | Bth:7843*20 | Inv:104322
Source : ASCIIC
Note : 1(808)241-6847

| ..Ref | ..Date.. | Cde.desc | Orgtme | Orgrte | ....Orgamt | ..Time | ..Rate | .......Amt | S |
|---|---|---|---|---|---|---|---|---|---|
| 25 | 09/30/03 | Miscellan | | | 43.69 | | | | I |

Fp:0309 | Bth:7848*52 | Chk: 02/082651,09/30/03 | Inv:104322
Source : AP 00,PIIH,410825 | Payee:PROFESSIONAL IMAGE
Comments : File copies

| ..Ref | ..Date.. | Cde.desc | Orgtme | Orgrte | ....Orgamt | ..Time | ..Rate | .......Amt | S |
|---|---|---|---|---|---|---|---|---|---|
| 28 | 10/01/03 | Photocopi | | | 3.50 | | | | I |

Fp:0310 | Bth:7853*56 | Inv:104322
Source : ASCIIC

| ..Ref | ..Date.. | Cde.desc | Orgtme | Orgrte | ....Orgamt | ..Time | ..Rate | .......Amt | S |
|---|---|---|---|---|---|---|---|---|---|
| 29 | 10/09/03 | Miscellan | | | 18.80 | | | | I |

Fp:0310 | Bth:7865*10 | Chk: 02/082699,10/09/03 | Inv:104322

EXHIBIT "B"

INQUIRY : Case - reference 11:28am 18 APR 06

Client : 2525 COUNTY OF KAUAI
Case : 18360 BEGLEY v. FREITAS Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
Source : AP 00,MIST,100903.8 | Payee:LAW OFFICES OF CHR
Comments : Copying charges

30 10/10/03 Photocopi 3.40 I
Fp:0310 | Bth:7869*148 | Inv:104322
Source : ASCIIC

36 10/09/03 Online Re 44.51 0.00 0.00 I
Fp:0310 | Bth:7879*75 | Inv:104322

38 10/30/03 Miscellan 4.20 I
Fp:0310 | Bth:7896*2 | Chk: 02/082816,10/30/03 | Inv:105391
Source : AP 00,MIST,103003.3 | Payee:CHRIS BOUSLOG
Comments : Reimbursement for copying cost

40 11/06/03 Photocopi 0.30 I
Fp:0311 | Bth:7904*37 | Inv:105391
Source : ASCIIC

47 03/25/04 Photocopi 4.00 I
Fp:0403 | Bth:8095*132 | Inv:106542
Source : ASCIIC

48 03/25/04 Photocopi 2.70 I
Fp:0403 | Bth:8095*134 | Inv:106542
Source : ASCIIC

49 04/02/04 Photocopi 2.70 I
Fp:0404 | Bth:8103*215 | Inv:106542
Source : ASCIIC

52 04/26/04 Photocopi 1.40 I
Fp:0404 | Bth:8130*47 | Inv:107361
Source : ASCIIC

54 05/12/04 Photocopi 1.00 I
Fp:0405 | Bth:8152*125 | Inv:107361
Source : ASCIIC

57 05/21/04 Photocopi 9.60 I
Fp:0405 | Bth:8168*414 | Inv:107361
Source : ASCIIC

58 05/24/04 Photocopi 0.10 I
Fp:0405 | Bth:8169*82 | Inv:107361
Source : ASCIIC

60 06/08/04 Miscellan 11.50 I
Fp:0406 | Bth:8193*9 | Chk: 02/084454,06/09/04 | Inv:107361
Source : AP 00,CCA,CCU.0504 | Payee:CINDY C. UEHARA

