IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK N. BEGLEY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, GEORGE FREITAS, MARTIN W. CURNAN, and DAVID NAWAI,<br><br>Defendants. | Civil No. CV 03 00162 DAE KSC<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was duly served on the following by depositing same in the United States Mail, postage prepaid, addressed to their following last known addresses:

DONNA E. RICHARDS, ESQ.
MARK R. ZENGER, ESQ.
3016 Umi Street
Suites 204 and 211-B
Lihue, Hawaii 96766

and

CHRIS BOUSLOG, ESQ.
Four Waterfront Plaza, Suite 480
500 Ala Moana Boulevard
Honolulu, Hawaii 96813

Attorneys for Plaintiff
**MARK N. BEGLEY**

MARK N. BEGLEY
5318 Makaloa Street
Kapaa, Hawaii 96746

**Pro Se**

DAVID J. MINKIN, ESQ.
PAUL B.K. WONG, ESQ.
WENDY F. HANAKAHI, ESQ.
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813

Attorneys for Defendant
**COUNTY OF KAUAI**

MICHAEL J. MCGUIGAN, ESQ.
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2400
Honolulu, Hawaii 96813

Attorneys for Defendant
**MARTIN W. CURNAN**

DAVID NAWAI
238 Molo Street
Kapaa, Hawaii 96746

**Pro Se**

DATED: Honolulu, Hawaii, April 20, 2006.

JOHN KOMEIJI
KAREN Y. ARIKAWA
Attorneys for Defendant
**GEORGE FREITAS**