IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| MARK N. BEGLEY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, GEORGE FREITAS, MARTIN W. CURNAN, and DAVID NAWAI,<br><br>Defendants. | ) | CIVIL NO. CV03-00162 DAE KSC<br><br>AFFIDAVIT OF MICHAEL J. MCGUIGAN; EXHIBIT "A"-"B" |

AFFIDAVIT OF MICHAEL J. MCGUIGAN

STATE OF HAWAII )
) SS.
CITY AND COUNTY OF HONOLULU )

MICHAEL J. MCGUIGAN, being duly sworn on oath, deposes and says:

1. I am a partner with Reinwald O'Connor & Playdon LLP, attorneys for Defendant MARTIN W. CURNAN in the above-captioned matter. I am competent to testify to the matters stated herein, which are based upon my personal knowledge.

2. I make this Affidavit based upon personal knowledge, and am competent to testify as to all matters stated herein.

3. Pursuant to Federal Rules of Civil Procedure 54(d)(1) and (2),

LR 54.2 and 54.3 of the Rules of the United States, District Court for the District of Hawaii, and 28 U.S.C. § 1924, this Affidavit sets forth the costs that were incurred by Reinwald O'Connor & Playdon LLP on behalf of Defendant Curnan in defending against the claim alleged by Plaintiff Mark N. Begley in the above-entitled case.

4. Attached hereto as Exhibit "A" is a true and correct copy of the Bill of Costs.

5. Attached hereto as Exhibit "B" is a true and correct copy of the supporting documentation for the costs reflected in the Bill of Costs.

6. The costs reflected in the Bill of Costs are correctly stated, and based upon my experience, they were necessary incurred and appear to be allowable by law.

7. The costs incurred in defending Defendant Curnan include:

(1) Fees for Summons and Subpoena ..................$15.00

(2) Fees for Court/Deposition Transcripts............$3,935.22

(3) Photocopies at .10 per page .......................$3,010.40

(4) Map of Kauai for Trial...................................$16.64

**TOTAL COSTS..........................................$6,977.26**

8. I have attempted to confer with Plaintiff's counsel, but to date have been unsuccessful. There also appears to be some indication that Plaintiff

may be pro se, however, there has been no withdrawal and substitution. I will continue to confer with Plaintiff's counsel

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge.

MICHAEL J. MCGUIGAN

Subscribed and sworn to before me
this 25th day of April, 2006.

Notary Public, State of Hawaii

Sherrie Yabes
Print

My Commission Expires: 4.7.2010.

SHERRIE YABES NOTARY PUBLIC STATE OF HAWAII