Part 2

```
INQUIRY : Case      - reference                        10:02am 25 APR 06

Client   : CURNAN      MARTIN W. CURNAN
Case     : 03-105      MARK N. BEGLEY VS. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Fp:0509 | Bth:14775*122 | Inv:74764
      Source   : ASCIIC
      Note     : 7264
      Comments : 49 PAGE(S)

860   08/03/05 MESSENGER                    5.21                          I
      Fp:0509 | Bth:14771*29 | Inv:74593
      Note     : MJM
      Comments : DISCLOSURE OF EXPERT WITNESS; EXHIBIT A; CERTIFICATE OF
                 SERVICE

861   08/24/05 MESSENGER                    5.21                          I
      Fp:0509 | Bth:14771*175 | Inv:74593
      Note     : MJM
      Comments : CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT

862   08/01/05 LEXIS-NEX                   24.15           0.00       0.00 I
      Fp:0509 | Bth:14802*106 | Inv:74764
      Comments : MJM

863   08/01/05 LEXIS-NEX                    3.24           0.00       0.00 I
      Fp:0509 | Bth:14802*107 | Inv:74764
      Comments : MJM

864   08/01/05 LEXIS-NEX                    0.46           0.00       0.00 I
      Fp:0509 | Bth:14802*108 | Inv:74764
      Comments : MJM

865   08/02/05 LEXIS-NEX                   11.31           0.00       0.00 I
      Fp:0509 | Bth:14802*109 | Inv:74764
      Comments : MJM

866   08/01/05 LEXIS-NEX                   74.04           0.00       0.00 I
      Fp:0509 | Bth:14802*152 | Inv:74764
      Comments : EKT

867   08/01/05 LEXIS-NEX                    0.60           0.00       0.00 I
      Fp:0509 | Bth:14802*153 | Inv:74764
      Comments : EKT

868   08/01/05 LEXIS-NEX                    3.24           0.00       0.00 I
      Fp:0509 | Bth:14802*154 | Inv:74764
      Comments : EKT

869   08/01/05 LEXIS-NEX                    1.39           0.00       0.00 I
      Fp:0509 | Bth:14802*155 | Inv:74764
      Comments : EKT

870   08/02/05 LEXIS-NEX                   65.32           0.00       0.00 I
      Fp:0509 | Bth:14802*156 | Inv:74764
```

```
INQUIRY : Case      - reference                           10:02am 25 APR 06

Client   : CURNAN     MARTIN W. CURNAN
Case     : 03-105     MARK N. BEGLEY VS. COUNTY OF K         Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Comments : EKT

871   08/02/05 LEXIS-NEX                    3.89          0.00       0.00 I
      Fp:0509 | Bth:14802*157 | Inv:74764
      Comments : EKT

872   08/02/05 LEXIS-NEX                    1.94          0.00       0.00 I
      Fp:0509 | Bth:14802*158 | Inv:74764
      Comments : EKT

873   08/18/05 LEXIS-NEX                   17.79          0.00       0.00 I
      Fp:0509 | Bth:14802*159 | Inv:74764
      Comments : EKT

874   08/18/05 LEXIS-NEX                    0.65          0.00       0.00 I
      Fp:0509 | Bth:14802*160 | Inv:74764
      Comments : EKT

875   09/21/05 DUPLICATI 30.00              3.00                          I
      Fp:0509 | Bth:14805*19 | Inv:74764
      Source   : ASCIIC
      Note     : 7264
      Comments : 30 PAGE(S)

876   09/21/05 DUPLICATI 30.00              3.00                          I
      Fp:0509 | Bth:14805*21 | Inv:74764
      Source   : ASCIIC
      Note     : 7264
      Comments : 30 PAGE(S)

877   09/15/05 LONG DIST                    0.74                          I
      Fp:0509 | Bth:14811*132 | Inv:74764
      Source   : ASCIIC
      Note     : 657
      Comments : (808) 241-6157

887   10/06/05 DUPLICATI 93.00              9.30                          I
      Fp:0510 | Bth:14845*12 | Inv:74973
      Source   : ASCIIC
      Note     : 7264
      Comments : 93 PAGE(S)

888   10/11/05 DUPLICATI  2.00              0.20                          I
      Fp:0510 | Bth:14854*43 | Inv:74973
      Source   : ASCIIC
      Note     : SKS
      Comments : 2 PAGE(S)

889   10/11/05 DUPLICATI  2.00              0.20                          I
      Fp:0510 | Bth:14854*44 | Inv:74973
```

```
INQUIRY : Case     - reference                          10:02am 25 APR 06

Client   : CURNAN     MARTIN W. CURNAN
Case     : 03-105     MARK N. BEGLEY VS. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Source   : ASCIIC
      Note     : SKS
      Comments : 2 PAGE(S)

890   10/11/05 DUPLICATI 13.00           1.30                             I
      Fp:0510 | Bth:14854*45 | Inv:74973
      Source   : ASCIIC
      Note     : SKS
      Comments : 13 PAGE(S)

891   10/11/05 DUPLICATI  3.00           0.30                             I
      Fp:0510 | Bth:14854*46 | Inv:74973
      Source   : ASCIIC
      Note     : SKS
      Comments : 3 PAGE(S)

892   10/11/05 DUPLICATI  3.00           0.30                             I
      Fp:0510 | Bth:14854*47 | Inv:74973
      Source   : ASCIIC
      Note     : SKS
      Comments : 3 PAGE(S)

893   10/11/05 DUPLICATI  1.00           0.10                             I
      Fp:0510 | Bth:14854*48 | Inv:74973
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S)

894   10/12/05 DUPLICATI  4.00           0.40                             I
      Fp:0510 | Bth:14856*34 | Inv:74973
      Source   : ASCIIC
      Note     : 7264
      Comments : 4 PAGE(S)

895   10/14/05 DUPLICATI  9.00           0.90                             I
      Fp:0510 | Bth:14867*5 | Inv:74973
      Source   : ASCIIC
      Note     : 1331
      Comments : 9 PAGE(S)

896   10/17/05 DUPLICATI 32.00           3.20                             I
      Fp:0510 | Bth:14867*83 | Inv:74973
      Source   : ASCIIC
      Note     : 4571
      Comments : 32 PAGE(S)

897   10/17/05 DUPLICATI  6.00           0.60                             I
      Fp:0510 | Bth:14867*94 | Inv:74973
      Source   : ASCIIC
      Note     : SKS
```

```
INQUIRY : Case      - reference                               10:02am 25 APR 06

Client   : CURNAN      MARTIN W. CURNAN
Case     : 03-105      MARK N. BEGLEY VS. COUNTY OF K         Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Comments : 6 PAGE(S)

898   10/17/05 DUPLICATI  3.00             0.30                           I
      Fp:0510 | Bth:14867*113 | Inv:74973
      Source   : ASCIIC
      Note     : SKS
      Comments : 3 PAGE(S)

899   10/17/05 DUPLICATI  1.00             0.10                           I
      Fp:0510 | Bth:14867*114 | Inv:74973
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S)

900   10/17/05 DUPLICATI  2.00             0.20                           I
      Fp:0510 | Bth:14867*118 | Inv:74973
      Source   : ASCIIC
      Note     : SKS
      Comments : 2 PAGE(S)

901   09/30/05 LEXIS-NEX                   7.90          0.00        0.00 I
      Fp:0510 | Bth:14866*78 | Inv:74973
      Comments : MJM

902   10/18/05 DUPLICATI  3.00             0.30                           I
      Fp:0510 | Bth:14870*35 | Inv:74973
      Source   : ASCIIC
      Note     : SKS
      Comments : 3 PAGE(S)

903   10/05/05 COURT RES                   1.78                           I
      Fp:0510 | Bth:14873*47 | Chk: 1/089185,10/26/05 | Inv:74973
      Source   : AP 01,P213,10/05/05 | Payee:PACER SERVICE CENT
      Comments : AT HAWAII DISTRICT COURT FOR THE PERIOD 07/01/05 TO 09/30/05

904   10/19/05 POSTAGE                     3.23                           I
      Fp:0510 | Bth:14874*8 | Inv:74973
      Comments : MJM

908   10/19/05 DUPLICATI  9.00             0.90                           I
      Fp:0510 | Bth:14876*16 | Inv:74973
      Source   : ASCIIC
      Note     : 1331
      Comments : 9 PAGE(S)

909   10/19/05 DUPLICATI  8.00             0.80                           I
      Fp:0510 | Bth:14876*40 | Inv:74973
      Source   : ASCIIC
      Note     : SKS
      Comments : 8 PAGE(S)
```

```
INQUIRY : Case      - reference                            10:02am 25 APR 06

Client   : CURNAN       MARTIN W. CURNAN
Case     : 03-105       MARK N. BEGLEY VS. COUNTY OF K         Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S

910    10/19/05 DUPLICATI  2.00                0.20                          I
       Fp:0510 | Bth:14876*41 | Inv:74973
       Source   : ASCIIC
       Note     : SKS
       Comments : 2 PAGE(S)

911    10/19/05 DUPLICATI  8.00                0.80                          I
       Fp:0510 | Bth:14876*42 | Inv:74973
       Source   : ASCIIC
       Note     : SKS
       Comments : 8 PAGE(S)

912    10/19/05 DUPLICATI  1.00                0.10                          I
       Fp:0510 | Bth:14876*43 | Inv:74973
       Source   : ASCIIC
       Note     : SKS
       Comments : 1 PAGE(S)

913    10/19/05 DUPLICATI  3.00                0.30                          I
       Fp:0510 | Bth:14876*44 | Inv:74973
       Source   : ASCIIC
       Note     : SKS
       Comments : 3 PAGE(S)

914    10/19/05 DUPLICATI  3.00                0.30                          I
       Fp:0510 | Bth:14876*45 | Inv:74973
       Source   : ASCIIC
       Note     : SKS
       Comments : 3 PAGE(S)

915    10/20/05 DUPLICATI  5.00                0.50                          I
       Fp:0510 | Bth:14879*1 | Inv:74973
       Source   : ASCIIC
       Note     : 4571
       Comments : 5 PAGE(S)

916    10/17/05 LONG DIST                      0.44                          I
       Fp:0510 | Bth:14879*115 | Inv:74973
       Source   : ASCIIC
       Note     : 632
       Comments : (808) 246-1771

917    10/18/05 LONG DIST                      0.74                          I
       Fp:0510 | Bth:14879*119 | Inv:74973
       Source   : ASCIIC
       Note     : 632
       Comments : (808) 246-1771

918    10/18/05 LONG DIST                      1.65                          I
```

```
INQUIRY : Case      - reference                          10:02am 25 APR 06

Client   : CURNAN      MARTIN W. CURNAN
Case     : 03-105      MARK N. BEGLEY VS. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Fp:0510 | Bth:14879*121 | Inv:74973
      Source   : ASCIIC
      Note     : 632
      Comments : (808) 246-1771

919   10/20/05 POSTAGE                       0.37                           I
      Fp:0510 | Bth:14878*3 | Inv:74973
      Comments : SKS

920   10/20/05 POSTAGE                       1.85                           I
      Fp:0510 | Bth:14878*11 | Inv:74973
      Comments : MJM

921   10/21/05 DUPLICATI  2.00               0.20                           I
      Fp:0510 | Bth:14881*15 | Inv:74973
      Source   : ASCIIC
      Note     : 1331
      Comments : 2 PAGE(S)

