IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| MARK N. BEGLEY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, GEORGE FREITAS, MARTIN W. CURNAN, and DAVID NAWAI,<br><br>Defendants. | CIVIL NO. CV03-00162 DAE KSC<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion will be served on the following parties by means indicated below on the April 25, 2006.

| | |
|---|---|
| DONNA E. RICHARDS, ESQ.<br>MARK R. ZENGER, ESQ.<br>Richards & Zenger<br>P. O. Box 3966<br>Lihue, Hawai`i 96766<br>*Attorneys for Plaintiff* | U.S. MAILED |

157745/EKT

| | |
|---|---|
| DAVID J. MINKIN, ESQ.<br>McCorriston Miller Mukai & MacKinnon<br>Five Waterfront Plaza<br>500 Ala Moana Boulevard<br>Honolulu, Hawaii 96813<br>*Attorney for Defendants*<br>*COUNTY OF KAUAI and*<br>*KAUAI POLICE DEPARTMENT* | ELECTRONICALLY VIA<br>CM/EFC |
| JOHN KOMEIJI, ESQ.<br>Watanabe Ing & Komeiji<br>First Hawaiian Center, 23rd Floor<br>999 Bishop Street<br>Honolulu, Hawaii 96813<br>*Attorney for Defendant*<br>*GEORGE FREITAS* | ELECTRONICALLY VIA<br>CM/EFC |
| DAVID NAWAI<br>2931 Kalena Street, Apt. 2<br>Lihue, Hawai`i 96766<br>*Pro Se Defendant* | MAILED |

DATED: Honolulu, Hawai`i, April 25, 2006.

[signature]

MICHAEL J. McGUIGAN
ELMIRA K.L. TSANG
*Attorney for Defendant*
*MARTIN W. CURNAN*