AO 133 (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

District of Hawaii

Mark N. Begley

V.

County of Kauai, et al.

## BILL OF COSTS

Case Number: 03-00162 DAE KSC

Judgment having been entered in the above entitled action on 4/11/2006 (Date) against Mark N. Begley, the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | 287.72 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing | 1,104.90 |
| Fees for witnesses (itemize on reverse side) | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 70.19 |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | 505.42 |
| TOTAL | $ 1,968.23 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: see attached Certificate of Service.

Signature of Attorney: [signature]

Name of Attorney: David J. Minkin

For: County of Kauai (Name of Claiming Party) Date: 4/26/2006

Costs are taxed in the amount of ______________ and included in the judgment.

______________ Clerk of Court By: ______________ Deputy Clerk ______________ Date

**WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)**

| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)

"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)

"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)

"Entry of the judgment shall not be delayed for the taxing of costs."

```
INQUIRY : Case      - reference                           10:18am 24 APR 06

Client   : 18019      COUNTY OF KAUAI
Case     : 53519      BEGLEY, MARK N. v. COUNTY OF K          Status : Active

Action type     : All cost
Summary... .....Time .........Fees .....Cost.adv ....Cost.inc ........Total
Billed                                    726.25     1,387.88      2,114.13
..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
31     08/14/03 OUTER-ISL                 168.00                          I
       Fp:0309 | Bth:15209*2 | Inv:128351
       Comments : TWO ALOHA AIRLINES INTER-ISLAND COUPONS FOR DJM TO ATTEND
                  HEARING

28     09/10/03 XEROX CHA  1.00             0.15                          I
       Fp:0309 | Bth:15176*143 | Inv:128351
       Source   : ASCIIC
       Note     : Read 09/11/03 08:22am by lmw
       Comments : RR: Xeroxing Charges -  1 copies on 09/10/2003

29     09/10/03 FAX CHARG                   0.40                          I
       Fp:0309 | Bth:15176*144 | Inv:128351
       Source   : ASCIIC
       Note     : Read 09/11/03 08:22am by lmw
       Comments : RR: Fax Charges: On 09/10/2003 to 5504996. Pages= 2 OrigAmt=
                  .4 Toll= 0 Dur= .9166667min.

30     09/10/03 XEROX CHA  3.00             0.45                          I
       Fp:0309 | Bth:15176*145 | Inv:128351
       Source   : ASCIIC
       Note     : Read 09/11/03 08:22am by lmw
       Comments : JMC: Xeroxing Charges -  3 copies on 09/10/2003

32     09/24/03 REPORTS/P                  43.69                          I
       Fp:0309 | Bth:15224*5 | Chk: 2/089381,10/16/03 | Inv:128351
       Source   : AP 00,00001574,410824 | Payee:PROFESSIONAL IMAGE
       Comments : FILE COPIES

33     09/30/03 XEROX CHA 54.00             8.10                          I
       Fp:0309 | Bth:15226*114 | Inv:128351
       Source   : ASCIIC
       Note     : Read 10/01/03 08:39am by lmw
       Comments : RR: Xeroxing Charges -  54 copies on 09/30/2003

54     10/01/03 XEROX CHA 33.00             4.95                          I
       Fp:0310 | Bth:15245*109 | Inv:128351
       Source   : ASCIIC
       Note     : Read 10/06/03 09:43am by rt
       Comments : TR: Xeroxing Charges -  33 copies on 10/01/2003

56     10/06/03 REPORTS/P                  13.60                          I
       Fp:0310 | Bth:15312*25 | Chk: 2/089548,10/31/03 | Inv:128351
       Source   : AP 00,00005860,031006 | Payee:LAW OFFICES OF CHR
       Comments : COPY OF MEDICAL RECORDS FROM QUEEN'S MEDICAL CENTER

55     10/07/03 REPORTS/P                   5.20                          I
```

```
INQUIRY : Case     - reference                          10:18am 24 APR 06

Client  : 18019     COUNTY OF KAUAI
Case    : 53519     BEGLEY, MARK N. v. COUNTY OF K      Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Fp:0310 | Bth:15312*24 | Chk: 2/089548,10/31/03 | Inv:128351
      Source   : AP 00,00005860,031007 | Payee:LAW OFFICES OF CHR
      Comments : COPY OF MEDICAL RECORDS AND BILLS FROM KAUAI MEDICAL CLINIC

57    10/24/03 REPORTS/P                     4.20                        I
      Fp:0310 | Bth:15324*6 | Chk: 2/089548,10/31/03 | Inv:128351
      Source   : AP 00,00005860,031024 | Payee:LAW OFFICES OF CHR
      Comments : COPY OF MEDICAL RECORDS FROM WILCOX MEMORIAL HOSPITAL

76    10/24/03 LONG DIST                     0.95                        I
      Fp:0312 | Bth:15440*205 | Inv:128960
      Source   : ASCIIC
      Note     : Read 12/12/03 08:13am by jds
      Comments : DJM: Long Distance Charges: On 10/24/2003 to 8086320723
                 Toll: .95 Dur.: 7min. at 14:15

77    10/24/03 LONG DIST                     0.83                        I
      Fp:0312 | Bth:15440*206 | Inv:128960
      Source   : ASCIIC
      Note     : Read 12/12/03 08:13am by jds
      Comments : DJM: Long Distance Charges: On 10/24/2003 to 8082416315
                 Toll: .83 Dur.: 6min. at 14:22

69    10/31/03 TRAVEL EX                     9.00                        I
      Fp:0311 | Bth:15367*28 | Chk: 2/089715,11/18/03 | Inv:128351
      Source   : AP 00,00003011,031031 | Payee:DAVID J. MINKIN
      Comments : D.MINKIN PARKING

68    11/05/03 XEROX CHA  2.00               0.30                        I
      Fp:0311 | Bth:15347*94 | Inv:128960
      Source   : ASCIIC
      Note     : Read 11/07/03 01:26pm by jds
      Comments : IC: Xeroxing Charges -  2 copies on 11/05/2003

78    11/06/03 LONG DIST                     0.08                        I
      Fp:0312 | Bth:15440*207 | Inv:128960
      Source   : ASCIIC
      Note     : Read 12/12/03 08:13am by jds
      Comments : DJM: Long Distance Charges: On 11/06/2003 to 8086510102
                 Toll: .08 Dur.: 1min. at 10:22

79    11/14/03 LONG DIST                     0.77                        I
