IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK N. BEGLEY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, GEORGE FREITAS, MARTIN W. CURNAN, and DAVID NAWAI,<br><br>Defendants. | CIVIL NO. 03-00162 DAE KSC<br><br>DECLARATION OF DAVID J. MINKIN |

DECLARATION OF DAVID J. MINKIN

1. I am an attorney with the law firm of McCorriston Miller Mukai MacKinnon LLP ("Law Firm"), attorneys for Defendant County of Kauai ("Defendant County") in this action.

2. I submit this declaration in support of Defendant County's Bill of Costs.

3. Unless otherwise indicated, all statements made herein are based on my personal knowledge.

4. Attached hereto as Exhibit "A" is a true and correct copy of a report generated by the accounting department of the Law Firm reflecting the itemized costs in this case.

5. The parties have conferred regarding the award of costs and have agreed that the Bill of Costs shall be filed with the Court, with the Court to determine the appropriate award.

6. The in-house copying costs of $1,104.90 reflect only the cost of copying documents to be submitted to the Court in this matter and concurrently served upon counsel for other parties and for copying documents obtained in discovery. Photocopies were charged at $.15 per page. The figure does not reflect copies of cases or other research material, the copies of filings provided to our clients, or copies made for internal use. For this reason, the costs requested are less than the actual total costs shown on Exhibit "A."

7. Other copying costs of $70.19 reflect the actual cost charged by commercial copiers, opposing counsel's office or the Court for copying medical records, other discovery documents and records necessarily obtained for use in this case.

8. A true and correct copy of the Bill of Costs filed concurrently herewith is attached hereto as Exhibit "B". I declare that the costs claimed therein

are correctly stated, were actually and necessarily incurred, and are allowable by law.

I declare under penalty of perjury that the foregoing is true and correct/

Executed this 26th day of April, 2006 at Honolulu, Hawaii.

DAVID J. MINKIN