```
INQUIRY : Case     - reference                          10:18am 24 APR 06

Client   : 18019       COUNTY OF KAUAI
Case     : 53519       BEGLEY, MARK N. v. COUNTY OF K         Status : Active

Action type     : All cost
Summary... .....Time .........Fees .....Cost.adv ....Cost.inc ........Total
Billed                                    726.25     1,387.88      2,114.13
..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
31     08/14/03 OUTER-ISL                 168.00                          I
       Fp:0309 | Bth:15209*2 | Inv:128351
       Comments : TWO ALOHA AIRLINES INTER-ISLAND COUPONS FOR DJM TO ATTEND
                  HEARING

28     09/10/03 XEROX CHA  1.00             0.15                          I
       Fp:0309 | Bth:15176*143 | Inv:128351
       Source   : ASCIIC
       Note     : Read 09/11/03 08:22am by lmw
       Comments : RR: Xeroxing Charges -  1 copies on 09/10/2003

29     09/10/03 FAX CHARG                   0.40                          I
       Fp:0309 | Bth:15176*144 | Inv:128351
       Source   : ASCIIC
       Note     : Read 09/11/03 08:22am by lmw
       Comments : RR: Fax Charges: On 09/10/2003 to 5504996. Pages= 2 OrigAmt=
                  .4 Toll= 0 Dur= .9166667min.

30     09/10/03 XEROX CHA  3.00             0.45                          I
       Fp:0309 | Bth:15176*145 | Inv:128351
       Source   : ASCIIC
       Note     : Read 09/11/03 08:22am by lmw
       Comments : JMC: Xeroxing Charges -  3 copies on 09/10/2003

32     09/24/03 REPORTS/P                  43.69                          I
       Fp:0309 | Bth:15224*5 | Chk: 2/089381,10/16/03 | Inv:128351
       Source   : AP 00,00001574,410824 | Payee:PROFESSIONAL IMAGE
       Comments : FILE COPIES

33     09/30/03 XEROX CHA 54.00             8.10                          I
       Fp:0309 | Bth:15226*114 | Inv:128351
       Source   : ASCIIC
       Note     : Read 10/01/03 08:39am by lmw
       Comments : RR: Xeroxing Charges -  54 copies on 09/30/2003

54     10/01/03 XEROX CHA 33.00             4.95                          I
       Fp:0310 | Bth:15245*109 | Inv:128351
       Source   : ASCIIC
       Note     : Read 10/06/03 09:43am by rt
       Comments : TR: Xeroxing Charges -  33 copies on 10/01/2003

56     10/06/03 REPORTS/P                  13.60                          I
       Fp:0310 | Bth:15312*25 | Chk: 2/089548,10/31/03 | Inv:128351
       Source   : AP 00,00005860,031006 | Payee:LAW OFFICES OF CHR
       Comments : COPY OF MEDICAL RECORDS FROM QUEEN'S MEDICAL CENTER

55     10/07/03 REPORTS/P                   5.20                          I
```

EXHIBIT "A"

```
INQUIRY : Case     - reference                          10:18am 24 APR 06

Client  : 18019      COUNTY OF KAUAI
Case    : 53519      BEGLEY, MARK N. v. COUNTY OF K       Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Fp:0310 | Bth:15312*24 | Chk: 2/089548,10/31/03 | Inv:128351
      Source   : AP 00,00005860,031007 | Payee:LAW OFFICES OF CHR
      Comments : COPY OF MEDICAL RECORDS AND BILLS FROM KAUAI MEDICAL CLINIC

57    10/24/03 REPORTS/P                   4.20                           I
      Fp:0310 | Bth:15324*6 | Chk: 2/089548,10/31/03 | Inv:128351
      Source   : AP 00,00005860,031024 | Payee:LAW OFFICES OF CHR
      Comments : COPY OF MEDICAL RECORDS FROM WILCOX MEMORIAL HOSPITAL

76    10/24/03 LONG DIST                   0.95                           I
      Fp:0312 | Bth:15440*205 | Inv:128960
      Source   : ASCIIC
      Note     : Read 12/12/03 08:13am by jds
      Comments : DJM: Long Distance Charges: On 10/24/2003 to 8086320723
                 Toll: .95 Dur.: 7min. at 14:15

77    10/24/03 LONG DIST                   0.83                           I
      Fp:0312 | Bth:15440*206 | Inv:128960
      Source   : ASCIIC
      Note     : Read 12/12/03 08:13am by jds
      Comments : DJM: Long Distance Charges: On 10/24/2003 to 8082416315
                 Toll: .83 Dur.: 6min. at 14:22

69    10/31/03 TRAVEL EX                   9.00                           I
      Fp:0311 | Bth:15367*28 | Chk: 2/089715,11/18/03 | Inv:128351
      Source   : AP 00,00003011,031031 | Payee:DAVID J. MINKIN
      Comments : D.MINKIN PARKING

68    11/05/03 XEROX CHA  2.00             0.30                           I
      Fp:0311 | Bth:15347*94 | Inv:128960
      Source   : ASCIIC
      Note     : Read 11/07/03 01:26pm by jds
      Comments : IC: Xeroxing Charges -  2 copies on 11/05/2003

78    11/06/03 LONG DIST                   0.08                           I
      Fp:0312 | Bth:15440*207 | Inv:128960
      Source   : ASCIIC
      Note     : Read 12/12/03 08:13am by jds
      Comments : DJM: Long Distance Charges: On 11/06/2003 to 8086510102
                 Toll: .08 Dur.: 1min. at 10:22

79    11/14/03 LONG DIST                   0.77                           I
      Fp:0312 | Bth:15440*208 | Inv:128960
      Source   : ASCIIC
      Note     : Read 12/12/03 08:13am by jds
      Comments : DJM: Long Distance Charges: On 11/14/2003 to 8086320723
                 Toll: .77 Dur.: 6min. at 13:08

80    11/14/03 LONG DIST                   0.08                           I
      Fp:0312 | Bth:15440*209 | Inv:128960
```

```
INQUIRY : Case      - reference                          10:18am 24 APR 06

Client   : 18019      COUNTY OF KAUAI
Case     : 53519      BEGLEY, MARK N. v. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Source   : ASCIIC
      Note     : Read 12/12/03 08:13am by jds
      Comments : DJM: Long Distance Charges: On 11/14/2003 to 8082416842
                 Toll: .08 Dur.: 1min. at 13:14

