IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK N. BEGLEY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, GEORGE FREITAS, MARTIN W. CURNAN, and DAVID NAWAI,<br><br>Defendants. | CIVIL NO. 03-00162 DAE KSC<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that on this date, a true and correct copy of the foregoing document was duly served upon the following via U.S. mail, first-class postage pre-paid, addressed as follows:

DONNA E. RICHARDS, ESQ.
MARK R. ZENGER, ESQ.
3016 Umi Street
Suites 204 and 211-B
Lihue, Kauai, Hawaii 96766
and

CHRISTOPHER S. BOUSLOG, ESQ.
Four Waterfront Plaza, Suite 480
500 Ala Moana Boulevard
Honolulu, Hawaii 96813

Attorneys for Plaintiff
MARK N. BEGLEY

JOHN KOMEIJI, ESQ.
Watanabe Ing Kawashima & Komeiji
999 Bishop Street
First Hawaiian Center, 23rd Floor
Honolulu, Hawaii 96813

Attorney for Defendant
GEORGE FREITAS

MICHAEL J. McGUIGAN, ESQ.
Pacific Guardian Ctr., Mauka Tower
733 Bishop Street, 24th Floor
Honolulu, Hawaii 96813

Attorney for Defendant
MARTIN CURNAN

DAVID NAWAI
238 Molo Street
Kapaa, Hawaii 96746

Defendant Pro Se

DATED: Honolulu, Hawaii, APR 26 2006.

DAVID J. MINKIN
ELIZABETH A. ROBINSON
WENDY F. HANAKAHI

Attorneys for Defendant
COUNTY OF KAUAI