DONNA E. RICHARDS, #7625
MARK R. ZENGER, #3511
RICHARDS & ZENGER
3016 Umi Street
Suite 204
Lihue, Hawaii 96766
Telephone: (808) 632-0723
Facsimile: (808) 632-0724

Attorneys for Plaintiff
MARK N. BEGLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK N. BEGLEY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI; KAUAI POLICE DEPARTMENT; GEORGE FREITAS; MARTIN W. CURNAN; and DAVID NAWAI;<br><br>Defendants. | CIVIL NO. CV 03-00162 KSC<br><br>**NOTICE OF MOTION: MOTION OF RICHARDS & ZENGER TO WITHDRAW AS COUNSEL FOR PLAINTIFF MARK N. BEGLEY; DECLARATION OF MARK R. ZENGER; CERTIFICATE OF SERVICE**<br><br>**HEARING**<br>**DATE :** ________<br>**TIME :** ________<br>**JUDGE : Kevin S.C. Chang** |

**NOTICE OF MOTION**

TO: MICHAEL J MCGUIGAN, ESQ.
Reinwald O'Connor & Playdon
Pacific Guardian Ctr., Makai Twr.
733 Bishop St., Fl. 24
Honolulu, HI 96813

Attorney for Defendant
MARTIN W. CURNAN

DAVID J. MINKIN, ESQ.
McCorriston Miller Mukai MacKinnon
P.O. Box 2800
Honolulu, HI 96803

Attorney for Defendant
COUNTY OF KAUAI

JOHN T. KOMEIJI
Watanabe Ing & Komeiji
First Hawaiian Ctr.
999 Bishop St., Fl. 23
Honolulu, HI 96813

Attorney for Defendant
GEORGE FREITAS

DAVID NAWAI
2931 Kalena Street, No. 2
Lihue, Hawaii 96766

Pro Se Defendant

MARK N. BEGLEY
5318 Makaloa Street
Kapaa, HI 96746

Plaintiff

PLEASE TAKE NOTICE that the following **"MOTION OF RICHARDS & ZENGER TO WITHDRAW AS COUNSEL FOR PLAINTIFF MARK N. BEGLEY"** will be presented for hearing before the Honorable **Kevin S.C. Chang**, Judge of the above-entitled Court, in Courtroom No. 6 located in the Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii on ______________________________, 2006, at ______ ______________.m., of said day, or as soon thereafter as counsel may be heard.

DATED: Lihue, Hawaii, May 02, 2006.

/s/ MARK R. ZENGER