DONNA E. RICHARDS, #7625
MARK R. ZENGER, #3511
RICHARDS & ZENGER
3016 Umi Street
Suite 204
Lihue, Hawaii 96766
Telephone: (808) 632-0723
Facsimile: (808) 632-0724

Attorneys for Plaintiff
MARK N. BEGLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK N. BEGLEY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI; KAUAI POLICE DEPARTMENT; GEORGE FREITAS; MARTIN W. CURNAN; and DAVID NAWAI;<br><br>Defendants. | CIVIL NO. CV 03-00162 KSC<br><br>**MOTION OF RICHARDS & ZENGER TO WITHDRAW AS COUNSEL FOR PLAINTIFF MARK N. BEGLEY** |

**MOTION OF RICHARDS & ZENGER TO**
**WITHDRAW AS COUNSEL FOR PLAINTIFF MARK N. BEGLEY**

COMES NOW Mark R. Zenger and moves this Honorable Court for an order permitting Richards & Zenger to

withdraw as counsel for Plaintiff MARK N. BEGLEY in the above-encaptioned case.

This motion is made pursuant to Rules 7.6 and 83.3 of the Rules of the United States District Court for the District of Hawaii and Rule 1.16 of the American Bar Association's Model Rules of Professional Conduct. This motion is supported by the attached Declaration of Mark R. Zenger attached thereto and any and all evidence adduced and arguments presented at a hearing thereon.

DATED: Lihue, Hawaii, May 02, 2006.

/s/ Mark R. Zenger