IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK N. BEGLEY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI; KAUAI POLICE DEPARTMENT; GEORGE FREITAS; MARTIN W. CURNAN; and DAVID NAWAI;<br><br>Defendants. | CIVIL NO. CV 03-00162 KSC<br><br>**DECLARATION OF MARK R. ZENGER** |

**DECLARATION OF MARK R. ZENGER**

Pursuant to 28 U.S.C. § 1746, I, MARK R. ZENGER, hereby declare as follows:

1. I am an attorney licensed to practice law before the courts of the State of Hawaii and admitted to practice before this Court.

2. I am employed by the law firm of Richards & Zenger.

3. Richards & Zenger represents Plaintiff MARK N. BEGLEY ("MR. BEGLEY") in the above-captioned matter ("Begley v. County of Kauai, et. al").

4. From the time that the Complaint in Begley v. County of Kauai, et. al was filed until February 2006, Christopher Bouslog, Richards and Zenger acted as co-counsel with him for MR. BEGLEY.

5. By the time that the First Amended Complaint was filed on March 5, 2004, Attorney Bouslog had been designated by MR. BEGLEY as lead counsel in Begley v. County of Kauai, et. al.

6. On July 26, 2005, the Court issued the "Order Granting in Part and denying in part Defendant's Martin W. Curnan's Motion to Dismiss Plaintiff Mark N. Begley's First Amended Complaint filed March 5, 2004 of for Summary Judgment (the "Curnan Summary Judgment Order").

7. On October 4, 2005, the Court issued the "Order Granting Defendant's George Freitas' Motion for Summary Judgment (the "Freitas Summary Judgment Order") and the

"Order Granting County of Kauai's Motion for Summary Judgment (the "County Summary Judgment Order").

8. After the Court issued the Curnan Summary Judgment Order, the "Freitas Summary Judgment Order and the County Summary Judgment Order, MR. BEGLEY told me that he wanted to appeal to the Ninth Circuit once the orders became final (the "Begley "Appeal"). I told him that Richards & Zenger does not do federal civil appellate work and he would have to consult with Attorney Bouslog or find new counsel to represent him in that regard.

9. In early 2006, certain conflicts arose between Attorney Bouslog and MR. BEGLEY and came to a head after settlement discussions among the parties and the Court broke down. Attorney Bouslog therefore moved to withdraw as lead counsel for MR. BEGLEY and the Court granted the said motion.

10. When Attorney Bouslog withdrew, MR. BEGLEY requested that Richards & Zenger to continue to represent him in a jury waived trial that was set for March 2006 and told me that after the trial, he was

going to file the Begley Appeal. I told him again that Richards & Zenger does not do federal civil appellate work and that he would have to find new counsel to represent him in the Begley Appeal. He told me that he was looking for appellate counsel at that time.

11. On March 7,8 and 9, 2006 a jury waived trial was held before the Honorable Kevin S.C. Chang in Begley v. County of Kauai, et. al on the remaining claims against Defendant MARTIN W. CURNAN and Defendant DAVID NAWAI. I appeared with MR. BEGLEY at the trial.

12. On March 31, 2006 the Court issued its Findings Of Fact, Conclusions of Law, Decision and Order in Begley v. County of Kauai, et. al. At that time, MR. BEGLEY again told me that he wanted to appeal to the Ninth Circuit and I told him again that he would have to hire another law firm to do that as Richards & Zenger does not do federal civil appellate work. I also provided him with a list of Honolulu attorneys that do federal civil appellate work.

13. On April 6, 2006 the Court issued the Judgment in A Civil Case in Begley v. County of Kauai, et. al.

14. On April 7, MR. BEGLEY filed a Notice of Appeal in Begley v. County of Kauai, et. al ("Notice of Appeal").

15. The Notice of Appeal states, *inter alia*, that MR. BEGLEY is appealing the trial court's judgment and underlying orders in Begley v. County of Kauai, et. al. to the Ninth Circuit Court of Appeals ("the Begley Appeal"). MR. BEGLEY filed the Notice of Appeal on a *pro se* basis. MR. BEGLEY informed me that he wanted Richards & Zenger to withdraw as his counsel in Begley v. County of Kauai, et. al, that he wants to proceed *pro se* and that he wants Richards & Zenger to perform no further work on the case..

16. On April 11, 2006 the Court issued an Amended Judgment in A Civil Case in Begley v. County of Kauai, et. al.

17. There is at least one and, upon information and belief, there will be more, post trial motions filed against MR. BEGLEY by the defendants in Begley v. County of Kauai, et. al for attorney's fees and costs and possibly other matters (hereinafter collectively

referred to as the “Post-Trial Motions”).

18. MR. BEGLEY is aware of the pending Post-Trial Motion and the likelihood that there will be more of them filed. He nevertheless still wants to proceed *pro se* and represent himself without counsel in the litigation thereof.

19. MR. BEGLEY has informed me that he is going to proceed *pro se* in the Begley Appeal.

20. Given the circumstances set forth hereinabove, it is unreasonably difficult, if not impossible, and against the wishes of MR. BEGLEY for Richards & Zenger to carry out any further representation of MR. BEGLEY in Begley v. County of Kauai, et. al.

21. I request that the Court permit Richards & Zenger to withdraw as counsel for and allow MR. BEGLEY to proceed *pro se* in Begley v. County of Kauai, et. al.

22. I further request that the Court continue any and all hearings on pending and/or subsequently filed Post-Trial Motions by any of the defendants for a length of time that is adequate for MR. BEGLEY to prepare and file his opposition thereto *pro se.*

23. MR. BEGLEY has reviewed this declaration and given me express direction to file it herein.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Executed this 25h day of April, 2006, at Lihue, Hawaii.

/s/ Mark R. Zenger