DONNA E. RICHARDS, #7625
MARK R. ZENGER, #3511
RICHARDS & ZENGER
3016 Umi Street
Suite 204
Lihue, Hawaii 96766
Telephone: (808) 632-0723
Facsimile: (808) 632-0724

Attorneys for Plaintiff
MARK N. BEGLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK N. BEGLEY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI; KAUAI POLICE DEPARTMENT; GEORGE FREITAS; MARTIN W. CURNAN; and DAVID NAWAI;<br><br>Defendants. | CIVIL NO. CV 03-00162 KSC<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing "MOTION OF RICHARDS & ZENGER TO WITHDRAW AS COUNSEL FOR PLAINTIFF MARK N. BEGLEY” was served on the following

persons via regular mail and facsimile on the date shown below.

MICHAEL J MCGUIGAN, ESQ.
Reinwald O'Connor & Playdon
Pacific Guardian Ctr., Makai Twr.
733 Bishop St., Fl. 24
Honolulu, HI 96813

Fax: 808-531-8628

Attorney for Defendant
MARTIN W. CURNAN

DAVID J. MINKIN, ESQ.
McCorriston Miller Mukai MacKinnon
P.O. Box 2800
Honolulu, HI 96803

Fax: 808-524-8293

Attorney for Defendant
COUNTY OF KAUAI

JOHN T. KOMEIJI
Watanabe Ing & Komeiji
First Hawaiian Ctr.
999 Bishop St., Fl. 23
Honolulu, HI 96813

Fax: 808-544-8399

Attorney for Defendant
GEORGE FREITAS

DAVID NAWAI
2931 Kalena Street, No. 2
Lihue, Hawaii 96766

Fax: Not Available

Pro Se Defendant

MARK N. BEGLEY
5318 Makaloa Street
Kapaa, HI 96746

Fax: 822-3373

Plaintiff

DATED: Lihue, Hawaii, May 02, 2006.

/s/ Mark R. Zenger

---

**CERTIFICATE OF SERVICE; Begley v. County of Kauai, et. al, United States District Court, District of Hawaii, CIVIL NO. CV 03-00162 KSC.**

---