√

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS
APR 20 2006
FILED
DOCKETED

## DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:** MARK N. BEGLEY vs. COUNTY OF KAUAI, ET AL.,

**U.S. COURT OF APPEALS DOCKET NUMBER:** 06-15801

**U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

**U.S. DISTRICT COURT DOCKET NUMBER:** CIVIL NO. 03-00162DAE-KSC

RECEIVED
CLERK U.S. DISTRICT COURT
MAY 01 2006
DISTRICT OF HAWAII

II **DATE NOTICE OF APPEAL FILED:** April 7, 2006

III **U.S. COURT OF APPEALS PAYMENT STATUS:**

**DOCKET FEE PAID ON:** 04/07/06 **AMOUNT:** $255.00

**NOT PAID YET:** **BILLED:**

**U.S. GOVERNMENT APPEAL:** **FEE WAIVED:**

**WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?**

**IF YES, SHOW DATE:** **& ATTACH COPY OF ORDER/CJA**

**WAS F.P. STATUS REVOKED:** **DATE:**

**WAS F.P. STATUS LIMITED IN SOME FASHION?**

**IF YES, EXPLAIN:**

IV **COMPANION CASES, IF ANY:**

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**

Laila M. Geronimo

---

AMENDED NOTIFICATION ____________ PAID ____________ F.P. ____________

DISTRICT COURT CLERK BY: ______________________________

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)