UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
APR 27 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARK N. BEGLEY,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>COUNTY OF KAUAI; GEORGE FRIETAS, Chief of Police; MARTIN W. CURNAN; DAVID NAWAI; LEON LIEM, M.D.,<br><br>Defendants - Appellees. | No. 06-15801<br>D.C. No. CV-03-00162-KSC<br><br>**TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule:

**4/17/06** Appellant/petitioner shall notify appellee/respondent of transcripts to be ordered, pursuant to 9th Cir. R. 10-3.1(a);

**4/27/06** Appellee/respondent shall notify appellant/petitioner of any additional transcripts needed, pursuant to 9th Cir. R. 10-3.1(b);

**5/8/06** Appellant/petitioner shall file transcript order form with the district court and make payment arrangements with court reporter, pursuant to 9th Cir. R. 10-3.1;

**6/7/06** Court reporter shall file transcript in the district court, pursuant to FRAP 11(b) and 9th Cir. R. 11-1.1;

**7/24/06** Appellant/petitioner's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1;

**8/23/06** The brief of appellee/respondent shall be filed and served, pursuant to FRAP 32 and 9th Cir. R. 32-1

*** The optional appellant/petitioner reply brief shall be filed and served within fourteen days of service of the appellee/respondent's brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1**

**Appellants/Petitioners without representation of counsel in a prisoner appeal may have their case submitted on the briefs and record without oral argument, pursuant to FRAP 34(a). Within 10 days of the filing of the appellant's opening brief, parties may file a statement setting forth the reasons why, in the opinion of the parties, oral argument should be heard.**

FOR THE COURT:
Cathy A. Catterson
Clerk of Court

RT

By: Ruben Talavera
Deputy Clerk