REINWALD O'CONNOR & PLAYDON LLP
A Limited Liability Law Partnership

MICHAEL J. McGUIGAN 2433-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2400
Honolulu, Hawai`i 96813
Telephone: (808) 524-8350
Facsimile: (808) 531-8628
E-mail: mjm@roplaw.com

*Attorneys for Defendant*
*MARTIN W. CURNAN*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| MARK N. BEGLEY, | CIVIL NO. CV03-00162 DAE KSC |
| Plaintiff, | DEFENDANT MARTIN W. CURNAN'S STATEMENT OF NO POSITION AND NON-APPEARANCE TO RICHARD & ZENGER'S MOTION TO WITHDRAWAL AS COUNSEL FOR PLAINTIFF MARK N. BEGLEY FILED HEREIN ON MAY 2, 2006; CERTIFICATE OF SERVICE |
| vs. | |
| COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, GEORGE FREITAS, MARTIN W. CURNAN, and DAVID NAWAI, | |
| Defendants. | DATE: MAY 11, 2006<br>TIME: 9:30 A.M.<br>MAGISTRATE JUDGE KEVIN S.C. CHANG |
| | TRIAL DATE: MARCH 7, 2006 |

DEFENDANT MARTIN W. CURNAN'S STATEMENT
OF NO POSITION AND NON-APPEARANCE TO RICHARD
& ZENGER'S MOTION TO WITHDRAWAL AS COUNSEL FOR
PLAINTIFF MARK N. BEGLEY FILED HEREIN ON MAY 2, 2006

Defendant MARTIN W. CURNAN, by and through his attorneys Reinwald O'Connor & Playdon LLP, hereby states that he takes no position to Richard & Zenger's Motion to Withdrawal as Counsel for Plaintiff Mark M. Begley filed herein on May 2, 2006. Defendant MARTIN W. CURNAN further gives notice that he will not attend the hearing on said motion set for May 11, 2006 at 9:30 a.m., before Magistrate Judge Kevin S.C. Chang.

DATED: Honolulu, Hawai`i, May 4, 2006.

MMcGuigan

MICHAEL J. McGUIGAN
*Attorney for Defendant*
MARTIN W. CURNAN