IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| MARK N. BEGLEY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, GEORGE FREITAS, MARTIN W. CURNAN, and DAVID NAWAI,<br><br>Defendants. | CIVIL NO. CV03-00162 DAE KSC<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document will be served upon the following parties by means indicated below on the date listed below:

| | |
|---|---|
| DONNA E. RICHARDS, ESQ.<br>MARK R. ZENGER, ESQ.<br>Richards & Zenger<br>P. O. Box 3966<br>Lihue, Hawai`i 96766<br>*Attorneys for Plaintiff* | ELECTRONICALLY VIA CM/EFC |

| | |
|---|---|
| DAVID J. MINKIN, ESQ.<br>McCorriston Miller Mukai<br>& MacKinnon<br>Five Waterfront Plaza<br>500 Ala Moana Boulevard<br>Honolulu, Hawaii 96813<br>*Attorney for Defendants*<br>*COUNTY OF KAUAI and*<br>*KAUAI POLICE DEPARTMENT* | ELECTRONICALLY VIA<br>CM/EFC |
| JOHN KOMEIJI, ESQ.<br>Watanabe Ing & Komeiji<br>First Hawaiian Center, 23rd Floor<br>999 Bishop Street<br>Honolulu, Hawaii 96813<br>*Attorney for Defendant*<br>*GEORGE FREITAS* | ELECTRONICALLY VIA<br>CM/EFC |
| DAVID NAWAI<br>2931 Kalena Street, Apt. 2<br>Lihue, Hawai`i 96766<br>*Pro Se Defendant* | U.S. MAIL |

DATED: Honolulu, Hawai`i, May 4, 2006.

[signature]

MICHAEL J. McGUIGAN
*Attorney for Defendant*
*MARTIN W. CURNAN*