McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN 3639-0
ELIZABETH A. ROBINSON 7805-0
WENDY F. HANAKAHI 7963-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai`i 96813
Telephone No.: (808) 529-7300
Facsimile No.: (808) 524-8293
Email: minkin@m4law.com

Attorneys for Defendant
COUNTY OF KAUA`I

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| MARK N. BEGLEY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, GEORGE FREITAS, MARTIN W. CURNAN, and DAVID NAWAI,<br><br>Defendants. | CIVIL NO. 03-00162 DAE KSC<br><br>DEFENDANT COUNTY OF KAUA`I'S STATEMENT OF NO POSITION AS TO MOTION OF RICHARDS & ZENGER TO WITHDRAW AS COUNSEL FOR PLAINTIFF MARK N. BEGLEY, FILED ON MAY 2, 2006; CERTIFICATE OF SERVICE<br><br>Date: May 11, 2006<br>Time: 9:30 a.m.<br>Judge: Kevin S.C. Chang<br><br>NO TRIAL DATE SET |

DEFENDANT COUNTY OF KAUA`I'S STATEMENT OF NO POSITION AS TO MOTION OF RICHARDS & ZENGER TO WITHDRAW AS COUNSEL FOR PLAINTIFF MARK N. BEGLEY, FILED ON MAY 2, 2006

Defendant COUNTY OF KAUAI, by and through its attorneys McCorriston Miller Mukai MacKinnon LLP, pursuant to Rule 7 of the Federal Rules of Civil Procedure, states that it takes no position as to the Motion of Richards & Zenger to Withdraw as Counsel for Plaintiff Mark N. Begley, filed on May 2, 2006, and scheduled for hearing on May 11, 2006, at 9:30 a.m. before the Honorable Kevin S. C. Chang.

DATED: Honolulu, Hawai`i, May 4, 2006.

/s/ David J. Minkin
DAVID J. MINKIN
ELIZABETH A. ROBINSON
WENDY F. HANAKAHI

Attorneys for Defendant
COUNTY OF KAUA`I