UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850-0338
CLERK

OFFICIAL BUSINESS

RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 08 2006
DISTRICT OF HAWAII

RETURNED TO SENDER
NOT DELIVERABLE AS ADDRESSED — UNABLE TO FORWARD

PRESORT
FIRST CLASS

HONOLULU HI MAY 04 '06
PB METER 7044963
$0.37[1]
U.S. POSTAGE

David Nawai
P.O. Box 1769
[redacted]

C-GMSN[redacted]38

cv-162

## Notices

1:03-cv-00162-KSC-KSC Begley v. Kauai, County of, et al **CASE CLOSED on 04/06/2006**

**U.S. District Court**

**District of Hawaii - CM/ECF V2.5 (11/05)**

Notice of Electronic Filing

The following transaction was received from sna, entered on 5/3/2006 at 1:56 PM HST and filed on 5/3/2006

**Case Name:** Begley v. Kauai, County of, et al
**Case Number:** 1:03-cv-162
**Filer:**
**WARNING: CASE CLOSED on 04/06/2006**
**Document Number:** 186

**Docket Text:**
NOTICE of Hearing on Motion [184] Motion of Richards & Zenger to Withdraw as Counsel for Plaintiff Mark N. Begley set for 5/11/2006 09:30 AM before JUDGE KEVIN S.C. CHANG. (sna, )

The following document(s) are associated with this transaction:

**1:03-cv-162 Notice will be electronically mailed to:**

Karen Y. Arikawa karikawa@wik.com

Wendy F. Hanakahi hanakahi@m4law.com, saguibo@m4law.com

Michael J. McGuigan mjm@roplaw.com

David J. Minkin minkin@m4law.com, saguibo@m4law.com

Donna E. Richards donnarichards@hawaii.rr.com

Elmira K.L. Tsang ekt@roplaw.com

Paul B.K. Wong pwong@m4law.com, auyoung@m4law.com

Mark R. Zenger markzenger@hawaii.rr.com

**1:03-cv-162 Notice will be delivered by other means to:**

Brian Yukio Hiyane
Kawashima Lorusso & Tom
Topa Financial Center
745 Fort St Ste 500
Honolulu, HI 96813

Patsy H. Kirio
Watanabe Ing Kawashima & Komeiji
First Hawaiian Center
999 Bishop St 23rd Flr
Honolulu, HI 96813

John T. Komeiji
Watanabe Ing Kawashima & Komeiji
First Hawaiian Center
999 Bishop St 23rd Flr
Honolulu, HI 96813

David Nawai
P.O. Box 1769
Lihue, Kauai, HI 96766