IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII

MAY 09 2006

at 2 o'clock and 45 min. pm M
SUE BEITIA, CLERK

| | | |
|---|---|---|
| MARK N. BEGLEY,<br><br>Plaintiff(s),<br><br>vs.<br><br>COUNTY OF KAUAI, ET AL.,<br><br>Defendant(s). | ) | CV03-162KSC<br><br>RECEIPT FOR EXHIBITS |

I, Michael McGuigan of Reinwald O'Connor & Playdon, the designated Court custodian of all exhibits on the attached list herein, acknowledge receipt of said exhibits and assume full responsibility for the preservation and maintenance of said exhibits until the final disposition of this case.

DATED: Honolulu, Hawaii, May 9, 2006.

Dale C. Shelley
Signature

Attorney for: Mr. Curnan