# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/11/2006 4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CV03-00162KSC

CASE NAME: Mark N. Begley v. County of Kauai, et al.

ATTYS FOR PLA: Mark Zenger
Plaintiff Mark Begley

ATTYS FOR DEFT: Defendant David Nawai, Pro Se, by phone
David Minkin

---

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S.C. Chang | REPORTER: | FTR C5 |
| DATE: | 5/11/2006 | TIME: | 9:30-9:32:55am |

---

COURT ACTION: EP: Motion of Richards & Zenger to Withdraw as Counsel for Plaintiff Mark N. Begley.

The court has received no oppositions from defendants County of Kauai and Curnan. Defendant Freitas did not file any response. Defendant Nawai has no opposition to the motion. Motion granted. Mr. Zenger to prepare the order.

Defendants have until 5/31/06 to file any objections to the Motion for Fees/Bill of Costs.

Submitted by: Shari Afuso, Courtroom Manager