FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 1 1 2006

at 9 o'clock and 3? min. am M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MARK N. BEGLEY,<br><br>Plaintiff(s),<br><br>vs.<br><br>COUNTY OF KAUAI, ET AL.,<br><br>Defendant(s). | ) | CV03-162KSC<br><br><br><br>RECEIPT FOR EXHIBITS |

I, Mark Begley, the designated Court custodian of all exhibits on the attached list herein, acknowledge receipt of said exhibits and assume full responsibility for the preservation and maintenance of said exhibits until the final disposition of this case.

DATED: Honolulu, Hawaii, MAY 11, 2006.

[signature]
Signature

Attorney for: MARK N. BEGLEY