ORIGINAL

cc: KSC

373057.1
WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership

JOHN T. KOMEIJI # 2498-0
KAREN Y. ARIKAWA # 7684-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No.: 544-8300
Facsimile No.: 544-8399
E-Mail Address: karikawa@wik.com

Attorneys for Defendant
GEORGE FREITAS

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 18 2006

at 10 o'clock and 45 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK N. BEGLEY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, GEORGE FREITAS, MARTIN W. CURNAN, and DAVID NAWAI,<br><br>Defendants. | Civil No. CV 03 00162 DAE KSC<br><br>DEFENDANT GEORGE FREITAS' LR 54.2 AND LR 54.3 STATEMENT OF CONSULTATION IN SUPPORT OF DEFENDANT GEORGE FREITAS' MOTION FOR ATTORNEYS' FEES AND COSTS PURSUANT TO JUDGMENT ENTERED ON APRIL 6, 2006 AND BILL OF COSTS; CERTIFICATE OF SERVICE |

**DEFENDANT GEORGE FREITAS' LR 54.2 AND LR 54.3 STATEMENT OF CONSULTATION IN SUPPORT OF DEFENDANT GEORGE FREITAS' MOTION FOR ATTORNEYS' FEES AND COSTS PURSUANT TO JUDGMENT ENTERED ON APRIL 6, 2006 AND BILL OF COSTS**

COMES NOW Defendant GEORGE FREITAS, by and through his attorneys WATANABE ING & KOMEIJI LLP, and hereby submits his Statement of Consultation in Support of his Motion for Attorneys' Fees and Costs Pursuant to Judgment Entered on April 6, 2006, and

Bill of Costs pursuant to Local Rules 54.2 and 54.3 of the Rules of the United States District Court for the District of Hawaii.

On May 17, 2006, John T. Komeiji, counsel for Defendant GEORGE FREITAS, conferred with Plaintiff MARK N. BEGLEY, pro se, to discuss the attorneys' fees and costs requested in Defendant GEORGE FREITAS' Motion for Attorneys' Fees and Costs Pursuant to Judgment Entered on April 6, 2006, and in the Bill of Costs, both of which were filed in this Court on April 20, 2006. The parties were unable to reach an agreement with regard to the requested fees and costs awards.

DATED: Honolulu, Hawaii, May 18, 2006.

JOHN T. KOMEIJI
KAREN Y. ARIKAWA

Attorneys for Defendant
**GEORGE FREITAS**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK N. BEGLEY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, GEORGE FREITAS, MARTIN W. CURNAN, and DAVID NAWAI,<br><br>Defendants. | Civil No. CV 03 00162 DAE KSC<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was duly served upon the following parties by the mailing same on this date to their last known address:

MARK N. BEGLEY
5318 Makaloa Street
Kapaa, Hawaii 96746

**Pro Se**

DAVID J. MINKIN, ESQ.
LISA W. CATALDO, ESQ.
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813

Attorneys for Defendant
**KAUAI COUNTY POLICE DEPARTMENT**

MICHAEL J. MCGUIGAN
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2400
Honolulu, Hawaii 96813

Attorneys for Defendant
**MARTIN W. CURNAN**

DAVID NAWAI
238 Molo Street
Kapaa, Hawaii 96746

**Pro Se**

DATED: Honolulu, Hawaii, May 18, 2006.

JOHN T. KOMEIJI
KAREN Y. ARIKAWA

Attorneys for Defendant
**GEORGE FREITAS**