REINWALD O'CONNOR & PLAYDON LLP
A Limited Liability Law Partnership

MICHAEL J. McGUIGAN 2433-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2400
Honolulu, Hawai`i 96813
Telephone: (808) 524-8350
Facsimile: (808) 531-8628
E-mail: mjm@roplaw.com

*Attorneys for Defendant*
*MARTIN W. CURNAN*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| MARK N. BEGLEY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, GEORGE FREITAS, MARTIN W. CURNAN, and DAVID NAWAI,<br><br>Defendants. | CIVIL NO. CV03-00162 DAE KSC<br><br>DEFENDANT MARTIN W. CURNAN'S LOCAL RULE 54.2 AND LOCAL RULE 54.3 STATEMENT OF CONSULTATION IN SUPPORT OF DEFENDANT MARTIN W. CURNAN'S MEMORANDUM IN SUPPORT OF BILL OF COSTS PURSUANT TO JUDGMENT ENTERED ON APRIL 6, 2006 AND BILL OF COSTS; CERTIFICATE OF SERVICE<br><br>TRIAL DATE: MARCH 7, 2006<br><br>MAGISTRATE JUDGE KEVIN S.C. CHANG |

# DEFENDANT MARTIN W. CURNAN'S LOCAL RULE 54.2 AND LOCAL RULE 54.3 STATEMENT OF CONSULTATION IN SUPPORT OF DEFENDANT MARTIN W. CURNAN'S MEMORANDUM IN SUPPORT OF BILL OF COSTS PURSUANT TO JUDGMENT ENTERED ON APRIL 6, 2006 AND BILL OF COSTS

COMES NOW Defendant MARTIN W. CURNAN, by and through his attorneys, Reinwald O'Connor & Playdon LLP, and hereby submits his Statement of Consultation in Support of Defendant Martin W. Curnan's Memorandum In Support of Bill of Costs Pursuant to Judgment Entered on April 6, 2006 and Bill of Costs pursuant to Local Rules 54.2 and 54.3 of the Rules of the United States District Court for the District of Hawaii.

Michael J. McGuigan, counsel for Defendant MARTIN W. CURNAN, attempted to contact Plaintiff MARK N. BEGLEY, pro se, and his former attorney, Mark Zenger to discuss the Defendant MARTIN W. CURNAN's Memorandum In Support of Bill of Costs Pursuant to Judgment Entered on April 6, 2006 and Bill of Costs, both which were filed in this Court on April 25, 2006. The parties were unable to confer with regards to the requested Bill of Costs.

DATED: Honolulu, Hawai`i, May 31, 2006.

MICHAEL J. McGUIGAN
ELMIRA K.L. TSANG
*Attorney for Defendant*
*MARTIN W. CURNAN*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| MARK N. BEGLEY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, GEORGE FREITAS, MARTIN W. CURNAN, and DAVID NAWAI,<br><br>Defendants. | CIVIL NO. CV03-00162 DAE KSC<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document will be served upon the following parties by means indicated below on the date listed below:

| | |
|---|---|
| MARK N. BEGLEY<br>5318 Makaloa Street<br>Kapaa, Kauai, Hawai`i 96746<br>*Pro Se* | MAILED |
| DAVID J. MINKIN, ESQ.<br>McCorriston Miller Mukai & MacKinnon<br>Five Waterfront Plaza<br>500 Ala Moana Boulevard<br>Honolulu, Hawaii 96813<br>*Attorney for Defendants*<br>*COUNTY OF KAUAI and*<br>*KAUAI POLICE DEPARTMENT* | ELECTRONICALLY<br>Via CM/EFC |

157745/EKT

JOHN KOMEIJI, ESQ.
Watanabe Ing & Komeiji
First Hawaiian Center, 23rd Floor
999 Bishop Street
Honolulu, Hawaii 96813
*Attorney for Defendant*
*GEORGE FREITAS*

ELECTRONICALLY
Via CM/EFC

DAVID NAWAI
2931 Kalena Street, Apt. 2
Lihue, Hawai`i 96766
*Pro Se Defendant*

MAILED

DATED: Honolulu, Hawai`i, May 31, 2006.

MICHAEL J. McGUIGAN
ELMIRA K.L. TSANG
*Attorney for Defendant*
*MARTIN W. CURNAN*