ORIGINAL

Mark N. Begley
5318 Makaloa Street
Kapaa, HI 96746
(808) 635-3656

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 3 1 2006

at 3 o'clock and 00 min. PM
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

Civil No. CV03–00162 DAE KSC

| | |
|---|---|
| MARK N. BEGLEY,<br><br>PLAINTIFF<br><br>*v.*<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, GEORGE FREITAS, MARTIN W. CURNAN and DAVID NAWAI,<br><br>DEFENDANTS | MARK BEGLEY'S OBJECTION TO DEFENDANT MARTIN W. CURNAN'S BILL OF COSTS, BEGLEY'S DECLARATION, MEMORANDUM IN SUPPORT OF OBJECTION, ATTACHMENTS "A"-"E", AND CERTIFICATE OF SERVICE |

Plaintiff Mark N. Begley objects to the granting of Defendant Martin W. Curnan's Bill of Costs. Plaintiff requests that the District Court deny the Defendant's Bill of Costs. In the alternate, Plaintiff requests that the District Court take no further action on the Defendant's Bill of Costs during the pendency of Plaintiff's Appeal to the Ninth Circuit Court of Appeals. (Case Number 06-15801)