IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

MARK N. BEGLEY,

PLAINTIFF

*v.*

COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, GEORGE FREITAS, MARTIN W. CURNAN and DAVID NAWAI,

DEFENDANTS

Civil No. CV03-00162 DAE KSC

CERTIFICATE OF SERVICE

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was duly served on the following by depositing same in the United States Mail, First Class postage prepaid, addressed to their following last known address:

MICHAEL J. MCGUIGAN, ESQ.
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2400
Honolulu, Hawaii 96813

Attorneys for Defendant Martin W. Curnan

DATED: Kapaa, Kauai, Hawaii, May 30, 2006.

MARK N. BEGLEY
5318 Makaloa Street
Kapaa, Hawaii 96746

Pro Se Plaintiff