AO44
(Rev. 12/89)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

INVOICE NO: 20060042

Mark N. Begley
Mark N. Begley, Pro Se
5318 Makaloa St.
Kapa'a, HI 96746

Phone: (808) 823-8629

**MAKE CHECKS PAYABLE TO**

Debra Kekuna Chun, RPR, CRR
United States Court Reporter
300 Ala Moana Blvd., Ste. C285
P. O. Box 50131
Honolulu, HI 96850

Phone: (808) 534-0667
FAX (808) 550-0355
Tax ID: 30-0332975
*debra_chun@hid.uscourts.gov*

☐ CRIMINAL ☒ CIVIL

DATE ORDERED: 04-18-2006

DATE DELIVERED: 04-19-2006

**Case Style:** 03-00162 KSC, MARK N. BEGLEY v COUNTY OF KAUAI, et al.
3/7, 3/8, 3/9/2006 - Non-Jury Trial

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 377 | 0.83 | 312.91 | | | | 312.91 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | | |
|---|---|---|
| Misc. Desc. | MISC. CHARGES: | |
| | TOTAL: | 312.91 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | 13.04 |
| **Deposit Date: 04-18-2006** | LESS AMOUNT OF DEPOSIT: | 350.00 |
| | TOTAL REFUND: | |
| **Date Paid:** **Amt:** | TOTAL DUE: | $-24.05 |

ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE [signature]

DATE 04-24-2006

*(All previous editions of this form are cancelled and should be destroyed)*

EXHIBIT "D"