AO 133 (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

District of Hawaii

MARK N. BEGLEY,

V.

COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, GEORGE FREITAS, MARTIN W. CURNAN, AND DAVID NAWAI

## BILL OF COSTS

Case Number: Civil No. 03-00162KSC

Judgment having been entered in the above entitled action on 4/11/2006 (Date) against MARK N. BEGLEY, the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | 15.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 3,935.22 |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 3,010.40 |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) Map of Kauai dated 2/8/06 | 16.64 |
| TOTAL | $ 6,977.26 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: Mark N. Begley

Signature of Attorney: [signature]

Name of Attorney: Michael J. McGuigan, Esq., 733 Bishop Street, Suite 2400, Honolulu, HI 96813 Telephone: (808) 524-8350

For: Martin W. Curnan (Name of Claiming Party) Date: 4/25/2006

Costs are taxed in the amount of ______ and included in the judgment.

______ Clerk of Court By: ______ Deputy Clerk ______ Date

EXHIBIT "E"

part 1 of 5

**WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)**

| NAME AND RESIDENCE | ATTENDANCE Days | ATTENDANCE Total Cost | SUBSISTENCE Days | SUBSISTENCE Total Cost | MILEAGE Miles | MILEAGE Total Cost | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)

"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)

"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)

"Entry of the judgment shall not be delayed for the taxing of costs."

```
INQUIRY : Case      - reference                          10:02am 25 APR 06

Client   : CURNAN    MARTIN W. CURNAN
Case     : 03-105    MARK N. BEGLEY VS. COUNTY OF K        Status : Active

Action type    : All cost
Summary... .....Time .........Fees .....Cost.adv ....Cost.inc ........Total
Billed                                  5,969.23     2,739.23      8,708.46
Billable                                1,732.35        24.10      1,756.45
  Total                                 7,701.58     2,763.33     10,464.91
..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
3      05/14/03 POSTAGE                     0.37                           I
       Fp:0305 | Bth:12598*3 | Inv:69955

4      05/19/03 DUPLICATI 63.00            12.60  63.00   0.10       6.30 I
       Fp:0305 | Bth:12608*52 | Inv:69955
       Source    : ASCIIC
       Note      : 7264
       Comments  : 63 PAGE(S)

5      05/27/03 POSTAGE                     2.90                           I
       Fp:0305 | Bth:12627*4 | Inv:69955

25     06/09/03 DUPLICATI 34.00             6.80  34.00   0.10       3.40 I
       Fp:0306 | Bth:12659*35 | Inv:69955
       Source    : ASCIIC
       Note      : 7264
       Comments  : 34 PAGE(S)

28     06/18/03 POSTAGE                     0.37                           I
       Fp:0306 | Bth:12677*8 | Inv:69955

29     06/18/03 DUPLICATI  1.00             0.20   1.00   0.10       0.10 I
       Fp:0306 | Bth:12680*55 | Inv:69955
       Source    : ASCIIC
       Note      : 1331
       Comments  : 1 PAGE(S)

30     05/05/03 LEXIS-NEX                  12.10          0.00       0.00 I
       Fp:0306 | Bth:12683*41 | Inv:69955
       Comments  : MJM

31     05/05/03 LEXIS-NEX                   3.51          0.00       0.00 I
       Fp:0306 | Bth:12683*42 | Inv:69955
       Comments  : MJM

32     05/06/03 LEXIS-NEX                  12.11          0.00       0.00 I
       Fp:0306 | Bth:12683*43 | Inv:69955
       Comments  : MJM

33     05/21/03 LEXIS-NEX                  12.11          0.00       0.00 I
       Fp:0306 | Bth:12683*44 | Inv:69955
       Comments  : MJM

34     05/21/03 LEXIS-NEX                   1.76          0.00       0.00 I
       Fp:0306 | Bth:12683*45 | Inv:69955
```

INQUIRY : Case - reference 10:02am 25 APR 06

Client : CURNAN MARTIN W. CURNAN
Case : 03-105 MARK N. BEGLEY VS. COUNTY OF K Status : Active

| ..Ref | ..Date.. Cde.desc Orgtme Orgrte | ....Orgamt | ..Time | ..Rate | .......Amt | S |
|---|---|---|---|---|---|---|
| | Comments : MJM | | | | | |
| 41 | 07/14/03 DUPLICATI 34.00<br>Fp:0307 \| Bth:12736*22 \| Inv:69955<br>Source : ASCIIC<br>Note : 7264<br>Comments : 34 PAGE(S) | 6.80 | 34.00 | 0.10 | 3.40 | I |
| 44 | 06/17/03 LEXIS-NEX<br>Fp:0307 \| Bth:12750*51 \| Inv:69955<br>Comments : MJM | 17.29 | | 0.00 | 0.00 | I |
| 67 | 08/08/03 DUPLICATI 2.00<br>Fp:0308 \| Bth:12810*104 \| Inv:70306<br>Source : ASCIIC<br>Note : SKS<br>Comments : 2 PAGE(S) CURNAN | 0.40 | 2.00 | 0.10 | 0.20 | I |
| 68 | 08/08/03 DUPLICATI 4.00<br>Fp:0308 \| Bth:12810*105 \| Inv:70306<br>Source : ASCIIC<br>Note : SKS<br>Comments : 4 PAGE(S) CURNAN | 0.80 | 4.00 | 0.10 | 0.40 | I |
| 69 | 08/08/03 DUPLICATI 1.00<br>Fp:0308 \| Bth:12810*118 \| Inv:70306<br>Source : ASCIIC<br>Note : SKS<br>Comments : 1 PAGE(S) CURNAN | 0.20 | 1.00 | 0.10 | 0.10 | I |
| 70 | 07/18/03 LEXIS-NEX<br>Fp:0308 \| Bth:12835*43 \| Inv:70306<br>Comments : RAC | 111.53 | | 0.00 | 0.00 | I |
| 71 | 07/18/03 LEXIS-NEX<br>Fp:0308 \| Bth:12835*44 \| Inv:70306<br>Comments : RAC | 32.34 | | 0.00 | 0.00 | I |
| 72 | 07/18/03 LEXIS-NEX<br>Fp:0308 \| Bth:12835*45 \| Inv:70306<br>Comments : RAC | 5.90 | | 0.00 | 0.00 | I |
| 73 | 07/18/03 LEXIS-NEX<br>Fp:0308 \| Bth:12835*46 \| Inv:70306<br>Comments : RAC | 39.42 | | 0.00 | 0.00 | I |
| 74 | 07/21/03 LEXIS-NEX<br>Fp:0308 \| Bth:12835*47 \| Inv:70306<br>Comments : RAC | 1.92 | | 0.00 | 0.00 | I |

Case 1:03-cv-00162-KSC Document 180 Filed 04/ 2006 Page 5 of 46

INQUIRY : Case - reference

10:02am 25 APR 06

Client : CURNAN MARTIN W. CURNAN
Case : 03-105 MARK N. BEGLEY VS. COUNTY OF K

Status : Active

| ..Ref | ..Date.. Cde.desc Orgtme Orgrte | ....Orgamt | ..Time | ..Rate | .......Amt | S |
|---|---|---|---|---|---|---|
| 75 | 07/22/03 LEXIS-NEX<br>Fp:0308 \| Bth:12835*48 \| Inv:70306<br>Comments : RAC | 110.00 | | 0.00 | 0.00 | I |
| 76 | 07/22/03 LEXIS-NEX<br>Fp:0308 \| Bth:12835*49 \| Inv:70306<br>Comments : RAC | 5.70 | | 0.00 | 0.00 | I |
| 77 | 07/22/03 LEXIS-NEX<br>Fp:0308 \| Bth:12835*50 \| Inv:70306<br>Comments : RAC | 39.42 | | 0.00 | 0.00 | I |
| 78 | 07/23/03 LEXIS-NEX<br>Fp:0308 \| Bth:12835*51 \| Inv:70306<br>Comments : RAC | 184.15 | | 0.00 | 0.00 | I |
| 79 | 07/23/03 LEXIS-NEX<br>Fp:0308 \| Bth:12835*52 \| Inv:70306<br>Comments : RAC | 17.14 | | 0.00 | 0.00 | I |
| 80 | 07/23/03 LEXIS-NEX<br>Fp:0308 \| Bth:12835*53 \| Inv:70306<br>Comments : RAC | 1.48 | | 0.00 | 0.00 | I |
| 81 | 07/23/03 LEXIS-NEX<br>Fp:0308 \| Bth:12835*54 \| Inv:70306<br>Comments : RAC | 19.72 | | 0.00 | 0.00 | I |
| 82 | 07/24/03 LEXIS-NEX<br>Fp:0308 \| Bth:12835*55 \| Inv:70306<br>Comments : RAC | 70.88 | | 0.00 | 0.00 | I |
| 83 | 07/24/03 LEXIS-NEX<br>Fp:0308 \| Bth:12835*56 \| Inv:70306<br>Comments : RAC | 38.00 | | 0.00 | 0.00 | I |
| 84 | 07/24/03 LEXIS-NEX<br>Fp:0308 \| Bth:12835*57 \| Inv:70306<br>Comments : RAC | 1.46 | | 0.00 | 0.00 | I |
| 86 | 09/02/03 POSTAGE<br>Fp:0309 \| Bth:12874*5 \| Inv:70306 | 2.44 | | | | I |
| 87 | 09/04/03 FACSIMILE<br>Fp:0309 \| Bth:12881*64 \| Inv:70306<br>Source : ASCIIC<br>Note : 7264<br>Comments : 1 PAGE(S) TO NO. 1(808) 632-0724 | 1.00 | | | | I |
| 88 | 09/04/03 FACSIMILE | 0.50 | | | | I |

