```
INQUIRY : Case      - reference
                                                        10:02am 25 APR 06
Client   : CURNAN     MARTIN W. CURNAN
Case     : 03-105     MARK N. BEGLEY VS. COUNTY OF K       Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Comments : 9 PAGE(S) TO NO. 1(808) 241-6319

529   09/27/04 POSTAGE                       0.60                          I
      Fp:0409 | Bth:13887*6 | Inv:72581
      Comments : MJM

530   09/21/04 OUTSIDE D                    51.64                          I
      Fp:0409 | Bth:13893*23 | Chk: 1/086803,10/13/04 | Inv:72581
      Source   : AP 01,P107,H412160 | Payee:PROFESSIONAL IMAGE
      Comments : 249 COPIES AT $0.18 PER COPY; 5 COLOR COPIES AT $0.95 PER
                 COPY - ORIGINALS PROVIDED BY USDC

534   09/29/04 DUPLICATI143.00              14.30                          I
      Fp:0409 | Bth:13898*16 | Inv:72581
      Source   : ASCIIC
      Note     : 7264
      Comments : 143 PAGE(S)

535   09/29/04 POSTAGE                       0.37                          I
      Fp:0409 | Bth:13897*16 | Inv:72581
      Comments : MJM

536   09/30/04 DUPLICATI870.00              87.00                          I
      Fp:0409 | Bth:13900*10 | Inv:72581
      Source   : ASCIIC
      Note     : 0074
      Comments : 870 PAGE(S)

537   09/30/04 DUPLICATI 90.00               9.00                          I
      Fp:0409 | Bth:13900*11 | Inv:72581
      Source   : ASCIIC
      Note     : 1331
      Comments : 90 PAGE(S)

538   09/29/04 POSTAGE                       5.30                          I
      Fp:0409 | Bth:13899*4 | Inv:72581
      Comments : MJM

541   10/01/04 DUPLICATI104.00              10.40                          I
      Fp:0410 | Bth:13905*15 | Inv:72843
      Source   : ASCIIC
      Note     : 7264
      Comments : 104 PAGE(S)

542   10/04/04 DUPLICATI 45.00               4.50                          I
      Fp:0410 | Bth:13905*48 | Inv:72843
      Source   : ASCIIC
      Note     : 7264
      Comments : 45 PAGE(S)
```

Exhibit E

```
INQUIRY : Case      - reference
                                                    10:02am 25 APR 06
Client   : CURNAN       MARTIN W. CURNAN
Case     : 03-105       MARK N. BEGLEY VS. COUNTY OF K
                                                    Status : Active
..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
543   10/01/04 POSTAGE                     1.85
      Fp:0410 | Bth:13907*6 | Inv:72843                                    I
      Comments : MJM

544   10/06/04 POSTAGE
      Fp:0410 | Bth:13910*9 | Inv:72843    0.60                            I
      Comments : MJM

545   01/07/04 POSTAGE
      Fp:0410 | Bth:13914*10 | Inv:72581   0.37                            I
      Comments : MJM

546   01/07/04 POSTAGE
      Fp:0410 | Bth:13914*15 | Inv:72581   5.30                            I
      Comments : MJM

547   09/03/04 POSTAGE                     3.00
      Fp:0410 | Bth:13827*6 | Inv:72581                                    I
      Note     : Transferred from: CIS*03-104*5
      Comments : MJM

548   10/07/04 DUPLICATI 12.00             1.20
      Fp:0410 | Bth:13915*16 | Inv:72843                                   I
      Source   : ASCIIC
      Note     : 7264
      Comments : 12 PAGE(S)

549   10/05/04 LONG DIST                   0.44
      Fp:0410 | Bth:13919*129 | Inv:72843                                  I
      Source   : ASCIIC
      Note     : 657
      Comments : (808) 645-0708

550   10/05/04 LONG DIST                   2.86
      Fp:0410 | Bth:13919*130 | Inv:72843                                  I
      Source   : ASCIIC
      Note     : 657
      Comments : (808) 645-0707
551   10/11/04 DUPLICATI 45.00             4.50
      Fp:0410 | Bth:13920*4 | Inv:72843                                    I
      Source   : ASCIIC
      Note     : 7264
      Comments : 45 PAGE(S)

554   10/12/04 DUPLICATI 71.00             7.10
      Fp:0410 | Bth:13923*23 | Inv:72843                                   I
      Source   : ASCIIC
      Note     : 7264
      Comments : 71 PAGE(S)
```

INQUIRY : Case - reference
10:02am 25 APR 06

Client : CURNAN MARTIN W. CURNAN
Case : 03-105 MARK N. BEGLEY VS. COUNTY OF K
Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S

555 10/12/04 DUPLICATI 35.00 3.50
Fp:0410 | Bth:13923*24 | Inv:72843 I
Source : ASCIIC
Note : 7264
Comments : 35 PAGE(S)

556 10/13/04 POSTAGE
Fp:0410 | Bth:13926*18 | Inv:72843 4.61 I
Comments : MJM

557 10/13/04 DUPLICATI 84.00
Fp:0410 | Bth:13927*43 | Inv:72843 8.40 I
Source : ASCIIC
Note : 7264
Comments : 84 PAGE(S)

558 09/03/04 AIR/GROUN 5.21
Fp:0410 | Bth:13931*23 | Chk: 1/086885,10/27/04 | Inv:72581 I
Source : AP 01,R184,10/01/04 | Payee:RAINBOW COURIERS,
Comments : NOTICE OF TAKING DEPOSITION, AND SUBPOENA

559 09/22/04 AIR/GROUN 5.21
Fp:0410 | Bth:13931*119 | Chk: 1/086885,10/27/04 | Inv:72581 I
Source : AP 01,R184,10/01/04 | Payee:RAINBOW COURIERS,
Comments : WITHDRAWAL OF NOTICE OF TAKING DEPOSITION (KAUAI POLICE
DEPARTMENT)

560 09/29/04 AIR/GROUN 5.21
Fp:0410 | Bth:13931*162 | Chk: 1/086885,10/27/04 | Inv:72581 I
Source : AP 01,R184,10/01/04 | Payee:RAINBOW COURIERS,
Comments : DISCLOSURE OF EXPERT WITNESS

561 09/04/04 LEXIS-NEX
Fp:0410 | Bth:13932*119 | Inv:72581 0.31 0.00 0.00 I
Comments : MJM

562 09/07/04 LEXIS-NEX
Fp:0410 | Bth:13932*120 | Inv:72581 0.63 0.00 0.00 I
Comments : MJM

563 09/01/04 LEXIS-NEX
Fp:0410 | Bth:13932*166 | Inv:72581 16.96 0.00 0.00 I
Comments : EKT

564 09/01/04 LEXIS-NEX
Fp:0410 | Bth:13932*167 | Inv:72581 0.32 0.00 0.00 I
Comments : EKT

565 09/02/04 LEXIS-NEX
Fp:0410 | Bth:13932*168 | Inv:72581 1.39 0.00 0.00 I

INQUIRY : Case - reference 10:02am 25 APR 06

Client : CURNAN MARTIN W. CURNAN
Case : 03-105 MARK N. BEGLEY VS. COUNTY OF K Status : Active

| ..Ref | ..Date.. Cde.desc Orgtme Orgrte / Comments : EKT | ....Orgamt | ..Time | ..Rate | .......Amt | S |
|---|---|---|---|---|---|---|
| 566 | 09/13/04 LEXIS-NEX<br>Fp:0410 \| Bth:13932*169 \| Inv:72581<br>Comments : EKT | 10.32 | | 0.00 | 0.00 | I |
| 567 | 09/13/04 LEXIS-NEX<br>Fp:0410 \| Bth:13932*170 \| Inv:72581<br>Comments : EKT | 1.59 | | 0.00 | 0.00 | I |
| 568 | 10/15/04 POSTAGE<br>Fp:0410 \| Bth:13933*11 \| Inv:72843<br>Comments : SKB | 1.85 | | | | I |
| 569 | 10/11/04 PARKING V<br>Fp:0410 \| Bth:13941*4 \| Inv:72843<br>Note : M. CURNAN<br>Comments : MJM | 8.00 | | | | I |
| 570 | 10/22/04 POSTAGE<br>Fp:0410 \| Bth:13952*6 \| Inv:72843<br>Comments : MJM | 3.46 | | | | I |
| 571 | 10/22/04 DUPLICATI144.00<br>Fp:0410 \| Bth:13954*39 \| Inv:72843<br>Source : ASCIIC<br>Note : 7264<br>Comments : 144 PAGE(S) | 14.40 | | | | I |
| 572 | 10/25/04 DUPLICATI 90.00<br>Fp:0410 \| Bth:13957*12 \| Inv:72843<br>Source : ASCIIC<br>Note : 7264<br>Comments : 90 PAGE(S) | 9.00 | | | | I |
| 573 | 10/25/04 DUPLICATI 24.00<br>Fp:0410 \| Bth:13957*16 \| Inv:72843<br>Source : ASCIIC<br>Note : 7264<br>Comments : 24 PAGE(S) | 2.40 | | | | I |
| 574 | 10/25/04 DUPLICATI 85.00<br>Fp:0410 \| Bth:13957*19 \| Inv:72843<br>Source : ASCIIC<br>Note : 7264<br>Comments : 85 PAGE(S) | 8.50 | | | | I |
| 575 | 10/25/04 DUPLICATI156.00<br>Fp:0410 \| Bth:13957*23 \| Inv:72843<br>Source : ASCIIC | 215.60 | | | | I |