INQUIRY : Case - reference 11:28am 18 APR 06

Client : 2525 COUNTY OF KAUAI
Case : 18360 BEGLEY v. FREITAS Status : Active

| ..Ref | ..Date.. Cde.desc Orgtme Orgrte | ....Orgamt | ..Time | ..Rate | .......Amt | S |
|---|---|---|---|---|---|---|
| | Comments : Notary fee | | | | | |
| 61 | 06/25/04 Photocopi<br>Fp:0406 \| Bth:8207*45 \| Inv:107789<br>Source : ASCIIC | 0.70 | | | | I |
| 65 | 07/27/04 Photocopi<br>Fp:0407 \| Bth:8241*74 \| Inv:108599<br>Source : ASCIIC | 19.20 | | | | I |
| 68 | 07/28/04 Photocopi<br>Fp:0407 \| Bth:8244*29 \| Inv:108599<br>Source : ASCIIC | 12.80 | | | | I |
| 70 | 09/07/04 Photocopi<br>Fp:0409 \| Bth:8293*46 \| Inv:109150<br>Source : ASCIIC | 2.10 | | | | I |
| 71 | 09/07/04 Photocopi<br>Fp:0409 \| Bth:8293*47 \| Inv:109150<br>Source : ASCIIC | 0.70 | | | | I |
| 72 | 09/07/04 Photocopi<br>Fp:0409 \| Bth:8293*71 \| Inv:109150<br>Source : ASCIIC | 2.60 | | | | I |
| 75 | 09/02/04 Online Re<br>Fp:0409 \| Bth:8299*30 \| Inv:109150 | 85.37 | | 0.00 | 0.00 | I |
| 76 | 09/13/04 Photocopi<br>Fp:0409 \| Bth:8302*20 \| Inv:109150<br>Source : ASCIIC | 0.20 | | | | I |
| 80 | 09/20/04 Photocopi<br>Fp:0409 \| Bth:8306*152 \| Inv:109489<br>Source : ASCIIC | 17.60 | | | | I |
| 90 | 09/27/04 Photocopi<br>Fp:0409 \| Bth:8320*27 \| Inv:109489<br>Source : ASCIIC | 1.20 | | | | I |
| 91 | 09/29/04 Photocopi<br>Fp:0409 \| Bth:8320*215 \| Inv:109489<br>Source : ASCIIC | 8.10 | | | | I |
| 92 | 09/29/04 Photocopi<br>Fp:0409 \| Bth:8320*216 \| Inv:109489<br>Source : ASCIIC | 3.60 | | | | I |
| 93 | 09/29/04 Photocopi | 26.10 | | | | I |

INQUIRY : Case - reference 11:28am 18 APR 06

Client : 2525 COUNTY OF KAUAI
Case : 18360 BEGLEY v. FREITAS Status : Active

| ..Ref | ..Date.. Cde.desc Orgtme Orgrte | ....Orgamt | ..Time | ..Rate | .......Amt | S |
|---|---|---|---|---|---|---|
| | Fp:0409 \| Bth:8320*217 \| Inv:109489<br>Source : ASCIIC | | | | | |
| 94 | 09/29/04 Photocopi<br>Fp:0409 \| Bth:8320*218 \| Inv:109489<br>Source : ASCIIC | 40.50 | | | | I |
| 95 | 09/30/04 Online Re<br>Fp:0409 \| Bth:8322*8 \| Inv:109489 | 350.64 | | 0.00 | 0.00 | I |
| 96 | 09/25/04 Online Re<br>Fp:0409 \| Bth:8322*30 \| Inv:109489 | 55.23 | | 0.00 | 0.00 | I |
| 103 | 10/04/04 Photocopi<br>Fp:0410 \| Bth:8324*74 \| Inv:109489<br>Source : ASCIIC | 13.40 | | | | I |
| 104 | 10/04/04 Photocopi<br>Fp:0410 \| Bth:8324*79 \| Inv:109489<br>Source : ASCIIC | 0.10 | | | | I |
| 107 | 10/19/04 Photocopi<br>Fp:0410 \| Bth:8340*58 \| Inv:109903<br>Source : ASCIIC | 2.30 | | | | I |
| 109 | 10/26/04 Photocopi<br>Fp:0410 \| Bth:8352*21 \| Inv:109903<br>Source : ASCIIC | 4.00 | | | | I |
| 110 | 10/26/04 Photocopi<br>Fp:0410 \| Bth:8352*66 \| Inv:109903<br>Source : ASCIIC | 45.50 | | | | I |
| 111 | 10/27/04 Photocopi<br>Fp:0410 \| Bth:8352*130 \| Inv:109903<br>Source : ASCIIC | 0.10 | | | | I |
| 117 | 11/09/04 Photocopi<br>Fp:0411 \| Bth:8363*11 \| Inv:109903<br>Source : ASCIIC | 4.80 | | | | I |
| 118 | 12/02/04 Photocopi<br>Fp:0412 \| Bth:8387*29 \| Inv:110764<br>Source : ASCIIC | 3.70 | | | | I |
| 119 | 10/15/04 Miscellan<br>Fp:0412 \| Bth:8405*3 \| Inv:110764<br>Comments : Copying charges (petty cash fund) | 1.00 | | | | I |
| 122 | 01/07/05 Photocopi | 0.50 | | | | I |