922   10/21/05 FACSIMILE                     2.00                           I
      Fp:0510 | Bth:14881*37 | Inv:74973
      Source   : ASCIIC
      Note     : 1331
      Comments : 2 PAGE(S) TO NO. 1(808) 871-4702

923   10/21/05 FACSIMILE                     1.00                           I
      Fp:0510 | Bth:14881*43 | Inv:74973
      Source   : ASCIIC
      Note     : 1331
      Comments : 2 PAGE(S) TO NO. 550-4996

924   10/19/05 LONG DIST                     0.74                           I
      Fp:0510 | Bth:14881*46 | Inv:74973
      Source   : ASCIIC
      Note     : 632
      Comments : (808) 246-1771

925   10/19/05 LONG DIST                     2.56                           I
      Fp:0510 | Bth:14881*47 | Inv:74973
      Source   : ASCIIC
      Note     : 612
      Comments : (808) 246-1771

926   10/19/05 LONG DIST                     0.74                           I
      Fp:0510 | Bth:14881*48 | Inv:74973
      Source   : ASCIIC
      Note     : 632
      Comments : (808) 635-5713

927   10/20/05 LONG DIST                     0.74                           I
```

```
INQUIRY : Case      - reference                           10:02am 25 APR 06

Client   : CURNAN     MARTIN W. CURNAN
Case     : 03-105     MARK N. BEGLEY VS. COUNTY OF K         Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Fp:0510 | Bth:14881*50 | Inv:74973
      Source   : ASCIIC
      Note     : 632
      Comments : (808) 635-5713

928   10/20/05 LONG DIST                    0.44                          I
      Fp:0510 | Bth:14881*52 | Inv:74973
      Source   : ASCIIC
      Note     : 632
      Comments : (808) 635-5713

929   10/21/05 DUPLICATI  1.00              0.10                          I
      Fp:0510 | Bth:14881*53 | Inv:74973
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S)

930   10/21/05 DUPLICATI  2.00              0.20                          I
      Fp:0510 | Bth:14881*54 | Inv:74973
      Source   : ASCIIC
      Note     : SKS
      Comments : 2 PAGE(S)

931   10/21/05 DUPLICATI  1.00              0.10                          I
      Fp:0510 | Bth:14881*55 | Inv:74973
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S)
932   10/21/05 DUPLICATI  2.00              0.20                          I
      Fp:0510 | Bth:14881*56 | Inv:74973
      Source   : ASCIIC
      Note     : SKS
      Comments : 2 PAGE(S)

933   10/21/05 DUPLICATI  2.00              0.20                          I
      Fp:0510 | Bth:14881*57 | Inv:74973
      Source   : ASCIIC
      Note     : SKS
      Comments : 2 PAGE(S)

934   10/21/05 DUPLICATI  2.00              0.20                          I
      Fp:0510 | Bth:14881*59 | Inv:74973
      Source   : ASCIIC
      Note     : SKS
      Comments : 2 PAGE(S)

935   10/21/05 DUPLICATI  3.00              0.30                          I
      Fp:0510 | Bth:14881*60 | Inv:74973
      Source   : ASCIIC
      Note     : SKS
```

```
INQUIRY : Case     - reference                         10:02am 25 APR 06

Client   : CURNAN     MARTIN W. CURNAN
Case     : 03-105     MARK N. BEGLEY VS. COUNTY OF K         Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Comments : 3 PAGE(S)

936   10/21/05 DUPLICATI  2.00               0.20                         I
      Fp:0510 | Bth:14881*61 | Inv:74973
      Source   : ASCIIC
      Note     : SKS
      Comments : 2 PAGE(S)

937   10/21/05 DUPLICATI  1.00               0.10                         I
      Fp:0510 | Bth:14881*62 | Inv:74973
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S)

938   10/21/05 POSTAGE                       0.74                         I
      Fp:0510 | Bth:14883*18 | Inv:74973
      Comments : MJM

939   10/24/05 DUPLICATI 64.00               6.40                         I
      Fp:0510 | Bth:14884*21 | Inv:74973
      Source   : ASCIIC
      Note     : 1331
      Comments : 64 PAGE(S)

940   10/24/05 DUPLICATI 20.00               2.00                         I
      Fp:0510 | Bth:14884*30 | Inv:74973
      Source   : ASCIIC
      Note     : 7264
      Comments : 20 PAGE(S)

941   10/21/05 POSTAGE                       0.37                         I
      Fp:0510 | Bth:14885*6 | Inv:74973
      Comments : MJM

942   10/24/05 POSTAGE                       0.37                         I
      Fp:0510 | Bth:14885*12 | Inv:74973
      Comments : MJM

953   10/24/05 POSTAGE                       0.37                         I
      Fp:0510 | Bth:14890*14 | Inv:74973
      Comments : MJM

959   10/26/05 DUPLICATI  1.00               0.10                         I
      Fp:0510 | Bth:14894*22 | Inv:74973
      Source   : ASCIIC
      Note     : 1331
      Comments : 1 PAGE(S)

960   10/26/05 DUPLICATI  3.00               0.30                         I
      Fp:0510 | Bth:14894*24 | Inv:74973
```

```
INQUIRY : Case      - reference                          10:02am 25 APR 06

Client   : CURNAN     MARTIN W. CURNAN
Case     : 03-105     MARK N. BEGLEY VS. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Source   : ASCIIC
      Note     : 1331
      Comments : 3 PAGE(S)

961   10/27/05 DUPLICATI144.00                14.40                        I
      Fp:0510 | Bth:14894*57 | Inv:74973
      Source   : ASCIIC
      Note     : 1331
      Comments : 144 PAGE(S)

962   10/27/05 DUPLICATI 56.00                 5.60                        I
      Fp:0510 | Bth:14894*59 | Inv:74973
      Source   : ASCIIC
      Note     : 1331
      Comments : 56 PAGE(S)

963   10/27/05 DUPLICATI 93.00                 9.30                        I
      Fp:0510 | Bth:14894*61 | Inv:74973
      Source   : ASCIIC
      Note     : 1331
      Comments : 93 PAGE(S)

964   10/27/05 DUPLICATI110.00                11.00                        I
      Fp:0510 | Bth:14894*68 | Inv:74973
      Source   : ASCIIC
      Note     : 1331
      Comments : 110 PAGE(S)

965   10/27/05 DUPLICATI 48.00                 4.80                        I
      Fp:0510 | Bth:14894*77 | Inv:74973
      Source   : ASCIIC
      Note     : 7264
      Comments : 48 PAGE(S)

966   10/27/05 DUPLICATI  3.00                 0.30                        I
      Fp:0510 | Bth:14894*99 | Inv:74973
      Source   : ASCIIC
      Note     : SKS
      Comments : 3 PAGE(S)

967   10/27/05 DUPLICATI  2.00                 0.20                        I
      Fp:0510 | Bth:14894*100 | Inv:74973
      Source   : ASCIIC
      Note     : SKS
      Comments : 2 PAGE(S)

968   10/27/05 DUPLICATI  1.00                 0.10                        I
      Fp:0510 | Bth:14894*101 | Inv:74973
      Source   : ASCIIC
      Note     : SKS
```

```
INQUIRY : Case      - reference                           10:02am 25 APR 06

Client   : CURNAN      MARTIN W. CURNAN
Case     : 03-105      MARK N. BEGLEY VS. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Comments : 1 PAGE(S)

969   10/27/05 DUPLICATI  3.00                0.30                        I
      Fp:0510 | Bth:14894*102 | Inv:74973
      Source   : ASCIIC
      Note     : SKS
      Comments : 3 PAGE(S)

970   10/27/05 DUPLICATI  1.00                0.10                        I
      Fp:0510 | Bth:14894*103 | Inv:74973
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S)

971   10/27/05 DUPLICATI  3.00                0.30                        I
      Fp:0510 | Bth:14894*104 | Inv:74973
      Source   : ASCIIC
      Note     : SKS
      Comments : 3 PAGE(S)

972   10/27/05 DUPLICATI  3.00                0.30                        I
      Fp:0510 | Bth:14894*105 | Inv:74973
      Source   : ASCIIC
      Note     : SKS
      Comments : 3 PAGE(S)

973   10/28/05 DUPLICATI 33.00                3.30                        I
      Fp:0510 | Bth:14896*21 | Inv:74973
      Source   : ASCIIC
      Note     : 7264
      Comments : 33 PAGE(S)

974   10/28/05 DUPLICATI  3.00                0.30                        I
      Fp:0510 | Bth:14896*42 | Inv:74973
      Source   : ASCIIC
      Note     : SKS
      Comments : 3 PAGE(S)

975   10/28/05 DUPLICATI  2.00                0.20                        I
      Fp:0510 | Bth:14896*43 | Inv:74973
      Source   : ASCIIC
      Note     : SKS
      Comments : 2 PAGE(S)

976   10/28/05 DUPLICATI  3.00                0.30                        I
      Fp:0510 | Bth:14896*44 | Inv:74973
      Source   : ASCIIC
      Note     : SKS
      Comments : 3 PAGE(S)
```

```
INQUIRY : Case      - reference                          10:02am 25 APR 06

Client   : CURNAN     MARTIN W. CURNAN
Case     : 03-105     MARK N. BEGLEY VS. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
977    10/27/05 POSTAGE                       1.85                         I
       Fp:0510 | Bth:14897*3 | Inv:74973
       Comments : MJM

978    10/27/05 TRAVEL EX                    49.50                         I
       Fp:0510 | Bth:14900*1 | Chk: 1/089217,10/31/05 | Inv:74973
       Source   : AP 01,N999,10/27/05 | Payee:DAVID NAWAI
       Comments : REIMBURSEMENT FOR CAR RENTAL

979    10/19/05 PROFESSIO                 1,354.00                         I
       Fp:0510 | Bth:14900*9 | Chk: 1/089221,10/31/05 | Inv:74973
       Source   : AP 01,R223,10/19/05 | Payee:D. THOMAS ROGERS,
       Comments : DEPOSITION FEE

980    10/31/05 POSTAGE                       0.37                         I
       Fp:0510 | Bth:14902*13 | Inv:74973
       Comments : MJM

981    10/31/05 POSTAGE                       1.85                         I
       Fp:0510 | Bth:14902*15 | Inv:74973
       Comments : MJM

982    10/31/05 POSTAGE                       0.37                         I
       Fp:0510 | Bth:14902*17 | Inv:74973
       Comments : MJM

983    10/31/05 DUPLICATI 16.00               1.60                         I
       Fp:0510 | Bth:14905*14 | Inv:74973
       Source   : ASCIIC
       Note     : 1331
       Comments : 16 PAGE(S)

984    10/31/05 DUPLICATI 10.00               1.00                         I
       Fp:0510 | Bth:14905*24 | Inv:74973
       Source   : ASCIIC
       Note     : 1331
       Comments : 10 PAGE(S)

985    10/31/05 DUPLICATI135.00              13.50                         I
       Fp:0510 | Bth:14905*25 | Inv:74973
       Source   : ASCIIC
       Note     : 7264
       Comments : 135 PAGE(S)

986    10/31/05 DUPLICATI 60.00               6.00                         I
       Fp:0510 | Bth:14905*32 | Inv:74973
       Source   : ASCIIC
       Note     : 1331
       Comments : 60 PAGE(S)
```

```