      Fp:0312 | Bth:15440*208 | Inv:128960
      Source   : ASCIIC
      Note     : Read 12/12/03 08:13am by jds
      Comments : DJM: Long Distance Charges: On 11/14/2003 to 8086320723
                 Toll: .77 Dur.: 6min. at 13:08

80    11/14/03 LONG DIST                     0.08                        I
      Fp:0312 | Bth:15440*209 | Inv:128960
```

```
INQUIRY : Case     - reference                          10:18am 24 APR 06

Client   : 18019      COUNTY OF KAUAI
Case     : 53519      BEGLEY, MARK N. v. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Source   : ASCIIC
      Note     : Read 12/12/03 08:13am by jds
      Comments : DJM: Long Distance Charges: On 11/14/2003 to 8082416842
                 Toll: .08 Dur.: 1min. at 13:14

81    11/14/03 LONG DIST                      2.51                          I
      Fp:0312 | Bth:15440*210 | Inv:128960
      Source   : ASCIIC
      Note     : Read 12/12/03 08:13am by jds
      Comments : DJM: Long Distance Charges: On 11/14/2003 to 8082454094
                 Toll: 2.51 Dur.: 17min. at 15:13

82    11/14/03 LONG DIST                      0.56                          I
      Fp:0312 | Bth:15440*211 | Inv:128960
      Source   : ASCIIC
      Note     : Read 12/12/03 08:13am by jds
      Comments : DJM: Long Distance Charges: On 11/14/2003 to 8082416842
                 Toll: .56 Dur.: 4min. at 15:58

83    11/17/03 LONG DIST                      1.79                          I
      Fp:0312 | Bth:15440*212 | Inv:128960
      Source   : ASCIIC
      Note     : Read 12/12/03 08:13am by jds
      Comments : DJM: Long Distance Charges: On 11/17/2003 to 8082416846
                 Toll: 1.79 Dur.: 12min. at 10:29

84    11/24/03 LONG DIST                      0.08                          I
      Fp:0312 | Bth:15440*213 | Inv:128960
      Source   : ASCIIC
      Note     : Read 12/12/03 08:13am by jds
      Comments : DJM: Long Distance Charges: On 11/24/2003 to 8082416846
                 Toll: .08 Dur.: 1min. at 11:52

85    11/25/03 LONG DIST                      0.95                          I
      Fp:0312 | Bth:15440*214 | Inv:128960
      Source   : ASCIIC
      Note     : Read 12/12/03 08:13am by jds
      Comments : DJM: Long Distance Charges: On 11/25/2003 to 8086524094
                 Toll: .95 Dur.: 7min. at 13:30

86    11/25/03 LONG DIST                      0.38                          I
      Fp:0312 | Bth:15440*215 | Inv:128960
      Source   : ASCIIC
      Note     : Read 12/12/03 08:13am by jds
      Comments : DJM: Long Distance Charges: On 11/25/2003 to 8087422250
                 Toll: .38 Dur.: 3min. at 13:38

87    12/01/03 LONG DIST                      0.93                          I
      Fp:0312 | Bth:15440*216 | Inv:129242
      Source   : ASCIIC
```

```
INQUIRY : Case     - reference                            10:18am 24 APR 06

Client  : 18019      COUNTY OF KAUAI
Case    : 53519      BEGLEY, MARK N. v. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Note     : Read 12/12/03 08:13am by jds
      Comments : DJM: Long Distance Charges: On 12/01/2003 to 8082454094
                 Toll: .93 Dur.: 7min. at 15:29

88    12/03/03 LONG DIST                     1.46                          I
      Fp:0312 | Bth:15440*217 | Inv:129242
      Source   : ASCIIC
      Note     : Read 12/12/03 08:13am by jds
      Comments : DJM: Long Distance Charges: On 12/03/2003 to 8082416846
                 Toll: 1.46 Dur.: 10min. at 16:13

89    12/03/03 LONG DIST                     1.04                          I
      Fp:0312 | Bth:15440*218 | Inv:129242
      Source   : ASCIIC
      Note     : Read 12/12/03 08:13am by jds
      Comments : DJM: Long Distance Charges: On 12/03/2003 to 8082416842
                 Toll: 1.04 Dur.: 7min. at 16:24

90    12/04/03 LONG DIST                     1.74                          I
      Fp:0312 | Bth:15440*219 | Inv:129242
      Source   : ASCIIC
      Note     : Read 12/12/03 08:13am by jds
      Comments : DJM: Long Distance Charges: On 12/04/2003 to 8082454094
                 Toll: 1.74 Dur.: 12min. at 10:11

91    12/04/03 LONG DIST                     1.52                          I
      Fp:0312 | Bth:15440*220 | Inv:129242
      Source   : ASCIIC
      Note     : Read 12/12/03 08:13am by jds
      Comments : DJM: Long Distance Charges: On 12/04/2003 to 8082416845
                 Toll: 1.52 Dur.: 11min. at 11:15

75    12/10/03 XEROX CHA 42.00               6.30                          I
      Fp:0312 | Bth:15436*206 | Inv:129242
      Source   : ASCIIC
      Note     : Read 12/11/03 08:22am by jds
      Comments : TR: Xeroxing Charges -  42 copies on 12/10/2003

104   02/09/04 REFUND CR                    87.40                          I
      Fp:0402 | Bth:15577*9 | Chk: 2/090755,02/09/04 | Inv:129633
      Source   : AP 00,00001993,090755 | Payee:COUNTY OF KAUAI
      Comments : REFUND OF DOUBLE-PAYMENT

105   02/10/04 XEROX CHA  8.00               1.20                          I
      Fp:0402 | Bth:15587*89 | Inv:130704
      Source   : ASCIIC
      Note     : Read 02/11/04 08:38am by jds
      Comments : RR: Xeroxing Charges -  8 copies on 02/10/2004

107   02/17/04 XEROX CHA  8.00               1.20                          I
```

```
INQUIRY : Case     - reference                             10:18am 24 APR 06

Client  : 18019      COUNTY OF KAUAI
Case    : 53519      BEGLEY, MARK N. v. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Fp:0402 | Bth:15608*10 | Inv:130704
      Comments : RR - 8 PAGES

112   03/18/04 FAX CHARG                   5.40                            I
      Fp:0403 | Bth:15688*58 | Inv:131250
      Source   : ASCIIC
      Note     : Read 03/22/04 09:09am by jds
      Comments : RR: Fax Charges: On 03/18/2004 to 5448399. Pages= 27
                 OrigAmt= 5.4 Toll= 0 Dur= 10.21667min.

113   03/19/04 XEROX CHA  4.00             0.60                            I
      Fp:0403 | Bth:15695*68 | Inv:131250
      Source   : ASCIIC
      Note     : Read 03/23/04 08:41am by jds
      Comments : RR: Xeroxing Charges -  4 copies on 03/19/2004

114   03/23/04 FAX CHARG                  10.34                            I