81    11/14/03 LONG DIST                  2.51                          I
      Fp:0312 | Bth:15440*210 | Inv:128960
      Source   : ASCIIC
      Note     : Read 12/12/03 08:13am by jds
      Comments : DJM: Long Distance Charges: On 11/14/2003 to 8082454094
                 Toll: 2.51 Dur.: 17min. at 15:13

82    11/14/03 LONG DIST                  0.56                          I
      Fp:0312 | Bth:15440*211 | Inv:128960
      Source   : ASCIIC
      Note     : Read 12/12/03 08:13am by jds
      Comments : DJM: Long Distance Charges: On 11/14/2003 to 8082416842
                 Toll: .56 Dur.: 4min. at 15:58

83    11/17/03 LONG DIST                  1.79                          I
      Fp:0312 | Bth:15440*212 | Inv:128960
      Source   : ASCIIC
      Note     : Read 12/12/03 08:13am by jds
      Comments : DJM: Long Distance Charges: On 11/17/2003 to 8082416846
                 Toll: 1.79 Dur.: 12min. at 10:29

84    11/24/03 LONG DIST                  0.08                          I
      Fp:0312 | Bth:15440*213 | Inv:128960
      Source   : ASCIIC
      Note     : Read 12/12/03 08:13am by jds
      Comments : DJM: Long Distance Charges: On 11/24/2003 to 8082416846
                 Toll: .08 Dur.: 1min. at 11:52

85    11/25/03 LONG DIST                  0.95                          I
      Fp:0312 | Bth:15440*214 | Inv:128960
      Source   : ASCIIC
      Note     : Read 12/12/03 08:13am by jds
      Comments : DJM: Long Distance Charges: On 11/25/2003 to 8086524094
                 Toll: .95 Dur.: 7min. at 13:30

86    11/25/03 LONG DIST                  0.38                          I
      Fp:0312 | Bth:15440*215 | Inv:128960
      Source   : ASCIIC
      Note     : Read 12/12/03 08:13am by jds
      Comments : DJM: Long Distance Charges: On 11/25/2003 to 8087422250
                 Toll: .38 Dur.: 3min. at 13:38

87    12/01/03 LONG DIST                  0.93                          I
      Fp:0312 | Bth:15440*216 | Inv:129242
      Source   : ASCIIC
```

```
INQUIRY : Case     - reference                          10:18am 24 APR 06

Client  : 18019      COUNTY OF KAUAI
Case    : 53519      BEGLEY, MARK N. v. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Note      : Read 12/12/03 08:13am by jds
      Comments : DJM: Long Distance Charges: On 12/01/2003 to 8082454094
                 Toll: .93 Dur.: 7min. at 15:29

88    12/03/03 LONG DIST                       1.46                        I
      Fp:0312 | Bth:15440*217 | Inv:129242
      Source    : ASCIIC
      Note      : Read 12/12/03 08:13am by jds
      Comments : DJM: Long Distance Charges: On 12/03/2003 to 8082416846
                 Toll: 1.46 Dur.: 10min. at 16:13

89    12/03/03 LONG DIST                       1.04                        I
      Fp:0312 | Bth:15440*218 | Inv:129242
      Source    : ASCIIC
      Note      : Read 12/12/03 08:13am by jds
      Comments : DJM: Long Distance Charges: On 12/03/2003 to 8082416842
                 Toll: 1.04 Dur.: 7min. at 16:24

90    12/04/03 LONG DIST                       1.74                        I
      Fp:0312 | Bth:15440*219 | Inv:129242
      Source    : ASCIIC
      Note      : Read 12/12/03 08:13am by jds
      Comments : DJM: Long Distance Charges: On 12/04/2003 to 8082454094
                 Toll: 1.74 Dur.: 12min. at 10:11

91    12/04/03 LONG DIST                       1.52                        I
      Fp:0312 | Bth:15440*220 | Inv:129242
      Source    : ASCIIC
      Note      : Read 12/12/03 08:13am by jds
      Comments : DJM: Long Distance Charges: On 12/04/2003 to 8082416845
                 Toll: 1.52 Dur.: 11min. at 11:15

75    12/10/03 XEROX CHA 42.00                 6.30                        I
      Fp:0312 | Bth:15436*206 | Inv:129242
      Source    : ASCIIC
      Note      : Read 12/11/03 08:22am by jds
      Comments : TR: Xeroxing Charges -  42 copies on 12/10/2003

104   02/09/04 REFUND CR                      87.40                        I
      Fp:0402 | Bth:15577*9 | Chk: 2/090755,02/09/04 | Inv:129633
      Source    : AP 00,00001993,090755 | Payee:COUNTY OF KAUAI
      Comments : REFUND OF DOUBLE-PAYMENT

105   02/10/04 XEROX CHA  8.00                 1.20                        I
      Fp:0402 | Bth:15587*89 | Inv:130704
      Source    : ASCIIC
      Note      : Read 02/11/04 08:38am by jds
      Comments : RR: Xeroxing Charges -  8 copies on 02/10/2004

107   02/17/04 XEROX CHA  8.00                 1.20                        I
```

```
INQUIRY : Case     - reference                           10:18am 24 APR 06

Client  : 18019      COUNTY OF KAUAI
Case    : 53519      BEGLEY, MARK N. v. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Fp:0402 | Bth:15608*10 | Inv:130704
      Comments : RR - 8 PAGES

112   03/18/04 FAX CHARG                  5.40                          I
      Fp:0403 | Bth:15688*58 | Inv:131250
      Source   : ASCIIC
      Note     : Read 03/22/04 09:09am by jds
      Comments : RR: Fax Charges: On 03/18/2004 to 5448399. Pages= 27
                 OrigAmt= 5.4 Toll= 0 Dur= 10.21667min.

113   03/19/04 XEROX CHA  4.00            0.60                          I
      Fp:0403 | Bth:15695*68 | Inv:131250
      Source   : ASCIIC
      Note     : Read 03/23/04 08:41am by jds
      Comments : RR: Xeroxing Charges -  4 copies on 03/19/2004

114   03/23/04 FAX CHARG                 10.34                          I
      Fp:0403 | Bth:15705*65 | Inv:131250
      Source   : ASCIIC
      Note     : Read 03/24/04 08:35am by jds
      Comments : RR: Fax Charges: On 03/23/2004 to 18082416319. Pages= 27
                 OrigAmt= 5.4 Toll= 4.94 Dur= 18.03333min.