INQUIRY : Case - reference 10:02am 25 APR 06

Client : CURNAN MARTIN W. CURNAN
Case : 03-105 MARK N. BEGLEY VS. COUNTY OF K Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
Fp:0309 | Bth:12881*69 | Inv:70306
Source : ASCIIC
Note : 7264
Comments : 1 PAGE(S) TO NO. 524-8292

89 09/04/03 FACSIMILE 0.50 I
Fp:0309 | Bth:12881*70 | Inv:70306
Source : ASCIIC
Note : 7264
Comments : 1 PAGE(S) TO NO. 544-8399

90 09/04/03 FACSIMILE 0.50 I
Fp:0309 | Bth:12881*74 | Inv:70306
Source : ASCIIC
Note : 7264
Comments : 1 PAGE(S) TO NO. 524-8293

91 09/08/03 FACSIMILE 0.50 I
Fp:0309 | Bth:12888*56 | Inv:70306
Source : ASCIIC
Note : 7264
Comments : 1 PAGE(S) TO NO. 550-4996

100 09/25/03 DUPLICATI218.00 21.80 I
Fp:0309 | Bth:12941*7 | Inv:70306
Source : ASCIIC
Note : 0074
Comments : 218 PAGE(S)

105 09/29/03 DUPLICATI 5.00 0.50 I
Fp:0309 | Bth:12954*101 | Inv:70306
Source : ASCIIC
Note : SKS
Comments : 5 PAGE(S) CURNAN

113 09/30/03 DUPLICATI 40.00 4.00 I
Fp:0309 | Bth:12956*35 | Inv:70306
Source : ASCIIC
Note : 4571
Comments : 40 PAGE(S)

114 09/30/03 DUPLICATI 5.00 0.50 I
Fp:0309 | Bth:12956*37 | Inv:70306
Source : ASCIIC
Note : 4571
Comments : 5 PAGE(S)