INQUIRY : Case - reference 10:02am 25 APR 06

Client : CURNAN MARTIN W. CURNAN
Case : 03-105 MARK N. BEGLEY VS. COUNTY OF K Status : Active

| ..Ref | ..Date.. Cde.desc Orgtme Orgrte | ....Orgamt | ..Time | ..Rate | .......Amt | S |
|---|---|---|---|---|---|---|
| | Note : 7264<br>Comments : 2156 PAGE(S) | | | | | |
| 576 | 10/25/04 DUPLICATI478.00<br>Fp:0410 \| Bth:13957*30 \| Inv:72843<br>Source : ASCIIC<br>Note : 0074<br>Comments : 478 PAGE(S) | 47.80 | | | | I |
| 577 | 10/25/04 POSTAGE<br>Fp:0410 \| Bth:13959*4 \| Inv:72843<br>Comments : MJM | 33.25 | | | | I |
| 578 | 10/26/04 POSTAGE<br>Fp:0410 \| Bth:13959*12 \| Inv:72843<br>Comments : MJM | 1.85 | | | | I |
| 609 | 11/04/04 POSTAGE<br>Fp:0411 \| Bth:13986*6 \| Inv:72973<br>Comments : MJM | 0.37 | | | | I |
| 610 | 11/08/04 DUPLICATI 80.00<br>Fp:0411 \| Bth:13993*32 \| Inv:72973<br>Source : ASCIIC<br>Note : 7264<br>Comments : 80 PAGE(S) | 8.00 | | | | I |
| 611 | 11/09/04 POSTAGE<br>Fp:0411 \| Bth:13995*3 \| Inv:72973<br>Comments : MJM | 1.66 | | | | I |
| 612 | 10/19/04 LEXIS-NEX<br>Fp:0411 \| Bth:14010*107 \| Inv:72843<br>Comments : MJM | 0.31 | | 0.00 | 0.00 | I |
| 613 | 10/20/04 LEXIS-NEX<br>Fp:0411 \| Bth:14010*108 \| Inv:72843<br>Comments : MJM | 4.75 | | 0.00 | 0.00 | I |
| 614 | 10/20/04 LEXIS-NEX<br>Fp:0411 \| Bth:14010*109 \| Inv:72843<br>Comments : MJM | 0.24 | | 0.00 | 0.00 | I |
| 615 | 11/17/04 DUPLICATI 15.00<br>Fp:0411 \| Bth:14016*13 \| Inv:72973<br>Source : ASCIIC<br>Note : 7264<br>Comments : 15 PAGE(S) | 1.50 | | | | I |
| 622 | 11/18/04 POSTAGE | 0.60 | | | | I |

```
INQUIRY : Case      - reference                          10:02am 25 APR 06

Client   : CURNAN      MARTIN W. CURNAN
Case     : 03-105      MARK N. BEGLEY VS. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Fp:0411 | Bth:14019*8 | Inv:72973
      Comments : MJM

623   11/18/04 DUPLICATI 11.00              1.10                          I
      Fp:0411 | Bth:14022*1 | Inv:72973
      Source   : ASCIIC
      Note     : 1331
      Comments : 11 PAGE(S)

624   11/18/04 POSTAGE                      1.20                          I
      Fp:0411 | Bth:14024*2 | Inv:72973
      Comments : MJM

625   10/14/04 AIR/GROUN                    5.21                          I
      Fp:0411 | Bth:14042*60 | Chk: 1/087088,11/30/04 | Inv:72843
      Source   : AP 01,R184,11/01/04 | Payee:RAINBOW COURIERS,
      Comments : CERTIFICATE OF SERVICE

626   10/25/04 AIR/GROUN                   26.56                          I
      Fp:0411 | Bth:14042*98 | Chk: 1/087088,11/30/04 | Inv:72843
      Source   : AP 01,R184,11/01/04 | Payee:RAINBOW COURIERS,
      Comments : MOTION FOR SUMMARY JUDGMENT, CERTIFICATE OF SERVICE,
                 CONCISE STATEMENT TO MOTION FOR SUMMARY JUDGMENT

634   12/02/04 DUPLICATI162.00             16.20                          I
      Fp:0412 | Bth:14053*73 | Inv:73149
      Source   : ASCIIC
      Note     : 7264
      Comments : 162 PAGE(S)

635   12/03/04 POSTAGE                      3.85                          I
      Fp:0412 | Bth:14057*8 | Inv:73149
      Comments : MJM

640   12/28/04 FACSIMILE                    1.00                          I
      Fp:0412 | Bth:14103*51 | Inv:73149
      Source   : ASCIIC
      Note     : 4571
      Comments : 2 PAGE(S) TO NO. 550-4996

641   12/28/04 FACSIMILE                    1.00                          I
      Fp:0412 | Bth:14103*52 | Inv:73149
      Source   : ASCIIC
      Note     : 4571
      Comments : 2 PAGE(S) TO NO. 544-8399

642   12/28/04 FACSIMILE                    1.00                          I
      Fp:0412 | Bth:14103*53 | Inv:73149
      Source   : ASCIIC
      Note     : 4571
```

```
INQUIRY : Case        - reference
                                                   10:02am 25 APR 06
Client   : CURNAN     MARTIN W. CURNAN
Case     : 03-105     MARK N. BEGLEY VS. COUNTY OF K      Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
         Comments : 2 PAGE(S) TO NO. 524-8293

650   01/03/05 DUPLICATI   2.00                0.20                        I
      Fp:0501 | Bth:14123*99 | Inv:73301
      Source   : ASCIIC
      Note     : SKS
      Comments : 2 PAGE(S) CURNAN

651   01/11/05 DUPLICATI 30.00                 3.00                        I
      Fp:0501 | Bth:14132*90 | Inv:73301
      Source   : ASCIIC
      Note     : 7264
      Comments : 30 PAGE(S)

657   01/10/05 LONG DIST                       0.44                        I
      Fp:0501 | Bth:14139*90 | Inv:73301
      Source   : ASCIIC
      Note     : 632
      Comments : (808) 241-6315

658   01/10/05 LONG DIST                       0.74                        I
      Fp:0501 | Bth:14139*91 | Inv:73301
      Source   : ASCIIC
      Note     : 632
      Comments : (808) 241-6842

659   01/14/05 DUPLICATI   1.00                0.10                        I
      Fp:0501 | Bth:14142*55 | Inv:73301
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S) CURNAN

661   01/18/05 DUPLICATI   1.00                0.10                        I
      Fp:0501 | Bth:14147*71 | Inv:73301
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S) CURNAN

662   01/19/05 POSTAGE                         1.48                        I
      Fp:0501 | Bth:14152*3 | Inv:73301
      Comments : SKS

663   01/19/05 DUPLICATI   5.00                0.50                        I
      Fp:0501 | Bth:14154*28 | Inv:73301
      Source   : ASCIIC
      Note     : 1331
      Comments : 5 PAGE(S)

664   01/19/05 DUPLICATI144.00                14.40                        I
      Fp:0501 | Bth:14154*35 | Inv:73301
```

```
INQUIRY : Case      - reference
                                                      10:02am 25 APR 06
Client    : CURNAN     MARTIN W. CURNAN
Case      : 03-105     MARK N. BEGLEY VS. COUNTY OF K      Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
          Source    : ASCIIC
          Note      : 7264
          Comments  : 144 PAGE(S)

665   01/19/05 DUPLICATI   1.00              0.10                          I
      Fp:0501 | Bth:14154*83 | Inv:73301
      Source    : ASCIIC
      Note      : SKS
      Comments  : 1 PAGE(S) CURNAN

666   01/19/05 DUPLICATI   1.00              0.10                          I
      Fp:0501 | Bth:14154*84 | Inv:73301
      Source    : ASCIIC
      Note      : SKS
      Comments  : 1 PAGE(S) CURNAN

667   01/25/05 DUPLICATI141.00              14.10                          I
      Fp:0501 | Bth:14170*22 | Inv:73301
      Source    : ASCIIC
      Note      : 1331
      Comments  : 141 PAGE(S)

668   01/25/05 DUPLICATI   9.00              0.90                          I
      Fp:0501 | Bth:14170*24 | Inv:73301
      Source    : ASCIIC
      Note      : 1331
      Comments  : 9 PAGE(S)

669   01/24/05 LONG DIST                     7.43                          I
      Fp:0501 | Bth:14172*44 | Inv:73301
      Source    : ASCIIC
      Note      : 612
      Comments  : (808) 645-0707

670   01/24/05 LONG DIST                     2.26                          I
      Fp:0501 | Bth:14172*49 | Inv:73301
      Source    : ASCIIC
      Note      : 612
      Comments  : (808) 645-0708

693   01/28/05 POSTAGE                       0.37                          I
      Fp:0501 | Bth:14187*10 | Inv:73301
      Comments  : MJM

694   02/02/05 DUPLICATI189.00              18.90                          I
      Fp:0502 | Bth:14193*59 | Inv:73472
      Source    : ASCIIC
      Note      : 7264
      Comments  : 189 PAGE(S)
```

```
INQUIRY : Case      - reference
                                                       10:02am 25 APR 06
Client   : CURNAN      MARTIN W. CURNAN
Case     : 03-105      MARK N. BEGLEY VS. COUNTY OF K       Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
695   02/03/05 POSTAGE                           2.90
      Fp:0502 | Bth:14195*14 | Inv:73472                                  I
      Comments : MJM

696   02/03/05 POSTAGE                           0.83
      Fp:0502 | Bth:14195*15 | Inv:73472                                  I
      Comments : MJM

697   02/04/05 DUPLICATI   1.00                  0.10
      Fp:0502 | Bth:14200*90 | Inv:73472                                  I
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S) CURNAN

698   02/08/05 DUPLICATI   8.00                  0.80
      Fp:0502 | Bth:14209*26 | Inv:73472                                  I
      Source   : ASCIIC
      Note     : 1331
      Comments : 8 PAGE(S)

706   01/20/05 AIR/GROUN                         5.21
      Fp:0502 | Bth:14246*111 | Chk: 1/087674,02/28/05 | Inv:73472        I
      Source   : AP 01,R184,02/01/05 | Payee:RAINBOW COURIERS,
      Comments : CONSENT

707   03/10/05 COURT REP                        97.40
      Fp:0503 | Bth:14283*2 | Chk: 1/087757,03/10/05 | Inv:73659          I
      Source   : AP 01,F215,CR045265 | Payee:CYNTHIA FAZIO, RMR
      Comments : COURT TRANSCRIPT

708   03/10/05 DUPLICATI440.00                  44.00
      Fp:0503 | Bth:14285*42 | Inv:73659                                  I
      Source   : ASCIIC
      Note     : 0074
      Comments : 440 PAGE(S)

709   03/11/05 POSTAGE                           5.85
      Fp:0503 | Bth:14289*5 | Inv:73659                                   I
      Comments : MJM

712   03/15/05 DUPLICATI 30.00                   3.00
      Fp:0503 | Bth:14297*18 | Inv:73659                                  I
      Source   : ASCIIC
      Note     : 7264
      Comments : 30 PAGE(S)

713   03/09/05 PROFESSIO                       300.00
      Fp:0503 | Bth:14299*13 | Chk: 1/087876,03/30/05 | Inv:73659         I
      Source   : AP 01,S123,11522 | Payee:STRAUB CLINIC & HO
      Comments : LETTER BY DR. TSUSHIMA RE: MARK BEGLEY
```

```
INQUIRY : Case      - reference
                                                         10:02am 25 APR 06
Client   : CURNAN      MARTIN W. CURNAN
Case     : 03-105      MARK N. BEGLEY VS. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
714   03/18/05 POSTAGE
      Fp:0503 | Bth:14311*15 | Inv:73659        0.74                        I
      Comments : MJM

715   03/28/05 DUPLICATI 46.00
      Fp:0503 | Bth:14333*5 | Inv:73659         4.60                        I
      Source   : ASCIIC
      Note     : 7264
      Comments : 46 PAGE(S)

722   03/28/05 POSTAGE
      Fp:0503 | Bth:14334*3 | Inv:73659         1.66                        I
      Comments : MJM

728   03/10/05 AIR/GROUN                        5.21
      Fp:0504 | Bth:14400*179 | Chk: 1/088038,04/27/05 | Inv:73812          I
      Source   : AP 01,R184,04/01/05 | Payee:RAINBOW COURIERS,
      Comments : CHECK

729   04/26/05 DUPLICATI 47.00
      Fp:0504 | Bth:14409*40 | Inv:73812        4.70                        I
      Source   : ASCIIC
      Note     : 7264
      Comments : 47 PAGE(S)

732   05/11/05 DUPLICATI 18.00
      Fp:0505 | Bth:14445*11 | Inv:74075        1.80                        I
      Source   : ASCIIC
      Note     : 7264
      Comments : 18 PAGE(S)

733   04/21/05 PROFESSIO                      398.24
      Fp:0505 | Bth:14446*4 | Chk: 1/088121,05/12/05 | Inv:74075            I
      Source   : AP 01,B233,04/21/05 | Payee:LAW OFFICES OF CHR
      Comments : IME

734   05/18/05 POSTAGE
      Fp:0505 | Bth:14469*13 | Inv:74075       26.50                        I
      Comments : MJM

735   05/18/05 DUPLICATI610.00
      Fp:0505 | Bth:14471*24 | Inv:74075       61.00                        I
      Source   : ASCIIC
      Note     : 7264
      Comments : 610 PAGE(S)

736   05/18/05 DUPLICATI442.00
      Fp:0505 | Bth:14471*25 | Inv:74075      244.20                        I
      Source   : ASCIIC
```

```
INQUIRY : Case      - reference
                                                        10:02am 25 APR 06