INQUIRY : Case - reference 11:28am 18 APR 06

Client : 2525 COUNTY OF KAUAI
Case : 18360 BEGLEY v. FREITAS Status : Active

```
..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Fp:0501 | Bth:8420*310 | Inv:110764
      Source  : ASCIIC

129   01/31/05 Photocopi                  4.40                             I
      Fp:0502 | Bth:8443*171 | Inv:110960
      Source  : ASCIIC

130   02/01/05 Photocopi                  1.60                             I
      Fp:0502 | Bth:8443*276 | Inv:110960
      Source  : ASCIIC

134   02/02/05 Photocopi                  0.10                             I
      Fp:0502 | Bth:8446*60 | Inv:110960
      Source  : ASCIIC

135   02/02/05 Photocopi                  0.10                             I
      Fp:0502 | Bth:8446*66 | Inv:110960
      Source  : ASCIIC

136   02/03/05 Photocopi                  3.20                             I
      Fp:0502 | Bth:8446*130 | Inv:110960
      Source  : ASCIIC

137   02/04/05 Photocopi                  0.80                             I
      Fp:0502 | Bth:8446*172 | Inv:110960
      Source  : ASCIIC

139   02/14/05 Photocopi                  3.00                             I
      Fp:0502 | Bth:8453*352 | Inv:110960
      Source  : ASCIIC

140   02/14/05 Photocopi                  5.10                             I
      Fp:0502 | Bth:8453*357 | Inv:110960
      Source  : ASCIIC

141   02/16/05 Photocopi                  0.50                             I
      Fp:0502 | Bth:8456*67 | Inv:111384
      Source  : ASCIIC

146   04/08/05 Photocopi                  0.80                             I
      Fp:0504 | Bth:8506*144 | Inv:112667
      Source  : ASCIIC

147   04/11/05 Photocopi                  1.60                             I
      Fp:0504 | Bth:8506*208 | Inv:112667
      Source  : ASCIIC

149   04/21/05 Photocopi                  6.00                             I
      Fp:0504 | Bth:8520*232 | Inv:112667
      Source  : ASCIIC
```