INQUIRY : Case      - reference                          10:02am 25 APR 06

Client   : CURNAN      MARTIN W. CURNAN
Case     : 03-105      MARK N. BEGLEY VS. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
987   10/31/05 DUPLICATI  7.00                0.70                        I
      Fp:0510 | Bth:14905*33 | Inv:74973
      Source   : ASCIIC
      Note     : 1331
      Comments : 7 PAGE(S)

988   10/31/05 DUPLICATI 63.00                6.30                        I
      Fp:0510 | Bth:14905*35 | Inv:74973
      Source   : ASCIIC
      Note     : 1331
      Comments : 63 PAGE(S)

989   10/31/05 DUPLICATI  3.00                0.30                        I
      Fp:0510 | Bth:14905*43 | Inv:74973
      Source   : ASCIIC
      Note     : 1331
      Comments : 3 PAGE(S)

990   10/31/05 DUPLICATI  1.00                0.10                        I
      Fp:0510 | Bth:14905*50 | Inv:74973
      Source   : ASCIIC
      Note     : 1331
      Comments : 1 PAGE(S)

991   10/31/05 DUPLICATI 12.00                1.20                        I
      Fp:0510 | Bth:14905*55 | Inv:74973
      Source   : ASCIIC
      Note     : 7264
      Comments : 12 PAGE(S)

992   10/20/05 AIRFARE                      219.39                        I
      Fp:0510 | Bth:14906*12 | Chk: 1/089280,11/09/05 | Inv:74973
      Source   : AP 01,H195,110200228 | Payee:HNL TRAVEL ASSOCIA
      Comments : DAVID NAWAI-TRIP TO LIHUE ON 10/27/05

993   10/21/05 AIRFARE                      245.40                        I
      Fp:0510 | Bth:14906*13 | Chk: 1/089313,11/16/05 | Inv:74973
      Source   : AP 01,H195,510210201 | Payee:HNL TRAVEL ASSOCIA
      Comments : MARTIN CURNAN-TRIP TO LIHUE ON 10/28/05

994   10/26/05 AIRFARE                       46.01                        I
      Fp:0510 | Bth:14906*14 | Chk: 1/089280,11/09/05 | Inv:74973
      Source   : AP 01,H195,510260220 | Payee:HNL TRAVEL ASSOCIA
      Comments : RESERVATION CHANGE FEE RE: DAVID NAWAI TRIP TO LIHUE ON
                 10/27/05

995   11/01/05 DUPLICATI  9.00                0.90                        I
      Fp:0511 | Bth:14909*1 | Inv:75130
      Source   : ASCIIC
      Note     : 1331
```

```
INQUIRY : Case      - reference                        10:02am 25 APR 06

Client   : CURNAN     MARTIN W. CURNAN
Case     : 03-105     MARK N. BEGLEY VS. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Comments : 9 PAGE(S)

996   11/01/05 DUPLICATI 33.00              3.30                          I
      Fp:0511 | Bth:14909*20 | Inv:75130
      Source   : ASCIIC
      Note     : 7264
      Comments : 33 PAGE(S)

997   11/02/05 DUPLICATI 20.00              2.00                          I
      Fp:0511 | Bth:14909*58 | Inv:75130
      Source   : ASCIIC
      Note     : 7264
      Comments : 20 PAGE(S)

998   11/02/05 DUPLICATI 39.00              3.90                          I
      Fp:0511 | Bth:14909*59 | Inv:75130
      Source   : ASCIIC
      Note     : 7264
      Comments : 39 PAGE(S)

999   10/26/05 LONG DIST                    1.05                          I
      Fp:0511 | Bth:14909*145 | Inv:74973
      Source   : ASCIIC
      Note     : 632
      Comments : (808) 635-5713

1000  10/26/05 LONG DIST                    0.44                          I
      Fp:0511 | Bth:14909*148 | Inv:74973
      Source   : ASCIIC
      Note     : 632
      Comments : (808) 635-5713

1001  10/27/05 LONG DIST                    0.44                          I
      Fp:0511 | Bth:14909*150 | Inv:74973
      Source   : ASCIIC
      Note     : 632
      Comments : (808) 635-5713

1002  10/27/05 LONG DIST                    0.44                          I
      Fp:0511 | Bth:14909*151 | Inv:74973
      Source   : ASCIIC
      Note     : 632
      Comments : (808) 635-5713

1003  11/01/05 LONG DIST                    0.74                          I
      Fp:0511 | Bth:14909*200 | Inv:75130
      Source   : ASCIIC
      Note     : 657
      Comments : (808) 241-6315
```

```
INQUIRY : Case      - reference                          10:02am 25 APR 06

Client   : CURNAN     MARTIN W. CURNAN
Case     : 03-105     MARK N. BEGLEY VS. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
1004  11/01/05 LONG DIST                    1.05                        I
      Fp:0511 | Bth:14909*202 | Inv:75130
      Source   : ASCIIC
      Note     : 657
      Comments : (808) 241-6315

1005  11/01/05 LONG DIST                    1.35                        I
      Fp:0511 | Bth:14909*203 | Inv:75130
      Source   : ASCIIC
      Note     : 657
      Comments : (808) 241-6158

1006  11/03/05 DUPLICATI 20.00              2.00                        I
      Fp:0511 | Bth:14914*7 | Inv:75130
      Source   : ASCIIC
      Note     : 1331
      Comments : 20 PAGE(S)

1007  11/03/05 DUPLICATI195.00             19.50                        I
      Fp:0511 | Bth:14914*21 | Inv:75130
      Source   : ASCIIC
      Note     : 7264
      Comments : 195 PAGE(S)

1008  11/03/05 DUPLICATI  9.00              0.90                        I
      Fp:0511 | Bth:14914*30 | Inv:75130
      Source   : ASCIIC
      Note     : 7264
      Comments : 9 PAGE(S)

1009  11/03/05 FACSIMILE                    0.50                        I
      Fp:0511 | Bth:14914*45 | Inv:75130
      Source   : ASCIIC
      Note     : 1331
      Comments : 1 PAGE(S) TO NO. 550-4996

1010  11/03/05 FACSIMILE                    0.50                        I
      Fp:0511 | Bth:14914*50 | Inv:75130
      Source   : ASCIIC
      Note     : 7264
      Comments : 1 PAGE(S) TO NO. 550-4996

1011  11/03/05 DUPLICATI  1.00              0.10                        I
      Fp:0511 | Bth:14914*56 | Inv:75130
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S)

1012  11/03/05 DUPLICATI  1.00              0.10                        I
      Fp:0511 | Bth:14914*57 | Inv:75130
```

```
INQUIRY : Case      - reference                              10:02am 25 APR 06

Client   : CURNAN      MARTIN W. CURNAN
Case     : 03-105      MARK N. BEGLEY VS. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Source    : ASCIIC
      Note      : SKS
      Comments : 1 PAGE(S)

1013  11/04/05 FACSIMILE                        0.50                          I
      Fp:0511 | Bth:14914*119 | Inv:75130
      Source    : ASCIIC
      Note      : 7264
      Comments : 1 PAGE(S) TO NO. 550-4996

1014  11/04/05 FACSIMILE                        0.50                          I
      Fp:0511 | Bth:14914*120 | Inv:75130
      Source    : ASCIIC
      Note      : 7264
      Comments : 1 PAGE(S) TO NO. 544-8399

1015  11/04/05 FACSIMILE                        0.50                          I
      Fp:0511 | Bth:14914*121 | Inv:75130
      Source    : ASCIIC
      Note      : 7264
      Comments : 1 PAGE(S) TO NO. 524-8293

1016  10/11/05 LONG DIST                        2.86                          I
      Fp:0511 | Bth:14914*127 | Inv:74973
      Source    : ASCIIC
      Note      : 622
      Comments : (808) 635-3342

1017  10/28/05 PARKING V                       14.00                          I
      Fp:0511 | Bth:14915*2 | Inv:74973
      Note      : CURNAN
      Comments : MJM

1018  11/07/05 POSTAGE                          3.95                          I
      Fp:0511 | Bth:14917*18 | Inv:75130
      Comments : EKT

1019  11/07/05 POSTAGE                          0.37                          I
      Fp:0511 | Bth:14917*19 | Inv:75130
      Comments : MJM

1020  11/07/05 DUPLICATI149.00                 14.90                          I
      Fp:0511 | Bth:14918*15 | Inv:75130
      Source    : ASCIIC
      Note      : 7264
      Comments : 149 PAGE(S)

1021  11/03/05 LONG DIST                        0.44                          I
      Fp:0511 | Bth:14918*69 | Inv:75130
      Source    : ASCIIC
```

```
INQUIRY : Case     - reference                            10:02am 25 APR 06

Client   : CURNAN      MARTIN W. CURNAN
Case     : 03-105      MARK N. BEGLEY VS. COUNTY OF K          Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Note     : 657
      Comments : (808) 245-8874

1022  11/08/05 DUPLICATI  4.00             0.40                           I
      Fp:0511 | Bth:14920*8 | Inv:75130
      Source   : ASCIIC
      Note     : 1331
      Comments : 4 PAGE(S)

1023  11/07/05 POSTAGE                     0.74                           I
      Fp:0511 | Bth:14922*1 | Inv:75130
      Comments : MJM

1024  11/07/05 POSTAGE                     0.60                           I
      Fp:0511 | Bth:14922*3 | Inv:75130
      Comments : MJM

1025  11/07/05 POSTAGE                     0.37                           I
      Fp:0511 | Bth:14922*11 | Inv:75130
      Comments : MJM

1026  11/04/05 COURT REP                 255.37                           I
      Fp:0511 | Bth:14923*33 | Chk: 1/089536,12/28/05 | Inv:75130
      Source   : AP 01,K107,11/04/05 | Payee:FRANCES KRAMER
      Comments : DEPOSITION(S) TAKEN UPON ORAL EXAMINATION OF DAVID NAWAI ON
                 10/27/05 - ONE COPY OF TRANSCRIPT

1027  11/09/05 DUPLICATI 81.00             8.10                           I
      Fp:0511 | Bth:14924*4 | Inv:75130
      Source   : ASCIIC
      Note     : 7264
      Comments : 81 PAGE(S)

1028  11/09/05 DUPLICATI  4.00             0.40                           I
      Fp:0511 | Bth:14924*13 | Inv:75130
      Source   : ASCIIC
      Note     : 1331
      Comments : 4 PAGE(S)

1029  11/09/05 DUPLICATI 54.00             5.40                           I
      Fp:0511 | Bth:14924*15 | Inv:75130
      Source   : ASCIIC
      Note     : 7264
      Comments : 54 PAGE(S)

1030  11/09/05 DUPLICATI  1.00             0.10                           I
      Fp:0511 | Bth:14924*91 | Inv:75130
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S)
```

```
INQUIRY : Case      - reference                             10:02am 25 APR 06

Client   : CURNAN      MARTIN W. CURNAN
Case     : 03-105      MARK N. BEGLEY VS. COUNTY OF K         Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S

1031  11/09/05 POSTAGE                        2.40                            I
      Fp:0511 | Bth:14925*12 | Inv:75130
      Comments : MJM

1032  11/09/05 POSTAGE                        0.74                            I
      Fp:0511 | Bth:14925*13 | Inv:75130
      Comments : MJM

1036  11/01/05 LONG DIST                      0.74                            I
      Fp:0511 | Bth:14929*66 | Inv:75130
      Source   : ASCIIC