      Fp:0403 | Bth:15705*65 | Inv:131250
      Source   : ASCIIC
      Note     : Read 03/24/04 08:35am by jds
      Comments : RR: Fax Charges: On 03/23/2004 to 18082416319. Pages= 27
                 OrigAmt= 5.4 Toll= 4.94 Dur= 18.03333min.

115   03/23/04 XEROX CHA 28.00             4.20                            I
      Fp:0403 | Bth:15705*66 | Inv:131250
      Source   : ASCIIC
      Note     : Read 03/24/04 08:35am by jds
      Comments : RR: Xeroxing Charges -  28 copies on 03/23/2004

117   03/30/04 FAX CHARG                   1.32                            I
      Fp:0403 | Bth:15727*122 | Inv:131250
      Source   : ASCIIC
      Note     : Read 04/01/04 08:26am by jds
      Comments : DJM: Fax Charges: On 03/30/2004 to 18082416319. Pages= 4
                 OrigAmt= .8 Toll= .52 Dur= 1.083333min.

131   04/15/04 TRAVEL EX                 158.00                            I
      Fp:0405 | Bth:15980*13 | Chk: 3/300411,05/31/04 | Inv:131889
      Source   : AP 00,00003011,040415 | Payee:DAVID J. MINKIN
      Comments : D.MINKIN ALOHA AIRLINES AIRFARE TO KAUAI ON 4/15/04 FOR
                 KAUAI COUNCIL MEETING

122   04/20/04 XEROX CHA112.00            16.80                            I
      Fp:0404 | Bth:15838*94 | Inv:131889
      Source   : ASCIIC
      Note     : Read 04/21/04 08:26am by jds
      Comments : KS: Xeroxing Charges -  112 copies on 04/20/2004

130   05/25/04 REPORTS/P                   3.50                            I
      Fp:0405 | Bth:15970*5 | Chk: 3/300399,05/31/04 | Inv:132374
```

```
INQUIRY : Case     - reference                        10:18am 24 APR 06

Client   : 18019      COUNTY OF KAUAI
Case     : 53519      BEGLEY, MARK N. v. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Source   : AP 00,00002804,040525A | Payee:PETTY CASH
      Comments : COPY OF AMENDED RULE 16 SCHEDULING ORDER FILED ON 5/6/04

137   06/10/04 XEROX CHA 10.00              1.50                          I
      Fp:0406 | Bth:16050*12 | Inv:133006
      Comments : RR - 10 PAGES

154   07/16/04 XEROX CHA 12.00              1.80                          I
      Fp:0408 | Bth:16164*22 | Inv:133482
      Source   : ASCIIC
      Note     : Transferred from: 18019*52343*4
      Comments : KS: Xeroxing Charges -  12 copies on 07/16/2004

146   07/27/04 XEROX CHA  2.00              0.30                          I
      Fp:0407 | Bth:16216*12 | Inv:133482
      Comments : KS - 2 PAGES

145   07/28/04 XEROX CHA128.00             19.20                          I
      Fp:0407 | Bth:16212*68 | Inv:133482
      Source   : ASCIIC
      Note     : Read 07/29/04 02:15pm by bkj
      Comments : KS: Xeroxing Charges -  128 copies on 07/28/2004

152   08/10/04 XEROX CHA128.00             19.20                          I
      Fp:0408 | Bth:16258*69 | Inv:134170
      Source   : ASCIIC
      Note     : Read 08/11/04 09:57am by bkj
      Comments : JOHNNY: Xeroxing Charges -  128 copies on 08/10/2004

153   08/10/04 XEROX CHA  2.00              0.30                          I
      Fp:0408 | Bth:16264*7 | Inv:134170
      Comments : KS - 2 PAGES

168   10/01/04 XEROX CHA 36.00              5.40                          I
      Fp:0410 | Bth:16465*47 | Inv:135569
      Source   : ASCIIC
      Note     : Read 10/06/04 03:10pm by bkj
      Comments : KS: Xeroxing Charges -  36 copies on 10/01/2004

169   10/28/04 LONG DIST                    0.10                          I
      Fp:0410 | Bth:16563*22 | Inv:135569
      Source   : ASCIIC
      Note     : Read 10/29/04 03:14pm by bkj
      Comments : KS: Long Distance Charges: On 10/28/2004 to 8086355713 Toll:
                 .1 Dur.: 1min. at 11:58

170   10/28/04 LONG DIST                    0.10                          I
      Fp:0410 | Bth:16563*23 | Inv:135569
      Source   : ASCIIC
      Note     : Read 10/29/04 03:14pm by bkj
```

```
INQUIRY : Case     - reference                          10:18am 24 APR 06

Client  : 18019      COUNTY OF KAUAI
Case    : 53519      BEGLEY, MARK N. v. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Comments : KS: Long Distance Charges: On 10/28/2004 to 8086355713 Toll:
                 .1 Dur.: 1min. at 14:11

171   10/28/04 FAX CHARG                       0.20                         I
      Fp:0410 | Bth:16563*24 | Inv:135569
      Source   : ASCIIC
      Note     : Read 10/29/04 03:14pm by bkj
      Comments : KS: Fax Charges: On 10/28/2004 to 5504996. Pages= 1 OrigAmt=
                 .2 Toll= 0 Dur= .9833333min.

172   10/28/04 FAX CHARG                       0.20                         I
      Fp:0410 | Bth:16563*25 | Inv:135569
      Source   : ASCIIC
      Note     : Read 10/29/04 03:14pm by bkj
      Comments : KS: Fax Charges: On 10/28/2004 to 5448399. Pages= 1 OrigAmt=
                 .2 Toll= 0 Dur= .95min.

173   10/28/04 FAX CHARG                       0.20                         I
      Fp:0410 | Bth:16563*26 | Inv:135569
      Source   : ASCIIC
      Note     : Read 10/29/04 03:14pm by bkj
      Comments : KS: Fax Charges: On 10/28/2004 to 5318628. Pages= 1 OrigAmt=
                 .2 Toll= 0 Dur= .85min.

174   10/28/04 FAX CHARG                       0.20                         I
      Fp:0410 | Bth:16563*27 | Inv:135569
      Source   : ASCIIC
      Note     : Read 10/29/04 03:14pm by bkj
      Comments : KS: Fax Charges: On 10/28/2004 to 5411181. Pages= 1 OrigAmt=
                 .2 Toll= 0 Dur= 1.116667min.

175   10/28/04 XEROX CHA  2.00                 0.30                         I
      Fp:0410 | Bth:16563*28 | Inv:135569
      Source   : ASCIIC
      Note     : Read 10/29/04 03:14pm by bkj
      Comments : KS: Xeroxing Charges -  2 copies on 10/28/2004

184   10/28/04 XEROX CHA  2.00                 0.30                         I
      Fp:0411 | Bth:16596*1 | Inv:135569
      Comments : KS - 2 PAGES

219   11/01/04 LONG DIST                       0.12                         I
      Fp:0502 | Bth:16854*133 | Inv:137865
      Source   : ASCIIC
      Note     : Read 02/04/05 03:34pm by bkj
      Comments : DJM: Long Distance Charges: On 11/01/2004 to 8082416842