115   03/23/04 XEROX CHA 28.00            4.20                          I
      Fp:0403 | Bth:15705*66 | Inv:131250
      Source   : ASCIIC
      Note     : Read 03/24/04 08:35am by jds
      Comments : RR: Xeroxing Charges -  28 copies on 03/23/2004

117   03/30/04 FAX CHARG                  1.32                          I
      Fp:0403 | Bth:15727*122 | Inv:131250
      Source   : ASCIIC
      Note     : Read 04/01/04 08:26am by jds
      Comments : DJM: Fax Charges: On 03/30/2004 to 18082416319. Pages= 4
                 OrigAmt= .8 Toll= .52 Dur= 1.083333min.

131   04/15/04 TRAVEL EX                158.00                          I
      Fp:0405 | Bth:15980*13 | Chk: 3/300411,05/31/04 | Inv:131889
      Source   : AP 00,00003011,040415 | Payee:DAVID J. MINKIN
      Comments : D.MINKIN ALOHA AIRLINES AIRFARE TO KAUAI ON 4/15/04 FOR
                 KAUAI COUNCIL MEETING

122   04/20/04 XEROX CHA112.00           16.80                          I
      Fp:0404 | Bth:15838*94 | Inv:131889
      Source   : ASCIIC
      Note     : Read 04/21/04 08:26am by jds
      Comments : KS: Xeroxing Charges -  112 copies on 04/20/2004

130   05/25/04 REPORTS/P                  3.50                          I
      Fp:0405 | Bth:15970*5 | Chk: 3/300399,05/31/04 | Inv:132374
```

```
INQUIRY : Case     - reference                              10:18am 24 APR 06

Client   : 18019      COUNTY OF KAUAI
Case     : 53519      BEGLEY, MARK N. v. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
         Source   : AP 00,00002804,040525A | Payee:PETTY CASH
         Comments : COPY OF AMENDED RULE 16 SCHEDULING ORDER FILED ON 5/6/04

137    06/10/04 XEROX CHA 10.00             1.50                          I
       Fp:0406 | Bth:16050*12 | Inv:133006
       Comments : RR - 10 PAGES

154    07/16/04 XEROX CHA 12.00             1.80                          I
       Fp:0408 | Bth:16164*22 | Inv:133482
       Source   : ASCIIC
       Note     : Transferred from: 18019*52343*4
       Comments : KS: Xeroxing Charges -  12 copies on 07/16/2004

146    07/27/04 XEROX CHA  2.00             0.30                          I
       Fp:0407 | Bth:16216*12 | Inv:133482
       Comments : KS - 2 PAGES

145    07/28/04 XEROX CHA128.00            19.20                          I
       Fp:0407 | Bth:16212*68 | Inv:133482
       Source   : ASCIIC
       Note     : Read 07/29/04 02:15pm by bkj
       Comments : KS: Xeroxing Charges -  128 copies on 07/28/2004

152    08/10/04 XEROX CHA128.00            19.20                          I
       Fp:0408 | Bth:16258*69 | Inv:134170
       Source   : ASCIIC
       Note     : Read 08/11/04 09:57am by bkj
       Comments : JOHNNY: Xeroxing Charges -  128 copies on 08/10/2004

153    08/10/04 XEROX CHA  2.00             0.30                          I
       Fp:0408 | Bth:16264*7 | Inv:134170
       Comments : KS - 2 PAGES

168    10/01/04 XEROX CHA 36.00             5.40                          I
       Fp:0410 | Bth:16465*47 | Inv:135569
       Source   : ASCIIC
       Note     : Read 10/06/04 03:10pm by bkj
       Comments : KS: Xeroxing Charges -  36 copies on 10/01/2004

169    10/28/04 LONG DIST                   0.10                          I
       Fp:0410 | Bth:16563*22 | Inv:135569
       Source   : ASCIIC
       Note     : Read 10/29/04 03:14pm by bkj
       Comments : KS: Long Distance Charges: On 10/28/2004 to 8086355713 Toll:
                  .1 Dur.: 1min. at 11:58

170    10/28/04 LONG DIST                   0.10                          I
       Fp:0410 | Bth:16563*23 | Inv:135569
       Source   : ASCIIC
       Note     : Read 10/29/04 03:14pm by bkj
```

```
INQUIRY : Case     - reference                          10:18am 24 APR 06

Client  : 18019      COUNTY OF KAUAI
Case    : 53519      BEGLEY, MARK N. v. COUNTY OF K       Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Comments : KS: Long Distance Charges: On 10/28/2004 to 8086355713 Toll:
                 .1 Dur.: 1min. at 14:11

171   10/28/04 FAX CHARG                  0.20                           I
      Fp:0410 | Bth:16563*24 | Inv:135569
      Source   : ASCIIC
      Note     : Read 10/29/04 03:14pm by bkj
      Comments : KS: Fax Charges: On 10/28/2004 to 5504996. Pages= 1 OrigAmt=
                 .2 Toll= 0 Dur= .9833333min.

172   10/28/04 FAX CHARG                  0.20                           I
      Fp:0410 | Bth:16563*25 | Inv:135569
      Source   : ASCIIC
      Note     : Read 10/29/04 03:14pm by bkj
      Comments : KS: Fax Charges: On 10/28/2004 to 5448399. Pages= 1 OrigAmt=
                 .2 Toll= 0 Dur= .95min.

173   10/28/04 FAX CHARG                  0.20                           I
      Fp:0410 | Bth:16563*26 | Inv:135569
      Source   : ASCIIC
      Note     : Read 10/29/04 03:14pm by bkj
      Comments : KS: Fax Charges: On 10/28/2004 to 5318628. Pages= 1 OrigAmt=
                 .2 Toll= 0 Dur= .85min.

174   10/28/04 FAX CHARG                  0.20                           I
      Fp:0410 | Bth:16563*27 | Inv:135569
      Source   : ASCIIC
      Note     : Read 10/29/04 03:14pm by bkj
      Comments : KS: Fax Charges: On 10/28/2004 to 5411181. Pages= 1 OrigAmt=
                 .2 Toll= 0 Dur= 1.116667min.