115 09/30/03 POSTAGE 1.11 I
Fp:0309 | Bth:12957*18 | Inv:70306
Comments : MJM

```
INQUIRY : Case      - reference                          10:02am 25 APR 06

Client   : CURNAN     MARTIN W. CURNAN
Case     : 03-105     MARK N. BEGLEY VS. COUNTY OF K          Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
116   09/30/03 POSTAGE                          0.74                          I
      Fp:0309 | Bth:12957*20 | Inv:70306
      Comments : MJM

117   09/30/03 POSTAGE                          0.37                          I
      Fp:0309 | Bth:12957*25 | Inv:70306
      Comments : MJM

118   09/24/03 OUTSIDE D                       43.69                          I
      Fp:0309 | Bth:12959*33 | Chk: 1/084454,10/15/03 | Inv:70306
      Source   : AP 01,P107,H410826 | Payee:PROFESSIONAL IMAGE
      Comments : 233 FILES AT $0.18 PER FILE - ORIGINALS PROVIDED BY CHRIS
                 BOUSLOG, ESQ.

119   10/06/03 DUPLICATI 16.00                  1.60                          I
      Fp:0310 | Bth:12970*17 | Inv:70475
      Source   : ASCIIC
      Note     : 7264
      Comments : 16 PAGE(S)

120   10/08/03 DUPLICATI 69.00                  6.90                          I
      Fp:0310 | Bth:12972*5 | Inv:70475
      Source   : ASCIIC
      Note     : 7264
      Comments : 69 PAGE(S)

122   10/10/03 POSTAGE                          0.37                          I
      Fp:0310 | Bth:12987*4 | Inv:70475
      Comments : MJM

136   10/01/03 DUPLICATI  5.00                  0.50                          I
      Fp:0310 | Bth:12993*8 | Inv:70475
      Comments : 5 PAGE(S)

137   09/30/03 AIR/GROUN                        5.21                          I
      Fp:0310 | Bth:12994*187 | Chk: 1/084525,10/29/03 | Inv:70475
      Source   : AP 01,R184,10/01/03 | Payee:RAINBOW COURIERS,
      Comments : SCHEDULING CONFERENCE STATEMENT

139   10/22/03 POSTAGE                          0.37                          I
      Fp:0310 | Bth:13024*6 | Inv:70475
      Comments : MJM

140   10/23/03 DUPLICATI 34.00                  3.40                          I
      Fp:0310 | Bth:13028*27 | Inv:70475
      Source   : ASCIIC
      Note     : 7264
      Comments : 34 PAGE(S)
```

```
INQUIRY : Case      - reference                                10:02am 25 APR 06

Client    : CURNAN       MARTIN W. CURNAN
Case      : 03-105       MARK N. BEGLEY VS. COUNTY OF K           Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
141   10/27/03 DUPLICATI 23.00              2.30                           I
      Fp:0310 | Bth:13038*7 | Inv:70475
      Source   : ASCIIC
      Note     : 7264
      Comments : 23 PAGE(S)

142   10/28/03 FACSIMILE                   2.00                           I
      Fp:0310 | Bth:13041*47 | Inv:70475
      Source   : ASCIIC
      Note     : 7264
      Comments : 4 PAGE(S) TO NO. 536-5817

144   10/29/03 DUPLICATI 16.00             1.60                           I
      Fp:0310 | Bth:13042*47 | Inv:70475
      Source   : ASCIIC
      Note     : 7264
      Comments : 16 PAGE(S)

145   10/31/03 POSTAGE                     1.20                           I
      Fp:0310 | Bth:13050*14 | Inv:70475
      Comments : MJM

146   10/29/03 POSTAGE                     0.60                           I
      Fp:0310 | Bth:13048*11 | Inv:70475
      Comments : MJM

147   10/31/03 DUPLICATI 16.00             1.60                           I
      Fp:0310 | Bth:13051*7 | Inv:70475
      Source   : ASCIIC
      Note     : 7264
      Comments : 16 PAGE(S)

161   10/28/03 DUPLICATI                  20.00                           I
      Fp:0310 | Bth:13053*13 | Chk: 1/084554,10/31/03 | Inv:70475
      Source   : AP 01,M214,CR044043 | Payee:JOSEPH E. MEDEIROS
      Comments : DOCUMENTS FROM FCC

162   11/10/03 DUPLICATI  1.00             0.10                           I
      Fp:0311 | Bth:13073*58 | Inv:70629
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S) CURNAN

163   11/10/03 DUPLICATI 20.00             2.00                           I
      Fp:0311 | Bth:13073*59 | Inv:70629
      Source   : ASCIIC
      Note     : SKS
      Comments : 20 PAGE(S) CURNAN

164   11/13/03 DUPLICATI  4.00             0.40                           I
```

```
INQUIRY : Case      - reference                          10:02am 25 APR 06

Client   : CURNAN     MARTIN W. CURNAN
Case     : 03-105     MARK N. BEGLEY VS. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Fp:0311 | Bth:13082*66 | Inv:70629
      Source   : ASCIIC
      Note     : SKS
      Comments : 4 PAGE(S) CURNAN

165   11/13/03 DUPLICATI  1.00              0.10                          I
      Fp:0311 | Bth:13082*67 | Inv:70629
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S) CURNAN

166   10/23/03 LEXIS-NEX                    4.74         0.00       0.00 I
      Fp:0311 | Bth:13068*70 | Inv:70629
      Comments : MJM

167   10/23/03 LEXIS-NEX                    0.53         0.00       0.00 I
      Fp:0311 | Bth:13068*71 | Inv:70629
      Comments : MJM

168   10/24/03 LEXIS-NEX                    4.74         0.00       0.00 I
      Fp:0311 | Bth:13068*72 | Inv:70629
      Comments : MJM

177   11/14/03 DUPLICATI                   45.00                          I
      Fp:0312 | Bth:13127*7 | Chk: 1/084772,12/03/03 | Inv:70629
      Source   : AP 01,M214,CR044105 | Payee:JOSEPH E. MEDEIROS
      Comments : DOCUMENTS FROM USDC

183   12/10/03 DUPLICATI  1.00              0.10                          I
      Fp:0312 | Bth:13146*84 | Inv:70811
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S) CURNAN

184   12/12/03 DUPLICATI 31.00              3.10                          I
      Fp:0312 | Bth:13153*13 | Inv:70811
      Source   : ASCIIC
      Note     : 1331
      Comments : 31 PAGE(S)

185   12/12/03 DUPLICATI  1.00              0.10                          I
      Fp:0312 | Bth:13153*83 | Inv:70811
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S) CURNAN

186   12/12/03 DUPLICATI  1.00              0.10                          I
      Fp:0312 | Bth:13153*84 | Inv:70811
      Source   : ASCIIC
      Note     : SKS
```

```
INQUIRY : Case      - reference                              10:02am 25 APR 06

Client  : CURNAN       MARTIN W. CURNAN
Case    : 03-105       MARK N. BEGLEY VS. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Comments : 1 PAGE(S) CURNAN

187   12/12/03 DUPLICATI  1.00              0.10                          I
      Fp:0312 | Bth:13153*85 | Inv:70811
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S) CURNAN

189   11/07/03 LEXIS-NEX                  123.66           0.00      0.00 I
      Fp:0312 | Bth:13169*60 | Inv:70811
      Comments : MJM

190   11/07/03 LEXIS-NEX                    1.10           0.00      0.00 I
      Fp:0312 | Bth:13169*61 | Inv:70811
      Comments : MJM

191   11/18/03 LEXIS-NEX                  117.74           0.00      0.00 I
      Fp:0312 | Bth:13169*62 | Inv:70811
      Comments : MJM

192   11/18/03 LEXIS-NEX                    1.44           0.00      0.00 I
      Fp:0312 | Bth:13169*63 | Inv:70811
      Comments : MJM

193   11/18/03 LEXIS-NEX                   45.02           0.00      0.00 I
      Fp:0312 | Bth:13169*64 | Inv:70811
      Comments : MJM

194   11/19/03 LEXIS-NEX                   87.92           0.00      0.00 I
      Fp:0312 | Bth:13169*65 | Inv:70811
      Comments : MJM

195   11/19/03 LEXIS-NEX                   22.50           0.00      0.00 I
      Fp:0312 | Bth:13169*66 | Inv:70811
      Comments : MJM

196   11/19/03 LEXIS-NEX                    1.10           0.00      0.00 I
      Fp:0312 | Bth:13169*67 | Inv:70811
      Comments : MJM

198   12/03/03 LEXIS-NEX                   24.09           0.00      0.00 I
      Fp:0401 | Bth:13241*58 | Inv:71259
      Comments : MJM

199   12/04/03 LEXIS-NEX                   80.14           0.00      0.00 I
      Fp:0401 | Bth:13241*59 | Inv:71259
      Comments : MJM

200   01/12/04 COURT RES                    0.40                          I
      Fp:0401 | Bth:13250*209 | Chk: 1/085242,02/11/04 | Inv:71259
```

```
INQUIRY : Case      - reference                            10:02am 25 APR 06

Client   : CURNAN     MARTIN W. CURNAN
Case     : 03-105     MARK N. BEGLEY VS. COUNTY OF K          Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Source   : AP 01,P213,01/12/04 | Payee:PACER SERVICE CENT
      Comments : AT HAWAII DISTRICT COURT FOR THE PERIOD 10/01/03 TO
                 12/31/03

202   01/25/04 OUTSIDE D                          8.44                      I
      Fp:0401 | Bth:13267*16 | Chk: 1/085274,02/18/04 | Inv:71259
      Source   : AP 01,P107,H411277 | Payee:PROFESSIONAL IMAGE
      Comments : 45 FILES AT $0.18 PER FILE - ORIGINALS PROVIDED BY USDC

203   01/25/04 OUTSIDE D                          6.75                      I
      Fp:0401 | Bth:13267*17 | Chk: 1/085274,02/18/04 | Inv:71259
      Source   : AP 01,P107,H411276 | Payee:PROFESSIONAL IMAGE
      Comments : 36 FILES AT $0.18 PER FILE - ORIGINALS PROVIDED BY USDC

204   02/10/04 FACSIMILE                          0.50                      I
      Fp:0402 | Bth:13285*44 | Inv:71259
      Source   : ASCIIC
      Note     : 7264
      Comments : 1 PAGE(S) TO NO. 544-8399

205   02/10/04 FACSIMILE                          0.50                      I
      Fp:0402 | Bth:13285*45 | Inv:71259
      Source   : ASCIIC
      Note     : 7264
      Comments : 1 PAGE(S) TO NO. 550-4996

206   02/10/04 FACSIMILE                          0.50                      I
      Fp:0402 | Bth:13285*46 | Inv:71259
      Source   : ASCIIC
      Note     : 7264
      Comments : 1 PAGE(S) TO NO. 544-8399

207   02/10/04 FACSIMILE                          0.50                      I
      Fp:0402 | Bth:13285*47 | Inv:71259
      Source   : ASCIIC
      Note     : 7264
      Comments : 1 PAGE(S) TO NO. 550-4996

208   02/10/04 FACSIMILE                          0.50                      I
      Fp:0402 | Bth:13285*53 | Inv:71259
      Source   : ASCIIC
      Note     : 7264
      Comments : 1 PAGE(S) TO NO. 524-8293

209   02/09/04 LONG DIST                          1.35                      I
      Fp:0402 | Bth:13289*100 | Inv:71259
      Source   : ASCIIC
      Note     : 657
      Comments : (808) 241-6315
```

```
INQUIRY : Case      - reference                          10:02am 25 APR 06

Client   : CURNAN      MARTIN W. CURNAN
Case     : 03-105      MARK N. BEGLEY VS. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
210   02/09/04 LONG DIST                      0.74                        I
      Fp:0402 | Bth:13289*101 | Inv:71259
      Source   : ASCIIC
      Note     : 657
      Comments : (808) 823-9739

211   02/09/04 LONG DIST                      0.44                        I
      Fp:0402 | Bth:13289*102 | Inv:71259
      Source   : ASCIIC
      Note     : 657
      Comments : (808) 823-9739

212   02/12/04 POSTAGE                        2.17                        I
      Fp:0402 | Bth:13291*15 | Inv:71259
      Comments : MJM

213   02/12/04 DUPLICATI 32.00                3.20                        I
      Fp:0402 | Bth:13293*14 | Inv:71259
      Source   : ASCIIC
      Note     : 7264
      Comments : 32 PAGE(S)

214   02/12/04 FACSIMILE                      4.50                        I
      Fp:0402 | Bth:13293*58 | Inv:71259
      Source   : ASCIIC
      Note     : 7264
      Comments : 9 PAGE(S) TO NO. 544-8399

215   02/10/04 LONG DIST                      0.44                        I
      Fp:0402 | Bth:13293*70 | Inv:71259
      Source   : ASCIIC
      Note     : 632
      Comments : (808) 823-9739

216   02/13/04 POSTAGE                        0.74                        I
      Fp:0402 | Bth:13296*1 | Inv:71259
      Comments : MJM

217   02/13/04 DUPLICATI 12.00                1.20                        I
      Fp:0402 | Bth:13297*49 | Inv:71259
      Source   : ASCIIC
      Note     : 7264
      Comments : 12 PAGE(S)

218   02/10/04 LONG DIST                      0.44                        I
      Fp:0402 | Bth:13297*88 | Inv:71259
      Source   : ASCIIC
      Note     : 657
      Comments : (808) 823-9739
219   02/10/04 LONG DIST                      0.44                        I
```

```
INQUIRY : Case      - reference                            10:02am 25 APR 06

Client   : CURNAN     MARTIN W. CURNAN
Case     : 03-105     MARK N. BEGLEY VS. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Fp:0402 | Bth:13297*89 | Inv:71259
      Source   : ASCIIC
      Note     : 657
      Comments : (808) 823-9739

220   02/10/04 LONG DIST                    0.44                          I
      Fp:0402 | Bth:13297*90 | Inv:71259
      Source   : ASCIIC
      Note     : 657
      Comments : (808) 823-9739

221   02/11/04 LONG DIST                    0.44                          I
      Fp:0402 | Bth:13299*73 | Inv:71259
      Source   : ASCIIC
      Note     : 632
      Comments : (808) 635-5713

228   03/17/04 FACSIMILE                   27.00                          I
      Fp:0403 | Bth:13389*36 | Inv:71409
      Source   : ASCIIC
      Note     : 7264
      Comments : 27 PAGE(S) TO NO. 1(808) 245-5175

229   03/18/04 POSTAGE                      1.29                          I
      Fp:0403 | Bth:13391*11 | Inv:71409
      Comments : MJM

230   03/18/04 DUPLICATI 41.00              4.10                          I
      Fp:0403 | Bth:13393*25 | Inv:71409
      Source   : ASCIIC
      Note     : 7264
      Comments : 41 PAGE(S)

231   03/18/04 FACSIMILE                   13.50                          I
      Fp:0403 | Bth:13393*68 | Inv:71409
      Source   : ASCIIC
      Note     : 7264
      Comments : 27 PAGE(S) TO NO. 524-8293

232   02/10/04 AIR/GROUN                    5.21                          I
      Fp:0403 | Bth:13395*39 | Chk: 1/085580,03/31/04 | Inv:71259
      Source   : AP 01,R184,03/01/04 | Payee:RAINBOW COURIERS,
      Comments : DOCUMENTS

239   03/22/04 DUPLICATI  1.00              0.10                          I
      Fp:0403 | Bth:13402*75 | Inv:71409
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S) CURNAN
```

```
INQUIRY : Case        - reference                           10:02am 25 APR 06

Client   : CURNAN      MARTIN W. CURNAN
Case     : 03-105      MARK N. BEGLEY VS. COUNTY OF K        Status : Active

..Ref  ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
240    03/22/04 DUPLICATI   1.00               0.10                        I
       Fp:0403 | Bth:13402*78 | Inv:71409
       Source   : ASCIIC
       Note     : SKS
       Comments : 1 PAGE(S) CURNAN

241    03/22/04 DUPLICATI   1.00               0.10                        I
       Fp:0403 | Bth:13402*79 | Inv:71409
       Source   : ASCIIC
       Note     : SKS
       Comments : 1 PAGE(S) CURNAN

242    03/22/04 DUPLICATI   1.00               0.10                        I
       Fp:0403 | Bth:13402*80 | Inv:71409
       Source   : ASCIIC
       Note     : SKS
       Comments : 1 PAGE(S) CURNAN

243    03/22/04 DUPLICATI   1.00               0.10                        I
       Fp:0403 | Bth:13402*81 | Inv:71409
       Source   : ASCIIC
       Note     : SKS
       Comments : 1 PAGE(S) CURNAN

244    03/22/04 DUPLICATI   1.00               0.10                        I
       Fp:0403 | Bth:13402*83 | Inv:71409
       Source   : ASCIIC
       Note     : SKS
       Comments : 1 PAGE(S) CURNAN

245    03/22/04 DUPLICATI   1.00               0.10                        I
       Fp:0403 | Bth:13402*85 | Inv:71409
       Source   : ASCIIC
       Note     : SKS
       Comments : 1 PAGE(S) CURNAN

246    03/22/04 DUPLICATI  94.00               9.40                        I
       Fp:0403 | Bth:13402*86 | Inv:71409
       Source   : ASCIIC
       Note     : SKS
       Comments : 94 PAGE(S) CURNAN

247    03/22/04 DUPLICATI   1.00               0.10                        I
       Fp:0403 | Bth:13402*87 | Inv:71409
       Source   : ASCIIC
       Note     : SKS
       Comments : 1 PAGE(S) CURNAN

248    03/22/04 DUPLICATI  39.00               3.90                        I
       Fp:0403 | Bth:13402*88 | Inv:71409
```

```
INQUIRY : Case      - reference                          10:02am 25 APR 06

Client   : CURNAN      MARTIN W. CURNAN
Case     : 03-105      MARK N. BEGLEY VS. COUNTY OF K          Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Source   : ASCIIC
      Note     : SKS
      Comments : 39 PAGE(S) CURNAN

249   03/22/04 DUPLICATI   1.00            0.10                          I
      Fp:0403 | Bth:13402*89 | Inv:71409
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S) CURNAN

250   03/22/04 DUPLICATI 34.00             3.40                          I
      Fp:0403 | Bth:13402*90 | Inv:71409
      Source   : ASCIIC
      Note     : SKS
      Comments : 34 PAGE(S) CURNAN

251   03/22/04 DUPLICATI   1.00            0.10                          I
      Fp:0403 | Bth:13402*92 | Inv:71409
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S) CURNAN

254   03/17/04 DUPLICATI                 10.00                           I
      Fp:0403 | Bth:13406*29 | Chk: 1/085514,03/24/04 | Inv:71409
      Source   : AP 01,M214,CR044405 | Payee:JOSEPH E. MEDEIROS
      Comments : AT USDC

255   03/23/04 DUPLICATI                 81.50                           I
      Fp:0403 | Bth:13406*32 | Chk: 1/085514,03/24/04 | Inv:71409
      Source   : AP 01,M214,CR044405 | Payee:JOSEPH E. MEDEIROS
      Comments : AT USDC

273   04/02/04 DUPLICATI 12.00             1.20                          I
      Fp:0404 | Bth:13434*217 | Inv:71547
      Source   : ASCIIC
      Note     : SKS
      Comments : 12 PAGE(S) CURNAN

274   04/05/04 OUTSIDE D                 35.00                           I
      Fp:0404 | Bth:13435*14 | Chk: 1/085600,04/05/04 | Inv:71547
      Source   : AP 01,N999,CR044441 | Payee:NATIONAL ARCHIVES
      Comments : VARIOUS PLEADINGS

275   04/05/04 POSTAGE                     0.83                          I
      Fp:0404 | Bth:13436*18 | Inv:71547
      Comments : SKS

276   04/05/04 DUPLICATI   9.00            0.90                          I
      Fp:0404 | Bth:13439*14 | Inv:71547
      Source   : ASCIIC
```