Client   : CURNAN      MARTIN W. CURNAN
Case     : 03-105      MARK N. BEGLEY VS. COUNTY OF K      Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
       Note     : 7264
       Comments : 2442 PAGE(S)

737    05/19/05 POSTAGE
       Fp:0505 | Bth:14473*7 | Inv:74075          10.60                      I
       Comments : MJM

738    05/26/05 DUPLICATI180.00
       Fp:0505 | Bth:14503*8 | Inv:74075          18.00                      I
       Source   : ASCIIC
       Note     : 7264
       Comments : 180 PAGE(S)

746    05/31/05 DUPLICATI  7.00
       Fp:0505 | Bth:14508*29 | Inv:74075          0.70                      I
       Source   : ASCIIC
       Note     : 7264
       Comments : 7 PAGE(S)

747    05/31/05 POSTAGE
       Fp:0505 | Bth:14514*3 | Inv:74075           1.85                      I
       Comments : MJM

748    06/01/05 DUPLICATI131.00
       Fp:0506 | Bth:14519*29 | Inv:74241         13.10                      I
       Source   : ASCIIC
       Note     : 7264
       Comments : 131 PAGE(S)

749    06/03/05 DUPLICATI 10.00
       Fp:0506 | Bth:14521*25 | Inv:74241          1.00                      I
       Source   : ASCIIC
       Note     : 1331
       Comments : 10 PAGE(S)

750    06/02/05 POSTAGE
       Fp:0506 | Bth:14523*4 | Inv:74241           0.74                      I
       Comments : MJM

751    05/18/05 MESSENGER
       Fp:0506 | Bth:14538*9 | Inv:74241          10.94                      I
       Comments : MOTION TO DISMISS AMENDED COMPLAINT FOR SUMMARY JUDGEMENT

752    05/18/05 MESSENGER
       Fp:0506 | Bth:14538*10 | Inv:74241         10.94                      I
       Comments : AMENDED CONCISE STATEMENT OF FACT

753    06/14/05 DUPLICATI  2.00
       Fp:0506 | Bth:14551*44 | Inv:74241          0.20                      I
       Source   : ASCIIC
```

```
INQUIRY : Case        - reference
                                                        10:02am 25 APR 06
Client   : CURNAN     MARTIN W. CURNAN
Case     : 03-105     MARK N. BEGLEY VS. COUNTY OF K    Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
       Note     : 7264
       Comments : 2 PAGE(S)

754    06/14/05 DUPLICATI253.00                 25.30                    I
       Fp:0506 | Bth:14551*46 | Inv:74241
       Source   : ASCIIC
       Note     : 7264
       Comments : 253 PAGE(S)

755    06/15/05 DUPLICATI 70.00                  7.00                    I
       Fp:0506 | Bth:14553*6 | Inv:74241
       Source   : ASCIIC
       Note     : 7264
       Comments : 70 PAGE(S)

756    06/17/05 DUPLICATI 10.00                  1.00                    I
       Fp:0506 | Bth:14559*37 | Inv:74241
       Source   : ASCIIC
       Note     : 7264
       Comments : 10 PAGE(S)

757    06/22/05 DUPLICATI408.00                 40.80                    I
       Fp:0506 | Bth:14567*41 | Inv:74241
       Source   : ASCIIC
       Note     : 7264
       Comments : 408 PAGE(S)

758    06/23/05 POSTAGE                          3.95                    I
       Fp:0506 | Bth:14571*15 | Inv:74241
       Comments : MJM

759    06/24/05 DUPLICATI165.00                 16.50                    I
       Fp:0506 | Bth:14579*4 | Inv:74241
       Source   : ASCIIC
       Note     : 7264
       Comments : 165 PAGE(S)

765    06/27/05 DUPLICATI 92.00                  9.20                    I
       Fp:0506 | Bth:14583*49 | Inv:74241
       Source   : ASCIIC
       Note     : 7264
       Comments : 92 PAGE(S)

766    06/28/05 DUPLICATI 18.00                  1.80                    I
       Fp:0506 | Bth:14583*86 | Inv:74241
       Source   : ASCIIC
       Note     : 7264
       Comments : 18 PAGE(S)

767    06/28/05 DUPLICATI  2.00                  0.20                    I
```

```
INQUIRY : Case      - reference                         10:02am 25 APR 06

Client   : CURNAN      MARTIN W. CURNAN
Case     : 03-105      MARK N. BEGLEY VS. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Fp:0506 | Bth:14583*93 | Inv:74241
      Source   : ASCIIC
      Note     : 7264
      Comments : 2 PAGE(S)

777   06/28/05 COURT REP                      287.72                                I
      Fp:0506 | Bth:14589*9 | Chk: 1/088802,08/24/05 | Inv:74241
      Source   : AP 01,K107,06/28/05 | Payee:FRANCES KRAMER
      Comments : COURT REPORTER DEPOSITION TRANSCRIPT OF DWIGHT NADAMOTO,
                 ESQ. ON JUNE 17, 2005 (THE STATE OF HAWAII DEPARTMENT OF
                 THE ATTORNEY GENERAL VOLUMES I & II)
788   06/15/05 MESSENGER                        5.21                                I
      Fp:0507 | Bth:14607*26 | Inv:74241
      Comments : MOTION TO QUASH

789   07/07/05 DUPLICATI168.00                 16.80                                I
      Fp:0507 | Bth:14609*10 | Inv:74453
      Source   : ASCIIC
      Note     : 7264
      Comments : 168 PAGE(S)

790   07/07/05 DUPLICATI169.00                 16.90                                I
      Fp:0507 | Bth:14609*12 | Inv:74453
      Source   : ASCIIC
      Note     : 7264
      Comments : 169 PAGE(S)

791   06/23/05 LEXIS-NEX                       52.83            0.00        0.00 I
      Fp:0507 | Bth:14613*67 | Inv:74453
      Comments : MJM

792   06/24/05 LEXIS-NEX                      100.29            0.00        0.00 I
      Fp:0507 | Bth:14613*68 | Inv:74453
      Comments : MJM

793   06/24/05 LEXIS-NEX                        1.38            0.00        0.00 I
      Fp:0507 | Bth:14613*69 | Inv:74453
      Comments : MJM

794   06/24/05 LEXIS-NEX                        0.97            0.00        0.00 I
      Fp:0507 | Bth:14613*70 | Inv:74453
      Comments : MJM

795   06/27/05 LEXIS-NEX                       43.00            0.00        0.00 I
      Fp:0507 | Bth:14613*71 | Inv:74453
      Comments : MJM

796   06/27/05 LEXIS-NEX                        2.76            0.00        0.00 I
      Fp:0507 | Bth:14613*72 | Inv:74453
      Comments : MJM
```

```
INQUIRY : Case      - reference                              10:02am 25 APR 06

Client   : CURNAN     MARTIN W. CURNAN
Case     : 03-105     MARK N. BEGLEY VS. COUNTY OF K           Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
797   06/03/05 LEXIS-NEX                          19.95          0.00      0.00 I
      Fp:0507 | Bth:14613*108 | Inv:74453
      Comments : EKT

798   06/06/05 LEXIS-NEX                           2.07          0.00      0.00 I
      Fp:0507 | Bth:14613*109 | Inv:74453
      Comments : EKT

799   06/07/05 LEXIS-NEX                          22.03          0.00      0.00 I
      Fp:0507 | Bth:14613*110 | Inv:74453
      Comments : EKT

800   06/27/05 MESSENGER                           5.21                         I
      Fp:0507 | Bth:14621*16 | Inv:74453
      Comments : REPLY MEMORANDUM

801   07/13/05 DUPLICATI 50.00                     5.00                         I
      Fp:0507 | Bth:14624*5 | Inv:74453
      Source   : ASCIIC
      Note     : 7264
      Comments : 50 PAGE(S)

803   07/28/05 DUPLICATI 96.00                     9.60                         I
      Fp:0507 | Bth:14658*12 | Inv:74453
      Source   : ASCIIC
      Note     : 7264
      Comments : 96 PAGE(S)

804   07/28/05 DUPLICATI 16.00                     1.60                         I
      Fp:0507 | Bth:14658*13 | Inv:74453
      Source   : ASCIIC
      Note     : 7264
      Comments : 16 PAGE(S)

805   07/28/05 DUPLICATI 19.00                     1.90                         I
      Fp:0507 | Bth:14658*16 | Inv:74453
      Source   : ASCIIC
      Note     : 7264
      Comments : 19 PAGE(S)

806   07/28/05 POSTAGE                             3.27                         I
      Fp:0507 | Bth:14659*14 | Inv:74453
      Comments : MJM

817   08/03/05 DUPLICATI 10.00                     1.00                         I
      Fp:0508 | Bth:14671*5 | Inv:74593
      Source   : ASCIIC
      Note     : 1331
      Comments : 10 PAGE(S)
```

```
INQUIRY : Case      - reference                             10:02am 25 APR 06

Client   : CURNAN      MARTIN W. CURNAN
Case     : 03-105      MARK N. BEGLEY VS. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
818   08/03/05 DUPLICATI 30.00                3.00                      I
      Fp:0508 | Bth:14671*34 | Inv:74593
      Source   : ASCIIC
      Note     : 7264
      Comments : 30 PAGE(S)

819   08/03/05 DUPLICATI 13.00                1.30                      I
      Fp:0508 | Bth:14671*40 | Inv:74593
      Source   : ASCIIC
      Note     : 1331
      Comments : 13 PAGE(S)

820   08/03/05 DUPLICATI121.00               12.10                      I
      Fp:0508 | Bth:14671*46 | Inv:74593
      Source   : ASCIIC
      Note     : 7264
      Comments : 121 PAGE(S)

821   08/05/05 DUPLICATI188.00               18.80                      I
      Fp:0508 | Bth:14677*28 | Inv:74593
      Source   : ASCIIC
      Note     : 7264
      Comments : 188 PAGE(S)

822   08/09/05 DUPLICATI 10.00                1.00                      I
      Fp:0508 | Bth:14687*30 | Inv:74593
      Source   : ASCIIC
      Note     : 1331
      Comments : 10 PAGE(S)

823   08/10/05 DUPLICATI 32.00                3.20                      I
      Fp:0508 | Bth:14690*36 | Inv:74593
      Source   : ASCIIC
      Note     : 7264
      Comments : 32 PAGE(S)

824   07/13/05 MESSENGER                      5.21                      I
      Fp:0508 | Bth:14685*12 | Inv:74593
      Comments : NT COF WITH D MOTION TO QUASH THE SUBPOENA

825   08/03/05 POSTAGE                        5.30                      I
      Fp:0508 | Bth:14674*1 | Inv:74593
      Comments : MJM

826   08/04/05 POSTAGE                        2.12                      I
      Fp:0508 | Bth:14674*10 | Inv:74593
      Comments : MJM

827   08/04/05 POSTAGE                        1.85                      I
```

```
INQUIRY : Case       - reference                         10:02am 25 APR 06

Client   : CURNAN     MARTIN W. CURNAN
Case     : 03-105     MARK N. BEGLEY VS. COUNTY OF K         Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
          Fp:0508 | Bth:14674*11 | Inv:74593
          Comments : MJM

828   07/28/05 LEXIS-NEX                     5.36          0.00        0.00 I
      Fp:0508 | Bth:14723*114 | Inv:74593
      Comments : MJM

829   07/29/05 LEXIS-NEX                    31.21          0.00        0.00 I
      Fp:0508 | Bth:14723*115 | Inv:74593
      Comments : MJM

830   07/29/05 LEXIS-NEX                     0.37          0.00        0.00 I
      Fp:0508 | Bth:14723*116 | Inv:74593
      Comments : MJM

831   07/30/05 LEXIS-NEX                    20.03          0.00        0.00 I
      Fp:0508 | Bth:14723*117 | Inv:74593
      Comments : MJM

832   07/30/05 LEXIS-NEX                     5.35          0.00        0.00 I
      Fp:0508 | Bth:14723*118 | Inv:74593
      Comments : MJM

833   07/30/05 LEXIS-NEX                     1.13          0.00        0.00 I
      Fp:0508 | Bth:14723*119 | Inv:74593
      Comments : MJM

834   08/24/05 DUPLICATI 32.00               3.20                           I
      Fp:0508 | Bth:14731*37 | Inv:74593
      Source   : ASCIIC
      Note     : 7264
      Comments : 32 PAGE(S)

837   08/25/05 POSTAGE                       0.37                           I
      Fp:0508 | Bth:14739*12 | Inv:74593
      Comments : MJM

857   09/07/05 DUPLICATI  9.00               0.90                           I
      Fp:0509 | Bth:14772*10 | Inv:74764
      Source   : ASCIIC
      Note     : 7264
      Comments : 9 PAGE(S)

858   09/07/05 DUPLICATI229.00              22.90                           I
      Fp:0509 | Bth:14772*17 | Inv:74764
      Source   : ASCIIC
      Note     : 0074
      Comments : 229 PAGE(S)

859   09/09/05 DUPLICATI 49.00               4.90                           I
```