INQUIRY : Case - reference 11:28am 18 APR 06

Client : 2525 COUNTY OF KAUAI
Case : 18360 BEGLEY v. FREITAS Status : Active

| ..Ref | ..Date.. Cde.desc Orgtme Orgrte | ....Orgamt | ..Time | ..Rate | .......Amt | S |
|---|---|---|---|---|---|---|
| 150 | 04/26/05 Photocopi<br>Fp:0504 \| Bth:8524*157 \| Inv:112667<br>Source : ASCIIC | 1.70 | | | | I |
| 151 | 05/09/05 Photocopi<br>Fp:0505 \| Bth:8532*329 \| Inv:112667<br>Source : ASCIIC | 0.40 | | | | I |
| 152 | 05/19/05 Photocopi568.00<br>Fp:0505 \| Bth:8551*212 \| Inv:112667<br>Source : ASCIIC | 56.80 | | | | I |
| 153 | 05/20/05 Photocopi 8.00<br>Fp:0505 \| Bth:8551*278 \| Inv:112667<br>Source : ASCIIC | 0.80 | | | | I |
| 154 | 05/25/05 Photocopi 26.00<br>Fp:0505 \| Bth:8551*472 \| Inv:112667<br>Source : ASCIIC | 2.60 | | | | I |
| 162 | 06/01/05 Photocopi 28.00<br>Fp:0506 \| Bth:8566*58 \| Inv:112667<br>Source : ASCIIC | 2.80 | | | | I |
| 163 | 06/02/05 Photocopi100.00<br>Fp:0506 \| Bth:8566*97 \| Inv:112667<br>Source : ASCIIC | 10.00 | | | | I |
| 164 | 06/02/05 Photocopi 17.00<br>Fp:0506 \| Bth:8566*156 \| Inv:112667<br>Source : ASCIIC | 1.70 | | | | I |
| 165 | 06/16/05 Photocopi 64.00<br>Fp:0506 \| Bth:8575*46 \| Inv:113054<br>Source : ASCIIC | 6.40 | | | | I |
| 167 | 06/22/05 Photocopi293.00<br>Fp:0506 \| Bth:8581*115 \| Inv:113054<br>Source : ASCIIC | 29.30 | | | | I |
| 168 | 06/22/05 Photocopi 2.00<br>Fp:0506 \| Bth:8581*128 \| Inv:113054<br>Source : ASCIIC | 0.20 | | | | I |
| 169 | 06/28/05 Photocopi 10.00<br>Fp:0506 \| Bth:8589*52 \| Inv:113054<br>Source : ASCIIC | 1.00 | | | | I |
| 180 | 07/14/05 Photocopi 11.00 | 1.10 | | | | I |

INQUIRY : Case - reference 11:28am 18 APR 06

Client : 2525 COUNTY OF KAUAI
Case : 18360 BEGLEY v. FREITAS Status : Active

| ..Ref | ..Date.. | Cde.desc | Orgtme | Orgrte | ....Orgamt | ..Time | ..Rate | .......Amt | S |
|---|---|---|---|---|---|---|---|---|---|
| | Fp:0507 \| Bth:8598*140 \| Inv:113054 | | | | | | | | |
| | Source : ASCIIC | | | | | | | | |
| 182 | 07/30/05 | Photocopi | 46.00 | | 4.60 | | | | I |
| | Fp:0507 \| Bth:8612*97 \| Inv:113324 | | | | | | | | |
| | Source : ASCIIC | | | | | | | | |
| 192 | 08/01/05 | Photocopi | 31.00 | | 3.10 | | | | I |
| | Fp:0508 \| Bth:8614*3 \| Inv:113324 | | | | | | | | |
| | Source : ASCIIC | | | | | | | | |
| 193 | 08/03/05 | Photocopi | 402.00 | | 40.20 | | | | I |
| | Fp:0508 \| Bth:8614*135 \| Inv:113324 | | | | | | | | |
| | Source : ASCIIC | | | | | | | | |
| 194 | 08/03/05 | Photocopi | 150.00 | | 15.00 | | | | I |
| | Fp:0508 \| Bth:8614*144 \| Inv:113324 | | | | | | | | |
| | Source : ASCIIC | | | | | | | | |
| 195 | 08/03/05 | Photocopi | 90.00 | | 9.00 | | | | I |
| | Fp:0508 \| Bth:8614*166 \| Inv:113324 | | | | | | | | |
| | Source : ASCIIC | | | | | | | | |
| 196 | 08/03/05 | Photocopi | 098.00 | | 109.80 | | | | I |
| | Fp:0508 \| Bth:8614*167 \| Inv:113324 | | | | | | | | |
| | Source : ASCIIC | | | | | | | | |
| 203 | 08/04/05 | Photocopi | 162.00 | | 16.20 | | | | I |
| | Fp:0508 \| Bth:8616*11 \| Inv:113324 | | | | | | | | |
| | Source : ASCIIC | | | | | | | | |
| 204 | 08/04/05 | Photocopi | 40.00 | | 4.00 | | | | I |
| | Fp:0508 \| Bth:8616*37 \| Inv:113324 | | | | | | | | |
| | Source : ASCIIC | | | | | | | | |
| 205 | 08/04/05 | Photocopi | 45.00 | | 4.50 | | | | I |
| | Fp:0508 \| Bth:8616*39 \| Inv:113324 | | | | | | | | |
| | Source : ASCIIC | | | | | | | | |
| 206 | 08/04/05 | Photocopi | 30.00 | | 3.00 | | | | I |
| | Fp:0508 \| Bth:8616*62 \| Inv:113324 | | | | | | | | |
| | Source : ASCIIC | | | | | | | | |
| 207 | 08/05/05 | Photocopi | 39.00 | | 3.90 | | | | I |
| | Fp:0508 \| Bth:8616*79 \| Inv:113324 | | | | | | | | |
| | Source : ASCIIC | | | | | | | | |
| 208 | 08/08/05 | Photocopi | 44.00 | | 4.40 | | | | I |
| | Fp:0508 \| Bth:8616*170 \| Inv:113324 | | | | | | | | |
| | Source : ASCIIC | | | | | | | | |