      Note     : 632
      Comments : (808) 652-7706

1037  11/01/05 LONG DIST                      0.44                            I
      Fp:0511 | Bth:14929*67 | Inv:75130
      Source   : ASCIIC
      Note     : 632
      Comments : (808) 245-9089

1038  11/03/05 LONG DIST                      1.05                            I
      Fp:0511 | Bth:14929*68 | Inv:75130
      Source   : ASCIIC
      Note     : 632
      Comments : (808) 639-6860

1039  11/03/05 LONG DIST                      2.26                            I
      Fp:0511 | Bth:14929*69 | Inv:75130
      Source   : ASCIIC
      Note     : 632
      Comments : (808) 244-2721

1040  11/08/05 LONG DIST                      0.44                            I
      Fp:0511 | Bth:14929*99 | Inv:75130
      Source   : ASCIIC
      Note     : 657
      Comments : (808) 245-8874

1041  11/15/05 DUPLICATI117.00               11.70                            I
      Fp:0511 | Bth:14933*25 | Inv:75130
      Source   : ASCIIC
      Note     : 7264
      Comments : 117 PAGE(S)

1042  11/15/05 DUPLICATI 78.00                7.80                            I
      Fp:0511 | Bth:14933*30 | Inv:75130
      Source   : ASCIIC
      Note     : 7264
      Comments : 78 PAGE(S)
```

```
INQUIRY : Case      - reference                             10:02am 25 APR 06

Client   : CURNAN      MARTIN W. CURNAN
Case     : 03-105      MARK N. BEGLEY VS. COUNTY OF K         Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S

1043  11/09/05 COURT REP                     274.83                         I
      Fp:0511 | Bth:14935*8 | Chk: 1/089657,01/11/06 | Inv:75130
      Source   : AP 01,I105,14869A | Payee:IWADO COURT REPORT
      Comments : DEPOSITION(S) OF D. THOMAS ROGERS, M.D. (BY TELEPHONE)
                 TAKEN ON 11/03/05 - ORIGINAL & ONE CERTIFIED COPY OF
                 TRANSCRIPT

1044  11/04/05 COURT REP                     646.72                         I
      Fp:0511 | Bth:14935*10 | Chk: 1/089541,12/28/05 | Inv:75130
      Source   : AP 01,P106,2050504 | Payee:JUDITH POWERS COUR
      Comments : DEPOSITION(S) OF MARK BEGLEY TAKEN ON 11/01/05 - ORIGINAL &
                 ONE COPY OF TRANSCRIPT (EXPEDITED)

1045  11/09/05 COURT REP                     321.04                         I
      Fp:0511 | Bth:14935*11 | Chk: 1/089666,01/11/06 | Inv:75130
      Source   : AP 01,P106,2050520 | Payee:JUDITH POWERS COUR
      Comments : DEPOSITION(S) OF NADINE BEGLEY TAKEN ON 11/02/05 - ORIGINAL
                 & ONE COPY OF TRANSCRIPT

1051  11/16/05 FACSIMILE                       1.50                         I
      Fp:0511 | Bth:14937*61 | Inv:75130
      Source   : ASCIIC
      Note     : 7264
      Comments : 3 PAGE(S) TO NO. 532-0234

1075  11/09/05 POSTAGE                         0.60                         I
      Fp:0511 | Bth:14938*3 | Inv:75130
      Comments : MJM

1076  11/09/05 LONG DIST                       2.26                         I
      Fp:0511 | Bth:14945*88 | Inv:75130
      Source   : ASCIIC
      Note     : 657
      Comments : (808) 245-3450

1077  11/18/05 POSTAGE                         3.04                         I
      Fp:0511 | Bth:14944*15 | Inv:75130
      Comments : MJM
1078  11/21/05 DUPLICATI 10.00                 1.00                         I
      Fp:0511 | Bth:14947*27 | Inv:75130
      Source   : ASCIIC
      Note     : 7264
      Comments : 10 PAGE(S)

1079  11/22/05 DUPLICATI  1.00                 0.10                         I
      Fp:0511 | Bth:14949*78 | Inv:75130
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S)
```

```
INQUIRY : Case      - reference                              10:02am 25 APR 06

Client   : CURNAN      MARTIN W. CURNAN
Case     : 03-105      MARK N. BEGLEY VS. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S

1080  11/17/05 COURT REP                        217.78                    I
      Fp:0511 | Bth:14952*20 | Chk: 1/089660,01/11/06 | Inv:75130
      Source   : AP 01,K107,11/17/05 | Payee:FRANCES KRAMER
      Comments : DEPOSITION(S) TAKEN UPON ORAL EXAMINATION OF MARTIN CURNAN
                 ON 10/28/05 - ONE COPY OF TRANSCRIPT

1081  10/10/05 LEXIS-NEX                         79.58         0.00       0.00 I
      Fp:0511 | Bth:14953*70 | Inv:75130
      Comments : MJM

1082  10/10/05 LEXIS-NEX                          0.63         0.00       0.00 I
      Fp:0511 | Bth:14953*71 | Inv:75130
      Comments : MJM

1083  11/28/05 DUPLICATI   1.00                   0.10                    I
      Fp:0511 | Bth:14958*149 | Inv:75130
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S)

1084  11/28/05 DUPLICATI   1.00                   0.10                    I
      Fp:0511 | Bth:14958*150 | Inv:75130
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S)

1085  10/18/05 AIR/GROUN                          5.21                    I
      Fp:0511 | Bth:14959*71 | Chk: 1/089392,11/30/05 | Inv:75130
      Source   : AP 01,R184,11/01/05 | Payee:RAINBOW COURIERS,
      Comments : CERTIFICATE OF SERVICE RE: BEGLEY DEPOSITION

1086  10/19/05 AIR/GROUN                          7.81                    I
      Fp:0511 | Bth:14959*86 | Chk: 1/089392,11/30/05 | Inv:75130
      Source   : AP 01,R184,11/01/05 | Payee:RAINBOW COURIERS,
      Comments : DISCLOSURE

1087  10/20/05 AIR/GROUN                          5.21                    I
      Fp:0511 | Bth:14959*92 | Chk: 1/089392,11/30/05 | Inv:75130
      Source   : AP 01,R184,11/01/05 | Payee:RAINBOW COURIERS,
      Comments : CERTIFICATE OF SERVICE

1088  10/27/05 AIR/GROUN                          5.21                    I
      Fp:0511 | Bth:14959*136 | Chk: 1/089392,11/30/05 | Inv:75130
      Source   : AP 01,R184,11/01/05 | Payee:RAINBOW COURIERS,
      Comments : CERTIFICATE OF SERVICE

1089  10/31/05 AIR/GROUN                          5.21                    I
      Fp:0511 | Bth:14959*142 | Chk: 1/089392,11/30/05 | Inv:75130
      Source   : AP 01,R184,11/01/05 | Payee:RAINBOW COURIERS,
```

```
INQUIRY : Case      - reference                         10:02am 25 APR 06

Client   : CURNAN      MARTIN W. CURNAN
Case     : 03-105      MARK N. BEGLEY VS. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Comments : CERTIFICATE OF SERVICE

1090  11/28/05 POSTAGE                     0.37                           I
      Fp:0511 | Bth:14957*8 | Inv:75130
      Comments : MJM

1091  11/28/05 POSTAGE                     0.60                           I
      Fp:0511 | Bth:14957*9 | Inv:75130
      Comments : EKT

1109  11/29/05 DUPLICATI 10.00             1.00                           I
      Fp:0511 | Bth:14962*15 | Inv:75130
      Source   : ASCIIC
      Note     : 7264
      Comments : 10 PAGE(S)

1110  11/29/05 DUPLICATI  9.00             0.90                           I
      Fp:0511 | Bth:14962*23 | Inv:75130
      Source   : ASCIIC
      Note     : 7264
      Comments : 9 PAGE(S)

1111  11/30/05 DUPLICATI 12.00             1.20                           I
      Fp:0511 | Bth:14964*12 | Inv:75130
      Source   : ASCIIC
      Note     : 7264
      Comments : 12 PAGE(S)

1123  12/01/05 DUPLICATI 13.00             1.30                           I
      Fp:0512 | Bth:14974*35 | Inv:75380
      Source   : ASCIIC
      Note     : 1331
      Comments : 13 PAGE(S)

1124  12/02/05 DUPLICATI  3.00             0.30                           I
      Fp:0512 | Bth:14974*90 | Inv:75380
      Source   : ASCIIC
      Note     : 1331
      Comments : 3 PAGE(S)

1125  12/02/05 DUPLICATI  1.00             0.10                           I
      Fp:0512 | Bth:14974*111 | Inv:75380
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S)

1126  12/02/05 DUPLICATI  1.00             0.10                           I
      Fp:0512 | Bth:14974*112 | Inv:75380
      Source   : ASCIIC
      Note     : SKS
```

```
INQUIRY : Case      - reference                          10:02am 25 APR 06

Client   : CURNAN     MARTIN W. CURNAN
Case     : 03-105     MARK N. BEGLEY VS. COUNTY OF K         Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Comments : 1 PAGE(S)

1127  12/02/05 DUPLICATI  1.00                0.10                          I
      Fp:0512 | Bth:14974*113 | Inv:75380
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S)

1128  12/02/05 DUPLICATI  1.00                0.10                          I
      Fp:0512 | Bth:14974*114 | Inv:75380
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S)

1129  12/12/05 POSTAGE                        1.48                          I
      Fp:0512 | Bth:14987*2 | Inv:75380
      Comments : MJM

1130  12/12/05 POSTAGE                        0.37                          I
      Fp:0512 | Bth:14987*8 | Inv:75380
      Comments : MJM

1150  12/19/05 DUPLICATI 18.00                1.80                          I
      Fp:0512 | Bth:15000*26 | Inv:75380
      Source   : ASCIIC
      Note     : 1331
      Comments : 18 PAGE(S)

1151  12/19/05 DUPLICATI  2.00                0.20                          I
      Fp:0512 | Bth:15000*30 | Inv:75380
      Source   : ASCIIC
      Note     : 7264
      Comments : 2 PAGE(S)

1152  12/20/05 DUPLICATI 31.00                3.10                          I
      Fp:0512 | Bth:15000*94 | Inv:75380
      Source   : ASCIIC
      Note     : 7264
      Comments : 31 PAGE(S)

1153  12/20/05 DUPLICATI  2.00                0.20                          I
      Fp:0512 | Bth:15000*117 | Inv:75380
      Source   : ASCIIC
      Note     : SKS
      Comments : 2 PAGE(S)

1154  12/04/05 COURT REP                    106.45                          I
      Fp:0512 | Bth:15001*1 | Chk: 1/089711,01/25/06 | Inv:75380
      Source   : AP 01,C103,518914 | Payee:CARNAZZO COURT-REP
      Comments : DEPOSITION(S) TAKEN UPON WRITTEN QUESTIONS OF LEO M. MAHER,
```

```
INQUIRY : Case      - reference                         10:02am 25 APR 06

Client   : CURNAN     MARTIN W. CURNAN
Case     : 03-105     MARK N. BEGLEY VS. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
                 M.D., LLC ON 11/22/05 - ORIGINAL & ONE COPY OF TRANSCRIPT

1155  11/05/05 LEXIS-NEX                      25.76           0.00       0.00 I
      Fp:0512 | Bth:15006*82 | Inv:75380
      Comments : MJM

1156  11/07/05 LEXIS-NEX                      30.35           0.00       0.00 I
      Fp:0512 | Bth:15006*83 | Inv:75380
      Comments : MJM

1157  11/07/05 LEXIS-NEX                       1.70           0.00       0.00 I