                 Toll: .12 Dur.: 1min. at 16:34

220   11/03/04 LONG DIST                       3.90                         I
      Fp:0502 | Bth:16854*134 | Inv:137865
```

```
INQUIRY : Case     - reference                          10:18am 24 APR 06

Client  : 18019      COUNTY OF KAUAI
Case    : 53519      BEGLEY, MARK N. v. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Source   : ASCIIC
      Note     : Read 02/04/05 03:34pm by bkj
      Comments : DJM: Long Distance Charges: On 11/03/2004 to 8082416842
                 Toll: 3.9 Dur.: 20min. at 12:05

221   11/04/04 LONG DIST                    0.14                            I
      Fp:0502 | Bth:16854*135 | Inv:137865
      Source   : ASCIIC
      Note     : Read 02/04/05 03:34pm by bkj
      Comments : DJM: Long Distance Charges: On 11/04/2004 to 8082416315
                 Toll: .14 Dur.: 1min. at 09:56

222   11/05/04 LONG DIST                    0.70                            I
      Fp:0502 | Bth:16854*136 | Inv:137865
      Source   : ASCIIC
      Note     : Read 02/04/05 03:34pm by bkj
      Comments : DJM: Long Distance Charges: On 11/05/2004 to 8082416845
                 Toll: .7 Dur.: 4min. at 15:30

186   11/08/04 XEROX CHA  8.00              1.20                            I
      Fp:0411 | Bth:16604*46 | Inv:136210
      Source   : ASCIIC
      Note     : Read 11/09/04 01:58pm by bkj
      Comments : KS: Xeroxing Charges -  8 copies on 11/08/2004

223   11/18/04 LONG DIST                    0.86                            I
      Fp:0502 | Bth:16854*137 | Inv:137865
      Source   : ASCIIC
      Note     : Read 02/04/05 03:34pm by bkj
      Comments : DJM: Long Distance Charges: On 11/18/2004 to 8082416842
                 Toll: .86 Dur.: 5min. at 16:50

224   11/24/04 LONG DIST                    2.07                            I
      Fp:0502 | Bth:16854*138 | Inv:137865
      Source   : ASCIIC
      Note     : Read 02/04/05 03:34pm by bkj
      Comments : DJM: Long Distance Charges: On 11/24/2004 to 8082416846
                 Toll: 2.07 Dur.: 11min. at 13:40

225   11/24/04 LONG DIST                    0.14                            I
      Fp:0502 | Bth:16854*139 | Inv:137865
      Source   : ASCIIC
      Note     : Read 02/04/05 03:34pm by bkj
      Comments : DJM: Long Distance Charges: On 11/24/2004 to 8082416843
                 Toll: .14 Dur.: 1min. at 16:30

226   11/26/04 LONG DIST                    0.10                            I
      Fp:0502 | Bth:16854*140 | Inv:137865
      Source   : ASCIIC
      Note     : Read 02/04/05 03:34pm by bkj
```

```
INQUIRY : Case     - reference                          10:18am 24 APR 06

Client   : 18019      COUNTY OF KAUAI
Case     : 53519      BEGLEY, MARK N. v. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Comments : DJM: Long Distance Charges: On 11/26/2004 to 8082416843
                 Toll: .1 Dur.: 1min. at 13:53

227   11/29/04 LONG DIST                     0.57                          I
      Fp:0502 | Bth:16854*141 | Inv:137865
      Source   : ASCIIC
      Note     : Read 02/04/05 03:34pm by bkj
      Comments : DJM: Long Distance Charges: On 11/29/2004 to 8082416843
                 Toll: .57 Dur.: 3min. at 10:36

228   12/03/04 LONG DIST                     0.16                          I
      Fp:0502 | Bth:16854*142 | Inv:137865
      Source   : ASCIIC
      Note     : Read 02/04/05 03:34pm by bkj
      Comments : DJM: Long Distance Charges: On 12/03/2004 to 8082416847
                 Toll: .16 Dur.: 1min. at 12:38

229   12/17/04 LONG DIST                     0.43                          I
      Fp:0502 | Bth:16854*143 | Inv:137865
      Source   : ASCIIC
      Note     : Read 02/04/05 03:34pm by bkj
      Comments : DJM: Long Distance Charges: On 12/17/2004 to 8082416842
                 Toll: .43 Dur.: 3min. at 16:24

230   12/20/04 LONG DIST                     0.86                          I
      Fp:0502 | Bth:16854*144 | Inv:137865
      Source   : ASCIIC
      Note     : Read 02/04/05 03:34pm by bkj
      Comments : DJM: Long Distance Charges: On 12/20/2004 to 8082416846
                 Toll: .86 Dur.: 5min. at 14:35

199   01/05/05 XEROX CHA 64.00               9.60                          I
      Fp:0501 | Bth:16769*29 | Inv:137865
      Source   : ASCIIC
      Note     : Read 01/10/05 09:41am by bkj
      Comments : KS: Xeroxing Charges -  64 copies on 01/05/2005

200   01/06/05 XEROX CHA 16.00               2.40                          I
      Fp:0501 | Bth:16770*30 | Inv:137865
      Source   : ASCIIC
      Note     : Read 01/10/05 09:41am by bkj
      Comments : KS: Xeroxing Charges -  16 copies on 01/06/2005

204   01/06/05 POSTAGE                       3.00                          I
      Fp:0501 | Bth:16778*31 | Chk: 3/303335,01/26/05 | Inv:137865
      Source   : AP 00,00004210,050106
      Note     : DJM | Payee:U.S. POSTAL SERVIC

205   01/07/05 XEROX CHA  4.00               0.60                          I
      Fp:0501 | Bth:16827*4 | Inv:137865
```

```
INQUIRY : Case     - reference                           10:18am 24 APR 06

Client  : 18019      COUNTY OF KAUAI
Case    : 53519      BEGLEY, MARK N. v. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Comments : KS - 4 PAGES

259   01/18/05 TRAVEL EX                  76.20                          I
      Fp:0504 | Bth:17104*4 | Chk: 3/307446,04/12/05 | Inv:138515
      Source   : AP 00,00003011,2152766130 | Payee:DAVID J. MINKIN
      Comments : D.MINKIN ALOHA AIRLINES AIRFARE FOR TRIP TO KAUAI ON
                 1/18/05

260   01/18/05 TRAVEL EX                   7.50                          I
      Fp:0504 | Bth:17104*6 | Chk: 3/307446,04/12/05 | Inv:138515
      Source   : AP 00,00003011,2152769468 | Payee:DAVID J. MINKIN
      Comments : D.MINKIN SERVICE FEE FOR TRIP ON ALOHA AIRLINES TO KAUAI ON
                 1/18/05

232   01/19/05 TRAVEL EX                  19.34                          I
      Fp:0502 | Bth:16873*6 | Chk: 3/303576,02/11/05 | Inv:137865
      Source   : AP 00,00002870,2006050119ARAC | Payee:AMERICAN EXPRESS -
      Comments : D.MINKIN AVIS CAR RENTAL WHILE ATTENDING TRIP TO KAUAI ON