175   10/28/04 XEROX CHA  2.00            0.30                           I
      Fp:0410 | Bth:16563*28 | Inv:135569
      Source   : ASCIIC
      Note     : Read 10/29/04 03:14pm by bkj
      Comments : KS: Xeroxing Charges -  2 copies on 10/28/2004

184   10/28/04 XEROX CHA  2.00            0.30                           I
      Fp:0411 | Bth:16596*1 | Inv:135569
      Comments : KS - 2 PAGES

219   11/01/04 LONG DIST                  0.12                           I
      Fp:0502 | Bth:16854*133 | Inv:137865
      Source   : ASCIIC
      Note     : Read 02/04/05 03:34pm by bkj
      Comments : DJM: Long Distance Charges: On 11/01/2004 to 8082416842
                 Toll: .12 Dur.: 1min. at 16:34

220   11/03/04 LONG DIST                  3.90                           I
      Fp:0502 | Bth:16854*134 | Inv:137865
```

```
INQUIRY : Case     - reference                            10:18am 24 APR 06

Client  : 18019      COUNTY OF KAUAI
Case    : 53519      BEGLEY, MARK N. v. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Source   : ASCIIC
      Note     : Read 02/04/05 03:34pm by bkj
      Comments : DJM: Long Distance Charges: On 11/03/2004 to 8082416842
                 Toll: 3.9 Dur.: 20min. at 12:05

221   11/04/04 LONG DIST                  0.14                              I
      Fp:0502 | Bth:16854*135 | Inv:137865
      Source   : ASCIIC
      Note     : Read 02/04/05 03:34pm by bkj
      Comments : DJM: Long Distance Charges: On 11/04/2004 to 8082416315
                 Toll: .14 Dur.: 1min. at 09:56

222   11/05/04 LONG DIST                  0.70                              I
      Fp:0502 | Bth:16854*136 | Inv:137865
      Source   : ASCIIC
      Note     : Read 02/04/05 03:34pm by bkj
      Comments : DJM: Long Distance Charges: On 11/05/2004 to 8082416845
                 Toll: .7 Dur.: 4min. at 15:30

186   11/08/04 XEROX CHA  8.00            1.20                              I
      Fp:0411 | Bth:16604*46 | Inv:136210
      Source   : ASCIIC
      Note     : Read 11/09/04 01:58pm by bkj
      Comments : KS: Xeroxing Charges -  8 copies on 11/08/2004

223   11/18/04 LONG DIST                  0.86                              I
      Fp:0502 | Bth:16854*137 | Inv:137865
      Source   : ASCIIC
      Note     : Read 02/04/05 03:34pm by bkj
      Comments : DJM: Long Distance Charges: On 11/18/2004 to 8082416842
                 Toll: .86 Dur.: 5min. at 16:50

224   11/24/04 LONG DIST                  2.07                              I
      Fp:0502 | Bth:16854*138 | Inv:137865
      Source   : ASCIIC
      Note     : Read 02/04/05 03:34pm by bkj
      Comments : DJM: Long Distance Charges: On 11/24/2004 to 8082416846
                 Toll: 2.07 Dur.: 11min. at 13:40

225   11/24/04 LONG DIST                  0.14                              I
      Fp:0502 | Bth:16854*139 | Inv:137865
      Source   : ASCIIC
      Note     : Read 02/04/05 03:34pm by bkj
      Comments : DJM: Long Distance Charges: On 11/24/2004 to 8082416843
                 Toll: .14 Dur.: 1min. at 16:30

226   11/26/04 LONG DIST                  0.10                              I
      Fp:0502 | Bth:16854*140 | Inv:137865
      Source   : ASCIIC
      Note     : Read 02/04/05 03:34pm by bkj
```

```
INQUIRY : Case     - reference                          10:18am 24 APR 06

Client  : 18019      COUNTY OF KAUAI
Case    : 53519      BEGLEY, MARK N. v. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Comments : DJM: Long Distance Charges: On 11/26/2004 to 8082416843
                 Toll: .1 Dur.: 1min. at 13:53

227   11/29/04 LONG DIST                        0.57                       I
      Fp:0502 | Bth:16854*141 | Inv:137865
      Source   : ASCIIC
      Note     : Read 02/04/05 03:34pm by bkj
      Comments : DJM: Long Distance Charges: On 11/29/2004 to 8082416843
                 Toll: .57 Dur.: 3min. at 10:36

228   12/03/04 LONG DIST                        0.16                       I
      Fp:0502 | Bth:16854*142 | Inv:137865
      Source   : ASCIIC
      Note     : Read 02/04/05 03:34pm by bkj
      Comments : DJM: Long Distance Charges: On 12/03/2004 to 8082416847
                 Toll: .16 Dur.: 1min. at 12:38

229   12/17/04 LONG DIST                        0.43                       I
      Fp:0502 | Bth:16854*143 | Inv:137865
      Source   : ASCIIC
      Note     : Read 02/04/05 03:34pm by bkj
      Comments : DJM: Long Distance Charges: On 12/17/2004 to 8082416842
                 Toll: .43 Dur.: 3min. at 16:24

230   12/20/04 LONG DIST                        0.86                       I
      Fp:0502 | Bth:16854*144 | Inv:137865
      Source   : ASCIIC
      Note     : Read 02/04/05 03:34pm by bkj
      Comments : DJM: Long Distance Charges: On 12/20/2004 to 8082416846