Case 1:03-cv-00162-KSC Document 180 Filed 04/..2006 Page 16 of 46

```
INQUIRY : Case      - reference
                                                         10:02am 25 APR 06
Client   : CURNAN       MARTIN W. CURNAN
Case     : 03-105       MARK N. BEGLEY VS. COUNTY OF K           Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
         Note      : 1331
         Comments  : 9 PAGE(S)

 277    04/05/04 DUPLICATI 10.00              1.00                          I
        Fp:0404 | Bth:13439*24 | Inv:71547
        Source    : ASCIIC
        Note      : 1331
        Comments  : 10 PAGE(S)

 279    04/06/04 DUPLICATI  1.00              0.10                          I
        Fp:0404 | Bth:13442*74 | Inv:71547
        Source    : ASCIIC
        Note      : SKS
        Comments  : 1 PAGE(S) CURNAN

 280    04/06/04 DUPLICATI  1.00              0.10                          I
        Fp:0404 | Bth:13442*75 | Inv:71547
        Source    : ASCIIC
        Note      : SKS
        Comments  : 1 PAGE(S) CURNAN

 281    04/14/04 POSTAGE                      0.37                          I
        Fp:0404 | Bth:13460*13 | Inv:71547
        Comments  : MJM

 282    04/14/04 POSTAGE                      2.59                          I
        Fp:0404 | Bth:13460*15 | Inv:71547
        Comments  : MJM

 284    04/07/04 COURT RES                   10.15                          I
        Fp:0404 | Bth:13467*23 | Chk: 1/085792,05/05/04 | Inv:71547
        Source    : AP 01,P213,04/07/04 | Payee:PACER SERVICE CENT
        Comments  : AT HAWAII DISTRICT COURT FOR THE PERIOD 01/01/04 TO
                    03/31/04

 285    03/18/04 LEXIS-NEX                   28.02          0.00      0.00 I
        Fp:0404 | Bth:13466*89 | Inv:71547
        Comments  : MJM

 286    03/19/04 LEXIS-NEX                   11.97          0.00      0.00 I
        Fp:0404 | Bth:13466*90 | Inv:71547
        Comments  : MJM

 287    03/19/04 LEXIS-NEX                    1.50          0.00      0.00 I
        Fp:0404 | Bth:13466*91 | Inv:71547
        Comments  : MJM

 288    03/19/04 LEXIS-NEX                    0.58          0.00      0.00 I
        Fp:0404 | Bth:13466*92 | Inv:71547
        Comments  : MJM
```