Pmt 7

```
INQUIRY : Case      - reference                              10:02am 25 APR 06

Client   : CURNAN     MARTIN W. CURNAN
Case     : 03-105     MARK N. BEGLEY VS. COUNTY OF K         Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Fp:0509 | Bth:14775*122 | Inv:74764
      Source   : ASCIIC
      Note     : 7264
      Comments : 49 PAGE(S)

860   08/03/05 MESSENGER                    5.21                              I
      Fp:0509 | Bth:14771*29 | Inv:74593
      Note     : MJM
      Comments : DISCLOSURE OF EXPERT WITNESS; EXHIBIT A; CERTIFICATE OF
                 SERVICE

861   08/24/05 MESSENGER                    5.21                              I
      Fp:0509 | Bth:14771*175 | Inv:74593
      Note     : MJM
      Comments : CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT

862   08/01/05 LEXIS-NEX                   24.15          0.00         0.00 I
      Fp:0509 | Bth:14802*106 | Inv:74764
      Comments : MJM

863   08/01/05 LEXIS-NEX                    3.24          0.00         0.00 I
      Fp:0509 | Bth:14802*107 | Inv:74764
      Comments : MJM

864   08/01/05 LEXIS-NEX                    0.46          0.00         0.00 I
      Fp:0509 | Bth:14802*108 | Inv:74764
      Comments : MJM

865   08/02/05 LEXIS-NEX                   11.31          0.00         0.00 I
      Fp:0509 | Bth:14802*109 | Inv:74764
      Comments : MJM

866   08/01/05 LEXIS-NEX                   74.04          0.00         0.00 I
      Fp:0509 | Bth:14802*152 | Inv:74764
      Comments : EKT

867   08/01/05 LEXIS-NEX                    0.60          0.00         0.00 I
      Fp:0509 | Bth:14802*153 | Inv:74764
      Comments : EKT

868   08/01/05 LEXIS-NEX                    3.24          0.00         0.00 I
      Fp:0509 | Bth:14802*154 | Inv:74764
      Comments : EKT

869   08/01/05 LEXIS-NEX                    1.39          0.00         0.00 I
      Fp:0509 | Bth:14802*155 | Inv:74764
      Comments : EKT

870   08/02/05 LEXIS-NEX                   65.32          0.00         0.00 I
      Fp:0509 | Bth:14802*156 | Inv:74764
```

```
INQUIRY : Case      - reference                          10:02am 25 APR 06

Client   : CURNAN      MARTIN W. CURNAN
Case     : 03-105      MARK N. BEGLEY VS. COUNTY OF K       Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Comments : EKT

871   08/02/05 LEXIS-NEX                          3.89         0.00       0.00 I
      Fp:0509 | Bth:14802*157 | Inv:74764
      Comments : EKT

872   08/02/05 LEXIS-NEX                          1.94         0.00       0.00 I
      Fp:0509 | Bth:14802*158 | Inv:74764
      Comments : EKT

873   08/18/05 LEXIS-NEX                         17.79         0.00       0.00 I
      Fp:0509 | Bth:14802*159 | Inv:74764
      Comments : EKT

874   08/18/05 LEXIS-NEX                          0.65         0.00       0.00 I
      Fp:0509 | Bth:14802*160 | Inv:74764
      Comments : EKT

875   09/21/05 DUPLICATI 30.00                    3.00                         I
      Fp:0509 | Bth:14805*19 | Inv:74764
      Source   : ASCIIC
      Note     : 7264
      Comments : 30 PAGE(S)

876   09/21/05 DUPLICATI 30.00                    3.00                         I
      Fp:0509 | Bth:14805*21 | Inv:74764
      Source   : ASCIIC
      Note     : 7264
      Comments : 30 PAGE(S)

877   09/15/05 LONG DIST                          0.74                         I
      Fp:0509 | Bth:14811*132 | Inv:74764
      Source   : ASCIIC
      Note     : 657
      Comments : (808) 241-6157

887   10/06/05 DUPLICATI 93.00                    9.30                         I
      Fp:0510 | Bth:14845*12 | Inv:74973
      Source   : ASCIIC
      Note     : 7264
      Comments : 93 PAGE(S)

888   10/11/05 DUPLICATI  2.00                    0.20                         I
      Fp:0510 | Bth:14854*43 | Inv:74973
      Source   : ASCIIC
      Note     : SKS
      Comments : 2 PAGE(S)

889   10/11/05 DUPLICATI  2.00                    0.20                         I
      Fp:0510 | Bth:14854*44 | Inv:74973
```

```
INQUIRY : Case      - reference                            10:02am 25 APR 06

Client   : CURNAN     MARTIN W. CURNAN
Case     : 03-105     MARK N. BEGLEY VS. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
       Source    : ASCIIC
       Note      : SKS
       Comments  : 2 PAGE(S)

890    10/11/05 DUPLICATI 13.00                 1.30                      I
       Fp:0510 | Bth:14854*45 | Inv:74973
       Source    : ASCIIC
       Note      : SKS
       Comments  : 13 PAGE(S)

891    10/11/05 DUPLICATI  3.00                 0.30                      I
       Fp:0510 | Bth:14854*46 | Inv:74973
       Source    : ASCIIC
       Note      : SKS
       Comments  : 3 PAGE(S)

892    10/11/05 DUPLICATI  3.00                 0.30                      I
       Fp:0510 | Bth:14854*47 | Inv:74973
       Source    : ASCIIC
       Note      : SKS
       Comments  : 3 PAGE(S)

893    10/11/05 DUPLICATI  1.00                 0.10                      I
       Fp:0510 | Bth:14854*48 | Inv:74973
       Source    : ASCIIC
       Note      : SKS
       Comments  : 1 PAGE(S)

894    10/12/05 DUPLICATI  4.00                 0.40                      I
       Fp:0510 | Bth:14856*34 | Inv:74973
       Source    : ASCIIC
       Note      : 7264
       Comments  : 4 PAGE(S)

895    10/14/05 DUPLICATI  9.00                 0.90                      I
       Fp:0510 | Bth:14867*5 | Inv:74973
       Source    : ASCIIC
       Note      : 1331
       Comments  : 9 PAGE(S)

896    10/17/05 DUPLICATI 32.00                 3.20                      I
       Fp:0510 | Bth:14867*83 | Inv:74973
       Source    : ASCIIC
       Note      : 4571
       Comments  : 32 PAGE(S)

897    10/17/05 DUPLICATI  6.00                 0.60                      I
       Fp:0510 | Bth:14867*94 | Inv:74973
       Source    : ASCIIC
       Note      : SKS
```

```
INQUIRY : Case      - reference
                                                       10:02am 25 APR 06
Client   : CURNAN       MARTIN W. CURNAN
Case     : 03-105       MARK N. BEGLEY VS. COUNTY OF K         Status : Active
..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Comments : 6 PAGE(S)

898   10/17/05 DUPLICATI  3.00
      Fp:0510 | Bth:14867*113 | Inv:74973      0.30                        I
      Source   : ASCIIC
      Note     : SKS
      Comments : 3 PAGE(S)

899   10/17/05 DUPLICATI  1.00
      Fp:0510 | Bth:14867*114 | Inv:74973      0.10                        I
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S)

900   10/17/05 DUPLICATI  2.00
      Fp:0510 | Bth:14867*118 | Inv:74973      0.20                        I
      Source   : ASCIIC
      Note     : SKS
      Comments : 2 PAGE(S)

901   09/30/05 LEXIS-NEX
      Fp:0510 | Bth:14866*78 | Inv:74973       7.90         0.00       0.00 I
      Comments : MJM

902   10/18/05 DUPLICATI  3.00
      Fp:0510 | Bth:14870*35 | Inv:74973       0.30                        I
      Source   : ASCIIC
      Note     : SKS
      Comments : 3 PAGE(S)

903   10/05/05 COURT RES                       1.78
      Fp:0510 | Bth:14873*47 | Chk: 1/089185,10/26/05 | Inv:74973          I
      Source   : AP 01,P213,10/05/05 | Payee:PACER SERVICE CENT
      Comments : AT HAWAII DISTRICT COURT FOR THE PERIOD 07/01/05 TO 09/30/05

904   10/19/05 POSTAGE
      Fp:0510 | Bth:14874*8 | Inv:74973        3.23                        I
      Comments : MJM

908   10/19/05 DUPLICATI  9.00
      Fp:0510 | Bth:14876*16 | Inv:74973       0.90                        I
      Source   : ASCIIC
      Note     : 1331
      Comments : 9 PAGE(S)

909   10/19/05 DUPLICATI  8.00
      Fp:0510 | Bth:14876*40 | Inv:74973       0.80                        I
      Source   : ASCIIC
      Note     : SKS
      Comments : 8 PAGE(S)
```

```
INQUIRY : Case      - reference                          10:02am 25 APR 06

Client   : CURNAN     MARTIN W. CURNAN
Case     : 03-105     MARK N. BEGLEY VS. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S

910   10/19/05 DUPLICATI  2.00                   0.20                        I
      Fp:0510 | Bth:14876*41 | Inv:74973
      Source   : ASCIIC
      Note     : SKS
      Comments : 2 PAGE(S)

911   10/19/05 DUPLICATI  8.00                   0.80                        I
      Fp:0510 | Bth:14876*42 | Inv:74973
      Source   : ASCIIC
      Note     : SKS
      Comments : 8 PAGE(S)

912   10/19/05 DUPLICATI  1.00                   0.10                        I
      Fp:0510 | Bth:14876*43 | Inv:74973
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S)