INQUIRY : Case - reference 11:28am 18 APR 06

Client : 2525 COUNTY OF KAUAI
Case : 18360 BEGLEY v. FREITAS Status : Active

```
..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S

209   08/08/05 Photocopi263.00          26.30                            I
      Fp:0508 | Bth:8616*177 | Inv:113324
      Source   : ASCIIC

210   08/03/05 Online Re                62.34           0.00        0.00 I
      Fp:0508 | Bth:8622*10 | Inv:113324
      Comments : Research by Karen Arikawa: 8/1/05 - 8/3/05

211   08/02/05 Online Re                13.68           0.00        0.00 I
      Fp:0508 | Bth:8622*12 | Inv:113324
      Comments : Research by Karen Arikawa

212   08/03/05 Online Re                41.29           0.00        0.00 I
      Fp:0508 | Bth:8622*29 | Inv:113324
      Comments : Research by Brian Hiyane: 8/1/05 - 8/3/05

218   08/24/05 Photocopi 24.00           2.40                            I
      Fp:0508 | Bth:8636*58 | Inv:113726
      Source   : ASCIIC

222   09/06/05 Photocopi106.00          10.60                            I
      Fp:0509 | Bth:8643*321 | Inv:113726
      Source   : ASCIIC

223   09/07/05 Photocopi 90.00           9.00                            I
      Fp:0509 | Bth:8643*324 | Inv:113726
      Source   : ASCIIC

224   09/07/05 Photocopi180.00          18.00                            I
      Fp:0509 | Bth:8643*342 | Inv:113726
      Source   : ASCIIC

225   09/07/05 Photocopi 25.00           2.50                            I
      Fp:0509 | Bth:8643*345 | Inv:113726
      Source   : ASCIIC

238   09/09/05 Photocopi220.00          22.00                            I
      Fp:0509 | Bth:8648*221 | Inv:113726
      Source   : ASCIIC

239   09/12/05 Photocopi 30.00           3.00                            I
      Fp:0509 | Bth:8648*246 | Inv:113726
      Source   : ASCIIC

240   09/12/05 Photocopi 76.00           7.60                            I
      Fp:0509 | Bth:8648*250 | Inv:113726
      Source   : ASCIIC

241   09/13/05 Photocopi 68.00           6.80                            I
```