      Fp:0512 | Bth:15006*84 | Inv:75380
      Comments : MJM

1158  11/07/05 LEXIS-NEX                       0.31           0.00       0.00 I
      Fp:0512 | Bth:15006*85 | Inv:75380
      Comments : MJM

1159  11/12/05 LEXIS-NEX                       0.41           0.00       0.00 I
      Fp:0512 | Bth:15006*86 | Inv:75380
      Comments : MJM

1160  11/21/05 LEXIS-NEX                      30.63           0.00       0.00 I
      Fp:0512 | Bth:15006*87 | Inv:75380
      Comments : MJM

1161  11/21/05 LEXIS-NEX                       2.97           0.00       0.00 I
      Fp:0512 | Bth:15006*88 | Inv:75380
      Comments : MJM

1162  11/21/05 LEXIS-NEX                       0.30           0.00       0.00 I
      Fp:0512 | Bth:15006*89 | Inv:75380
      Comments : MJM

1163  11/22/05 LEXIS-NEX                      51.88           0.00       0.00 I
      Fp:0512 | Bth:15006*90 | Inv:75380
      Comments : MJM

1164  11/04/05 AIR/GROUN                       5.21                           I
      Fp:0512 | Bth:15011*34 | Chk: 1/089554,12/29/05 | Inv:75380
      Source   : AP 01,R184,12/01/05 | Payee:RAINBOW COURIERS,
      Comments : DOCUMENTS

1165  11/09/05 AIR/GROUN                       5.21                           I
      Fp:0512 | Bth:15011*49 | Chk: 1/089554,12/29/05 | Inv:75380
      Source   : AP 01,R184,12/01/05 | Payee:RAINBOW COURIERS,
      Comments : CERTIFICATE OF SERVICE

1166  11/15/05 AIR/GROUN                       5.21                           I
      Fp:0512 | Bth:15011*71 | Chk: 1/089554,12/29/05 | Inv:75380
```

```
INQUIRY : Case      - reference                          10:02am 25 APR 06

Client   : CURNAN      MARTIN W. CURNAN
Case     : 03-105      MARK N. BEGLEY VS. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Source   : AP 01,R184,12/01/05 | Payee:RAINBOW COURIERS,
      Comments : FINAL PRETRIAL STATEMENT

1167  11/16/05 AIR/GROUN                       5.21                       I
      Fp:0512 | Bth:15011*75 | Chk: 1/089554,12/29/05 | Inv:75380
      Source   : AP 01,R184,12/01/05 | Payee:RAINBOW COURIERS,
      Comments : SUBPOENA

1168  11/01/05 LONG DIST                       0.44                       I
      Fp:0512 | Bth:15012*40 | Inv:75380
      Source   : ASCIIC
      Note     : 612
      Comments : (808) 885-3400

1169  11/01/05 LONG DIST                       4.39                       I
      Fp:0512 | Bth:15012*41 | Inv:75380
      Source   : ASCIIC
      Note     : 612
      Comments : (808) 241-6158

1180  01/03/06 DUPLICATI 14.00                 1.40                       I
      Fp:0601 | Bth:15023*22 | Inv:75514
      Source   : ASCIIC
      Note     : 7264
      Comments : 14 PAGE(S)

1181  12/29/05 LONG DIST                       0.74                       I
      Fp:0601 | Bth:15023*136 | Inv:75380
      Source   : ASCIIC
      Note     : 620
      Comments : (808) 635-5713

1182  01/09/06 LONG DIST                       0.74                       I
      Fp:0601 | Bth:15045*87 | Inv:75514
      Source   : ASCIIC
      Note     : 657
      Comments : (808) 635-5713

1183  01/12/06 DUPLICATI 42.00                 4.20                       I
      Fp:0601 | Bth:15054*11 | Inv:75514
      Comments : 42 PAGES

1184  12/02/05 LEXIS-NEX                      51.39          0.00     0.00 I
      Fp:0601 | Bth:15061*62 | Inv:75514
      Comments : MJM

1185  12/02/05 LEXIS-NEX                       0.61          0.00     0.00 I
      Fp:0601 | Bth:15061*63 | Inv:75514
      Comments : MJM
```

```
INQUIRY : Case      - reference                            10:02am 25 APR 06

Client   : CURNAN      MARTIN W. CURNAN
Case     : 03-105      MARK N. BEGLEY VS. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
1186  12/02/05 LEXIS-NEX                     0.43          0.00       0.00 I
      Fp:0601 | Bth:15061*64 | Inv:75514
      Comments : MJM

1187  12/03/05 LEXIS-NEX                    51.39          0.00       0.00 I
      Fp:0601 | Bth:15061*65 | Inv:75514
      Comments : MJM

1188  12/03/05 LEXIS-NEX                     0.44          0.00       0.00 I
      Fp:0601 | Bth:15061*66 | Inv:75514
      Comments : MJM

1189  12/05/05 LEXIS-NEX                    12.84          0.00       0.00 I
      Fp:0601 | Bth:15061*67 | Inv:75514
      Comments : MJM

1190  12/05/05 LEXIS-NEX                     0.61          0.00       0.00 I
      Fp:0601 | Bth:15061*68 | Inv:75514
      Comments : MJM

1191  12/05/05 LEXIS-NEX                     0.43          0.00       0.00 I
      Fp:0601 | Bth:15061*69 | Inv:75514
      Comments : MJM

1192  01/23/06 DUPLICATI 39.00               3.90                          I
      Fp:0601 | Bth:15065*46 | Inv:75514
      Source   : ASCIIC
      Note     : 7264
      Comments : 39 PAGE(S)

1214  01/24/06 DUPLICATI 15.00               1.50                          I
      Fp:0601 | Bth:15068*25 | Inv:75514
      Source   : ASCIIC
      Note     : 7264
      Comments : 15 PAGE(S)

1215  01/13/06 LONG DIST                     0.74                          I
      Fp:0601 | Bth:15068*76 | Inv:75514
      Source   : ASCIIC
      Note     : 657
      Comments : (808) 635-5713

1216  01/06/06 COURT RES                    15.51                          I
      Fp:0601 | Bth:15069*46 | Chk: 1/089727,01/25/06 | Inv:75514
      Source   : AP 01,P213,01/06/06 | Payee:PACER SERVICE CENT
      Comments : AT HAWAII DISTRICT COURT FOR THE PERIOD 10/01/05 TO 12/31/05

1217  01/24/06 POSTAGE                       0.78                          I
      Fp:0601 | Bth:15074*1 | Inv:75514
      Comments : MJM
```

```
INQUIRY : Case      - reference                         10:02am 25 APR 06

Client   : CURNAN      MARTIN W. CURNAN
Case     : 03-105      MARK N. BEGLEY VS. COUNTY OF K         Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S

1218  01/25/06 POSTAGE                          1.11                            I
      Fp:0601 | Bth:15075*11 | Inv:75514
      Comments : MJM

1235  02/07/06 DUPLICATI  4.00                  0.40                            I
      Fp:0602 | Bth:15100*21 | Inv:75788
      Source   : ASCIIC
      Note     : 7264
      Comments : 4 PAGE(S)

1236  02/07/06 DUPLICATI  2.00                  0.20                            I
      Fp:0602 | Bth:15100*80 | Inv:75788
      Source   : ASCIIC
      Note     : SKS
      Comments : 2 PAGE(S)

1237  02/07/06 DUPLICATI  2.00                  0.20                            I
      Fp:0602 | Bth:15100*81 | Inv:75788
      Source   : ASCIIC
      Note     : SKS
      Comments : 2 PAGE(S)

1238  02/08/06 DUPLICATI 16.00                  1.60                            I
      Fp:0602 | Bth:15104*17 | Inv:75788
      Source   : ASCIIC
      Note     : 1331
      Comments : 16 PAGE(S)

1239  02/09/06 DUPLICATI 64.00                  6.40                            I
      Fp:0602 | Bth:15104*45 | Inv:75788
      Source   : ASCIIC
      Note     : 1331
      Comments : 64 PAGE(S)

1240  02/09/06 DUPLICATI138.00                 13.80                            I
      Fp:0602 | Bth:15104*46 | Inv:75788
      Source   : ASCIIC
      Note     : 1331
      Comments : 138 PAGE(S)

1241  02/09/06 DUPLICATI 64.00                  6.40                            I
      Fp:0602 | Bth:15104*61 | Inv:75788
      Source   : ASCIIC
      Note     : 7264
      Comments : 64 PAGE(S)

1242  02/09/06 DUPLICATI 16.00                  1.60                            I
      Fp:0602 | Bth:15104*62 | Inv:75788
      Source   : ASCIIC
```

```
INQUIRY : Case      - reference                           10:02am 25 APR 06

Client   : CURNAN     MARTIN W. CURNAN
Case     : 03-105     MARK N. BEGLEY VS. COUNTY OF K         Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Note     : 7264
      Comments : 16 PAGE(S)

1243  02/09/06 DUPLICATI  1.00             0.10                          I
      Fp:0602 | Bth:15104*100 | Inv:75788
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S)

1244  02/09/06 DUPLICATI  2.00             0.20                          I
      Fp:0602 | Bth:15104*108 | Inv:75788
      Source   : ASCIIC
      Note     : SKS
      Comments : 2 PAGE(S)

1247  02/10/06 FACSIMILE                   1.00                          I
      Fp:0602 | Bth:15108*27 | Inv:75788
      Source   : ASCIIC
      Note     : 1331
      Comments : 2 PAGE(S) TO NO. 550-4996

1248  02/10/06 DUPLICATI  1.00             0.10                          I
      Fp:0602 | Bth:15108*30 | Inv:75788
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S)

1249  02/10/06 DUPLICATI  1.00             0.10                          I
      Fp:0602 | Bth:15108*31 | Inv:75788
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S)

1250  02/10/06 DUPLICATI  2.00             0.20                          I
      Fp:0602 | Bth:15108*32 | Inv:75788
      Source   : ASCIIC
      Note     : SKS
      Comments : 2 PAGE(S)

1251  02/13/06 DUPLICATI 12.00             1.20                          I
      Fp:0602 | Bth:15110*2 | Inv:75788
      Source   : ASCIIC
      Note     : 1331
      Comments : 12 PAGE(S)

1252  02/13/06 DUPLICATI714.00            71.40                          I
      Fp:0602 | Bth:15110*3 | Inv:75788
      Source   : ASCIIC
      Note     : 0074
      Comments : 714 PAGE(S)
```

```
INQUIRY : Case      - reference                           10:02am 25 APR 06

Client   : CURNAN      MARTIN W. CURNAN
Case     : 03-105      MARK N. BEGLEY VS. COUNTY OF K         Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S

1253  02/13/06 DUPLICATI 39.00             3.90                         I
      Fp:0602 | Bth:15110*4 | Inv:75788
      Source   : ASCIIC
      Note     : 1331
      Comments : 39 PAGE(S)

1254  02/13/06 DUPLICATI  2.00             0.20                         I
      Fp:0602 | Bth:15110*16 | Inv:75788
      Source   : ASCIIC
      Note     : 1331
      Comments : 2 PAGE(S)

1255  02/09/06 LONG DIST                   0.44                         I
      Fp:0602 | Bth:15110*42 | Inv:75788
      Source   : ASCIIC
      Note     : 657
      Comments : (808) 246-3241

1256  02/09/06 LONG DIST                   1.35                         I
      Fp:0602 | Bth:15110*43 | Inv:75788
      Source   : ASCIIC
      Note     : 657
      Comments : (808) 246-3224

1257  02/09/06 LONG DIST                   0.44                         I
      Fp:0602 | Bth:15110*44 | Inv:75788