                 1/18/05

231   02/01/05 XEROX CHA  8.00             1.20                          I
      Fp:0502 | Bth:16856*2 | Inv:137865
      Comments : KS - 8 PAGES

233   02/11/05 XEROX CHA 20.00             3.00                          I
      Fp:0502 | Bth:16886*32 | Inv:137865
      Source   : ASCIIC
      Note     : Read 02/14/05 05:11pm by bkj
      Comments : DJM: Xeroxing Charges -  20 copies on 02/11/2005

236   02/22/05 XEROX CHA062.00           159.30                          I
      Fp:0502 | Bth:16912*22 | Inv:137865
      Source   : ASCIIC
      Note     : Read 02/23/05 01:21pm by bkj
      Comments : PB: Xeroxing Charges -  1062 copies on 02/22/2005

239   02/22/05 XEROX CHA582.00           203.70                          I
      Fp:0502 | Bth:16923*1 | Inv:137865
      Comments : PB - 582 PAGES-PAGINATED COPIES

237   02/23/05 XEROX CHA840.00           126.00                          I
      Fp:0502 | Bth:16915*26 | Inv:137865
      Source   : ASCIIC
      Note     : Read 02/24/05 01:04pm by bkj
      Comments : PB: Xeroxing Charges -  840 copies on 02/23/2005

251   03/09/05 XEROX CHA  2.00             0.30                          I
      Fp:0503 | Bth:16985*10 | Inv:138515
      Comments : KS - 2 PAGES
```

```
INQUIRY : Case     - reference                              10:18am 24 APR 06

Client  : 18019      COUNTY OF KAUAI
Case    : 53519      BEGLEY, MARK N. v. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
252   03/17/05 FAX CHARG                  2.20                             I
      Fp:0503 | Bth:17006*29 | Inv:138515
      Source   : ASCIIC
      Note     : Read 03/18/05 02:50pm by bkj
      Comments : KS: Fax Charges: On 03/17/2005 to 5504996. Pages= 11
                 OrigAmt= 2.2 Toll= 0 Dur= 5.9min.

253   03/17/05 FAX CHARG                  2.20                             I
      Fp:0503 | Bth:17006*30 | Inv:138515
      Source   : ASCIIC
      Note     : Read 03/18/05 02:50pm by bkj
      Comments : KS: Fax Charges: On 03/17/2005 to 5448399. Pages= 11
                 OrigAmt= 2.2 Toll= 0 Dur= 4.816667min.

254   03/17/05 XEROX CHA 22.00            3.30                             I
      Fp:0503 | Bth:17006*31 | Inv:138515
      Source   : ASCIIC
      Note     : Read 03/18/05 02:50pm by bkj
      Comments : KS: Xeroxing Charges -  22 copies on 03/17/2005

255   03/17/05 FAX CHARG                  2.20                             I
      Fp:0503 | Bth:17006*32 | Inv:138515
      Source   : ASCIIC
      Note     : Read 03/18/05 02:50pm by bkj
      Comments : KS: Fax Charges: On 03/17/2005 to 5318628. Pages= 11
                 OrigAmt= 2.2 Toll= 0 Dur= 4min.

263   04/20/05 XEROX CHA  3.00            0.45                             I
      Fp:0504 | Bth:17153*40 | Inv:139236
      Source   : ASCIIC
      Note     : Read 04/21/05 03:22pm by bkj
      Comments : KS: Xeroxing Charges -  3 copies on 04/20/2005

268   05/26/05 XEROX CHA 12.00            1.80                             I
      Fp:0505 | Bth:17279*28 | Inv:139756
      Source   : ASCIIC
      Note     : Read 05/27/05 02:39pm by bkj
      Comments : KS: Xeroxing Charges -  12 copies on 05/26/2005

274   05/31/05 XEROX CHA 26.00            3.90                             I
      Fp:0505 | Bth:17294*22 | Inv:139756
      Source   : ASCIIC
      Note     : Read 06/01/05 02:52pm by bkj
      Comments : WFH: Xeroxing Charges -  26 copies on 05/31/2005

275   05/31/05 XEROX CHA 64.00            9.60                             I
      Fp:0505 | Bth:17294*23 | Inv:139756
      Source   : ASCIIC
      Note     : Read 06/01/05 02:52pm by bkj
      Comments : WFH: Xeroxing Charges -  64 copies on 05/31/2005
```

```
INQUIRY : Case     - reference                        10:18am 24 APR 06

Client  : 18019      COUNTY OF KAUAI
Case    : 53519      BEGLEY, MARK N. v. COUNTY OF K       Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S

276   05/31/05 XEROX CHA 22.00            3.30                          I
      Fp:0505 | Bth:17294*24 | Inv:139756
      Source   : ASCIIC
      Note     : Read 06/01/05 02:52pm by bkj
      Comments : WFH: Xeroxing Charges -  22 copies on 05/31/2005

277   05/31/05 XEROX CHA 40.00            6.00                          I
      Fp:0505 | Bth:17294*25 | Inv:139756
      Source   : ASCIIC
      Note     : Read 06/01/05 02:52pm by bkj
      Comments : KS: Xeroxing Charges -  40 copies on 05/31/2005

283   06/13/05 XEROX CHA 10.00            1.50                          I
      Fp:0506 | Bth:17335*47 | Inv:140363
      Source   : ASCIIC
      Note     : Read 06/14/05 04:31pm by bkj
      Comments : KS: Xeroxing Charges -  10 copies on 06/13/2005

286   06/20/05 XEROX CHA  2.00            0.30                          I
      Fp:0506 | Bth:17359*16 | Inv:140363
      Comments : KS - 2 PAGES

287   06/21/05 XEROX CHA  4.00            0.60                          I
      Fp:0506 | Bth:17379*1 | Inv:140363
      Comments : KS - 4 PAGES

288   06/23/05 DEPOSITIO                287.72                          I
      Fp:0506 | Bth:17382*5 | Chk: 3/308327,06/28/05 | Inv:140363
      Source   : AP 00,00001424,050623 | Payee:HONOLULU REPORTING
      Comments : DEPOSITION TAKEN UPON WRITTEN INTERROGATORIES OF DWIGHT
                 NADAMOTO, ESQUIRE (THE STATE OF HAWAII: DEPARTMENT OF THE
                 ATTORNEY GENERAL, VOLUMES I & II) TAKEN ON 6/17/05

289   06/27/05 XEROX CHA 39.00            5.85                          I
      Fp:0506 | Bth:17390*25 | Inv:140363
      Source   : ASCIIC
      Note     : Read 06/28/05 02:04pm by bkj
      Comments : DKC: Xeroxing Charges -  39 copies on 06/27/2005

290   06/27/05 XEROX CHA 68.00           10.20                          I
      Fp:0506 | Bth:17390*26 | Inv:140363
      Source   : ASCIIC
      Note     : Read 06/28/05 02:04pm by bkj
      Comments : DKC: Xeroxing Charges -  68 copies on 06/27/2005

291   06/27/05 POSTAGE                    1.66         0.00         0.00 I
      Fp:0506 | Bth:17403*14 | Chk: 3/308794,08/09/05 | Inv:140363
      Source   : AP 00,00004210,050630
      Note     : DJM | Payee:U.S. POSTAL SERVIC
```