                 Toll: .86 Dur.: 5min. at 14:35

199   01/05/05 XEROX CHA 64.00                  9.60                       I
      Fp:0501 | Bth:16769*29 | Inv:137865
      Source   : ASCIIC
      Note     : Read 01/10/05 09:41am by bkj
      Comments : KS: Xeroxing Charges -  64 copies on 01/05/2005

200   01/06/05 XEROX CHA 16.00                  2.40                       I
      Fp:0501 | Bth:16770*30 | Inv:137865
      Source   : ASCIIC
      Note     : Read 01/10/05 09:41am by bkj
      Comments : KS: Xeroxing Charges -  16 copies on 01/06/2005

204   01/06/05 POSTAGE                          3.00                       I
      Fp:0501 | Bth:16778*31 | Chk: 3/303335,01/26/05 | Inv:137865
      Source   : AP 00,00004210,050106
      Note     : DJM | Payee:U.S. POSTAL SERVIC

205   01/07/05 XEROX CHA  4.00                  0.60                       I
      Fp:0501 | Bth:16827*4 | Inv:137865
```

```
INQUIRY : Case     - reference                          10:18am 24 APR 06

Client  : 18019      COUNTY OF KAUAI
Case    : 53519      BEGLEY, MARK N. v. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Comments : KS - 4 PAGES

259   01/18/05 TRAVEL EX                 76.20                            I
      Fp:0504 | Bth:17104*4 | Chk: 3/307446,04/12/05 | Inv:138515
      Source   : AP 00,00003011,2152766130 | Payee:DAVID J. MINKIN
      Comments : D.MINKIN ALOHA AIRLINES AIRFARE FOR TRIP TO KAUAI ON
                 1/18/05

260   01/18/05 TRAVEL EX                  7.50                            I
      Fp:0504 | Bth:17104*6 | Chk: 3/307446,04/12/05 | Inv:138515
      Source   : AP 00,00003011,2152769468 | Payee:DAVID J. MINKIN
      Comments : D.MINKIN SERVICE FEE FOR TRIP ON ALOHA AIRLINES TO KAUAI ON
                 1/18/05

232   01/19/05 TRAVEL EX                 19.34                            I
      Fp:0502 | Bth:16873*6 | Chk: 3/303576,02/11/05 | Inv:137865
      Source   : AP 00,00002870,2006050119ARAC | Payee:AMERICAN EXPRESS -
      Comments : D.MINKIN AVIS CAR RENTAL WHILE ATTENDING TRIP TO KAUAI ON
                 1/18/05

231   02/01/05 XEROX CHA  8.00            1.20                            I
      Fp:0502 | Bth:16856*2 | Inv:137865
      Comments : KS - 8 PAGES

233   02/11/05 XEROX CHA 20.00            3.00                            I
      Fp:0502 | Bth:16886*32 | Inv:137865
      Source   : ASCIIC
      Note     : Read 02/14/05 05:11pm by bkj
      Comments : DJM: Xeroxing Charges -  20 copies on 02/11/2005

236   02/22/05 XEROX CHA062.00          159.30                            I
      Fp:0502 | Bth:16912*22 | Inv:137865
      Source   : ASCIIC
      Note     : Read 02/23/05 01:21pm by bkj
      Comments : PB: Xeroxing Charges -  1062 copies on 02/22/2005

239   02/22/05 XEROX CHA582.00          203.70                            I
      Fp:0502 | Bth:16923*1 | Inv:137865
      Comments : PB - 582 PAGES-PAGINATED COPIES

237   02/23/05 XEROX CHA840.00          126.00                            I
      Fp:0502 | Bth:16915*26 | Inv:137865
      Source   : ASCIIC
      Note     : Read 02/24/05 01:04pm by bkj
      Comments : PB: Xeroxing Charges -  840 copies on 02/23/2005

251   03/09/05 XEROX CHA  2.00            0.30                            I
      Fp:0503 | Bth:16985*10 | Inv:138515
      Comments : KS - 2 PAGES
```

```
INQUIRY : Case     - reference                              10:18am 24 APR 06

Client  : 18019       COUNTY OF KAUAI
Case    : 53519       BEGLEY, MARK N. v. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
252    03/17/05 FAX CHARG                    2.20                         I
       Fp:0503 | Bth:17006*29 | Inv:138515
       Source   : ASCIIC
       Note     : Read 03/18/05 02:50pm by bkj
       Comments : KS: Fax Charges: On 03/17/2005 to 5504996. Pages= 11
                  OrigAmt= 2.2 Toll= 0 Dur= 5.9min.

253    03/17/05 FAX CHARG                    2.20                         I
       Fp:0503 | Bth:17006*30 | Inv:138515
       Source   : ASCIIC
       Note     : Read 03/18/05 02:50pm by bkj
       Comments : KS: Fax Charges: On 03/17/2005 to 5448399. Pages= 11
                  OrigAmt= 2.2 Toll= 0 Dur= 4.816667min.

254    03/17/05 XEROX CHA 22.00              3.30                         I
       Fp:0503 | Bth:17006*31 | Inv:138515
       Source   : ASCIIC
       Note     : Read 03/18/05 02:50pm by bkj
       Comments : KS: Xeroxing Charges -  22 copies on 03/17/2005

255    03/17/05 FAX CHARG                    2.20                         I
       Fp:0503 | Bth:17006*32 | Inv:138515
       Source   : ASCIIC
       Note     : Read 03/18/05 02:50pm by bkj
       Comments : KS: Fax Charges: On 03/17/2005 to 5318628. Pages= 11
                  OrigAmt= 2.2 Toll= 0 Dur= 4min.