INQUIRY : Case - reference 10:02am 25 APR 06

Client : CURNAN MARTIN W. CURNAN
Case : 03-105 MARK N. BEGLEY VS. COUNTY OF K Status : Active

| ..Ref | ..Date.. Cde.desc Orgtme Orgrte | ....Orgamt | ..Time | ..Rate | .......Amt | S |
|---|---|---|---|---|---|---|
| 289 | 03/20/04 LEXIS-NEX<br>Fp:0404 \| Bth:13466*93 \| Inv:71547<br>Comments : MJM | 16.05 | | 0.00 | 0.00 | I |
| 290 | 03/22/04 LEXIS-NEX<br>Fp:0404 \| Bth:13466*94 \| Inv:71547<br>Comments : MJM | 64.18 | | 0.00 | 0.00 | I |
| 291 | 03/23/04 LEXIS-NEX<br>Fp:0404 \| Bth:13466*95 \| Inv:71547<br>Comments : MJM | 16.05 | | 0.00 | 0.00 | I |
| 292 | 03/23/04 LEXIS-NEX<br>Fp:0404 \| Bth:13466*96 \| Inv:71547<br>Comments : MJM | 0.75 | | 0.00 | 0.00 | I |
| 293 | 03/24/04 LEXIS-NEX<br>Fp:0404 \| Bth:13466*97 \| Inv:71547<br>Comments : MJM | 32.10 | | 0.00 | 0.00 | I |
| 294 | 03/24/04 LEXIS-NEX<br>Fp:0404 \| Bth:13466*98 \| Inv:71547<br>Comments : MJM | 2.25 | | 0.00 | 0.00 | I |
| 295 | 03/25/04 LEXIS-NEX<br>Fp:0404 \| Bth:13466*99 \| Inv:71547<br>Comments : MJM | 16.04 | | 0.00 | 0.00 | I |
| 296 | 03/26/04 LEXIS-NEX<br>Fp:0404 \| Bth:13466*100 \| Inv:71547<br>Comments : MJM | 176.50 | | 0.00 | 0.00 | I |
| 297 | 03/27/04 LEXIS-NEX<br>Fp:0404 \| Bth:13466*101 \| Inv:71547<br>Comments : MJM | 32.10 | | 0.00 | 0.00 | I |
| 298 | 03/27/04 LEXIS-NEX<br>Fp:0404 \| Bth:13466*102 \| Inv:71547<br>Comments : MJM | 1.49 | | 0.00 | 0.00 | I |
| 299 | 03/27/04 LEXIS-NEX<br>Fp:0404 \| Bth:13466*103 \| Inv:71547<br>Comments : MJM | 0.58 | | 0.00 | 0.00 | I |
| 300 | 03/29/04 LEXIS-NEX<br>Fp:0404 \| Bth:13466*104 \| Inv:71547<br>Comments : MJM | 136.80 | | 0.00 | 0.00 | I |
| 301 | 03/29/04 LEXIS-NEX | 3.00 | | 0.00 | 0.00 | I |

INQUIRY : Case - reference 10:02am 25 APR 06

Client : CURNAN MARTIN W. CURNAN
Case : 03-105 MARK N. BEGLEY VS. COUNTY OF K Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
Fp:0404 | Bth:13466*105 | Inv:71547
Comments : MJM

302 03/29/04 LEXIS-NEX 1.15 0.00 0.00 I
Fp:0404 | Bth:13466*106 | Inv:71547
Comments : MJM

303 03/30/04 LEXIS-NEX 112.32 0.00 0.00 I
Fp:0404 | Bth:13466*107 | Inv:71547
Comments : MJM

304 03/30/04 LEXIS-NEX 0.58 0.00 0.00 I
Fp:0404 | Bth:13466*108 | Inv:71547
Comments : MJM

305 03/31/04 LEXIS-NEX 32.09 0.00 0.00 I
Fp:0404 | Bth:13466*109 | Inv:71547
Comments : MJM

306 03/31/04 LEXIS-NEX 0.75 0.00 0.00 I
Fp:0404 | Bth:13466*110 | Inv:71547
Comments : MJM

307 03/31/04 LEXIS-NEX 1.15 0.00 0.00 I
Fp:0404 | Bth:13466*111 | Inv:71547
Comments : MJM

308 04/16/04 POSTAGE 0.37 I
Fp:0404 | Bth:13468*10 | Inv:71547
Comments : MJM

309 04/22/04 DUPLICATI 4.00 0.40 I
Fp:0404 | Bth:13483*59 | Inv:71547
Source : ASCIIC
Note : SKS
Comments : 4 PAGE(S) CURNAN

310 04/22/04 DUPLICATI 1.00 0.10 I
Fp:0404 | Bth:13483*60 | Inv:71547
Source : ASCIIC
Note : SKS
Comments : 1 PAGE(S) CURNAN

311 04/23/04 FACSIMILE 1.00 I
Fp:0404 | Bth:13486*39 | Inv:71547
Source : ASCIIC
Note : 1331
Comments : 2 PAGE(S) TO NO. 550-4996