913   10/19/05 DUPLICATI  3.00                   0.30                        I
      Fp:0510 | Bth:14876*44 | Inv:74973
      Source   : ASCIIC
      Note     : SKS
      Comments : 3 PAGE(S)

914   10/19/05 DUPLICATI  3.00                   0.30                        I
      Fp:0510 | Bth:14876*45 | Inv:74973
      Source   : ASCIIC
      Note     : SKS
      Comments : 3 PAGE(S)

915   10/20/05 DUPLICATI  5.00                   0.50                        I
      Fp:0510 | Bth:14879*1 | Inv:74973
      Source   : ASCIIC
      Note     : 4571
      Comments : 5 PAGE(S)

916   10/17/05 LONG DIST                         0.44                        I
      Fp:0510 | Bth:14879*115 | Inv:74973
      Source   : ASCIIC
      Note     : 632
      Comments : (808) 246-1771

917   10/18/05 LONG DIST                         0.74                        I
      Fp:0510 | Bth:14879*119 | Inv:74973
      Source   : ASCIIC
      Note     : 632
      Comments : (808) 246-1771

918   10/18/05 LONG DIST                         1.65                        I
```

```
INQUIRY : Case      - reference
                                                       10:02am 25 APR 06
Client   : CURNAN     MARTIN W. CURNAN
Case     : 03-105     MARK N. BEGLEY VS. COUNTY OF K    Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Fp:0510 | Bth:14879*121 | Inv:74973
      Source   : ASCIIC
      Note     : 632
      Comments : (808) 246-1771

919   10/20/05 POSTAGE
      Fp:0510 | Bth:14878*3 | Inv:74973          0.37                      I
      Comments : SKS

920   10/20/05 POSTAGE
      Fp:0510 | Bth:14878*11 | Inv:74973         1.85                      I
      Comments : MJM

921   10/21/05 DUPLICATI   2.00
      Fp:0510 | Bth:14881*15 | Inv:74973         0.20                      I
      Source   : ASCIIC
      Note     : 1331
      Comments : 2 PAGE(S)

922   10/21/05 FACSIMILE
      Fp:0510 | Bth:14881*37 | Inv:74973         2.00                      I
      Source   : ASCIIC
      Note     : 1331
      Comments : 2 PAGE(S) TO NO. 1(808) 871-4702

923   10/21/05 FACSIMILE
      Fp:0510 | Bth:14881*43 | Inv:74973         1.00                      I
      Source   : ASCIIC
      Note     : 1331
      Comments : 2 PAGE(S) TO NO. 550-4996

924   10/19/05 LONG DIST
      Fp:0510 | Bth:14881*46 | Inv:74973         0.74                      I
      Source   : ASCIIC
      Note     : 632
      Comments : (808) 246-1771

925   10/19/05 LONG DIST
      Fp:0510 | Bth:14881*47 | Inv:74973         2.56                      I
      Source   : ASCIIC
      Note     : 612
      Comments : (808) 246-1771

926   10/19/05 LONG DIST
      Fp:0510 | Bth:14881*48 | Inv:74973         0.74                      I
      Source   : ASCIIC
      Note     : 632
      Comments : (808) 635-5713

927   10/20/05 LONG DIST                         0.74                      I
```

```
INQUIRY : Case      - reference
                                                   10:02am 25 APR 06
Client    : CURNAN      MARTIN W. CURNAN
Case      : 03-105      MARK N. BEGLEY VS. COUNTY OF K      Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Fp:0510 | Bth:14881*50 | Inv:74973
      Source    : ASCIIC
      Note      : 632
      Comments  : (808) 635-5713

928   10/20/05 LONG DIST                           0.44                  I
      Fp:0510 | Bth:14881*52 | Inv:74973
      Source    : ASCIIC
      Note      : 632
      Comments  : (808) 635-5713

929   10/21/05 DUPLICATI   1.00                    0.10                  I
      Fp:0510 | Bth:14881*53 | Inv:74973
      Source    : ASCIIC
      Note      : SKS
      Comments  : 1 PAGE(S)

930   10/21/05 DUPLICATI   2.00                    0.20                  I
      Fp:0510 | Bth:14881*54 | Inv:74973
      Source    : ASCIIC
      Note      : SKS
      Comments  : 2 PAGE(S)

931   10/21/05 DUPLICATI   1.00                    0.10                  I
      Fp:0510 | Bth:14881*55 | Inv:74973
      Source    : ASCIIC
      Note      : SKS
      Comments  : 1 PAGE(S)
932   10/21/05 DUPLICATI   2.00                    0.20                  I
      Fp:0510 | Bth:14881*56 | Inv:74973
      Source    : ASCIIC
      Note      : SKS
      Comments  : 2 PAGE(S)

933   10/21/05 DUPLICATI   2.00                    0.20                  I
      Fp:0510 | Bth:14881*57 | Inv:74973
      Source    : ASCIIC
      Note      : SKS
      Comments  : 2 PAGE(S)

934   10/21/05 DUPLICATI   2.00                    0.20                  I
      Fp:0510 | Bth:14881*59 | Inv:74973
      Source    : ASCIIC
      Note      : SKS
      Comments  : 2 PAGE(S)

935   10/21/05 DUPLICATI   3.00                    0.30                  I
      Fp:0510 | Bth:14881*60 | Inv:74973
      Source    : ASCIIC
      Note      : SKS
```

```
INQUIRY : Case      - reference
                                                     10:02am 25 APR 06
Client   : CURNAN     MARTIN W. CURNAN
Case     : 03-105     MARK N. BEGLEY VS. COUNTY OF K
                                                     Status : Active
..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
          Comments : 3 PAGE(S)

936   10/21/05 DUPLICATI  2.00                 0.20                        I
      Fp:0510 | Bth:14881*61 | Inv:74973
      Source   : ASCIIC
      Note     : SKS
      Comments : 2 PAGE(S)

937   10/21/05 DUPLICATI  1.00                 0.10                        I
      Fp:0510 | Bth:14881*62 | Inv:74973
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S)

938   10/21/05 POSTAGE                         0.74                        I
      Fp:0510 | Bth:14883*18 | Inv:74973
      Comments : MJM

939   10/24/05 DUPLICATI 64.00                 6.40                        I
      Fp:0510 | Bth:14884*21 | Inv:74973
      Source   : ASCIIC
      Note     : 1331
      Comments : 64 PAGE(S)

940   10/24/05 DUPLICATI 20.00                 2.00                        I
      Fp:0510 | Bth:14884*30 | Inv:74973
      Source   : ASCIIC
      Note     : 7264
      Comments : 20 PAGE(S)

941   10/21/05 POSTAGE                         0.37                        I
      Fp:0510 | Bth:14885*6 | Inv:74973
      Comments : MJM

942   10/24/05 POSTAGE                         0.37                        I
      Fp:0510 | Bth:14885*12 | Inv:74973
      Comments : MJM

953   10/24/05 POSTAGE                         0.37                        I
      Fp:0510 | Bth:14890*14 | Inv:74973
      Comments : MJM

959   10/26/05 DUPLICATI  1.00                 0.10                        I
      Fp:0510 | Bth:14894*22 | Inv:74973
      Source   : ASCIIC
      Note     : 1331
      Comments : 1 PAGE(S)

960   10/26/05 DUPLICATI  3.00                 0.30                        I
      Fp:0510 | Bth:14894*24 | Inv:74973
```

```
INQUIRY : Case      - reference
                                                        10:02am 25 APR 06
Client   : CURNAN     MARTIN W. CURNAN
Case     : 03-105     MARK N. BEGLEY VS. COUNTY OF K    Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Source   : ASCIIC
      Note     : 1331
      Comments : 3 PAGE(S)

961   10/27/05 DUPLICATI144.00                    14.40                   I
      Fp:0510 | Bth:14894*57 | Inv:74973
      Source   : ASCIIC
      Note     : 1331
      Comments : 144 PAGE(S)

962   10/27/05 DUPLICATI 56.00                     5.60                   I
      Fp:0510 | Bth:14894*59 | Inv:74973
      Source   : ASCIIC
      Note     : 1331
      Comments : 56 PAGE(S)

963   10/27/05 DUPLICATI 93.00                     9.30                   I
      Fp:0510 | Bth:14894*61 | Inv:74973
      Source   : ASCIIC
      Note     : 1331
      Comments : 93 PAGE(S)

964   10/27/05 DUPLICATI110.00                    11.00                   I
      Fp:0510 | Bth:14894*68 | Inv:74973
      Source   : ASCIIC
      Note     : 1331
      Comments : 110 PAGE(S)

965   10/27/05 DUPLICATI 48.00                     4.80                   I
      Fp:0510 | Bth:14894*77 | Inv:74973
      Source   : ASCIIC
      Note     : 7264
      Comments : 48 PAGE(S)

966   10/27/05 DUPLICATI  3.00                     0.30                   I
      Fp:0510 | Bth:14894*99 | Inv:74973
      Source   : ASCIIC
      Note     : SKS
      Comments : 3 PAGE(S)

967   10/27/05 DUPLICATI  2.00                     0.20                   I
      Fp:0510 | Bth:14894*100 | Inv:74973
      Source   : ASCIIC
      Note     : SKS
      Comments : 2 PAGE(S)

968   10/27/05 DUPLICATI  1.00                     0.10                   I
      Fp:0510 | Bth:14894*101 | Inv:74973
      Source   : ASCIIC
      Note     : SKS
```