INQUIRY : Case - reference 11:28am 18 APR 06

Client : 2525 COUNTY OF KAUAI
Case : 18360 BEGLEY v. FREITAS Status : Active

| ..Ref | ..Date.. Cde.desc Orgtme Orgrte | ....Orgamt | ..Time | ..Rate | .......Amt | S |
|---|---|---|---|---|---|---|
| | Fp:0509 \| Bth:8648*276 \| Inv:113726<br>Source : ASCIIC | | | | | |
| 242 | 09/13/05 Photocopi 13.00<br>Fp:0509 \| Bth:8648*285 \| Inv:113726<br>Source : ASCIIC | 1.30 | | | | I |
| 243 | 09/09/05 Online Re<br>Fp:0509 \| Bth:8649*90 \| Inv:113726<br>Comments : Research by KYA | 1.50 | | 0.00 | 0.00 | I |
| 246 | 09/19/05 Photocopi 58.00<br>Fp:0509 \| Bth:8657*62 \| Inv:114080<br>Source : ASCIIC | 5.80 | | | | I |
| 247 | 09/19/05 Photocopi 34.00<br>Fp:0509 \| Bth:8657*88 \| Inv:114080<br>Source : ASCIIC | 3.40 | | | | I |
| 250 | 09/19/05 Online Re<br>Fp:0509 \| Bth:8666*13 \| Inv:114080<br>Comments : Research by KYA | 20.61 | | 0.00 | 0.00 | I |
| 257 | 10/04/05 Photocopi 30.00<br>Fp:0510 \| Bth:8674*207 \| Inv:114080<br>Source : ASCIIC | 3.00 | | | | I |
| 258 | 10/05/05 Photocopi 90.00<br>Fp:0510 \| Bth:8674*212 \| Inv:114080<br>Source : ASCIIC | 9.00 | | | | I |
| 259 | 10/05/05 Photocopi 3.00<br>Fp:0510 \| Bth:8674*248 \| Inv:114080<br>Source : ASCIIC | 0.30 | | | | I |
| 260 | 10/06/05 Photocopi 32.00<br>Fp:0510 \| Bth:8674*272 \| Inv:114080<br>Source : ASCIIC | 3.20 | | | | I |
| 261 | 10/18/05 Photocopi 7.00<br>Fp:0510 \| Bth:8678*40 \| Inv:115121<br>Source : ASCIIC | 0.70 | | | | I |
| 264 | 10/26/05 Photocopi 8.00<br>Fp:0510 \| Bth:8694*19 \| Inv:115121<br>Source : ASCIIC | 0.80 | | | | I |
| 266 | 11/16/05 Photocopi 26.00<br>Fp:0511 \| Bth:8719*65 \| Inv:115121<br>Source : ASCIIC | 2.60 | | | | I |

INQUIRY : Case - reference 11:28am 18 APR 06

Client : 2525 COUNTY OF KAUAI
Case : 18360 BEGLEY v. FREITAS Status : Active

| ..Ref | ..Date.. | Cde.desc | Orgtme | Orgrte | ....Orgamt | ..Time | ..Rate | .......Amt | S |
|---|---|---|---|---|---|---|---|---|---|
| 267 | 11/21/05 | Photocopi | 13.00 | | 1.30 | | | | I |
| | Fp:0511 \| Bth:8719*152 \| Inv:115121 | | | | | | | | |
| | Source : ASCIIC | | | | | | | | |
| 279 | 04/05/06 | Photocopi | 23.00 | | 2.30 | | | | |
| | Fp:0604 \| Bth:8833*140 | | | | | | | | |
| | Source : ASCIIC | | | | | | | | |
| 280 | 04/05/06 | Photocopi | 1.00 | | 0.10 | | | | |
| | Fp:0604 \| Bth:8833*142 | | | | | | | | |
| | Source : ASCIIC | | | | | | | | |