      Source   : ASCIIC
      Note     : 657
      Comments : (808) 246-3224

1258  02/09/06 LONG DIST                   0.44                         I
      Fp:0602 | Bth:15110*45 | Inv:75788
      Source   : ASCIIC
      Note     : 657
      Comments : (808) 631-9703

1259  02/09/06 LONG DIST                   1.96                         I
      Fp:0602 | Bth:15110*46 | Inv:75788
      Source   : ASCIIC
      Note     : 612
      Comments : (808) 246-3224

1260  02/13/06 DUPLICATI  1.00             0.10                         I
      Fp:0602 | Bth:15110*51 | Inv:75788
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S)

1261  02/13/06 DUPLICATI  1.00             0.10                         I
```

```
INQUIRY : Case      - reference                          10:02am 25 APR 06

Client   : CURNAN     MARTIN W. CURNAN
Case     : 03-105     MARK N. BEGLEY VS. COUNTY OF K         Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Fp:0602 | Bth:15110*54 | Inv:75788
      Source    : ASCIIC
      Note      : SKS
      Comments  : 1 PAGE(S)

1262  02/13/06 DUPLICATI  1.00             0.10                          I
      Fp:0602 | Bth:15110*55 | Inv:75788
      Source    : ASCIIC
      Note      : SKS
      Comments  : 1 PAGE(S)

1263  02/13/06 DUPLICATI  1.00             0.10                          I
      Fp:0602 | Bth:15110*56 | Inv:75788
      Source    : ASCIIC
      Note      : SKS
      Comments  : 1 PAGE(S)

1264  02/13/06 DUPLICATI  1.00             0.10                          I
      Fp:0602 | Bth:15110*57 | Inv:75788
      Source    : ASCIIC
      Note      : SKS
      Comments  : 1 PAGE(S)

1265  02/13/06 DUPLICATI  2.00             0.20                          I
      Fp:0602 | Bth:15110*59 | Inv:75788
      Source    : ASCIIC
      Note      : SKS
      Comments  : 2 PAGE(S)

1266  02/14/06 DUPLICATI 23.00             2.30                          I
      Fp:0602 | Bth:15111*28 | Inv:75788
      Source    : ASCIIC
      Note      : 7264
      Comments  : 23 PAGE(S)

1267  02/15/06 DUPLICATI 48.00             4.80                          I
      Fp:0602 | Bth:15113*4 | Inv:75788
      Source    : ASCIIC
      Note      : 7264
      Comments  : 48 PAGE(S)

1268  02/15/06 DUPLICATI 60.00             6.00                          I
      Fp:0602 | Bth:15113*12 | Inv:75788
      Source    : ASCIIC
      Note      : 7264
      Comments  : 60 PAGE(S)

1269  02/15/06 DUPLICATI 11.00             1.10                          I
      Fp:0602 | Bth:15113*13 | Inv:75788
      Source    : ASCIIC
```

```
INQUIRY : Case      - reference                          10:02am 25 APR 06

Client   : CURNAN      MARTIN W. CURNAN
Case     : 03-105      MARK N. BEGLEY VS. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Note      : 7264
      Comments : 11 PAGE(S)

1270  02/15/06 DUPLICATI 48.00                  4.80                          I
      Fp:0602 | Bth:15113*24 | Inv:75788
      Source    : ASCIIC
      Note      : 7264
      Comments : 48 PAGE(S)

1271  02/15/06 DUPLICATI408.00                 40.80                          I
      Fp:0602 | Bth:15113*33 | Inv:75788
      Source    : ASCIIC
      Note      : 7264
      Comments : 408 PAGE(S)

1272  02/15/06 DUPLICATI  3.00                  0.30                          I
      Fp:0602 | Bth:15113*43 | Inv:75788
      Source    : ASCIIC
      Note      : SKS
      Comments : 3 PAGE(S)

1273  02/15/06 DUPLICATI  2.00                  0.20                          I
      Fp:0602 | Bth:15113*56 | Inv:75788
      Source    : ASCIIC
      Note      : SKS
      Comments : 2 PAGE(S)
1274  02/15/06 DUPLICATI  3.00                  0.30                          I
      Fp:0602 | Bth:15113*57 | Inv:75788
      Source    : ASCIIC
      Note      : SKS
      Comments : 3 PAGE(S)

1275  02/15/06 DUPLICATI  6.00                  0.60                          I
      Fp:0602 | Bth:15113*59 | Inv:75788
      Source    : ASCIIC
      Note      : SKS
      Comments : 6 PAGE(S)

1276  02/15/06 DUPLICATI 15.00                  1.50                          I
      Fp:0602 | Bth:15113*60 | Inv:75788
      Source    : ASCIIC
      Note      : SKS
      Comments : 15 PAGE(S)

1277  02/15/06 DUPLICATI  1.00                  0.10                          I
      Fp:0602 | Bth:15113*66 | Inv:75788
      Source    : ASCIIC
      Note      : SKS
      Comments : 1 PAGE(S)
```

```
INQUIRY : Case      - reference                          10:02am 25 APR 06

Client   : CURNAN      MARTIN W. CURNAN
Case     : 03-105      MARK N. BEGLEY VS. COUNTY OF K         Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
1278  02/15/06 DUPLICATI   3.00               0.30                        I
      Fp:0602 | Bth:15113*67 | Inv:75788
      Source   : ASCIIC
      Note     : SKS
      Comments : 3 PAGE(S)

1279  02/15/06 DUPLICATI   6.00               0.60                        I
      Fp:0602 | Bth:15113*68 | Inv:75788
      Source   : ASCIIC
      Note     : SKS
      Comments : 6 PAGE(S)

1296  02/08/06 MISCELLAN                     16.64                        I
      Fp:0602 | Bth:15116*34 | Chk: 1/089863,02/16/06 | Inv:75788
      Source   : AP 01,S143,02/08/06 | Payee:SHIRLEY K. SILAS
      Comments : KAUAI MAPS

1297  02/21/06 DUPLICATI   6.00               0.60                        I
      Fp:0602 | Bth:15119*6 | Inv:75788
      Source   : ASCIIC
      Note     : 1331
      Comments : 6 PAGE(S)

1298  02/21/06 DUPLICATI   3.00               0.30                        I
      Fp:0602 | Bth:15119*7 | Inv:75788
      Source   : ASCIIC
      Note     : 1331
      Comments : 3 PAGE(S)

1299  02/21/06 DUPLICATI   8.00               0.80                        I
      Fp:0602 | Bth:15119*11 | Inv:75788
      Source   : ASCIIC
      Note     : 1331
      Comments : 8 PAGE(S)

1300  02/22/06 DUPLICATI   3.00               0.30                        I
      Fp:0602 | Bth:15122*5 | Inv:75788
      Source   : ASCIIC
      Note     : 1331
      Comments : 3 PAGE(S)

1301  02/22/06 DUPLICATI  10.00               1.00                        I
      Fp:0602 | Bth:15122*6 | Inv:75788
      Source   : ASCIIC
      Note     : 1331
      Comments : 10 PAGE(S)

1302  02/22/06 DUPLICATI324.00               32.40                        I
      Fp:0602 | Bth:15122*7 | Inv:75788
      Source   : ASCIIC
```

```
INQUIRY : Case      - reference                          10:02am 25 APR 06

Client   : CURNAN     MARTIN W. CURNAN
Case     : 03-105     MARK N. BEGLEY VS. COUNTY OF K         Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Note     : 7264
      Comments : 324 PAGE(S)

1303  02/22/06 DUPLICATI 28.00                2.80                          I
      Fp:0602 | Bth:15122*15 | Inv:75788
      Source   : ASCIIC
      Note     : 1331
      Comments : 28 PAGE(S)

1304  02/22/06 DUPLICATI  2.00                0.20                          I
      Fp:0602 | Bth:15122*17 | Inv:75788
      Source   : ASCIIC
      Note     : 1331
      Comments : 2 PAGE(S)

1305  02/22/06 DUPLICATI 19.00                1.90                          I
      Fp:0602 | Bth:15122*19 | Inv:75788
      Source   : ASCIIC
      Note     : 7264
      Comments : 19 PAGE(S)

1306  02/22/06 DUPLICATI  2.00                0.20                          I
      Fp:0602 | Bth:15122*33 | Inv:75788
      Source   : ASCIIC
      Note     : SKS
      Comments : 2 PAGE(S)

1307  02/22/06 DUPLICATI  3.00                0.30                          I
      Fp:0602 | Bth:15122*35 | Inv:75788
      Source   : ASCIIC
      Note     : SKS
      Comments : 3 PAGE(S)

1315  02/23/06 DUPLICATI 10.00                1.00                          I
      Fp:0602 | Bth:15124*9 | Inv:75788
      Source   : ASCIIC
      Note     : 1331
      Comments : 10 PAGE(S)

1316  02/23/06 DUPLICATI 16.00                1.60                          I
      Fp:0602 | Bth:15124*10 | Inv:75788
      Source   : ASCIIC
      Note     : 1331
      Comments : 16 PAGE(S)

1317  02/23/06 DUPLICATI100.00               10.00                          I
      Fp:0602 | Bth:15124*14 | Inv:75788
      Source   : ASCIIC
      Note     : 1331
      Comments : 100 PAGE(S)
```

```
INQUIRY : Case      - reference                           10:02am 25 APR 06

Client   : CURNAN     MARTIN W. CURNAN
Case     : 03-105     MARK N. BEGLEY VS. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S

1318  02/23/06 DUPLICATI  1.00           0.10                             I
      Fp:0602 | Bth:15124*35 | Inv:75788
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S)

1319  02/23/06 DUPLICATI  1.00           0.10                             I
      Fp:0602 | Bth:15124*42 | Inv:75788
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S)

1323  02/24/06 DUPLICATI 28.00           2.80                             I
      Fp:0602 | Bth:15138*34 | Inv:75788
      Source   : ASCIIC
      Note     : 1331
      Comments : 28 PAGE(S)

1324  02/24/06 DUPLICATI  1.00           0.10                             I
      Fp:0602 | Bth:15138*55 | Inv:75788
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S)

1325  02/27/06 DUPLICATI496.00         449.60                             I
      Fp:0602 | Bth:15140*5 | Inv:75788
      Source   : ASCIIC
      Note     : 0074
      Comments : 4496 PAGE(S)

1326  02/27/06 DUPLICATI 40.00           4.00                             I
      Fp:0602 | Bth:15140*7 | Inv:75788
      Source   : ASCIIC
      Note     : 0074
      Comments : 40 PAGE(S)

1327  02/27/06 DUPLICATI105.00          10.50                             I
      Fp:0602 | Bth:15140*12 | Inv:75788
      Source   : ASCIIC
      Note     : 1331
      Comments : 105 PAGE(S)

1328  01/18/06 LEXIS-NEX                 6.79          0.00        0.00 I
      Fp:0602 | Bth:15139*89 | Inv:75788
      Comments : MJM

1329  02/28/06 DUPLICATI 55.00           5.50                             I
      Fp:0602 | Bth:15142*8 | Inv:75788
      Source   : ASCIIC
```

```
INQUIRY : Case      - reference                           10:02am 25 APR 06

Client   : CURNAN      MARTIN W. CURNAN
Case     : 03-105      MARK N. BEGLEY VS. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Note     : 1331
      Comments : 55 PAGE(S)

1330  02/28/06 DUPLICATI161.00           16.10                          I
      Fp:0602 | Bth:15142*9 | Inv:75788
      Source   : ASCIIC
      Note     : 1331