INQUIRY : Case - reference 10:18am 24 APR 06

Client : 18019 COUNTY OF KAUAI
Case : 53519 BEGLEY, MARK N. v. COUNTY OF K Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S

302 07/07/05 XEROX CHA 23.00 3.45 I
Fp:0507 | Bth:17425*27 | Inv:141551
Source : ASCIIC
Note : Read 07/08/05 02:33pm by bkj
Comments : KS: Xeroxing Charges - 23 copies on 07/07/2005

305 07/11/05 XEROX CHA 12.00 1.80 I
Fp:0507 | Bth:17435*16 | Inv:141551
Source : ASCIIC
Note : Read 07/12/05 02:49pm by bkj
Comments : KS: Xeroxing Charges - 12 copies on 07/11/2005

313 07/28/05 XEROX CHA 13.00 1.95 I
Fp:0507 | Bth:17510*52 | Inv:141551
Source : ASCIIC
Note : Read 07/29/05 01:25pm by bkj
Comments : KS: Xeroxing Charges - 13 copies on 07/28/2005

314 07/28/05 XEROX CHA 62.00 9.30 I
Fp:0507 | Bth:17510*53 | Inv:141551
Source : ASCIIC
Note : Read 07/29/05 01:25pm by bkj
Comments : KS: Xeroxing Charges - 62 copies on 07/28/2005

321 07/30/05 XEROX CHA 49.00 7.35 I
Fp:0508 | Bth:17524*2 | Inv:141551
Source : ASCIIC
Note : Read 08/04/05 04:48pm by bkj
Comments : WFH: Xeroxing Charges - 49 copies on 07/30/2005

322 08/03/05 XEROX CHA 24.00 3.60 I
Fp:0508 | Bth:17528*24 | Inv:141551
Source : ASCIIC
Note : Read 08/04/05 04:51pm by bkj
Comments : WFH: Xeroxing Charges - 24 copies on 08/03/2005

323 08/03/05 XEROX CHA 31.00 4.65 I
Fp:0508 | Bth:17528*25 | Inv:141551
Source : ASCIIC
Note : Read 08/04/05 04:51pm by bkj
Comments : WFH: Xeroxing Charges - 31 copies on 08/03/2005