263    04/20/05 XEROX CHA  3.00              0.45                         I
       Fp:0504 | Bth:17153*40 | Inv:139236
       Source   : ASCIIC
       Note     : Read 04/21/05 03:22pm by bkj
       Comments : KS: Xeroxing Charges -  3 copies on 04/20/2005

268    05/26/05 XEROX CHA 12.00              1.80                         I
       Fp:0505 | Bth:17279*28 | Inv:139756
       Source   : ASCIIC
       Note     : Read 05/27/05 02:39pm by bkj
       Comments : KS: Xeroxing Charges -  12 copies on 05/26/2005

274    05/31/05 XEROX CHA 26.00              3.90                         I
       Fp:0505 | Bth:17294*22 | Inv:139756
       Source   : ASCIIC
       Note     : Read 06/01/05 02:52pm by bkj
       Comments : WFH: Xeroxing Charges -  26 copies on 05/31/2005

275    05/31/05 XEROX CHA 64.00              9.60                         I
       Fp:0505 | Bth:17294*23 | Inv:139756
       Source   : ASCIIC
       Note     : Read 06/01/05 02:52pm by bkj
       Comments : WFH: Xeroxing Charges -  64 copies on 05/31/2005
```

```
INQUIRY : Case      - reference                          10:18am 24 APR 06

Client  : 18019     COUNTY OF KAUAI
Case    : 53519     BEGLEY, MARK N. v. COUNTY OF K       Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S

276    05/31/05 XEROX CHA 22.00             3.30                          I
       Fp:0505 | Bth:17294*24 | Inv:139756
       Source   : ASCIIC
       Note     : Read 06/01/05 02:52pm by bkj
       Comments : WFH: Xeroxing Charges -  22 copies on 05/31/2005

277    05/31/05 XEROX CHA 40.00             6.00                          I
       Fp:0505 | Bth:17294*25 | Inv:139756
       Source   : ASCIIC
       Note     : Read 06/01/05 02:52pm by bkj
       Comments : KS: Xeroxing Charges -  40 copies on 05/31/2005

283    06/13/05 XEROX CHA 10.00             1.50                          I
       Fp:0506 | Bth:17335*47 | Inv:140363
       Source   : ASCIIC
       Note     : Read 06/14/05 04:31pm by bkj
       Comments : KS: Xeroxing Charges -  10 copies on 06/13/2005

286    06/20/05 XEROX CHA  2.00             0.30                          I
       Fp:0506 | Bth:17359*16 | Inv:140363
       Comments : KS - 2 PAGES

287    06/21/05 XEROX CHA  4.00             0.60                          I
       Fp:0506 | Bth:17379*1 | Inv:140363
       Comments : KS - 4 PAGES

288    06/23/05 DEPOSITIO                 287.72                          I
       Fp:0506 | Bth:17382*5 | Chk: 3/308327,06/28/05 | Inv:140363
       Source   : AP 00,00001424,050623 | Payee:HONOLULU REPORTING
       Comments : DEPOSITION TAKEN UPON WRITTEN INTERROGATORIES OF DWIGHT
                  NADAMOTO, ESQUIRE (THE STATE OF HAWAII: DEPARTMENT OF THE
                  ATTORNEY GENERAL, VOLUMES I & II) TAKEN ON 6/17/05

289    06/27/05 XEROX CHA 39.00             5.85                          I
       Fp:0506 | Bth:17390*25 | Inv:140363
       Source   : ASCIIC
       Note     : Read 06/28/05 02:04pm by bkj
       Comments : DKC: Xeroxing Charges -  39 copies on 06/27/2005

290    06/27/05 XEROX CHA 68.00            10.20                          I
       Fp:0506 | Bth:17390*26 | Inv:140363
       Source   : ASCIIC
       Note     : Read 06/28/05 02:04pm by bkj
       Comments : DKC: Xeroxing Charges -  68 copies on 06/27/2005

291    06/27/05 POSTAGE                     1.66          0.00        0.00 I
       Fp:0506 | Bth:17403*14 | Chk: 3/308794,08/09/05 | Inv:140363
       Source   : AP 00,00004210,050630
       Note     : DJM | Payee:U.S. POSTAL SERVIC
```

```
INQUIRY : Case     - reference                          10:18am 24 APR 06

Client  : 18019    COUNTY OF KAUAI
Case    : 53519    BEGLEY, MARK N. v. COUNTY OF K       Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S

302   07/07/05 XEROX CHA 23.00           3.45                           I
      Fp:0507 | Bth:17425*27 | Inv:141551
      Source   : ASCIIC
      Note     : Read 07/08/05 02:33pm by bkj
      Comments : KS: Xeroxing Charges -  23 copies on 07/07/2005

305   07/11/05 XEROX CHA 12.00           1.80                           I
      Fp:0507 | Bth:17435*16 | Inv:141551
      Source   : ASCIIC
      Note     : Read 07/12/05 02:49pm by bkj
      Comments : KS: Xeroxing Charges -  12 copies on 07/11/2005
313   07/28/05 XEROX CHA 13.00           1.95                           I
      Fp:0507 | Bth:17510*52 | Inv:141551
      Source   : ASCIIC
      Note     : Read 07/29/05 01:25pm by bkj
      Comments : KS: Xeroxing Charges -  13 copies on 07/28/2005

314   07/28/05 XEROX CHA 62.00           9.30                           I
      Fp:0507 | Bth:17510*53 | Inv:141551
      Source   : ASCIIC
      Note     : Read 07/29/05 01:25pm by bkj
      Comments : KS: Xeroxing Charges -  62 copies on 07/28/2005

321   07/30/05 XEROX CHA 49.00           7.35                           I
      Fp:0508 | Bth:17524*2 | Inv:141551
      Source   : ASCIIC
      Note     : Read 08/04/05 04:48pm by bkj
      Comments : WFH: Xeroxing Charges -  49 copies on 07/30/2005

322   08/03/05 XEROX CHA 24.00           3.60                           I
      Fp:0508 | Bth:17528*24 | Inv:141551
      Source   : ASCIIC
      Note     : Read 08/04/05 04:51pm by bkj
      Comments : WFH: Xeroxing Charges -  24 copies on 08/03/2005

323   08/03/05 XEROX CHA 31.00           4.65                           I
      Fp:0508 | Bth:17528*25 | Inv:141551
      Source   : ASCIIC
      Note     : Read 08/04/05 04:51pm by bkj
      Comments : WFH: Xeroxing Charges -  31 copies on 08/03/2005

324   08/03/05 XEROX CHA  2.00           0.30                           I
      Fp:0508 | Bth:17528*26 | Inv:141551
```

```
INQUIRY : Case     - reference                          10:18am 24 APR 06

Client  : 18019      COUNTY OF KAUAI
Case    : 53519      BEGLEY, MARK N. v. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
       Source   : ASCIIC
       Note     : Read 08/04/05 04:51pm by bkj
       Comments : WFH: Xeroxing Charges -  2 copies on 08/03/2005

325    08/03/05 XEROX CHA  4.00              0.60                        I
       Fp:0508 | Bth:17528*27 | Inv:141551
       Source   : ASCIIC
       Note     : Read 08/04/05 04:51pm by bkj
       Comments : WFH: Xeroxing Charges -  4 copies on 08/03/2005

326    08/03/05 XEROX CHA 13.00              1.95                        I
       Fp:0508 | Bth:17528*28 | Inv:141551
       Source   : ASCIIC
       Note     : Read 08/04/05 04:51pm by bkj
       Comments : WFH: Xeroxing Charges -  13 copies on 08/03/2005

327    08/03/05 XEROX CHA225.00             33.75                        I
       Fp:0508 | Bth:17528*29 | Inv:141551
       Source   : ASCIIC