312 04/16/04 LONG DIST 1.01 I

```
INQUIRY : Case      - reference                           10:02am 25 APR 06

Client   : CURNAN      MARTIN W. CURNAN
Case     : 03-105      MARK N. BEGLEY VS. COUNTY OF K         Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Fp:0404 | Bth:13486*42 | Inv:71547
      Source   : ASCIIC
      Note     : 632
      Comments : (650) 238-3466

313   04/20/04 LONG DIST                       1.51                          I
      Fp:0404 | Bth:13486*43 | Inv:71547
      Source   : ASCIIC
      Note     : 632
      Comments : (650) 238-3466

314   04/23/04 DUPLICATI   1.00                0.10                          I
      Fp:0404 | Bth:13486*47 | Inv:71547
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S) CURNAN

315   04/23/04 DUPLICATI   1.00                0.10                          I
      Fp:0404 | Bth:13486*48 | Inv:71547
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S) CURNAN

325   04/26/04 DUPLICATI 28.00                 2.80                          I
      Fp:0404 | Bth:13492*22 | Inv:71547
      Source   : ASCIIC
      Note     : 1331
      Comments : 28 PAGE(S)

326   04/26/04 DUPLICATI 24.00                 2.40                          I
      Fp:0404 | Bth:13492*27 | Inv:71547
      Source   : ASCIIC
      Note     : 1331
      Comments : 24 PAGE(S)

327   04/27/04 DUPLICATI  2.00                 0.20                          I
      Fp:0404 | Bth:13494*9 | Inv:71547
      Source   : ASCIIC
      Note     : 1331
      Comments : 2 PAGE(S)

328   04/27/04 DUPLICATI   1.00                0.10                          I
      Fp:0404 | Bth:13494*54 | Inv:71547
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S) CURNAN

329   04/27/04 DUPLICATI 10.00                 1.00                          I
      Fp:0404 | Bth:13494*55 | Inv:71547
      Source   : ASCIIC
```

```
INQUIRY : Case      - reference                       10:02am 25 APR 06

Client   : CURNAN      MARTIN W. CURNAN
Case     : 03-105      MARK N. BEGLEY VS. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Note     : SKS
      Comments : 10 PAGE(S) CURNAN

330   04/27/04 DUPLICATI 10.00           1.00                          I
      Fp:0404 | Bth:13494*57 | Inv:71547
      Source   : ASCIIC
      Note     : SKS
      Comments : 10 PAGE(S) CURNAN

331   04/27/04 DUPLICATI 10.00           1.00                          I
      Fp:0404 | Bth:13494*58 | Inv:71547
      Source   : ASCIIC
      Note     : SKS
      Comments : 10 PAGE(S) CURNAN

332   04/28/04 DUPLICATI 17.00           1.70                          I
      Fp:0404 | Bth:13500*11 | Inv:71547
      Source   : ASCIIC
      Note     : 1331
      Comments : 17 PAGE(S)

333   04/28/04 DUPLICATI  9.00           0.90                          I
      Fp:0404 | Bth:13500*63 | Inv:71547
      Source   : ASCIIC
      Note     : SKS
      Comments : 9 PAGE(S) CURNAN

343   05/03/04 DUPLICATI 14.00           1.40                          I
      Fp:0405 | Bth:13513*25 | Inv:71859
      Source   : ASCIIC
      Note     : 1331
      Comments : 14 PAGE(S)

344   05/03/04 DUPLICATI  2.00           0.20                          I
      Fp:0405 | Bth:13513*53 | Inv:71859
      Source   : ASCIIC
      Note     : SKS
      Comments : 2 PAGE(S) CURNAN

345   05/04/04 DUPLICATI  2.00           0.20                          I
      Fp:0405 | Bth:13513*110 | Inv:71859
      Source   : ASCIIC
      Note     : SKS
      Comments : 2 PAGE(S) CURNAN

346   05/04/04 DUPLICATI  2.00           0.20                          I
      Fp:0405 | Bth:13513*111 | Inv:71859
      Source   : ASCIIC
      Note     : SKS
      Comments : 2 PAGE(S) CURNAN
```

```
INQUIRY : Case      - reference                          10:02am 25 APR 06

Client   : CURNAN     MARTIN W. CURNAN
Case     : 03-105     MARK N. BEGLEY VS. COUNTY OF K         Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S

347   05/04/04 DUPLICATI  2.00                0.20                        I
      Fp:0405 | Bth:13513*112 | Inv:71859
      Source   : ASCIIC
      Note     : SKS
      Comments : 2 PAGE(S) CURNAN

348   05/04/04 DUPLICATI  2.00                0.20                        I
      Fp:0405 | Bth:13513*113 | Inv:71859
      Source   : ASCIIC
      Note     : SKS
      Comments : 2 PAGE(S) CURNAN

349   05/06/04 DUPLICATI 48.00                4.80                        I
      Fp:0405 | Bth:13519*12 | Inv:71859
      Source   : ASCIIC
      Note     : 7264
      Comments : 48 PAGE(S)

350   05/06/04 DUPLICATI 26.00                2.60                        I
      Fp:0405 | Bth:13519*22 | Inv:71859
      Source   : ASCIIC
      Note     : 7264
      Comments : 26 PAGE(S)

351   05/07/04 POSTAGE                        2.58                        I
      Fp:0405 | Bth:13521*4 | Inv:71859
      Comments : MJM

353   05/10/04 DUPLICATI 14.00                1.40                        I
      Fp:0405 | Bth:13525*10 | Inv:71859
      Source   : ASCIIC
      Note     : 7264
      Comments : 14 PAGE(S)

354   05/11/04 POSTAGE                        1.80                        I
      Fp:0405 | Bth:13526*16 | Inv:71859
      Comments : MJM

355   05/11/04 DUPLICATI 80.00                8.00                        I
      Fp:0405 | Bth:13527*6 | Inv:71859
      Source   : ASCIIC
      Note     : 7264
      Comments : 80 PAGE(S)

356   05/11/04 DUPLICATI 20.00                2.00                        I
      Fp:0405 | Bth:13527*32 | Inv:71859
      Source   : ASCIIC
      Note     : 7264
      Comments : 20 PAGE(S)
```

```
INQUIRY : Case      - reference                              10:02am 25 APR 06

Client   : CURNAN      MARTIN W. CURNAN
Case     : 03-105      MARK N. BEGLEY VS. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S

357   04/20/04 DUPLICATI                  73.50                           I
      Fp:0405 | Bth:13528*24 | Chk: 1/085813,05/12/04 | Inv:71859
      Source   : AP 01,B217,04-20-04 | Payee:BANKCARD CENTER
      Comments : PLEADINGS FROM USDC ARCHIVES

362   05/12/04 POSTAGE                     0.37                           I
      Fp:0405 | Bth:13532*3 | Inv:71859
      Comments : MJM

363   05/12/04 POSTAGE                     1.06                           I
      Fp:0405 | Bth:13532*8 | Inv:71859
      Comments : MJM

364   05/12/04 POSTAGE                     1.06                           I
      Fp:0405 | Bth:13532*9 | Inv:71859
      Comments : MJM

365   05/12/04 DUPLICATI 34.00             3.40                           I
      Fp:0405 | Bth:13533*43 | Inv:71859
      Source   : ASCIIC
      Note     : 7264
      Comments : 34 PAGE(S)

366   05/14/04 DUPLICATI 17.00             1.70                           I
      Fp:0405 | Bth:13539*8 | Inv:71859
      Source   : ASCIIC
      Note     : 1331
      Comments : 17 PAGE(S)

374   05/26/04 DUPLICATI 12.00             1.20                           I
      Fp:0405 | Bth:13572*35 | Inv:71859
      Source   : ASCIIC
      Note     : 1331
      Comments : 12 PAGE(S)

375   05/26/04 DUPLICATI  1.00             0.10                           I
      Fp:0405 | Bth:13572*62 | Inv:71859
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S) CURNAN

377   04/01/04 LEXIS-NEX                  96.12          0.00       0.00 I
      Fp:0405 | Bth:13559*66 | Inv:71859
      Comments : MJM

378   04/01/04 LEXIS-NEX                   7.44          0.00       0.00 I
      Fp:0405 | Bth:13559*67 | Inv:71859
      Comments : MJM
```