INQUIRY : Case - reference
10:02am 25 APR 06

Client : CURNAN MARTIN W. CURNAN
Case : 03-105 MARK N. BEGLEY VS. COUNTY OF K
Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
Comments : 1 PAGE(S)

969 10/27/05 DUPLICATI 3.00 0.30 I
Fp:0510 | Bth:14894*102 | Inv:74973
Source : ASCIIC
Note : SKS
Comments : 3 PAGE(S)

970 10/27/05 DUPLICATI 1.00 0.10 I
Fp:0510 | Bth:14894*103 | Inv:74973
Source : ASCIIC
Note : SKS
Comments : 1 PAGE(S)

971 10/27/05 DUPLICATI 3.00 0.30 I
Fp:0510 | Bth:14894*104 | Inv:74973
Source : ASCIIC
Note : SKS
Comments : 3 PAGE(S)

972 10/27/05 DUPLICATI 3.00 0.30 I
Fp:0510 | Bth:14894*105 | Inv:74973
Source : ASCIIC
Note : SKS
Comments : 3 PAGE(S)

973 10/28/05 DUPLICATI 33.00 3.30 I
Fp:0510 | Bth:14896*21 | Inv:74973
Source : ASCIIC
Note : 7264
Comments : 33 PAGE(S)

974 10/28/05 DUPLICATI 3.00 0.30 I
Fp:0510 | Bth:14896*42 | Inv:74973
Source : ASCIIC
Note : SKS
Comments : 3 PAGE(S)

975 10/28/05 DUPLICATI 2.00 0.20 I
Fp:0510 | Bth:14896*43 | Inv:74973
Source : ASCIIC
Note : SKS
Comments : 2 PAGE(S)