      Comments : 161 PAGE(S)

1331  02/28/06 DUPLICATI468.00           46.80                          I
      Fp:0602 | Bth:15142*28 | Inv:75788
      Source   : ASCIIC
      Note     : 0074
      Comments : 468 PAGE(S)

1332  02/28/06 DUPLICATI105.00           10.50                          I
      Fp:0602 | Bth:15142*34 | Inv:75788
      Source   : ASCIIC
      Note     : 7264
      Comments : 105 PAGE(S)

1333  02/28/06 DUPLICATI161.00           16.10                          I
      Fp:0602 | Bth:15142*35 | Inv:75788
      Source   : ASCIIC
      Note     : 0074
      Comments : 161 PAGE(S)

1334  02/28/06 DUPLICATI 55.00            5.50                          I
      Fp:0602 | Bth:15142*36 | Inv:75788
      Source   : ASCIIC
      Note     : 0074
      Comments : 55 PAGE(S)

1335  02/28/06 DUPLICATI  1.00            0.10                          I
      Fp:0602 | Bth:15142*47 | Inv:75788
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S)

1359  03/01/06 DUPLICATI 26.00            2.60                          I
      Fp:0603 | Bth:15150*12 | Inv:75951
      Source   : ASCIIC
      Note     : 7264
      Comments : 26 PAGE(S)

1360  03/01/06 DUPLICATI 32.00            3.20                          I
      Fp:0603 | Bth:15150*44 | Inv:75951
      Source   : ASCIIC
      Note     : SKS
      Comments : 32 PAGE(S)
```

```
INQUIRY : Case      - reference                        10:02am 25 APR 06

Client   : CURNAN     MARTIN W. CURNAN
Case     : 03-105     MARK N. BEGLEY VS. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S

1361  03/02/06 DUPLICATI  2.00                0.20                              I
      Fp:0603 | Bth:15150*45 | Inv:75951
      Source   : ASCIIC
      Note     : 1331
      Comments : 2 PAGE(S)

1362  03/02/06 DUPLICATI 10.00                1.00                              I
      Fp:0603 | Bth:15150*49 | Inv:75951
      Source   : ASCIIC
      Note     : 1331
      Comments : 10 PAGE(S)

1363  02/22/06 LONG DIST                      0.44                              I
      Fp:0603 | Bth:15150*146 | Inv:75788
      Source   : ASCIIC
      Note     : 657
      Comments : (808) 246-3224

1364  02/22/06 LONG DIST                      1.65                              I
      Fp:0603 | Bth:15150*150 | Inv:75788
      Source   : ASCIIC
      Note     : 612
      Comments : (808) 645-6810

1365  02/23/06 LONG DIST                      0.44                              I
      Fp:0603 | Bth:15150*154 | Inv:75788
      Source   : ASCIIC
      Note     : 612
      Comments : (808) 645-6145

1366  02/24/06 LONG DIST                      0.44                              I
      Fp:0603 | Bth:15150*165 | Inv:75788
      Source   : ASCIIC
      Note     : 612
      Comments : (808) 645-6145

1367  02/24/06 LONG DIST                      0.44                              I
      Fp:0603 | Bth:15150*168 | Inv:75788
      Source   : ASCIIC
      Note     : 657
      Comments : (808) 244-2972

1368  02/24/06 LONG DIST                      0.74                              I
      Fp:0603 | Bth:15150*169 | Inv:75788
      Source   : ASCIIC
      Note     : 657
      Comments : (808) 632-0723

1369  02/27/06 LONG DIST                      1.35                              I
```

```
INQUIRY : Case      - reference                              10:02am 25 APR 06

Client   : CURNAN       MARTIN W. CURNAN
Case     : 03-105       MARK N. BEGLEY VS. COUNTY OF K          Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S

1361  03/02/06 DUPLICATI   2.00               0.20                         I
      Fp:0603 | Bth:15150*45 | Inv:75951
      Source   : ASCIIC
      Note     : 1331
      Comments : 2 PAGE(S)

1362  03/02/06 DUPLICATI  10.00               1.00                         I
      Fp:0603 | Bth:15150*49 | Inv:75951
      Source   : ASCIIC
      Note     : 1331
      Comments : 10 PAGE(S)

1363  02/22/06 LONG DIST                      0.44                         I
      Fp:0603 | Bth:15150*146 | Inv:75788
      Source   : ASCIIC
      Note     : 657
      Comments : (808) 246-3224

1364  02/22/06 LONG DIST                      1.65                         I
      Fp:0603 | Bth:15150*150 | Inv:75788
      Source   : ASCIIC
      Note     : 612
      Comments : (808) 645-6810

1365  02/23/06 LONG DIST                      0.44                         I
      Fp:0603 | Bth:15150*154 | Inv:75788
      Source   : ASCIIC
      Note     : 612
      Comments : (808) 645-6145

1366  02/24/06 LONG DIST                      0.44                         I
      Fp:0603 | Bth:15150*165 | Inv:75788
      Source   : ASCIIC
      Note     : 612
      Comments : (808) 645-6145

1367  02/24/06 LONG DIST                      0.44                         I
      Fp:0603 | Bth:15150*168 | Inv:75788
      Source   : ASCIIC
      Note     : 657
      Comments : (808) 244-2972

1368  02/24/06 LONG DIST                      0.74                         I
      Fp:0603 | Bth:15150*169 | Inv:75788
      Source   : ASCIIC
      Note     : 657
      Comments : (808) 632-0723

1369  02/27/06 LONG DIST                      1.35                         I
```

```
INQUIRY : Case      - reference                         10:02am 25 APR 06

Client   : CURNAN      MARTIN W. CURNAN
Case     : 03-105      MARK N. BEGLEY VS. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Fp:0603 | Bth:15150*176 | Inv:75788
      Source   : ASCIIC
      Note     : 657
      Comments : (808) 246-3224

1370  02/27/06 LONG DIST                    0.44                         I
      Fp:0603 | Bth:15150*177 | Inv:75788
      Source   : ASCIIC
      Note     : 657
      Comments : (808) 632-0723

1371  02/27/06 LONG DIST                    0.74                         I
      Fp:0603 | Bth:15150*178 | Inv:75788
      Source   : ASCIIC
      Note     : 657
      Comments : (808) 632-0723

1372  03/02/06 DUPLICATI   1.00             0.10                         I
      Fp:0603 | Bth:15150*183 | Inv:75951
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S)

1373  03/02/06 DUPLICATI   1.00             0.10                         I
      Fp:0603 | Bth:15150*184 | Inv:75951
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S)

1374  03/02/06 DUPLICATI   2.00             0.20                         I
      Fp:0603 | Bth:15150*185 | Inv:75951
      Source   : ASCIIC
      Note     : SKS
      Comments : 2 PAGE(S)

1375  03/02/06 DUPLICATI   1.00             0.10                         I
      Fp:0603 | Bth:15150*186 | Inv:75951
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S)

1376  03/02/06 DUPLICATI   1.00             0.10                         I
      Fp:0603 | Bth:15150*187 | Inv:75951
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S)

1377  03/02/06 DUPLICATI   1.00             0.10                         I
      Fp:0603 | Bth:15150*188 | Inv:75951
      Source   : ASCIIC
```

```
INQUIRY : Case      - reference                         10:02am 25 APR 06

Client   : CURNAN      MARTIN W. CURNAN
Case     : 03-105      MARK N. BEGLEY VS. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Note      : SKS
      Comments : 1 PAGE(S)

1378  03/03/06 DUPLICATI 61.00              6.10                          I
      Fp:0603 | Bth:15154*10 | Inv:75951
      Source    : ASCIIC
      Note      : 0074
      Comments : 61 PAGE(S)

1379  03/03/06 DUPLICATI782.00             78.20                          I
      Fp:0603 | Bth:15154*14 | Inv:75951
      Source    : ASCIIC
      Note      : 0074
      Comments : 782 PAGE(S)

1380  03/03/06 DUPLICATI  8.00              0.80                          I
      Fp:0603 | Bth:15154*22 | Inv:75951
      Source    : ASCIIC
      Note      : 1331
      Comments : 8 PAGE(S)

1381  03/03/06 DUPLICATI  8.00              0.80                          I
      Fp:0603 | Bth:15154*28 | Inv:75951
      Source    : ASCIIC
      Note      : 1331
      Comments : 8 PAGE(S)

1382  03/03/06 DUPLICATI  8.00              0.80                          I
      Fp:0603 | Bth:15154*39 | Inv:75951
      Source    : ASCIIC
      Note      : 7264
      Comments : 8 PAGE(S)

1383  03/03/06 DUPLICATI 22.00              2.20                          I
      Fp:0603 | Bth:15154*41 | Inv:75951
      Source    : ASCIIC
      Note      : 1331
      Comments : 22 PAGE(S)

1384  03/03/06 DUPLICATI 34.00              3.40                          I
      Fp:0603 | Bth:15154*44 | Inv:75951
      Source    : ASCIIC
      Note      : 1331
      Comments : 34 PAGE(S)

1385  03/03/06 DUPLICATI 40.00              4.00                          I
      Fp:0603 | Bth:15154*47 | Inv:75951
      Source    : ASCIIC
      Note      : 7264
      Comments : 40 PAGE(S)
```

```
INQUIRY : Case      - reference                        10:02am 25 APR 06

Client   : CURNAN      MARTIN W. CURNAN
Case     : 03-105      MARK N. BEGLEY VS. COUNTY OF K       Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S

1386  03/03/06 DUPLICATI  1.00              0.10                          I
      Fp:0603 | Bth:15154*56 | Inv:75951
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S)

1387  03/07/06 MISCELLAN                   81.12                          I
      Fp:0603 | Bth:15160*1 | Chk: 1/089964,03/07/06 | Inv:75951
      Source   : AP 01,H197,CR046126 | Payee:HEIDI'S DOWNTOWN B
      Comments : TRIAL LUNCHEON MEETING - MJM & CLIENTS

1388  03/03/06 OUTSIDE D                    9.38                          I
      Fp:0603 | Bth:15160*18 | Chk: 1/090117,03/30/06 | Inv:75951
      Source   : AP 01,P107,Q577843 | Payee:PROFESSIONAL IMAGE
      Comments : 2 - 24X36 OVERSIZED COPIES AT $4.50 PER COPY

1389  03/06/06 DUPLICATI 10.00              1.00                          I
      Fp:0603 | Bth:15161*17 | Inv:75951
      Source   : ASCIIC
      Note     : 1331
      Comments : 10 PAGE(S)

1390  03/06/06 DUPLICATI 20.00              2.00                          I
      Fp:0603 | Bth:15161*19 | Inv:75951
      Source   : ASCIIC
      Note     : 1331
      Comments : 20 PAGE(S)

1391  03/06/06 DUPLICATI  9.00              0.90                          I
      Fp:0603 | Bth:15161*20 | Inv:75951
      Source   : ASCIIC
      Note     : 1331
      Comments : 9 PAGE(S)

1392  03/06/06 DUPLICATI 48.00              4.80                          I
      Fp:0603 | Bth:15161*22 | Inv:75951
      Source   : ASCIIC
      Note     : 1331
      Comments : 48 PAGE(S)