324 08/03/05 XEROX CHA 2.00 0.30 I
Fp:0508 | Bth:17528*26 | Inv:141551

```
INQUIRY : Case     - reference                          10:18am 24 APR 06

Client   : 18019      COUNTY OF KAUAI
Case     : 53519      BEGLEY, MARK N. v. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Source   : ASCIIC
      Note     : Read 08/04/05 04:51pm by bkj
      Comments : WFH: Xeroxing Charges -  2 copies on 08/03/2005

325   08/03/05 XEROX CHA  4.00              0.60                        I
      Fp:0508 | Bth:17528*27 | Inv:141551
      Source   : ASCIIC
      Note     : Read 08/04/05 04:51pm by bkj
      Comments : WFH: Xeroxing Charges -  4 copies on 08/03/2005

326   08/03/05 XEROX CHA 13.00              1.95                        I
      Fp:0508 | Bth:17528*28 | Inv:141551
      Source   : ASCIIC
      Note     : Read 08/04/05 04:51pm by bkj
      Comments : WFH: Xeroxing Charges -  13 copies on 08/03/2005

327   08/03/05 XEROX CHA225.00             33.75                        I
      Fp:0508 | Bth:17528*29 | Inv:141551
      Source   : ASCIIC
      Note     : Read 08/04/05 04:51pm by bkj
      Comments : JOHNNY: Xeroxing Charges -  225 copies on 08/03/2005

328   08/03/05 XEROX CHA810.00            121.50                        I
      Fp:0508 | Bth:17528*30 | Inv:141551
      Source   : ASCIIC
      Note     : Read 08/04/05 04:51pm by bkj
      Comments : KS: Xeroxing Charges -  810 copies on 08/03/2005

329   08/03/05 XEROX CHA105.00             15.75                        I
      Fp:0508 | Bth:17528*31 | Inv:141551
      Source   : ASCIIC
      Note     : Read 08/04/05 04:51pm by bkj
      Comments : JMC: Xeroxing Charges -  105 copies on 08/03/2005

330   08/03/05 XEROX CHA 30.00              4.50                        I
      Fp:0508 | Bth:17528*32 | Inv:141551
      Source   : ASCIIC
      Note     : Read 08/04/05 04:51pm by bkj
      Comments : KS: Xeroxing Charges -  30 copies on 08/03/2005

331   08/03/05 XEROX CHA 35.00              5.25                        I
      Fp:0508 | Bth:17528*33 | Inv:141551
      Source   : ASCIIC
      Note     : Read 08/04/05 04:51pm by bkj
      Comments : CHAD: Xeroxing Charges -  35 copies on 08/03/2005

335   08/03/05 XEROX CHA  2.00              0.30                        I
      Fp:0508 | Bth:17535*14 | Inv:141551
      Comments : KS - 2 PAGES
```

```
INQUIRY : Case     - reference                          10:18am 24 APR 06

Client   : 18019       COUNTY OF KAUAI
Case     : 53519       BEGLEY, MARK N. v. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
337   08/03/05 POSTAGE                       7.90                          I
      Fp:0508 | Bth:17541*19 | Chk: 3/308794,08/09/05 | Inv:141551
      Source   : AP 00,00004210,050805
      Note     : WFH | Payee:U.S. POSTAL SERVIC

336   08/05/05 XEROX CHA344.00              51.60                          I
      Fp:0508 | Bth:17537*25 | Inv:141551
      Source   : ASCIIC
      Note     : Read 08/08/05 11:48am by bkj
      Comments : KS: Xeroxing Charges -  344 copies on 08/05/2005

338   08/09/05 XEROX CHA 40.00               6.00                          I
      Fp:0508 | Bth:17546*13 | Inv:141551
      Source   : ASCIIC
      Note     : Read 08/10/05 09:43am by bkj
      Comments : KS: Xeroxing Charges -  40 copies on 08/09/2005

346   08/09/05 XEROX CHA  4.00               0.60                          I
      Fp:0508 | Bth:17576*2 | Inv:141551
      Comments : KS - 4 PAGES

347   08/18/05 XEROX CHA  2.00               0.30                          I
      Fp:0508 | Bth:17576*15 | Inv:141551
      Comments : KS - 2 PAGES

351   08/22/05 XEROX CHA 12.00               1.80                          I
      Fp:0508 | Bth:17585*52 | Inv:141551
      Source   : ASCIIC
      Note     : Read 08/23/05 01:24pm by bkj
      Comments : KS: Xeroxing Charges -  12 copies on 08/22/2005

363   08/23/05 XEROX CHA  4.00               0.60                          I
      Fp:0508 | Bth:17643*3 | Inv:141551
      Comments : KS - 4 PAGES

357   08/25/05 XEROX CHA  2.00               0.30                          I
      Fp:0508 | Bth:17617*65 | Inv:141551
      Source   : ASCIIC
      Note     : Read 08/26/05 03:23pm by bkj
      Comments : PB: Xeroxing Charges -  2 copies on 08/25/2005

364   09/06/05 XEROX CHA420.00              63.00                          I
      Fp:0509 | Bth:17649*26 | Inv:142055
      Source   : ASCIIC
      Note     : Read 09/08/05 12:48pm by bkj
      Comments : JOHNNY: Xeroxing Charges -  420 copies on 09/06/2005

366   09/08/05 XEROX CHA247.00              37.05                          I
      Fp:0509 | Bth:17657*24 | Inv:142055
      Source   : ASCIIC
```

```
INQUIRY : Case     - reference                              10:18am 24 APR 06

Client   : 18019      COUNTY OF KAUAI
Case     : 53519      BEGLEY, MARK N. v. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Note     : Read 09/09/05 04:42pm by bkj
      Comments : VIRGIL: Xeroxing Charges -  247 copies on 09/08/2005

368   09/09/05 XEROX CHA120.00            18.00                          I
      Fp:0509 | Bth:17660*65 | Inv:142055
      Source   : ASCIIC
      Note     : Read 09/12/05 03:34pm by bkj
      Comments : DKC: Xeroxing Charges -  120 copies on 09/09/2005

369   09/09/05 XEROX CHA 32.00             4.80                          I
      Fp:0509 | Bth:17660*66 | Inv:142055
      Source   : ASCIIC
      Note     : Read 09/12/05 03:34pm by bkj
      Comments : DKC: Xeroxing Charges -  32 copies on 09/09/2005

370   09/09/05 XEROX CHA 34.00             5.10                          I
      Fp:0509 | Bth:17660*67 | Inv:142055
      Source   : ASCIIC
      Note     : Read 09/12/05 03:34pm by bkj
      Comments : DKC: Xeroxing Charges -  34 copies on 09/09/2005