       Note     : Read 08/04/05 04:51pm by bkj
       Comments : JOHNNY: Xeroxing Charges -  225 copies on 08/03/2005

328    08/03/05 XEROX CHA810.00            121.50                        I
       Fp:0508 | Bth:17528*30 | Inv:141551
       Source   : ASCIIC
       Note     : Read 08/04/05 04:51pm by bkj
       Comments : KS: Xeroxing Charges -  810 copies on 08/03/2005

329    08/03/05 XEROX CHA105.00             15.75                        I
       Fp:0508 | Bth:17528*31 | Inv:141551
       Source   : ASCIIC
       Note     : Read 08/04/05 04:51pm by bkj
       Comments : JMC: Xeroxing Charges -  105 copies on 08/03/2005

330    08/03/05 XEROX CHA 30.00              4.50                        I
       Fp:0508 | Bth:17528*32 | Inv:141551
       Source   : ASCIIC
       Note     : Read 08/04/05 04:51pm by bkj
       Comments : KS: Xeroxing Charges -  30 copies on 08/03/2005

331    08/03/05 XEROX CHA 35.00              5.25                        I
       Fp:0508 | Bth:17528*33 | Inv:141551
       Source   : ASCIIC
       Note     : Read 08/04/05 04:51pm by bkj
       Comments : CHAD: Xeroxing Charges -  35 copies on 08/03/2005

335    08/03/05 XEROX CHA  2.00              0.30                        I
       Fp:0508 | Bth:17535*14 | Inv:141551
       Comments : KS - 2 PAGES
```

```
INQUIRY : Case     - reference                         10:18am 24 APR 06

Client  : 18019      COUNTY OF KAUAI
Case    : 53519      BEGLEY, MARK N. v. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
337   08/03/05 POSTAGE                      7.90                          I
      Fp:0508 | Bth:17541*19 | Chk: 3/308794,08/09/05 | Inv:141551
      Source   : AP 00,00004210,050805
      Note     : WFH | Payee:U.S. POSTAL SERVIC

336   08/05/05 XEROX CHA344.00             51.60                          I
      Fp:0508 | Bth:17537*25 | Inv:141551
      Source   : ASCIIC
      Note     : Read 08/08/05 11:48am by bkj
      Comments : KS: Xeroxing Charges -  344 copies on 08/05/2005

338   08/09/05 XEROX CHA 40.00              6.00                          I
      Fp:0508 | Bth:17546*13 | Inv:141551
      Source   : ASCIIC
      Note     : Read 08/10/05 09:43am by bkj
      Comments : KS: Xeroxing Charges -  40 copies on 08/09/2005

346   08/09/05 XEROX CHA  4.00              0.60                          I
      Fp:0508 | Bth:17576*2 | Inv:141551
      Comments : KS - 4 PAGES

347   08/18/05 XEROX CHA  2.00              0.30                          I
      Fp:0508 | Bth:17576*15 | Inv:141551
      Comments : KS - 2 PAGES

351   08/22/05 XEROX CHA 12.00              1.80                          I
      Fp:0508 | Bth:17585*52 | Inv:141551
      Source   : ASCIIC
      Note     : Read 08/23/05 01:24pm by bkj
      Comments : KS: Xeroxing Charges -  12 copies on 08/22/2005

363   08/23/05 XEROX CHA  4.00              0.60                          I
      Fp:0508 | Bth:17643*3 | Inv:141551
      Comments : KS - 4 PAGES

357   08/25/05 XEROX CHA  2.00              0.30                          I
      Fp:0508 | Bth:17617*65 | Inv:141551
      Source   : ASCIIC
      Note     : Read 08/26/05 03:23pm by bkj
      Comments : PB: Xeroxing Charges -  2 copies on 08/25/2005

364   09/06/05 XEROX CHA420.00             63.00                          I
      Fp:0509 | Bth:17649*26 | Inv:142055
      Source   : ASCIIC
      Note     : Read 09/08/05 12:48pm by bkj
      Comments : JOHNNY: Xeroxing Charges -  420 copies on 09/06/2005

366   09/08/05 XEROX CHA247.00             37.05                          I
      Fp:0509 | Bth:17657*24 | Inv:142055
      Source   : ASCIIC
```

```
INQUIRY : Case     - reference                             10:18am 24 APR 06

Client   : 18019      COUNTY OF KAUAI
Case     : 53519      BEGLEY, MARK N. v. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Note      : Read 09/09/05 04:42pm by bkj
      Comments : VIRGIL: Xeroxing Charges -  247 copies on 09/08/2005

368   09/09/05 XEROX CHA120.00             18.00                           I
      Fp:0509 | Bth:17660*65 | Inv:142055
      Source   : ASCIIC
      Note      : Read 09/12/05 03:34pm by bkj
      Comments : DKC: Xeroxing Charges -  120 copies on 09/09/2005

369   09/09/05 XEROX CHA 32.00              4.80                           I
      Fp:0509 | Bth:17660*66 | Inv:142055
      Source   : ASCIIC
      Note      : Read 09/12/05 03:34pm by bkj
      Comments : DKC: Xeroxing Charges -  32 copies on 09/09/2005

370   09/09/05 XEROX CHA 34.00              5.10                           I
      Fp:0509 | Bth:17660*67 | Inv:142055
      Source   : ASCIIC
      Note      : Read 09/12/05 03:34pm by bkj
      Comments : DKC: Xeroxing Charges -  34 copies on 09/09/2005

371   09/12/05 XEROX CHA  6.00              0.90                           I
      Fp:0509 | Bth:17664*26 | Inv:142055
      Source   : ASCIIC
      Note      : Read 09/13/05 02:49pm by bkj
      Comments : DKC: Xeroxing Charges -  6 copies on 09/12/2005

382   09/12/05 XEROX CHA 22.00              3.30                           I
      Fp:0509 | Bth:17720*20 | Inv:142055
      Comments : DKC - 22 PAGES

372   09/16/05 XEROX CHA533.00             79.95                           I
      Fp:0509 | Bth:17680*31 | Inv:142055
      Source   : ASCIIC
      Note      : Read 09/19/05 02:59pm by bkj
      Comments : DKC: Xeroxing Charges -  533 copies on 09/16/2005

373   09/19/05 XEROX CHA 68.00             10.20                           I
      Fp:0509 | Bth:17685*22 | Inv:142055
      Source   : ASCIIC
      Note      : Read 09/20/05 02:43pm by bkj
      Comments : DKC: Xeroxing Charges -  68 copies on 09/19/2005

386   10/06/05 XEROX CHA 60.00              9.00                           I
      Fp:0510 | Bth:17737*34 | Inv:142481
      Source   : ASCIIC
      Note      : Read 10/07/05 01:00pm by bkj
      Comments : KS: Xeroxing Charges -  60 copies on 10/06/2005

387   10/12/05 XEROX CHA 30.00              4.50                           I
```

```
INQUIRY : Case     - reference                              10:18am 24 APR 06

Client  : 18019      COUNTY OF KAUAI
Case    : 53519      BEGLEY, MARK N. v. COUNTY OF K         Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Fp:0510 | Bth:17745*34 | Inv:142481
      Source   : ASCIIC
      Note     : Read 10/13/05 03:14pm by bkj
      Comments : KS: Xeroxing Charges -  30 copies on 10/12/2005

392   10/24/05 FAX CHARG                  0.60                             I
      Fp:0510 | Bth:17774*35 | Inv:142481
      Source   : ASCIIC
      Note     : Read 10/25/05 02:41pm by bkj
      Comments : KS: Fax Charges: On 10/24/2005 to 5504996. Pages= 3 OrigAmt=
                 .6 Toll= 0 Dur= 1.866667min.