INQUIRY : Case - reference

10:02am 25 APR 06

Client : CURNAN MARTIN W. CURNAN
Case : 03-105 MARK N. BEGLEY VS. COUNTY OF K

Status : Active

| ..Ref | ..Date.. Cde.desc Orgtme Orgrte | ....Orgamt | ..Time | ..Rate | .......Amt | S |
|---|---|---|---|---|---|---|
| 379 | 04/01/04 LEXIS-NEX<br>Fp:0405 \| Bth:13559*68 \| Inv:71859<br>Comments : MJM | 0.75 | | 0.00 | 0.00 | I |
| 380 | 04/01/04 LEXIS-NEX<br>Fp:0405 \| Bth:13559*69 \| Inv:71859<br>Comments : MJM | 2.56 | | 0.00 | 0.00 | I |
| 381 | 04/02/04 LEXIS-NEX<br>Fp:0405 \| Bth:13559*70 \| Inv:71859<br>Comments : MJM | 18.02 | | 0.00 | 0.00 | I |
| 382 | 04/02/04 LEXIS-NEX<br>Fp:0405 \| Bth:13559*71 \| Inv:71859<br>Comments : MJM | 0.82 | | 0.00 | 0.00 | I |
| 383 | 04/05/04 LEXIS-NEX<br>Fp:0405 \| Bth:13559*72 \| Inv:71859<br>Comments : MJM | 22.38 | | 0.00 | 0.00 | I |
| 384 | 04/06/04 LEXIS-NEX<br>Fp:0405 \| Bth:13559*73 \| Inv:71859<br>Comments : MJM | 38.30 | | 0.00 | 0.00 | I |
| 385 | 04/23/04 LEXIS-NEX<br>Fp:0405 \| Bth:13559*74 \| Inv:71859<br>Comments : MJM | 17.72 | | 0.00 | 0.00 | I |
| 386 | 04/23/04 LEXIS-NEX<br>Fp:0405 \| Bth:13559*75 \| Inv:71859<br>Comments : MJM | 1.65 | | 0.00 | 0.00 | I |
| 387 | 04/24/04 LEXIS-NEX<br>Fp:0405 \| Bth:13559*76 \| Inv:71859<br>Comments : MJM | 4.96 | | 0.00 | 0.00 | I |
| 388 | 04/24/04 LEXIS-NEX<br>Fp:0405 \| Bth:13559*77 \| Inv:71859<br>Comments : MJM | 0.63 | | 0.00 | 0.00 | I |
| 393 | 06/16/04 POSTAGE<br>Fp:0406 \| Bth:13615*7 \| Inv:71979<br>Comments : MJM | 5.99 | | | | I |
| 394 | 06/16/04 DUPLICATI112.00<br>Fp:0406 \| Bth:13618*28 \| Inv:71979<br>Source : ASCIIC<br>Note : 7264<br>Comments : 112 PAGE(S) | 11.20 | | | | I |
| 395 | 06/16/04 DUPLICATI 56.00 | 5.60 | | | | I |

```
INQUIRY : Case      - reference                            10:02am 25 APR 06

Client   : CURNAN      MARTIN W. CURNAN
Case     : 03-105      MARK N. BEGLEY VS. COUNTY OF K       Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Fp:0406 | Bth:13618*33 | Inv:71979
      Source   : ASCIIC
      Note     : 7264
      Comments : 56 PAGE(S)

396   06/16/04 DUPLICATI 12.00             1.20                              I
      Fp:0406 | Bth:13618*38 | Inv:71979
      Source   : ASCIIC
      Note     : 1331
      Comments : 12 PAGE(S)

397   06/16/04 DUPLICATI  1.00             0.10                              I
      Fp:0406 | Bth:13618*103 | Inv:71979
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S) CURNAN

398   05/11/04 AIR/GROUN                   5.21                              I
      Fp:0406 | Bth:13624*31 | Chk: 1/086119,06/30/04 | Inv:71859
      Source   : AP 01,R184,06/01/04 | Payee:RAINBOW COURIERS,
      Comments : ANSWER TO COMPLAINT

399   06/17/04 POSTAGE                     1.85                              I
      Fp:0406 | Bth:13625*6 | Inv:71979
      Comments : MJM

400   06/17/04 POSTAGE                     0.60                              I
      Fp:0406 | Bth:13625*16 | Inv:71979
      Comments : MJM

401   06/21/04 POSTAGE                     3.87                              I
      Fp:0406 | Bth:13633*7 | Inv:71979
      Comments : MJM

402   06/25/04 DUPLICATI  7.00             0.70                              I
      Fp:0406 | Bth:13649*21 | Inv:71979
      Source   : ASCIIC
      Note     : 7264
      Comments : 7 PAGE(S)

408   07/09/04 COURT RES                   0.90                              I
      Fp:0407 | Bth:13707*31 | Chk: 1/086333,08/04/04 | Inv:72251
      Source   : AP 01,P213,07/09/04 | Payee:PACER SERVICE CENT
      Comments : AT HAWAII DISTRICT COURT FOR THE PERIOD 04/01/04 TO 06/30/04

409   06/16/04 AIR/GROUN                   5.21                              I
      Fp:0407 | Bth:13713*230 | Chk: 1/086282,07/28/04 | Inv:72251
      Source   : AP 01,R184,07/01/04 | Payee:RAINBOW COURIERS,
      Comments : CERTIFICATE OF SERVICE
```

```
INQUIRY : Case      - reference
                                                    10:02am 25 APR 06
Client   : CURNAN      MARTIN W. CURNAN
Case     : 03-105      MARK N. BEGLEY VS. COUNTY OF K
                                                    Status : Active
..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
410   07/28/04 POSTAGE                          5.80                      I
      Fp:0407 | Bth:13727*12 | Inv:72251
      Comments : MJM

411   07/28/04 DUPLICATI 16.00                  1.60                      I
      Fp:0407 | Bth:13729*8 | Inv:72251
      Source   : ASCIIC
      Note     : 1331
      Comments : 16 PAGE(S)

412   07/28/04 DUPLICATI192.00                 19.20                      I
      Fp:0407 | Bth:13729*10 | Inv:72251
      Source   : ASCIIC
      Note     : 7264
      Comments : 192 PAGE(S)

413   07/28/04 DUPLICATI 26.00                  2.60                      I
      Fp:0407 | Bth:13729*17 | Inv:72251
      Source   : ASCIIC
      Note     : 1331
      Comments : 26 PAGE(S)

414   07/29/04 DUPLICATI 64.00                  6.40                      I
      Fp:0407 | Bth:13733*30 | Inv:72251
      Source   : ASCIIC
      Note     : 1331
      Comments : 64 PAGE(S)

420   08/05/04 POSTAGE                          1.11                      I
      Fp:0408 | Bth:13749*8 | Inv:72666
      Comments : MJM

421   08/05/04 POSTAGE                          0.37                      I
      Fp:0408 | Bth:13749*12 | Inv:72666
      Comments : MJM

423   08/26/04 DUPLICATI 64.00                  6.40                      I
      Fp:0408 | Bth:13806*40 | Inv:72666
      Source   : ASCIIC
      Note     : 1331
      Comments : 64 PAGE(S)

446   09/01/04 DUPLICATI 26.00                  2.60                      I
      Fp:0409 | Bth:13824*13 | Inv:72581
      Source   : ASCIIC
      Note     : 1331
      Comments : 26 PAGE(S)

447   09/02/04 DUPLICATI  1.00                  0.10                      I
      Fp:0409 | Bth:13824*121 | Inv:72581
```

```
INQUIRY : Case      - reference                          10:02am 25 APR 06

Client   : CURNAN      MARTIN W. CURNAN
Case     : 03-105      MARK N. BEGLEY VS. COUNTY OF K          Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
           Source    : ASCIIC
           Note      : SKS
           Comments  : 1 PAGE(S) CURNAN

448   09/03/04 POSTAGE                            0.37                          I
      Fp:0409 | Bth:13827*3 | Inv:72581
      Comments : MJM

449   09/03/04 DUPLICATI 21.00                    2.10                          I
      Fp:0409 | Bth:13829*23 | Inv:72581
      Source    : ASCIIC
      Note      : 7264
      Comments  : 21 PAGE(S)

450   09/03/04 DUPLICATI  7.00                    0.70                          I
      Fp:0409 | Bth:13829*36 | Inv:72581
      Source    : ASCIIC
      Note      : SKS
      Comments  : 7 PAGE(S) CURNAN

451   09/07/04 POSTAGE                            3.00                          I
      Fp:0409 | Bth:13830*16 | Inv:72581
      Comments : MJM

452   09/08/04 POSTAGE                            0.37                          I
      Fp:0409 | Bth:13833*6 | Inv:72581
      Comments : MJM

453   09/08/04 DUPLICATI 66.00                    6.60                          I
      Fp:0409 | Bth:13834*25 | Inv:72581
      Source    : ASCIIC
      Note      : 7264
      Comments  : 66 PAGE(S)

454   09/08/04 DUPLICATI  7.00                    0.70                          I
      Fp:0409 | Bth:13834*65 | Inv:72581
      Source    : ASCIIC
      Note      : 7264
      Comments  : 7 PAGE(S)

459   09/08/04 POSTAGE                            2.90                          I
      Fp:0409 | Bth:13839*7 | Inv:72581
      Comments : MJM

460   09/10/04 SHERIFF S                         15.00                          I
      Fp:0409 | Bth:13841*4 | Chk: 1/086550,09/10/04 | Inv:72581
      Source    : AP 01,L999,CR044809 | Payee:SHERIFF LINDSEY LA
      Comments  : SERVICE FEE

461   09/10/04 POSTAGE                            0.60                          I
```

```
INQUIRY : Case      - reference                              10:02am 25 APR 06

Client   : CURNAN     MARTIN W. CURNAN
Case     : 03-105     MARK N. BEGLEY VS. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Fp:0409 | Bth:13844*12 | Inv:72581
      Comments : MJM

476   09/16/04 DUPLICATI  1.00            0.10                          I
      Fp:0409 | Bth:13860*79 | Inv:72581
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S) CURNAN

477   08/25/04 DUPLICATI                 13.40                          I
      Fp:0409 | Bth:13861*55 | Chk: 1/086573,09/17/04 | Inv:72581
      Source   : AP 01,B999,08/25/04 | Payee:CHRIS BOUSLOG, ESQ
      Comments : FOR DR. SCHWARTZ'S RECORDS

480   09/22/04 DUPLICATI 56.00            5.60                          I
      Fp:0409 | Bth:13875*13 | Inv:72581
      Source   : ASCIIC
      Note     : 7264
      Comments : 56 PAGE(S)

481   09/22/04 DUPLICATI  5.00            0.50                          I
      Fp:0409 | Bth:13875*26 | Inv:72581
      Source   : ASCIIC
      Note     : 7264
      Comments : 5 PAGE(S)

482   09/22/04 POSTAGE                    0.37                          I
      Fp:0409 | Bth:13876*15 | Inv:72581
      Comments : MJM

483   09/21/04 LONG DIST                  0.44                          I
      Fp:0409 | Bth:13878*56 | Inv:72581
      Source   : ASCIIC
      Note     : 657
      Comments : (808) 651-8163

484   09/21/04 LONG DIST                  0.44                          I
      Fp:0409 | Bth:13878*58 | Inv:72581
      Source   : ASCIIC
      Note     : 657
      Comments : (808) 651-8163

490   09/24/04 POSTAGE                    1.52                          I
      Fp:0409 | Bth:13880*7 | Inv:72581
      Comments : MJM

491   09/24/04 POSTAGE                    1.11                          I
      Fp:0409 | Bth:13880*15 | Inv:72581
      Comments : MJM
```

```
INQUIRY : Case      - reference
                                                    10:02am 25 APR 06
Client   : CURNAN      MARTIN W. CURNAN
Case     : 03-105      MARK N. BEGLEY VS. COUNTY OF K
                                                    Status : Active
..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
492   09/24/04 DUPLICATI364.00                36.40                          I
      Fp:0409 | Bth:13881*8 | Inv:72581
      Source   : ASCIIC
      Note     : 0074
      Comments : 364 PAGE(S)

493   09/24/04 DUPLICATI 26.00                 2.60                          I
      Fp:0409 | Bth:13881*18 | Inv:72581
      Source   : ASCIIC
      Note     : 7264
      Comments : 26 PAGE(S)

495   08/03/04 LEXIS-NEX                      49.99          0.00      0.00 I
      Fp:0409 | Bth:13884*156 | Inv:72581
      Comments : EKT

496   08/03/04 LEXIS-NEX                       0.46          0.00      0.00 I
      Fp:0409 | Bth:13884*157 | Inv:72581
      Comments : EKT

497   08/03/04 LEXIS-NEX                       2.81          0.00      0.00 I
      Fp:0409 | Bth:13884*158 | Inv:72581
      Comments : EKT

498   08/03/04 LEXIS-NEX                       0.36          0.00      0.00 I
      Fp:0409 | Bth:13884*159 | Inv:72581
      Comments : EKT

499   08/09/04 LEXIS-NEX                       5.09          0.00      0.00 I
      Fp:0409 | Bth:13884*160 | Inv:72581
      Comments : EKT

500   08/09/04 LEXIS-NEX                       0.24          0.00      0.00 I
      Fp:0409 | Bth:13884*161 | Inv:72581
      Comments : EKT

501   08/10/04 LEXIS-NEX                       3.39          0.00      0.00 I
      Fp:0409 | Bth:13884*162 | Inv:72581
      Comments : EKT

502   08/13/04 LEXIS-NEX                     108.03          0.00      0.00 I
      Fp:0409 | Bth:13884*163 | Inv:72581
      Comments : EKT

503   08/13/04 LEXIS-NEX                       2.56          0.00      0.00 I
      Fp:0409 | Bth:13884*164 | Inv:72581
      Comments : EKT

504   08/13/04 LEXIS-NEX                       0.18          0.00      0.00 I
      Fp:0409 | Bth:13884*165 | Inv:72581
```