976 10/28/05 DUPLICATI 3.00 0.30 I
Fp:0510 | Bth:14896*44 | Inv:74973
Source : ASCIIC
Note : SKS
Comments : 3 PAGE(S)

```
INQUIRY : Case        - reference
                                                        10:02am 25 APR 06
Client   : CURNAN       MARTIN W. CURNAN
Case     : 03-105       MARK N. BEGLEY VS. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
977   10/27/05 POSTAGE                       1.85
      Fp:0510 | Bth:14897*3 | Inv:74973                                  I
      Comments : MJM

978   10/27/05 TRAVEL EX                    49.50
      Fp:0510 | Bth:14900*1 | Chk: 1/089217,10/31/05 | Inv:74973         I
      Source   : AP 01,N999,10/27/05 | Payee:DAVID NAWAI
      Comments : REIMBURSEMENT FOR CAR RENTAL

979   10/19/05 PROFESSIO                 1,354.00
      Fp:0510 | Bth:14900*9 | Chk: 1/089221,10/31/05 | Inv:74973         I
      Source   : AP 01,R223,10/19/05 | Payee:D. THOMAS ROGERS,
      Comments : DEPOSITION FEE

980   10/31/05 POSTAGE                       0.37
      Fp:0510 | Bth:14902*13 | Inv:74973                                 I
      Comments : MJM

981   10/31/05 POSTAGE                       1.85
      Fp:0510 | Bth:14902*15 | Inv:74973                                 I
      Comments : MJM

982   10/31/05 POSTAGE                       0.37
      Fp:0510 | Bth:14902*17 | Inv:74973                                 I
      Comments : MJM

983   10/31/05 DUPLICATI 16.00               1.60
      Fp:0510 | Bth:14905*14 | Inv:74973                                 I
      Source   : ASCIIC
      Note     : 1331
      Comments : 16 PAGE(S)

984   10/31/05 DUPLICATI 10.00               1.00
      Fp:0510 | Bth:14905*24 | Inv:74973                                 I
      Source   : ASCIIC
      Note     : 1331
      Comments : 10 PAGE(S)

985   10/31/05 DUPLICATI135.00              13.50
      Fp:0510 | Bth:14905*25 | Inv:74973                                 I
      Source   : ASCIIC
      Note     : 7264
      Comments : 135 PAGE(S)

986   10/31/05 DUPLICATI 60.00               6.00
      Fp:0510 | Bth:14905*32 | Inv:74973                                 I
      Source   : ASCIIC
      Note     : 1331
      Comments : 60 PAGE(S)
```

```
INQUIRY : Case       - reference
                                                    10:02am 25 APR 06
Client   : CURNAN      MARTIN W. CURNAN
Case     : 03-105      MARK N. BEGLEY VS. COUNTY OF K
                                                    Status : Active
..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
987   10/31/05 DUPLICATI  7.00                 0.70
      Fp:0510 | Bth:14905*33 | Inv:74973                                  I
      Source   : ASCIIC
      Note     : 1331
      Comments : 7 PAGE(S)

988   10/31/05 DUPLICATI 63.00                 6.30
      Fp:0510 | Bth:14905*35 | Inv:74973                                  I
      Source   : ASCIIC
      Note     : 1331
      Comments : 63 PAGE(S)

989   10/31/05 DUPLICATI  3.00                 0.30
      Fp:0510 | Bth:14905*43 | Inv:74973                                  I
      Source   : ASCIIC
      Note     : 1331
      Comments : 3 PAGE(S)

990   10/31/05 DUPLICATI  1.00                 0.10
      Fp:0510 | Bth:14905*50 | Inv:74973                                  I
      Source   : ASCIIC
      Note     : 1331
      Comments : 1 PAGE(S)

991   10/31/05 DUPLICATI 12.00                 1.20
      Fp:0510 | Bth:14905*55 | Inv:74973                                  I
      Source   : ASCIIC
      Note     : 7264
      Comments : 12 PAGE(S)

992   10/20/05 AIRFARE                       219.39
      Fp:0510 | Bth:14906*12 | Chk: 1/089280,11/09/05 | Inv:74973         I
      Source   : AP 01,H195,110200228 | Payee:HNL TRAVEL ASSOCIA
      Comments : DAVID NAWAI-TRIP TO LIHUE ON 10/27/05

993   10/21/05 AIRFARE                       245.40
      Fp:0510 | Bth:14906*13 | Chk: 1/089313,11/16/05 | Inv:74973         I
      Source   : AP 01,H195,510210201 | Payee:HNL TRAVEL ASSOCIA
      Comments : MARTIN CURNAN-TRIP TO LIHUE ON 10/28/05

994   10/26/05 AIRFARE                        46.01
      Fp:0510 | Bth:14906*14 | Chk: 1/089280,11/09/05 | Inv:74973         I
      Source   : AP 01,H195,510260220 | Payee:HNL TRAVEL ASSOCIA
      Comments : RESERVATION CHANGE FEE RE: DAVID NAWAI TRIP TO LIHUE ON
                 10/27/05

995   11/01/05 DUPLICATI  9.00                 0.90
      Fp:0511 | Bth:14909*1 | Inv:75130                                   I
      Source   : ASCIIC
      Note     : 1331
```

```
INQUIRY : Case      - reference
                                                        10:02am 25 APR 06
Client   : CURNAN       MARTIN W. CURNAN
Case     : 03-105       MARK N. BEGLEY VS. COUNTY OF K       Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Comments : 9 PAGE(S)

996   11/01/05 DUPLICATI 33.00                   3.30                    I
      Fp:0511 | Bth:14909*20 | Inv:75130
      Source   : ASCIIC
      Note     : 7264
      Comments : 33 PAGE(S)

997   11/02/05 DUPLICATI 20.00                   2.00                    I
      Fp:0511 | Bth:14909*58 | Inv:75130
      Source   : ASCIIC
      Note     : 7264
      Comments : 20 PAGE(S)

998   11/02/05 DUPLICATI 39.00                   3.90                    I
      Fp:0511 | Bth:14909*59 | Inv:75130
      Source   : ASCIIC
      Note     : 7264
      Comments : 39 PAGE(S)

999   10/26/05 LONG DIST                         1.05                    I
      Fp:0511 | Bth:14909*145 | Inv:74973
      Source   : ASCIIC
      Note     : 632
      Comments : (808) 635-5713

1000  10/26/05 LONG DIST                         0.44                    I
      Fp:0511 | Bth:14909*148 | Inv:74973
      Source   : ASCIIC
      Note     : 632
      Comments : (808) 635-5713

1001  10/27/05 LONG DIST                         0.44                    I
      Fp:0511 | Bth:14909*150 | Inv:74973
      Source   : ASCIIC
      Note     : 632
      Comments : (808) 635-5713

1002  10/27/05 LONG DIST                         0.44                    I
      Fp:0511 | Bth:14909*151 | Inv:74973
      Source   : ASCIIC
      Note     : 632
      Comments : (808) 635-5713

1003  11/01/05 LONG DIST                         0.74                    I
      Fp:0511 | Bth:14909*200 | Inv:75130
      Source   : ASCIIC
      Note     : 657
      Comments : (808) 241-6315
```

```
INQUIRY : Case      - reference                                    10:02am 25 APR 06

Client   : CURNAN      MARTIN W. CURNAN
Case     : 03-105      MARK N. BEGLEY VS. COUNTY OF K             Status : Active

..Ref  ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
1004   11/01/05 LONG DIST                     1.05                         I
       Fp:0511 | Bth:14909*202 | Inv:75130
       Source   : ASCIIC
       Note     : 657
       Comments : (808) 241-6315

1005   11/01/05 LONG DIST                     1.35                         I
       Fp:0511 | Bth:14909*203 | Inv:75130
       Source   : ASCIIC
       Note     : 657
       Comments : (808) 241-6158

1006   11/03/05 DUPLICATI 20.00               2.00                         I
       Fp:0511 | Bth:14914*7 | Inv:75130
       Source   : ASCIIC
       Note     : 1331
       Comments : 20 PAGE(S)

1007   11/03/05 DUPLICATI195.00              19.50                         I
       Fp:0511 | Bth:14914*21 | Inv:75130
       Source   : ASCIIC
       Note     : 7264
       Comments : 195 PAGE(S)

1008   11/03/05 DUPLICATI  9.00               0.90                         I
       Fp:0511 | Bth:14914*30 | Inv:75130
       Source   : ASCIIC
       Note     : 7264
       Comments : 9 PAGE(S)

1009   11/03/05 FACSIMILE                     0.50                         I
       Fp:0511 | Bth:14914*45 | Inv:75130
       Source   : ASCIIC
       Note     : 1331
       Comments : 1 PAGE(S) TO NO. 550-4996

1010   11/03/05 FACSIMILE                     0.50                         I
       Fp:0511 | Bth:14914*50 | Inv:75130
       Source   : ASCIIC
       Note     : 7264
       Comments : 1 PAGE(S) TO NO. 550-4996

1011   11/03/05 DUPLICATI  1.00               0.10                         I
       Fp:0511 | Bth:14914*56 | Inv:75130
       Source   : ASCIIC
       Note     : SKS
       Comments : 1 PAGE(S)

1012   11/03/05 DUPLICATI  1.00               0.10                         I
       Fp:0511 | Bth:14914*57 | Inv:75130
```

```
INQUIRY : Case      - reference                          10:02am 25 APR 06

Client   : CURNAN      MARTIN W. CURNAN
Case     : 03-105      MARK N. BEGLEY VS. COUNTY OF K         Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Source    : ASCIIC
      Note      : SKS
      Comments  : 1 PAGE(S)

1013  11/04/05 FACSIMILE                         0.50                       I
      Fp:0511 | Bth:14914*119 | Inv:75130
      Source    : ASCIIC
      Note      : 7264
      Comments  : 1 PAGE(S) TO NO. 550-4996

1014  11/04/05 FACSIMILE                         0.50                       I
      Fp:0511 | Bth:14914*120 | Inv:75130
      Source    : ASCIIC
      Note      : 7264
      Comments  : 1 PAGE(S) TO NO. 544-8399

1015  11/04/05 FACSIMILE                         0.50                       I
      Fp:0511 | Bth:14914*121 | Inv:75130
      Source    : ASCIIC
      Note      : 7264
      Comments  : 1 PAGE(S) TO NO. 524-8293

1016  10/11/05 LONG DIST                         2.86                       I
      Fp:0511 | Bth:14914*127 | Inv:74973
      Source    : ASCIIC
      Note      : 622
      Comments  : (808) 635-3342