1393  03/06/06 DUPLICATI 72.00              7.20                          I
      Fp:0603 | Bth:15161*39 | Inv:75951
      Source   : ASCIIC
      Note     : 1331
      Comments : 72 PAGE(S)

1394  03/06/06 DUPLICATI 20.00              2.00                          I
      Fp:0603 | Bth:15161*43 | Inv:75951
      Source   : ASCIIC
```

```
INQUIRY : Case      - reference                             10:02am 25 APR 06

Client   : CURNAN     MARTIN W. CURNAN
Case     : 03-105     MARK N. BEGLEY VS. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Note      : 1331
      Comments : 20 PAGE(S)

1395  03/06/06 DUPLICATI  4.00              0.40                          I
      Fp:0603 | Bth:15161*45 | Inv:75951
      Source    : ASCIIC
      Note      : 1331
      Comments : 4 PAGE(S)

1396  03/06/06 DUPLICATI  2.00              0.20                          I
      Fp:0603 | Bth:15161*47 | Inv:75951
      Source    : ASCIIC
      Note      : 1331
      Comments : 2 PAGE(S)

1397  03/06/06 DUPLICATI 10.00              1.00                          I
      Fp:0603 | Bth:15161*49 | Inv:75951
      Source    : ASCIIC
      Note      : 1331
      Comments : 10 PAGE(S)

1398  03/06/06 DUPLICATI  2.00              0.20                          I
      Fp:0603 | Bth:15161*50 | Inv:75951
      Source    : ASCIIC
      Note      : 1331
      Comments : 2 PAGE(S)

1399  02/28/06 LONG DIST                    0.74                          I
      Fp:0603 | Bth:15161*103 | Inv:75788
      Source    : ASCIIC
      Note      : 657
      Comments : (808) 632-0723

1400  02/28/06 LONG DIST                    0.44                          I
      Fp:0603 | Bth:15161*104 | Inv:75788
      Source    : ASCIIC
      Note      : 657
      Comments : (808) 632-0723

1401  03/01/06 LONG DIST                    1.05                          I
      Fp:0603 | Bth:15161*114 | Inv:75951
      Source    : ASCIIC
      Note      : 612
      Comments : (808) 645-6145

1402  03/01/06 LONG DIST                    0.74                          I
      Fp:0603 | Bth:15161*117 | Inv:75951
      Source    : ASCIIC
      Note      : 657
      Comments : (808) 244-7444
```

```
INQUIRY : Case      - reference                            10:02am 25 APR 06

Client   : CURNAN      MARTIN W. CURNAN
Case     : 03-105      MARK N. BEGLEY VS. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S

1403   03/03/06 LONG DIST                     0.44                          I
       Fp:0603 | Bth:15161*118 | Inv:75951
       Source   : ASCIIC
       Note     : 632
       Comments : (808) 632-0723

1404   03/06/06 DUPLICATI 12.00               1.20                          I
       Fp:0603 | Bth:15161*139 | Inv:75951
       Source   : ASCIIC
       Note     : SKS
       Comments : 12 PAGE(S)

1405   03/08/06 MISCELLAN                    86.84                          I
       Fp:0603 | Bth:15164*1 | Chk: 1/089993,03/08/06 | Inv:75951
       Source   : AP 01,H197,CR046128 | Payee:HEIDI'S DOWNTOWN B
       Comments : TRIAL LUNCHEON MEETING

1406   03/08/06 DUPLICATI 24.00               2.40                          I
       Fp:0603 | Bth:15166*16 | Inv:75951
       Source   : ASCIIC
       Note     : 1331
       Comments : 24 PAGE(S)

1407   03/08/06 DUPLICATI 32.00               3.20                          I
       Fp:0603 | Bth:15166*28 | Inv:75951
       Source   : ASCIIC
       Note     : 1331
       Comments : 32 PAGE(S)

1414   02/27/06 PARKING V                     6.00                          I
       Fp:0603 | Bth:15165*1 | Inv:75788
       Note     : MARTY, K.
       Comments : MJM

1415   03/07/06 PARKING V                    40.00                          I
       Fp:0603 | Bth:15165*9 | Inv:75951
       Note     : M. CURNAN
       Comments : MJM

1416   03/08/06 PARKING V                    31.00                          I
       Fp:0603 | Bth:15165*10 | Inv:75951
       Note     : M. CURNAN
       Comments : MJM

1417   03/10/06 DUPLICATI 26.00               2.60                          I
       Fp:0603 | Bth:15170*4 | Inv:75951
       Source   : ASCIIC
       Note     : 1331
       Comments : 26 PAGE(S)
```

```
INQUIRY : Case      - reference                          10:02am 25 APR 06

Client   : CURNAN      MARTIN W. CURNAN
Case     : 03-105      MARK N. BEGLEY VS. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S

1418   03/10/06 DUPLICATI 19.00           1.90                          I
       Fp:0603 | Bth:15170*6 | Inv:75951
       Source   : ASCIIC
       Note     : 1331
       Comments : 19 PAGE(S)

1419   03/10/06 DUPLICATI  2.00           0.20                          I
       Fp:0603 | Bth:15170*13 | Inv:75951
       Source   : ASCIIC
       Note     : 7264
       Comments : 2 PAGE(S)

1436   03/10/06 POSTAGE                   0.39                          I
       Fp:0603 | Bth:15179*2 | Inv:75951
       Comments : MJM

1437   03/16/06 DUPLICATI108.00          10.80                          I
       Fp:0603 | Bth:15184*23 | Inv:75951
       Source   : ASCIIC
       Note     : 7264
       Comments : 108 PAGE(S)

1438   03/16/06 DUPLICATI 96.00           9.60                          I
       Fp:0603 | Bth:15184*28 | Inv:75951
       Source   : ASCIIC
       Note     : 7264
       Comments : 96 PAGE(S)

1439   02/23/06 LONG DIST                 1.65                          I
       Fp:0603 | Bth:15184*36 | Inv:75951
       Source   : ASCIIC
       Note     : 632
       Comments : (808) 244-9300

1440   03/13/06 LONG DIST                 3.18                          I
       Fp:0603 | Bth:15184*96 | Inv:75951
       Source   : ASCIIC
       Note     : 612
       Comments : (808) 246-3224

1441   03/15/06 LONG DIST                 0.44                          I
       Fp:0603 | Bth:15184*116 | Inv:75951
       Source   : ASCIIC
       Note     : 657
       Comments : (808) 870-9630

1442   03/17/06 DUPLICATI 36.00           3.60                          I
       Fp:0603 | Bth:15189*15 | Inv:75951
       Source   : ASCIIC
```

```
INQUIRY : Case      - reference                       10:02am 25 APR 06

Client   : CURNAN     MARTIN W. CURNAN
Case     : 03-105     MARK N. BEGLEY VS. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Note     : 7264
      Comments : 36 PAGE(S)

1443  03/20/06 DUPLICATI 99.00           9.90                         I
      Fp:0603 | Bth:15192*27 | Inv:75951
      Source   : ASCIIC
      Note     : 7264
      Comments : 99 PAGE(S)

1444  03/16/06 LONG DIST                 2.86                         I
      Fp:0603 | Bth:15194*62 | Inv:75951
      Source   : ASCIIC
      Note     : 657
      Comments : (808) 246-3224
1445  03/20/06 POSTAGE                   1.83                         I
      Fp:0603 | Bth:15195*8 | Inv:75951
      Comments : MJM

1446  03/22/06 DUPLICATI 24.00           2.40                         I
      Fp:0603 | Bth:15197*23 | Inv:75951
      Source   : ASCIIC
      Note     : 7264
      Comments : 24 PAGE(S)

1447  03/20/06 LONG DIST                 0.74                         I
      Fp:0603 | Bth:15197*42 | Inv:75951
      Source   : ASCIIC
      Note     : 657
      Comments : (808) 632-0723

1448  03/22/06 POSTAGE                   1.26                         I
      Fp:0603 | Bth:15199*11 | Inv:75951
      Comments : MJM

1449  03/24/06 DUPLICATI  6.00           0.60                         I
      Fp:0603 | Bth:15201*68 | Inv:75951
      Source   : ASCIIC
      Note     : 7264
      Comments : 6 PAGE(S)

1465  03/11/06 AIR/GROUN                11.78                         I
      Fp:0603 | Bth:15216*5 | Chk: 1/090140,04/05/06 | Inv:75951
      Source   : AP 01,D116,0023052029 | Payee:DHL EXPRESS (USA),
      Comments : DELIVERY TO LIHUE - DAVID M. NAWAI

1473  02/16/06 AIR/GROUN                 6.77                         I
      Fp:0603 | Bth:15218*109 | Chk: 1/090130,03/31/06 | Inv:75951
      Source   : AP 01,R184,03/01/06 | Payee:RAINBOW COURIERS,
      Comments : VARIOUS DOCUMENTS
```

```
INQUIRY : Case      - reference                            10:02am 25 APR 06

Client   : CURNAN      MARTIN W. CURNAN
Case     : 03-105      MARK N. BEGLEY VS. COUNTY OF K           Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
1474  02/15/06 LEXIS-NEX                      20.51           0.00        0.00 I
      Fp:0603 | Bth:15222*94 | Inv:75951
      Comments : MJM

1475  02/15/06 LEXIS-NEX                       1.41           0.00        0.00 I
      Fp:0603 | Bth:15222*95 | Inv:75951
      Comments : MJM

1476  02/22/06 LEXIS-NEX                       0.47           0.00        0.00 I
      Fp:0603 | Bth:15222*96 | Inv:75951
      Comments : MJM

1477  02/28/06 LEXIS-NEX                      20.50           0.00        0.00 I
      Fp:0603 | Bth:15222*97 | Inv:75951
      Comments : MJM

1479  04/05/06 DUPLICATI 29.00                 2.90
      Fp:0604 | Bth:15229*25
      Source   : ASCIIC
      Note     : 7264
      Comments : 29 PAGE(S)

1480  04/05/06 POSTAGE                         2.70
      Fp:0604 | Bth:15234*5
      Comments : MJM

1482  04/13/06 DUPLICATI 26.00                 2.60
      Fp:0604 | Bth:15249*11
      Source   : ASCIIC
      Note     : 1331
      Comments : 26 PAGE(S)

1484  04/19/06 DUPLICATI  6.00                 0.60
      Fp:0604 | Bth:15257*37
      Source   : ASCIIC
      Note     : 7264
      Comments : 6 PAGE(S)

1485  04/21/06 DUPLICATI172.00                17.20
      Fp:0604 | Bth:15263*10
      Source   : ASCIIC
      Note     : 7264
      Comments : 172 PAGE(S)

1486  04/21/06 DUPLICATI  2.00                 0.20
      Fp:0604 | Bth:15263*21
      Source   : ASCIIC
      Note     : 7264
      Comments : 2 PAGE(S)
```

```
INQUIRY : Case      - reference                           10:02am 25 APR 06

Client   : CURNAN     MARTIN W. CURNAN
Case     : 03-105     MARK N. BEGLEY VS. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
1487  04/21/06 DUPLICATI  6.00            0.60
      Fp:0604 | Bth:15263*23
      Source   : ASCIIC
      Note     : 7264
      Comments : 6 PAGE(S)

1488  04/18/06 POSTAGE                    0.39
      Fp:0604 | Bth:15265*16
      Comments : MJM

1489  04/18/06 POSTAGE                    1.35
      Fp:0604 | Bth:15266*6
      Comments : MJM

1490  03/09/06 COURT REP              1,727.91
      Fp:0604 | Bth:15270*1
      Comments : DEBRA CHUN, TRIAL TRANSCRIPT FROM 3/7/06-3/9/06
```