371   09/12/05 XEROX CHA  6.00             0.90                          I
      Fp:0509 | Bth:17664*26 | Inv:142055
      Source   : ASCIIC
      Note     : Read 09/13/05 02:49pm by bkj
      Comments : DKC: Xeroxing Charges -  6 copies on 09/12/2005

382   09/12/05 XEROX CHA 22.00             3.30                          I
      Fp:0509 | Bth:17720*20 | Inv:142055
      Comments : DKC - 22 PAGES

372   09/16/05 XEROX CHA533.00            79.95                          I
      Fp:0509 | Bth:17680*31 | Inv:142055
      Source   : ASCIIC
      Note     : Read 09/19/05 02:59pm by bkj
      Comments : DKC: Xeroxing Charges -  533 copies on 09/16/2005

373   09/19/05 XEROX CHA 68.00            10.20                          I
      Fp:0509 | Bth:17685*22 | Inv:142055
      Source   : ASCIIC
      Note     : Read 09/20/05 02:43pm by bkj
      Comments : DKC: Xeroxing Charges -  68 copies on 09/19/2005

386   10/06/05 XEROX CHA 60.00             9.00                          I
      Fp:0510 | Bth:17737*34 | Inv:142481
      Source   : ASCIIC
      Note     : Read 10/07/05 01:00pm by bkj
      Comments : KS: Xeroxing Charges -  60 copies on 10/06/2005

387   10/12/05 XEROX CHA 30.00             4.50                          I
```

```
INQUIRY : Case     - reference                          10:18am 24 APR 06

Client  : 18019      COUNTY OF KAUAI
Case    : 53519      BEGLEY, MARK N. v. COUNTY OF K       Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Fp:0510 | Bth:17745*34 | Inv:142481
      Source   : ASCIIC
      Note     : Read 10/13/05 03:14pm by bkj
      Comments : KS: Xeroxing Charges -  30 copies on 10/12/2005

392   10/24/05 FAX CHARG                0.60                             I
      Fp:0510 | Bth:17774*35 | Inv:142481
      Source   : ASCIIC
      Note     : Read 10/25/05 02:41pm by bkj
      Comments : KS: Fax Charges: On 10/24/2005 to 5504996. Pages= 3 OrigAmt=
                  .6 Toll= 0 Dur= 1.866667min.

393   10/24/05 XEROX CHA  2.00          0.30                             I
      Fp:0510 | Bth:17774*36 | Inv:142481
      Source   : ASCIIC
      Note     : Read 10/25/05 02:41pm by bkj
      Comments : KS: Xeroxing Charges -  2 copies on 10/24/2005

394   10/24/05 FAX CHARG                0.60                             I
      Fp:0510 | Bth:17774*37 | Inv:142481
      Source   : ASCIIC
      Note     : Read 10/25/05 02:41pm by bkj
      Comments : KS: Fax Charges: On 10/24/2005 to 5318628. Pages= 3 OrigAmt=
                  .6 Toll= 0 Dur= 1.533333min.

395   10/24/05 FAX CHARG                0.60                             I
      Fp:0510 | Bth:17774*38 | Inv:142481
      Source   : ASCIIC
      Note     : Read 10/25/05 02:41pm by bkj
      Comments : KS: Fax Charges: On 10/24/2005 to 5448399. Pages= 3 OrigAmt=
                  .6 Toll= 0 Dur= 2.016667min.

396   10/24/05 FAX CHARG                1.38                             I
      Fp:0510 | Bth:17774*39 | Inv:142481
      Source   : ASCIIC
      Note     : Read 10/25/05 02:41pm by bkj
      Comments : KS: Fax Charges: On 10/24/2005 to 18082416319. Pages= 3
                 OrigAmt= .6 Toll= .78 Dur= 2.066667min.

415   12/08/05 XEROX CHA  7.00          1.05                             I
      Fp:0512 | Bth:17904*14 | Inv:143813
      Source   : ASCIIC
      Note     : Read 12/09/05 03:42pm by bkj
      Comments : KS: Xeroxing Charges -  7 copies on 12/08/2005

416   12/13/05 XEROX CHA 14.00          2.10                             I
      Fp:0512 | Bth:17920*29 | Inv:143813
      Source   : ASCIIC
      Note     : Read 12/15/05 12:55pm by bkj
      Comments : ET: Xeroxing Charges -  14 copies on 12/13/2005
```

```
INQUIRY : Case      - reference                          10:18am 24 APR 06

Client   : 18019     COUNTY OF KAUAI
Case     : 53519     BEGLEY, MARK N. v. COUNTY OF K          Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S

425   01/06/06 XEROX CHA  3.00          0.45    3.00   0.10       0.30 I
      Fp:0601 | Bth:17980*80 | Inv:144796
      Source   : ASCIIC
      Note     : Read 01/10/06 01:18pm by bkj
      Comments : KS: Xeroxing Charges -  3 copies on 01/06/2006

426   01/06/06 FAX CHARG                0.40                           I
      Fp:0601 | Bth:17980*81 | Inv:144796
      Source   : ASCIIC
      Note     : Read 01/10/06 01:18pm by bkj
      Comments : KS: Fax Charges: On 01/06/2006 to 5504996. Pages= 2 OrigAmt=
                 .4 Toll= 0 Dur= 1.433333min.

427   01/06/06 FAX CHARG                0.92                           I
      Fp:0601 | Bth:17980*82 | Inv:144796
      Source   : ASCIIC
      Note     : Read 01/10/06 01:18pm by bkj
      Comments : KS: Fax Charges: On 01/06/2006 to 18086320724. Pages= 2
                 OrigAmt= .4 Toll= .52 Dur= 1.2min.

428   01/06/06 FAX CHARG                0.40                           I
      Fp:0601 | Bth:17980*83 | Inv:144796
      Source   : ASCIIC
      Note     : Read 01/10/06 01:18pm by bkj
      Comments : KS: Fax Charges: On 01/06/2006 to 5318628. Pages= 2 OrigAmt=
                 .4 Toll= 0 Dur= 1.25min.

429   01/06/06 FAX CHARG                0.40                           I
      Fp:0601 | Bth:17980*84 | Inv:144796
      Source   : ASCIIC
      Note     : Read 01/10/06 01:18pm by bkj
      Comments : KS: Fax Charges: On 01/06/2006 to 5448399. Pages= 2 OrigAmt=
                 .4 Toll= 0 Dur= 1.6min.

430   01/06/06 FAX CHARG                0.40                           I
      Fp:0601 | Bth:17980*85 | Inv:144796
      Source   : ASCIIC
      Note     : Read 01/10/06 01:18pm by bkj
      Comments : KS: Fax Charges: On 01/06/2006 to 5411181. Pages= 2 OrigAmt=
                 .4 Toll= 0 Dur= 1.666667min.
```