393   10/24/05 XEROX CHA  2.00            0.30                             I
      Fp:0510 | Bth:17774*36 | Inv:142481
      Source   : ASCIIC
      Note     : Read 10/25/05 02:41pm by bkj
      Comments : KS: Xeroxing Charges -  2 copies on 10/24/2005

394   10/24/05 FAX CHARG                  0.60                             I
      Fp:0510 | Bth:17774*37 | Inv:142481
      Source   : ASCIIC
      Note     : Read 10/25/05 02:41pm by bkj
      Comments : KS: Fax Charges: On 10/24/2005 to 5318628. Pages= 3 OrigAmt=
                 .6 Toll= 0 Dur= 1.533333min.

395   10/24/05 FAX CHARG                  0.60                             I
      Fp:0510 | Bth:17774*38 | Inv:142481
      Source   : ASCIIC
      Note     : Read 10/25/05 02:41pm by bkj
      Comments : KS: Fax Charges: On 10/24/2005 to 5448399. Pages= 3 OrigAmt=
                 .6 Toll= 0 Dur= 2.016667min.

396   10/24/05 FAX CHARG                  1.38                             I
      Fp:0510 | Bth:17774*39 | Inv:142481
      Source   : ASCIIC
      Note     : Read 10/25/05 02:41pm by bkj
      Comments : KS: Fax Charges: On 10/24/2005 to 18082416319. Pages= 3
                 OrigAmt= .6 Toll= .78 Dur= 2.066667min.

415   12/08/05 XEROX CHA  7.00            1.05                             I
      Fp:0512 | Bth:17904*14 | Inv:143813
      Source   : ASCIIC
      Note     : Read 12/09/05 03:42pm by bkj
      Comments : KS: Xeroxing Charges -  7 copies on 12/08/2005

416   12/13/05 XEROX CHA 14.00            2.10                             I
      Fp:0512 | Bth:17920*29 | Inv:143813
      Source   : ASCIIC
      Note     : Read 12/15/05 12:55pm by bkj
      Comments : ET: Xeroxing Charges -  14 copies on 12/13/2005
```

INQUIRY : Case - reference 10:18am 24 APR 06

Client : 18019 COUNTY OF KAUAI
Case : 53519 BEGLEY, MARK N. v. COUNTY OF K Status : Active

| ..Ref | ..Date.. | Cde.desc | Orgtme | Orgrte | ....Orgamt | ..Time | ..Rate | .......Amt | S |
|---|---|---|---|---|---|---|---|---|---|
| 425 | 01/06/06 | XEROX CHA | 3.00 | | 0.45 | 3.00 | 0.10 | 0.30 | I |

Fp:0601 | Bth:17980*80 | Inv:144796
Source : ASCIIC
Note : Read 01/10/06 01:18pm by bkj
Comments : KS: Xeroxing Charges - 3 copies on 01/06/2006

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 426 | 01/06/06 | FAX CHARG | | | 0.40 | | | | I |

Fp:0601 | Bth:17980*81 | Inv:144796
Source : ASCIIC
Note : Read 01/10/06 01:18pm by bkj
Comments : KS: Fax Charges: On 01/06/2006 to 5504996. Pages= 2 OrigAmt= .4 Toll= 0 Dur= 1.433333min.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 427 | 01/06/06 | FAX CHARG | | | 0.92 | | | | I |

Fp:0601 | Bth:17980*82 | Inv:144796
Source : ASCIIC
Note : Read 01/10/06 01:18pm by bkj
Comments : KS: Fax Charges: On 01/06/2006 to 18086320724. Pages= 2 OrigAmt= .4 Toll= .52 Dur= 1.2min.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 428 | 01/06/06 | FAX CHARG | | | 0.40 | | | | I |

Fp:0601 | Bth:17980*83 | Inv:144796
Source : ASCIIC
Note : Read 01/10/06 01:18pm by bkj
Comments : KS: Fax Charges: On 01/06/2006 to 5318628. Pages= 2 OrigAmt= .4 Toll= 0 Dur= 1.25min.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 429 | 01/06/06 | FAX CHARG | | | 0.40 | | | | I |

Fp:0601 | Bth:17980*84 | Inv:144796
Source : ASCIIC
Note : Read 01/10/06 01:18pm by bkj
Comments : KS: Fax Charges: On 01/06/2006 to 5448399. Pages= 2 OrigAmt= .4 Toll= 0 Dur= 1.6min.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 430 | 01/06/06 | FAX CHARG | | | 0.40 | | | | I |

Fp:0601 | Bth:17980*85 | Inv:144796
Source : ASCIIC
Note : Read 01/10/06 01:18pm by bkj
Comments : KS: Fax Charges: On 01/06/2006 to 5411181. Pages= 2 OrigAmt= .4 Toll= 0 Dur= 1.666667min.