INQUIRY : Case - reference 10:02am 25 APR 06

Client : CURNAN MARTIN W. CURNAN
Case : 03-105 MARK N. BEGLEY VS. COUNTY OF K Status : Active

| ..Ref | ..Date.. Cde.desc Orgtme Orgrte / Comments : EKT | ....Orgamt | ..Time | ..Rate | .......Amt | S |
|---|---|---|---|---|---|---|
| 505 | 08/16/04 LEXIS-NEX<br>Fp:0409 \| Bth:13884*166 \| Inv:72581<br>Comments : EKT | 9.00 | | 0.00 | 0.00 | I |
| 506 | 08/16/04 LEXIS-NEX<br>Fp:0409 \| Bth:13884*167 \| Inv:72581<br>Comments : EKT | 1.40 | | 0.00 | 0.00 | I |
| 507 | 08/16/04 LEXIS-NEX<br>Fp:0409 \| Bth:13884*168 \| Inv:72581<br>Comments : EKT | 0.18 | | 0.00 | 0.00 | I |
| 508 | 08/17/04 LEXIS-NEX<br>Fp:0409 \| Bth:13884*169 \| Inv:72581<br>Comments : EKT | 94.63 | | 0.00 | 0.00 | I |
| 509 | 08/17/04 LEXIS-NEX<br>Fp:0409 \| Bth:13884*170 \| Inv:72581<br>Comments : EKT | 1.87 | | 0.00 | 0.00 | I |
| 510 | 08/18/04 LEXIS-NEX<br>Fp:0409 \| Bth:13884*171 \| Inv:72581<br>Comments : EKT | 82.91 | | 0.00 | 0.00 | I |
| 511 | 08/18/04 LEXIS-NEX<br>Fp:0409 \| Bth:13884*172 \| Inv:72581<br>Comments : EKT | 2.56 | | 0.00 | 0.00 | I |
| 512 | 08/19/04 LEXIS-NEX<br>Fp:0409 \| Bth:13884*173 \| Inv:72581<br>Comments : EKT | 14.93 | | 0.00 | 0.00 | I |
| 513 | 08/19/04 LEXIS-NEX<br>Fp:0409 \| Bth:13884*174 \| Inv:72581<br>Comments : EKT | 0.46 | | 0.00 | 0.00 | I |
| 514 | 08/23/04 LEXIS-NEX<br>Fp:0409 \| Bth:13884*175 \| Inv:72581<br>Comments : EKT | 90.41 | | 0.00 | 0.00 | I |
| 515 | 08/23/04 LEXIS-NEX<br>Fp:0409 \| Bth:13884*176 \| Inv:72581<br>Comments : EKT | 4.90 | | 0.00 | 0.00 | I |
| 516 | 08/24/04 LEXIS-NEX<br>Fp:0409 \| Bth:13884*177 \| Inv:72581<br>Comments : EKT | 42.05 | | 0.00 | 0.00 | I |

INQUIRY : Case - reference

Client : CURNAN MARTIN W. CURNAN 10:02am 25 APR 06
Case : 03-105 MARK N. BEGLEY VS. COUNTY OF K Status : Active

| ..Ref | ..Date.. Cde.desc Orgtme Orgrte | ....Orgamt | ..Time | ..Rate | .......Amt | S |
|---|---|---|---|---|---|---|
| 517 | 08/24/04 LEXIS-NEX<br>Fp:0409 \| Bth:13884*178 \| Inv:72581<br>Comments : EKT | 1.16 | | 0.00 | 0.00 | I |
| 518 | 08/25/04 LEXIS-NEX<br>Fp:0409 \| Bth:13884*179 \| Inv:72581<br>Comments : EKT | 61.47 | | 0.00 | 0.00 | I |
| 519 | 08/25/04 LEXIS-NEX<br>Fp:0409 \| Bth:13884*180 \| Inv:72581<br>Comments : EKT | 1.64 | | 0.00 | 0.00 | I |
| 520 | 08/30/04 LEXIS-NEX<br>Fp:0409 \| Bth:13884*181 \| Inv:72581<br>Comments : EKT | 145.48 | | 0.00 | 0.00 | I |
| 521 | 08/30/04 LEXIS-NEX<br>Fp:0409 \| Bth:13884*182 \| Inv:72581<br>Comments : EKT | 2.80 | | 0.00 | 0.00 | I |
| 522 | 08/30/04 LEXIS-NEX<br>Fp:0409 \| Bth:13884*183 \| Inv:72581<br>Comments : EKT | 0.72 | | 0.00 | 0.00 | I |
| 523 | 08/30/04 LEXIS-NEX<br>Fp:0409 \| Bth:13884*184 \| Inv:72581<br>Comments : EKT | 0.23 | | 0.00 | 0.00 | I |
| 524 | 08/31/04 LEXIS-NEX<br>Fp:0409 \| Bth:13884*185 \| Inv:72581<br>Comments : EKT | 336.10 | | 0.00 | 0.00 | I |
| 525 | 08/31/04 LEXIS-NEX<br>Fp:0409 \| Bth:13884*186 \| Inv:72581<br>Comments : EKT | 7.93 | | 0.00 | 0.00 | I |
| 526 | 08/31/04 LEXIS-NEX<br>Fp:0409 \| Bth:13884*187 \| Inv:72581<br>Comments : EKT | 0.18 | | 0.00 | 0.00 | I |
| 527 | 09/27/04 DUPLICATI 18.00<br>Fp:0409 \| Bth:13886*17 \| Inv:72581<br>Source : ASCIIC<br>Note : 7264<br>Comments : 18 PAGE(S) | 1.80 | | | | I |
| 528 | 09/27/04 FACSIMILE<br>Fp:0409 \| Bth:13886*29 \| Inv:72581<br>Source : ASCIIC<br>Note : 7264 | 9.00 | | | | I |