1017  10/28/05 PARKING V                        14.00                       I
      Fp:0511 | Bth:14915*2 | Inv:74973
      Note      : CURNAN
      Comments  : MJM

1018  11/07/05 POSTAGE                           3.95                       I
      Fp:0511 | Bth:14917*18 | Inv:75130
      Comments  : EKT

1019  11/07/05 POSTAGE                           0.37                       I
      Fp:0511 | Bth:14917*19 | Inv:75130
      Comments  : MJM

1020  11/07/05 DUPLICATI149.00                  14.90                       I
      Fp:0511 | Bth:14918*15 | Inv:75130
      Source    : ASCIIC
      Note      : 7264
      Comments  : 149 PAGE(S)

1021  11/03/05 LONG DIST                         0.44                       I
      Fp:0511 | Bth:14918*69 | Inv:75130
      Source    : ASCIIC
```

```
INQUIRY : Case      - reference                         10:02am 25 APR 06

Client   : CURNAN      MARTIN W. CURNAN
Case     : 03-105      MARK N. BEGLEY VS. COUNTY OF K     Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Note     : 657
      Comments : (808) 245-8874

1022  11/08/05 DUPLICATI  4.00              0.40                            I
      Fp:0511 | Bth:14920*8 | Inv:75130
      Source   : ASCIIC
      Note     : 1331
      Comments : 4 PAGE(S)

1023  11/07/05 POSTAGE                      0.74                            I
      Fp:0511 | Bth:14922*1 | Inv:75130
      Comments : MJM

1024  11/07/05 POSTAGE                      0.60                            I
      Fp:0511 | Bth:14922*3 | Inv:75130
      Comments : MJM

1025  11/07/05 POSTAGE                      0.37                            I
      Fp:0511 | Bth:14922*11 | Inv:75130
      Comments : MJM

1026  11/04/05 COURT REP                  255.37                            I
      Fp:0511 | Bth:14923*33 | Chk: 1/089536,12/28/05 | Inv:75130
      Source   : AP 01,K107,11/04/05 | Payee:FRANCES KRAMER
      Comments : DEPOSITION(S) TAKEN UPON ORAL EXAMINATION OF DAVID NAWAI ON
                 10/27/05 - ONE COPY OF TRANSCRIPT

1027  11/09/05 DUPLICATI 81.00              8.10                            I
      Fp:0511 | Bth:14924*4 | Inv:75130
      Source   : ASCIIC
      Note     : 7264
      Comments : 81 PAGE(S)

1028  11/09/05 DUPLICATI  4.00              0.40                            I
      Fp:0511 | Bth:14924*13 | Inv:75130
      Source   : ASCIIC
      Note     : 1331
      Comments : 4 PAGE(S)

1029  11/09/05 DUPLICATI 54.00              5.40                            I
      Fp:0511 | Bth:14924*15 | Inv:75130
      Source   : ASCIIC
      Note     : 7264
      Comments : 54 PAGE(S)

1030  11/09/05 DUPLICATI  1.00              0.10                            I
      Fp:0511 | Bth:14924*91 | Inv:75130
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S)
```

```
INQUIRY : Case      - reference                          10:02am 25 APR 06

Client   : CURNAN     MARTIN W. CURNAN
Case     : 03-105     MARK N. BEGLEY VS. COUNTY OF K         Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S

1031  11/09/05 POSTAGE                               2.40                         I
      Fp:0511 | Bth:14925*12 | Inv:75130
      Comments : MJM

1032  11/09/05 POSTAGE                               0.74                         I
      Fp:0511 | Bth:14925*13 | Inv:75130
      Comments : MJM

1036  11/01/05 LONG DIST                             0.74                         I
      Fp:0511 | Bth:14929*66 | Inv:75130
      Source   : ASCIIC
      Note     : 632
      Comments : (808) 652-7706

1037  11/01/05 LONG DIST                             0.44                         I
      Fp:0511 | Bth:14929*67 | Inv:75130
      Source   : ASCIIC
      Note     : 632
      Comments : (808) 245-9089

1038  11/03/05 LONG DIST                             1.05                         I
      Fp:0511 | Bth:14929*68 | Inv:75130
      Source   : ASCIIC
      Note     : 632
      Comments : (808) 639-6860

1039  11/03/05 LONG DIST                             2.26                         I
      Fp:0511 | Bth:14929*69 | Inv:75130
      Source   : ASCIIC
      Note     : 632
      Comments : (808) 244-2721

1040  11/08/05 LONG DIST                             0.44                         I
      Fp:0511 | Bth:14929*99 | Inv:75130
      Source   : ASCIIC
      Note     : 657
      Comments : (808) 245-8874

1041  11/15/05 DUPLICATI117.00                      11.70                         I
      Fp:0511 | Bth:14933*25 | Inv:75130
      Source   : ASCIIC
      Note     : 7264
      Comments : 117 PAGE(S)

1042  11/15/05 DUPLICATI 78.00                       7.80                         I
      Fp:0511 | Bth:14933*30 | Inv:75130
      Source   : ASCIIC
      Note     : 7264
      Comments : 78 PAGE(S)
```

```
INQUIRY : Case      - reference                               10:02am 25 APR 06

Client   : CURNAN     MARTIN W. CURNAN
Case     : 03-105     MARK N. BEGLEY VS. COUNTY OF K          Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S

1043  11/09/05 COURT REP                    274.83                            I
      Fp:0511 | Bth:14935*8 | Chk: 1/089657,01/11/06 | Inv:75130
      Source   : AP 01,I105,14869A | Payee:IWADO COURT REPORT
      Comments : DEPOSITION(S) OF D. THOMAS ROGERS, M.D. (BY TELEPHONE)
                 TAKEN ON 11/03/05 - ORIGINAL & ONE CERTIFIED COPY OF
                 TRANSCRIPT

1044  11/04/05 COURT REP                    646.72                            I
      Fp:0511 | Bth:14935*10 | Chk: 1/089541,12/28/05 | Inv:75130
      Source   : AP 01,P106,2050504 | Payee:JUDITH POWERS COUR
      Comments : DEPOSITION(S) OF MARK BEGLEY TAKEN ON 11/01/05 - ORIGINAL &
                 ONE COPY OF TRANSCRIPT (EXPEDITED)

1045  11/09/05 COURT REP                    321.04                            I
      Fp:0511 | Bth:14935*11 | Chk: 1/089666,01/11/06 | Inv:75130
      Source   : AP 01,P106,2050520 | Payee:JUDITH POWERS COUR
      Comments : DEPOSITION(S) OF NADINE BEGLEY TAKEN ON 11/02/05 - ORIGINAL
                 & ONE COPY OF TRANSCRIPT

1051  11/16/05 FACSIMILE                      1.50                            I
      Fp:0511 | Bth:14937*61 | Inv:75130
      Source   : ASCIIC
      Note     : 7264
      Comments : 3 PAGE(S) TO NO. 532-0234

1075  11/09/05 POSTAGE                        0.60                            I
      Fp:0511 | Bth:14938*3 | Inv:75130
      Comments : MJM

1076  11/09/05 LONG DIST                      2.26                            I
      Fp:0511 | Bth:14945*88 | Inv:75130
      Source   : ASCIIC
      Note     : 657
      Comments : (808) 245-3450

1077  11/18/05 POSTAGE                        3.04                            I
      Fp:0511 | Bth:14944*15 | Inv:75130
      Comments : MJM
1078  11/21/05 DUPLICATI  10.00               1.00                            I
      Fp:0511 | Bth:14947*27 | Inv:75130
      Source   : ASCIIC
      Note     : 7264
      Comments : 10 PAGE(S)

1079  11/22/05 DUPLICATI   1.00               0.10                            I
      Fp:0511 | Bth:14949*78 | Inv:75130
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S)
```

```
INQUIRY : Case      - reference                                10:02am 25 APR 06

Client   : CURNAN      MARTIN W. CURNAN
Case     : 03-105      MARK N. BEGLEY VS. COUNTY OF K          Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S

1080  11/17/05 COURT REP                      217.78                           I
      Fp:0511 | Bth:14952*20 | Chk: 1/089660,01/11/06 | Inv:75130
      Source   : AP 01,K107,11/17/05 | Payee:FRANCES KRAMER
      Comments : DEPOSITION(S) TAKEN UPON ORAL EXAMINATION OF MARTIN CURNAN
                 ON 10/28/05 - ONE COPY OF TRANSCRIPT

1081  10/10/05 LEXIS-NEX                      79.58          0.00        0.00 I
      Fp:0511 | Bth:14953*70 | Inv:75130
      Comments : MJM

1082  10/10/05 LEXIS-NEX                       0.63          0.00        0.00 I
      Fp:0511 | Bth:14953*71 | Inv:75130
      Comments : MJM

1083  11/28/05 DUPLICATI   1.00                0.10                           I
      Fp:0511 | Bth:14958*149 | Inv:75130
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S)

1084  11/28/05 DUPLICATI   1.00                0.10                           I
      Fp:0511 | Bth:14958*150 | Inv:75130
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S)

1085  10/18/05 AIR/GROUN                        5.21                          I
      Fp:0511 | Bth:14959*71 | Chk: 1/089392,11/30/05 | Inv:75130
      Source   : AP 01,R184,11/01/05 | Payee:RAINBOW COURIERS,
      Comments : CERTIFICATE OF SERVICE RE: BEGLEY DEPOSITION

1086  10/19/05 AIR/GROUN                        7.81                          I
      Fp:0511 | Bth:14959*86 | Chk: 1/089392,11/30/05 | Inv:75130
      Source   : AP 01,R184,11/01/05 | Payee:RAINBOW COURIERS,
      Comments : DISCLOSURE

1087  10/20/05 AIR/GROUN                        5.21                          I
      Fp:0511 | Bth:14959*92 | Chk: 1/089392,11/30/05 | Inv:75130
      Source   : AP 01,R184,11/01/05 | Payee:RAINBOW COURIERS,
      Comments : CERTIFICATE OF SERVICE

1088  10/27/05 AIR/GROUN                        5.21                          I
      Fp:0511 | Bth:14959*136 | Chk: 1/089392,11/30/05 | Inv:75130
      Source   : AP 01,R184,11/01/05 | Payee:RAINBOW COURIERS,
      Comments : CERTIFICATE OF SERVICE

1089  10/31/05 AIR/GROUN                        5.21                          I
      Fp:0511 | Bth:14959*142 | Chk: 1/089392,11/30/05 | Inv:75130
      Source   : AP 01,R184,11/01/05 | Payee:RAINBOW COURIERS,
```