INQUIRY : Case - reference                    10:02am 25 APR 06

Client : CURNAN    MARTIN W. CURNAN
Case : 03-105    MARK N. BEGLEY VS. COUNTY OF K    Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
Comments : CERTIFICATE OF SERVICE

1090 11/28/05 POSTAGE    0.37    I
Fp:0511 | Bth:14957*8 | Inv:75130
Comments : MJM

1091 11/28/05 POSTAGE    0.60    I
Fp:0511 | Bth:14957*9 | Inv:75130
Comments : EKT

1109 11/29/05 DUPLICATI 10.00    1.00    I
Fp:0511 | Bth:14962*15 | Inv:75130
Source : ASCIIC
Note : 7264
Comments : 10 PAGE(S)

1110 11/29/05 DUPLICATI 9.00    0.90    I
Fp:0511 | Bth:14962*23 | Inv:75130
Source : ASCIIC
Note : 7264
Comments : 9 PAGE(S)

1111 11/30/05 DUPLICATI 12.00    1.20    I
Fp:0511 | Bth:14964*12 | Inv:75130
Source : ASCIIC
Note : 7264
Comments : 12 PAGE(S)

1123 12/01/05 DUPLICATI 13.00    1.30    I
Fp:0512 | Bth:14974*35 | Inv:75380
Source : ASCIIC
Note : 1331
Comments : 13 PAGE(S)

1124 12/02/05 DUPLICATI 3.00    0.30    I
Fp:0512 | Bth:14974*90 | Inv:75380
Source : ASCIIC
Note : 1331
Comments : 3 PAGE(S)

1125 12/02/05 DUPLICATI 1.00    0.10    I
Fp:0512 | Bth:14974*111 | Inv:75380
Source : ASCIIC
Note : SKS
Comments : 1 PAGE(S)

1126 12/02/05 DUPLICATI 1.00    0.10    I
Fp:0512 | Bth:14974*112 | Inv:75380
Source : ASCIIC
Note : SKS

Exhibit E

```
INQUIRY : Case      - reference                                10:02am 25 APR 06

Client   : CURNAN     MARTIN W. CURNAN
Case     : 03-105     MARK N. BEGLEY VS. COUNTY OF K           Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Comments : 1 PAGE(S)

1127  12/02/05 DUPLICATI  1.00                0.10                         I
      Fp:0512 | Bth:14974*113 | Inv:75380
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S)

1128  12/02/05 DUPLICATI  1.00                0.10                         I
      Fp:0512 | Bth:14974*114 | Inv:75380
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S)

1129  12/12/05 POSTAGE                        1.48                         I
      Fp:0512 | Bth:14987*2 | Inv:75380
      Comments : MJM

1130  12/12/05 POSTAGE                        0.37                         I
      Fp:0512 | Bth:14987*8 | Inv:75380
      Comments : MJM

1150  12/19/05 DUPLICATI 18.00                1.80                         I
      Fp:0512 | Bth:15000*26 | Inv:75380
      Source   : ASCIIC
      Note     : 1331
      Comments : 18 PAGE(S)

1151  12/19/05 DUPLICATI  2.00                0.20                         I
      Fp:0512 | Bth:15000*30 | Inv:75380
      Source   : ASCIIC
      Note     : 7264
      Comments : 2 PAGE(S)

1152  12/20/05 DUPLICATI 31.00                3.10                         I
      Fp:0512 | Bth:15000*94 | Inv:75380
      Source   : ASCIIC
      Note     : 7264
      Comments : 31 PAGE(S)

1153  12/20/05 DUPLICATI  2.00                0.20                         I
      Fp:0512 | Bth:15000*117 | Inv:75380
      Source   : ASCIIC
      Note     : SKS
      Comments : 2 PAGE(S)

1154  12/04/05 COURT REP                    106.45                         I
      Fp:0512 | Bth:15001*1 | Chk: 1/089711,01/25/06 | Inv:75380
      Source   : AP 01,C103,518914 | Payee:CARNAZZO COURT-REP
      Comments : DEPOSITION(S) TAKEN UPON WRITTEN QUESTIONS OF LEO M. MAHER,
```

INQUIRY : Case - reference 10:02am 25 APR 06

Client : CURNAN MARTIN W. CURNAN
Case : 03-105 MARK N. BEGLEY VS. COUNTY OF K Status : Active

| ..Ref | ..Date.. Cde.desc Orgtme Orgrte | ....Orgamt | ..Time ..Rate | .......Amt | S |
|---|---|---|---|---|---|
| | M.D., LLC ON 11/22/05 - ORIGINAL & ONE COPY OF TRANSCRIPT | | | | |
| 1155 | 11/05/05 LEXIS-NEX<br>Fp:0512 \| Bth:15006*82 \| Inv:75380<br>Comments : MJM | 25.76 | 0.00 | 0.00 | I |
| 1156 | 11/07/05 LEXIS-NEX<br>Fp:0512 \| Bth:15006*83 \| Inv:75380<br>Comments : MJM | 30.35 | 0.00 | 0.00 | I |
| 1157 | 11/07/05 LEXIS-NEX<br>Fp:0512 \| Bth:15006*84 \| Inv:75380<br>Comments : MJM | 1.70 | 0.00 | 0.00 | I |
| 1158 | 11/07/05 LEXIS-NEX<br>Fp:0512 \| Bth:15006*85 \| Inv:75380<br>Comments : MJM | 0.31 | 0.00 | 0.00 | I |
| 1159 | 11/12/05 LEXIS-NEX<br>Fp:0512 \| Bth:15006*86 \| Inv:75380<br>Comments : MJM | 0.41 | 0.00 | 0.00 | I |
| 1160 | 11/21/05 LEXIS-NEX<br>Fp:0512 \| Bth:15006*87 \| Inv:75380<br>Comments : MJM | 30.63 | 0.00 | 0.00 | I |
| 1161 | 11/21/05 LEXIS-NEX<br>Fp:0512 \| Bth:15006*88 \| Inv:75380<br>Comments : MJM | 2.97 | 0.00 | 0.00 | I |
| 1162 | 11/21/05 LEXIS-NEX<br>Fp:0512 \| Bth:15006*89 \| Inv:75380<br>Comments : MJM | 0.30 | 0.00 | 0.00 | I |
| 1163 | 11/22/05 LEXIS-NEX<br>Fp:0512 \| Bth:15006*90 \| Inv:75380<br>Comments : MJM | 51.88 | 0.00 | 0.00 | I |
| 1164 | 11/04/05 AIR/GROUN<br>Fp:0512 \| Bth:15011*34 \| Chk: 1/089554,12/29/05 \| Inv:75380<br>Source : AP 01,R184,12/01/05 \| Payee:RAINBOW COURIERS,<br>Comments : DOCUMENTS | 5.21 | | | I |
| 1165 | 11/09/05 AIR/GROUN<br>Fp:0512 \| Bth:15011*49 \| Chk: 1/089554,12/29/05 \| Inv:75380<br>Source : AP 01,R184,12/01/05 \| Payee:RAINBOW COURIERS,<br>Comments : CERTIFICATE OF SERVICE | 5.21 | | | I |
| 1166 | 11/15/05 AIR/GROUN<br>Fp:0512 \| Bth:15011*71 \| Chk: 1/089554,12/29/05 \| Inv:75380 | 5.21 | | | I |

```
INQUIRY : Case      - reference                                10:02am 25 APR 06

Client   : CURNAN      MARTIN W. CURNAN
Case     : 03-105      MARK N. BEGLEY VS. COUNTY OF K          Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Source   : AP 01,R184,12/01/05 | Payee:RAINBOW COURIERS,
      Comments : FINAL PRETRIAL STATEMENT

1167  11/16/05 AIR/GROUN                5.21                                I
      Fp:0512 | Bth:15011*75 | Chk: 1/089554,12/29/05 | Inv:75380
      Source   : AP 01,R184,12/01/05 | Payee:RAINBOW COURIERS,
      Comments : SUBPOENA

1168  11/01/05 LONG DIST                0.44                                I
      Fp:0512 | Bth:15012*40 | Inv:75380
      Source   : ASCIIC
      Note     : 612
      Comments : (808) 885-3400

1169  11/01/05 LONG DIST                4.39                                I
      Fp:0512 | Bth:15012*41 | Inv:75380
      Source   : ASCIIC
      Note     : 612
      Comments : (808) 241-6158

1180  01/03/06 DUPLICATI 14.00          1.40                                I
      Fp:0601 | Bth:15023*22 | Inv:75514
      Source   : ASCIIC
      Note     : 7264
      Comments : 14 PAGE(S)

1181  12/29/05 LONG DIST                0.74                                I
      Fp:0601 | Bth:15023*136 | Inv:75380
      Source   : ASCIIC
      Note     : 620
      Comments : (808) 635-5713

1182  01/09/06 LONG DIST                0.74                                I
      Fp:0601 | Bth:15045*87 | Inv:75514
      Source   : ASCIIC
      Note     : 657
      Comments : (808) 635-5713

1183  01/12/06 DUPLICATI 42.00          4.20                                I
      Fp:0601 | Bth:15054*11 | Inv:75514
      Comments : 42 PAGES

1184  12/02/05 LEXIS-NEX               51.39           0.00          0.00 I
      Fp:0601 | Bth:15061*62 | Inv:75514
      Comments : MJM

1185  12/02/05 LEXIS-NEX                0.61           0.00          0.00 I
      Fp:0601 | Bth:15061*63 | Inv:75514
      Comments : MJM
```

```
INQUIRY : Case      - reference                            10:02am 25 APR 06

Client   : CURNAN      MARTIN W. CURNAN
Case     : 03-105      MARK N. BEGLEY VS. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
1186  12/02/05 LEXIS-NEX                          0.43           0.00       0.00 I
      Fp:0601 | Bth:15061*64 | Inv:75514
      Comments : MJM

1187  12/03/05 LEXIS-NEX                         51.39           0.00       0.00 I
      Fp:0601 | Bth:15061*65 | Inv:75514
      Comments : MJM

1188  12/03/05 LEXIS-NEX                          0.44           0.00       0.00 I
      Fp:0601 | Bth:15061*66 | Inv:75514
      Comments : MJM

1189  12/05/05 LEXIS-NEX                         12.84           0.00       0.00 I
      Fp:0601 | Bth:15061*67 | Inv:75514
      Comments : MJM

1190  12/05/05 LEXIS-NEX                          0.61           0.00       0.00 I
      Fp:0601 | Bth:15061*68 | Inv:75514
      Comments : MJM

1191  12/05/05 LEXIS-NEX                          0.43           0.00       0.00 I
      Fp:0601 | Bth:15061*69 | Inv:75514
      Comments : MJM

1192  01/23/06 DUPLICATI 39.00                    3.90                           I
      Fp:0601 | Bth:15065*46 | Inv:75514
      Source   : ASCIIC
      Note     : 7264
      Comments : 39 PAGE(S)

1214  01/24/06 DUPLICATI 15.00                    1.50                           I
      Fp:0601 | Bth:15068*25 | Inv:75514
      Source   : ASCIIC
      Note     : 7264
      Comments : 15 PAGE(S)

1215  01/13/06 LONG DIST                          0.74                           I
      Fp:0601 | Bth:15068*76 | Inv:75514
      Source   : ASCIIC
      Note     : 657
      Comments : (808) 635-5713

1216  01/06/06 COURT RES                         15.51                           I
      Fp:0601 | Bth:15069*46 | Chk: 1/089727,01/25/06 | Inv:75514
      Source   : AP 01,P213,01/06/06 | Payee:PACER SERVICE CENT
      Comments : AT HAWAII DISTRICT COURT FOR THE PERIOD 10/01/05 TO 12/31/05

1217  01/24/06 POSTAGE                            0.78                           I
      Fp:0601 | Bth:15074*1 | Inv:75514
      Comments : MJM
```

```
INQUIRY : Case      - reference
                                                      10:02am 25 APR 06
Client   : CURNAN     MARTIN W. CURNAN
Case     : 03-105     MARK N. BEGLEY VS. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S

1218  01/25/06 POSTAGE                         1.11
      Fp:0601 | Bth:15075*11 | Inv:75514                                I
      Comments : MJM

1235  02/07/06 DUPLICATI  4.00                 0.40
      Fp:0602 | Bth:15100*21 | Inv:75788                                I
      Source   : ASCIIC
      Note     : 7264
      Comments : 4 PAGE(S)

1236  02/07/06 DUPLICATI  2.00                 0.20
      Fp:0602 | Bth:15100*80 | Inv:75788                                I
      Source   : ASCIIC
      Note     : SKS
      Comments : 2 PAGE(S)

1237  02/07/06 DUPLICATI  2.00                 0.20
      Fp:0602 | Bth:15100*81 | Inv:75788                                I
      Source   : ASCIIC
      Note     : SKS
      Comments : 2 PAGE(S)

1238  02/08/06 DUPLICATI 16.00                 1.60
      Fp:0602 | Bth:15104*17 | Inv:75788                                I
      Source   : ASCIIC
      Note     : 1331
      Comments : 16 PAGE(S)

1239  02/09/06 DUPLICATI 64.00                 6.40
      Fp:0602 | Bth:15104*45 | Inv:75788                                I
      Source   : ASCIIC
      Note     : 1331
      Comments : 64 PAGE(S)

1240  02/09/06 DUPLICATI138.00                13.80
      Fp:0602 | Bth:15104*46 | Inv:75788                                I
      Source   : ASCIIC
      Note     : 1331
      Comments : 138 PAGE(S)

1241  02/09/06 DUPLICATI 64.00                 6.40
      Fp:0602 | Bth:15104*61 | Inv:75788                                I
      Source   : ASCIIC
      Note     : 7264
      Comments : 64 PAGE(S)

1242  02/09/06 DUPLICATI 16.00                 1.60
      Fp:0602 | Bth:15104*62 | Inv:75788                                I
      Source   : ASCIIC
```

INQUIRY : Case - reference 10:02am 25 APR 06

Client : CURNAN MARTIN W. CURNAN
Case : 03-105 MARK N. BEGLEY VS. COUNTY OF K Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
Note : 7264
Comments : 16 PAGE(S)

1243 02/09/06 DUPLICATI 1.00 0.10 I
Fp:0602 | Bth:15104*100 | Inv:75788
Source : ASCIIC
Note : SKS
Comments : 1 PAGE(S)

1244 02/09/06 DUPLICATI 2.00 0.20 I
Fp:0602 | Bth:15104*108 | Inv:75788
Source : ASCIIC
Note : SKS
Comments : 2 PAGE(S)

1247 02/10/06 FACSIMILE 1.00 I
Fp:0602 | Bth:15108*27 | Inv:75788
Source : ASCIIC
Note : 1331
Comments : 2 PAGE(S) TO NO. 550-4996

1248 02/10/06 DUPLICATI 1.00 0.10 I
Fp:0602 | Bth:15108*30 | Inv:75788
Source : ASCIIC
Note : SKS
Comments : 1 PAGE(S)

1249 02/10/06 DUPLICATI 1.00 0.10 I
Fp:0602 | Bth:15108*31 | Inv:75788
Source : ASCIIC
Note : SKS
Comments : 1 PAGE(S)

1250 02/10/06 DUPLICATI 2.00 0.20 I
Fp:0602 | Bth:15108*32 | Inv:75788
Source : ASCIIC
Note : SKS
Comments : 2 PAGE(S)

1251 02/13/06 DUPLICATI 12.00 1.20 I
Fp:0602 | Bth:15110*2 | Inv:75788
Source : ASCIIC
Note : 1331
Comments : 12 PAGE(S)

1252 02/13/06 DUPLICATI714.00 71.40 I
Fp:0602 | Bth:15110*3 | Inv:75788
Source : ASCIIC
Note : 0074
Comments : 714 PAGE(S)

```
INQUIRY : Case       - reference
                                                          10:02am 25 APR 06
Client   : CURNAN      MARTIN W. CURNAN
Case     : 03-105      MARK N. BEGLEY VS. COUNTY OF K      Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
1253  02/13/06 DUPLICATI 39.00                 3.90                        I
      Fp:0602 | Bth:15110*4 | Inv:75788
      Source   : ASCIIC
      Note     : 1331
      Comments : 39 PAGE(S)

1254  02/13/06 DUPLICATI  2.00                 0.20                        I
      Fp:0602 | Bth:15110*16 | Inv:75788
      Source   : ASCIIC
      Note     : 1331
      Comments : 2 PAGE(S)

1255  02/09/06 LONG DIST                       0.44                        I
      Fp:0602 | Bth:15110*42 | Inv:75788
      Source   : ASCIIC
      Note     : 657
      Comments : (808) 246-3241

1256  02/09/06 LONG DIST                       1.35                        I
      Fp:0602 | Bth:15110*43 | Inv:75788
      Source   : ASCIIC
      Note     : 657
      Comments : (808) 246-3224

1257  02/09/06 LONG DIST                       0.44                        I
      Fp:0602 | Bth:15110*44 | Inv:75788
      Source   : ASCIIC
      Note     : 657
      Comments : (808) 246-3224

1258  02/09/06 LONG DIST                       0.44                        I
      Fp:0602 | Bth:15110*45 | Inv:75788
      Source   : ASCIIC
      Note     : 657
      Comments : (808) 631-9703

1259  02/09/06 LONG DIST                       1.96                        I
      Fp:0602 | Bth:15110*46 | Inv:75788
      Source   : ASCIIC
      Note     : 612
      Comments : (808) 246-3224

1260  02/13/06 DUPLICATI  1.00                 0.10                        I
      Fp:0602 | Bth:15110*51 | Inv:75788
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S)

1261  02/13/06 DUPLICATI  1.00                 0.10                        I
```

```
INQUIRY : Case      - reference
                                                    10:02am 25 APR 06
Client   : CURNAN      MARTIN W. CURNAN
Case     : 03-105      MARK N. BEGLEY VS. COUNTY OF K      Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Fp:0602 | Bth:15110*54 | Inv:75788
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S)

1262  02/13/06 DUPLICATI  1.00          0.10                              I
      Fp:0602 | Bth:15110*55 | Inv:75788
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S)

1263  02/13/06 DUPLICATI  1.00          0.10                              I
      Fp:0602 | Bth:15110*56 | Inv:75788
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S)

1264  02/13/06 DUPLICATI  1.00          0.10                              I
      Fp:0602 | Bth:15110*57 | Inv:75788
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S)

1265  02/13/06 DUPLICATI  2.00          0.20                              I
      Fp:0602 | Bth:15110*59 | Inv:75788
      Source   : ASCIIC
      Note     : SKS
      Comments : 2 PAGE(S)

1266  02/14/06 DUPLICATI 23.00          2.30                              I
      Fp:0602 | Bth:15111*28 | Inv:75788
      Source   : ASCIIC
      Note     : 7264
      Comments : 23 PAGE(S)

1267  02/15/06 DUPLICATI 48.00          4.80                              I
      Fp:0602 | Bth:15113*4 | Inv:75788
      Source   : ASCIIC
      Note     : 7264
      Comments : 48 PAGE(S)

1268  02/15/06 DUPLICATI 60.00          6.00                              I
      Fp:0602 | Bth:15113*12 | Inv:75788
      Source   : ASCIIC
      Note     : 7264
      Comments : 60 PAGE(S)

1269  02/15/06 DUPLICATI 11.00          1.10                              I
      Fp:0602 | Bth:15113*13 | Inv:75788
      Source   : ASCIIC
```

```
INQUIRY : Case       - reference
                                                        10:02am 25 APR 06
Client   : CURNAN     MARTIN W. CURNAN
Case     : 03-105     MARK N. BEGLEY VS. COUNTY OF K          Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
       Note       : 7264
       Comments : 11 PAGE(S)

1270   02/15/06 DUPLICATI 48.00                4.80                          I
       Fp:0602 | Bth:15113*24 | Inv:75788
       Source     : ASCIIC
       Note       : 7264
       Comments : 48 PAGE(S)

1271   02/15/06 DUPLICATI408.00               40.80                          I
       Fp:0602 | Bth:15113*33 | Inv:75788
       Source     : ASCIIC
       Note       : 7264
       Comments : 408 PAGE(S)

1272   02/15/06 DUPLICATI  3.00                0.30                          I
       Fp:0602 | Bth:15113*43 | Inv:75788
       Source     : ASCIIC
       Note       : SKS
       Comments : 3 PAGE(S)

1273   02/15/06 DUPLICATI  2.00                0.20                          I
       Fp:0602 | Bth:15113*56 | Inv:75788
       Source     : ASCIIC
       Note       : SKS
       Comments : 2 PAGE(S)
1274   02/15/06 DUPLICATI  3.00                0.30                          I
       Fp:0602 | Bth:15113*57 | Inv:75788
       Source     : ASCIIC
       Note       : SKS
       Comments : 3 PAGE(S)

1275   02/15/06 DUPLICATI  6.00                0.60                          I
       Fp:0602 | Bth:15113*59 | Inv:75788
       Source     : ASCIIC
       Note       : SKS
       Comments : 6 PAGE(S)

1276   02/15/06 DUPLICATI 15.00                1.50                          I
       Fp:0602 | Bth:15113*60 | Inv:75788
       Source     : ASCIIC
       Note       : SKS
       Comments : 15 PAGE(S)

1277   02/15/06 DUPLICATI  1.00                0.10                          I
       Fp:0602 | Bth:15113*66 | Inv:75788
       Source     : ASCIIC
       Note       : SKS
       Comments : 1 PAGE(S)
```

```
INQUIRY : Case       - reference                       10:02am 25 APR 06

Client  : CURNAN     MARTIN W. CURNAN
Case    : 03-105     MARK N. BEGLEY VS. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
1278  02/15/06 DUPLICATI  3.00              0.30                          I
      Fp:0602 | Bth:15113*67 | Inv:75788
      Source   : ASCIIC
      Note     : SKS
      Comments : 3 PAGE(S)

1279  02/15/06 DUPLICATI  6.00              0.60                          I
      Fp:0602 | Bth:15113*68 | Inv:75788
      Source   : ASCIIC
      Note     : SKS
      Comments : 6 PAGE(S)

1296  02/08/06 MISCELLAN                   16.64                          I
      Fp:0602 | Bth:15116*34 | Chk: 1/089863,02/16/06 | Inv:75788
      Source   : AP 01,S143,02/08/06 | Payee:SHIRLEY K. SILAS
      Comments : KAUAI MAPS

1297  02/21/06 DUPLICATI  6.00              0.60                          I
      Fp:0602 | Bth:15119*6 | Inv:75788
      Source   : ASCIIC
      Note     : 1331
      Comments : 6 PAGE(S)

1298  02/21/06 DUPLICATI  3.00              0.30                          I
      Fp:0602 | Bth:15119*7 | Inv:75788
      Source   : ASCIIC
      Note     : 1331
      Comments : 3 PAGE(S)

1299  02/21/06 DUPLICATI  8.00              0.80                          I
      Fp:0602 | Bth:15119*11 | Inv:75788
      Source   : ASCIIC
      Note     : 1331
      Comments : 8 PAGE(S)

1300  02/22/06 DUPLICATI  3.00              0.30                          I
      Fp:0602 | Bth:15122*5 | Inv:75788
      Source   : ASCIIC
      Note     : 1331
      Comments : 3 PAGE(S)

1301  02/22/06 DUPLICATI 10.00              1.00                          I
      Fp:0602 | Bth:15122*6 | Inv:75788
      Source   : ASCIIC
      Note     : 1331
      Comments : 10 PAGE(S)

1302  02/22/06 DUPLICATI324.00             32.40                          I
      Fp:0602 | Bth:15122*7 | Inv:75788
      Source   : ASCIIC
```

```
INQUIRY : Case      - reference
                                                           10:02am 25 APR 06
Client   : CURNAN      MARTIN W. CURNAN
Case     : 03-105      MARK N. BEGLEY VS. COUNTY OF K      Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Note     : 7264
      Comments : 324 PAGE(S)

1303  02/22/06 DUPLICATI 28.00                 2.80                        I
      Fp:0602 | Bth:15122*15 | Inv:75788
      Source   : ASCIIC
      Note     : 1331
      Comments : 28 PAGE(S)

1304  02/22/06 DUPLICATI  2.00                 0.20                        I
      Fp:0602 | Bth:15122*17 | Inv:75788
      Source   : ASCIIC
      Note     : 1331
      Comments : 2 PAGE(S)

1305  02/22/06 DUPLICATI 19.00                 1.90                        I
      Fp:0602 | Bth:15122*19 | Inv:75788
      Source   : ASCIIC
      Note     : 7264
      Comments : 19 PAGE(S)

1306  02/22/06 DUPLICATI  2.00                 0.20                        I
      Fp:0602 | Bth:15122*33 | Inv:75788
      Source   : ASCIIC
      Note     : SKS
      Comments : 2 PAGE(S)

1307  02/22/06 DUPLICATI  3.00                 0.30                        I
      Fp:0602 | Bth:15122*35 | Inv:75788
      Source   : ASCIIC
      Note     : SKS
      Comments : 3 PAGE(S)

1315  02/23/06 DUPLICATI 10.00                 1.00                        I
      Fp:0602 | Bth:15124*9 | Inv:75788
      Source   : ASCIIC
      Note     : 1331
      Comments : 10 PAGE(S)

1316  02/23/06 DUPLICATI 16.00                 1.60                        I
      Fp:0602 | Bth:15124*10 | Inv:75788
      Source   : ASCIIC
      Note     : 1331
      Comments : 16 PAGE(S)

1317  02/23/06 DUPLICATI100.00                10.00                        I
      Fp:0602 | Bth:15124*14 | Inv:75788
      Source   : ASCIIC
      Note     : 1331
      Comments : 100 PAGE(S)
```

```
INQUIRY : Case      - reference                               10:02am 25 APR 06

Client   : CURNAN     MARTIN W. CURNAN
Case     : 03-105     MARK N. BEGLEY VS. COUNTY OF K         Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S

1318  02/23/06 DUPLICATI  1.00                  0.10                           I
      Fp:0602 | Bth:15124*35 | Inv:75788
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S)

1319  02/23/06 DUPLICATI  1.00                  0.10                           I
      Fp:0602 | Bth:15124*42 | Inv:75788
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S)

1323  02/24/06 DUPLICATI 28.00                  2.80                           I
      Fp:0602 | Bth:15138*34 | Inv:75788
      Source   : ASCIIC
      Note     : 1331
      Comments : 28 PAGE(S)

1324  02/24/06 DUPLICATI  1.00                  0.10                           I
      Fp:0602 | Bth:15138*55 | Inv:75788
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S)

1325  02/27/06 DUPLICATI496.00                449.60                           I
      Fp:0602 | Bth:15140*5 | Inv:75788
      Source   : ASCIIC
      Note     : 0074
      Comments : 4496 PAGE(S)

1326  02/27/06 DUPLICATI 40.00                  4.00                           I
      Fp:0602 | Bth:15140*7 | Inv:75788
      Source   : ASCIIC
      Note     : 0074
      Comments : 40 PAGE(S)

1327  02/27/06 DUPLICATI105.00                 10.50                           I
      Fp:0602 | Bth:15140*12 | Inv:75788
      Source   : ASCIIC
      Note     : 1331
      Comments : 105 PAGE(S)

1328  01/18/06 LEXIS-NEX                        6.79          0.00       0.00 I
      Fp:0602 | Bth:15139*89 | Inv:75788
      Comments : MJM

1329  02/28/06 DUPLICATI 55.00                  5.50                           I
      Fp:0602 | Bth:15142*8 | Inv:75788
      Source   : ASCIIC
```

```
INQUIRY : Case      - reference
                                                          10:02am 25 APR 06
Client   : CURNAN      MARTIN W. CURNAN
Case     : 03-105      MARK N. BEGLEY VS. COUNTY OF K      Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Note      : 1331
      Comments : 55 PAGE(S)

1330  02/28/06 DUPLICATI161.00           16.10                            I
      Fp:0602 | Bth:15142*9 | Inv:75788
      Source   : ASCIIC
      Note     : 1331
      Comments : 161 PAGE(S)

1331  02/28/06 DUPLICATI468.00           46.80                            I
      Fp:0602 | Bth:15142*28 | Inv:75788
      Source   : ASCIIC
      Note     : 0074
      Comments : 468 PAGE(S)

1332  02/28/06 DUPLICATI105.00           10.50                            I
      Fp:0602 | Bth:15142*34 | Inv:75788
      Source   : ASCIIC
      Note     : 7264
      Comments : 105 PAGE(S)

1333  02/28/06 DUPLICATI161.00           16.10                            I
      Fp:0602 | Bth:15142*35 | Inv:75788
      Source   : ASCIIC
      Note     : 0074
      Comments : 161 PAGE(S)

1334  02/28/06 DUPLICATI 55.00            5.50                            I
      Fp:0602 | Bth:15142*36 | Inv:75788
      Source   : ASCIIC
      Note     : 0074
      Comments : 55 PAGE(S)

1335  02/28/06 DUPLICATI  1.00            0.10                            I
      Fp:0602 | Bth:15142*47 | Inv:75788
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S)

1359  03/01/06 DUPLICATI 26.00            2.60                            I
      Fp:0603 | Bth:15150*12 | Inv:75951
      Source   : ASCIIC
      Note     : 7264
      Comments : 26 PAGE(S)

1360  03/01/06 DUPLICATI 32.00            3.20                            I
      Fp:0603 | Bth:15150*44 | Inv:75951
      Source   : ASCIIC
      Note     : SKS
      Comments : 32 PAGE(S)
```

```
INQUIRY : Case      - reference
                                                   10:02am 25 APR 06
Client   : CURNAN     MARTIN W. CURNAN
Case     : 03-105     MARK N. BEGLEY VS. COUNTY OF K     Status : Active
..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
1361  03/02/06 DUPLICATI  2.00
      Fp:0603 | Bth:15150*45 | Inv:75951    0.20                          I
      Source   : ASCIIC
      Note     : 1331
      Comments : 2 PAGE(S)
1362  03/02/06 DUPLICATI 10.00
      Fp:0603 | Bth:15150*49 | Inv:75951    1.00                          I
      Source   : ASCIIC
      Note     : 1331
      Comments : 10 PAGE(S)
1363  02/22/06 LONG DIST
      Fp:0603 | Bth:15150*146 | Inv:75788   0.44                          I
      Source   : ASCIIC
      Note     : 657
      Comments : (808) 246-3224
1364  02/22/06 LONG DIST
      Fp:0603 | Bth:15150*150 | Inv:75788   1.65                          I
      Source   : ASCIIC
      Note     : 612
      Comments : (808) 645-6810
1365  02/23/06 LONG DIST
      Fp:0603 | Bth:15150*154 | Inv:75788   0.44                          I
      Source   : ASCIIC
      Note     : 612
      Comments : (808) 645-6145
1366  02/24/06 LONG DIST
      Fp:0603 | Bth:15150*165 | Inv:75788   0.44                          I
      Source   : ASCIIC
      Note     : 612
      Comments : (808) 645-6145
1367  02/24/06 LONG DIST
      Fp:0603 | Bth:15150*168 | Inv:75788   0.44                          I
      Source   : ASCIIC
      Note     : 657
      Comments : (808) 244-2972
1368  02/24/06 LONG DIST
      Fp:0603 | Bth:15150*169 | Inv:75788   0.74                          I
      Source   : ASCIIC
      Note     : 657
      Comments : (808) 632-0723
1369  02/27/06 LONG DIST                    1.35                          I
```

```
INQUIRY : Case      - reference                              10:02am 25 APR 06

Client   : CURNAN     MARTIN W. CURNAN
Case     : 03-105     MARK N. BEGLEY VS. COUNTY OF K         Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S

1361  03/02/06 DUPLICATI  2.00                0.20                          I
      Fp:0603 | Bth:15150*45 | Inv:75951
      Source   : ASCIIC
      Note     : 1331
      Comments : 2 PAGE(S)

1362  03/02/06 DUPLICATI 10.00                1.00                          I
      Fp:0603 | Bth:15150*49 | Inv:75951
      Source   : ASCIIC
      Note     : 1331
      Comments : 10 PAGE(S)

1363  02/22/06 LONG DIST                      0.44                          I
      Fp:0603 | Bth:15150*146 | Inv:75788
      Source   : ASCIIC
      Note     : 657
      Comments : (808) 246-3224

1364  02/22/06 LONG DIST                      1.65                          I
      Fp:0603 | Bth:15150*150 | Inv:75788
      Source   : ASCIIC
      Note     : 612
      Comments : (808) 645-6810

1365  02/23/06 LONG DIST                      0.44                          I
      Fp:0603 | Bth:15150*154 | Inv:75788
      Source   : ASCIIC
      Note     : 612
      Comments : (808) 645-6145

1366  02/24/06 LONG DIST                      0.44                          I
      Fp:0603 | Bth:15150*165 | Inv:75788
      Source   : ASCIIC
      Note     : 612
      Comments : (808) 645-6145

1367  02/24/06 LONG DIST                      0.44                          I
      Fp:0603 | Bth:15150*168 | Inv:75788
      Source   : ASCIIC
      Note     : 657
      Comments : (808) 244-2972

1368  02/24/06 LONG DIST                      0.74                          I
      Fp:0603 | Bth:15150*169 | Inv:75788
      Source   : ASCIIC
      Note     : 657
      Comments : (808) 632-0723

1369  02/27/06 LONG DIST                      1.35                          I
```

```
INQUIRY : Case      - reference                          10:02am 25 APR 06

Client   : CURNAN      MARTIN W. CURNAN
Case     : 03-105      MARK N. BEGLEY VS. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Fp:0603 | Bth:15150*176 | Inv:75788
      Source   : ASCIIC
      Note     : 657
      Comments : (808) 246-3224

1370  02/27/06 LONG DIST                        0.44                         I
      Fp:0603 | Bth:15150*177 | Inv:75788
      Source   : ASCIIC
      Note     : 657
      Comments : (808) 632-0723

1371  02/27/06 LONG DIST                        0.74                         I
      Fp:0603 | Bth:15150*178 | Inv:75788
      Source   : ASCIIC
      Note     : 657
      Comments : (808) 632-0723

1372  03/02/06 DUPLICATI   1.00                 0.10                         I
      Fp:0603 | Bth:15150*183 | Inv:75951
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S)

1373  03/02/06 DUPLICATI   1.00                 0.10                         I
      Fp:0603 | Bth:15150*184 | Inv:75951
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S)

1374  03/02/06 DUPLICATI   2.00                 0.20                         I
      Fp:0603 | Bth:15150*185 | Inv:75951
      Source   : ASCIIC
      Note     : SKS
      Comments : 2 PAGE(S)

1375  03/02/06 DUPLICATI   1.00                 0.10                         I
      Fp:0603 | Bth:15150*186 | Inv:75951
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S)

1376  03/02/06 DUPLICATI   1.00                 0.10                         I
      Fp:0603 | Bth:15150*187 | Inv:75951
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S)

1377  03/02/06 DUPLICATI   1.00                 0.10                         I
      Fp:0603 | Bth:15150*188 | Inv:75951
      Source   : ASCIIC
```

```
INQUIRY : Case      - reference                          10:02am 25 APR 06

Client   : CURNAN     MARTIN W. CURNAN
Case     : 03-105     MARK N. BEGLEY VS. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Note       : SKS
      Comments : 1 PAGE(S)

1378  03/03/06 DUPLICATI 61.00                6.10                       I
      Fp:0603 | Bth:15154*10 | Inv:75951
      Source     : ASCIIC
      Note       : 0074
      Comments : 61 PAGE(S)

1379  03/03/06 DUPLICATI782.00               78.20                       I
      Fp:0603 | Bth:15154*14 | Inv:75951
      Source     : ASCIIC
      Note       : 0074
      Comments : 782 PAGE(S)

1380  03/03/06 DUPLICATI  8.00                0.80                       I
      Fp:0603 | Bth:15154*22 | Inv:75951
      Source     : ASCIIC
      Note       : 1331
      Comments : 8 PAGE(S)

1381  03/03/06 DUPLICATI  8.00                0.80                       I
      Fp:0603 | Bth:15154*28 | Inv:75951
      Source     : ASCIIC
      Note       : 1331
      Comments : 8 PAGE(S)

1382  03/03/06 DUPLICATI  8.00                0.80                       I
      Fp:0603 | Bth:15154*39 | Inv:75951
      Source     : ASCIIC
      Note       : 7264
      Comments : 8 PAGE(S)

1383  03/03/06 DUPLICATI 22.00                2.20                       I
      Fp:0603 | Bth:15154*41 | Inv:75951
      Source     : ASCIIC
      Note       : 1331
      Comments : 22 PAGE(S)

1384  03/03/06 DUPLICATI 34.00                3.40                       I
      Fp:0603 | Bth:15154*44 | Inv:75951
      Source     : ASCIIC
      Note       : 1331
      Comments : 34 PAGE(S)

1385  03/03/06 DUPLICATI 40.00                4.00                       I
      Fp:0603 | Bth:15154*47 | Inv:75951
      Source     : ASCIIC
      Note       : 7264
      Comments : 40 PAGE(S)
```

```
INQUIRY : Case      - reference                        10:02am 25 APR 06

Client   : CURNAN    MARTIN W. CURNAN
Case     : 03-105    MARK N. BEGLEY VS. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
1386  03/03/06 DUPLICATI  1.00              0.10                         I
      Fp:0603 | Bth:15154*56 | Inv:75951
      Source   : ASCIIC
      Note     : SKS
      Comments : 1 PAGE(S)

1387  03/07/06 MISCELLAN                   81.12                          I
      Fp:0603 | Bth:15160*1 | Chk: 1/089964,03/07/06 | Inv:75951
      Source   : AP 01,H197,CR046126 | Payee:HEIDI'S DOWNTOWN B
      Comments : TRIAL LUNCHEON MEETING - MJM & CLIENTS

1388  03/03/06 OUTSIDE D                    9.38                          I
      Fp:0603 | Bth:15160*18 | Chk: 1/090117,03/30/06 | Inv:75951
      Source   : AP 01,P107,Q577843 | Payee:PROFESSIONAL IMAGE
      Comments : 2 - 24X36 OVERSIZED COPIES AT $4.50 PER COPY

1389  03/06/06 DUPLICATI 10.00              1.00                          I
      Fp:0603 | Bth:15161*17 | Inv:75951
      Source   : ASCIIC
      Note     : 1331
      Comments : 10 PAGE(S)

1390  03/06/06 DUPLICATI 20.00              2.00                          I
      Fp:0603 | Bth:15161*19 | Inv:75951
      Source   : ASCIIC
      Note     : 1331
      Comments : 20 PAGE(S)

1391  03/06/06 DUPLICATI  9.00              0.90                          I
      Fp:0603 | Bth:15161*20 | Inv:75951
      Source   : ASCIIC
      Note     : 1331
      Comments : 9 PAGE(S)

1392  03/06/06 DUPLICATI 48.00              4.80                          I
      Fp:0603 | Bth:15161*22 | Inv:75951
      Source   : ASCIIC
      Note     : 1331
      Comments : 48 PAGE(S)

1393  03/06/06 DUPLICATI 72.00              7.20                          I
      Fp:0603 | Bth:15161*39 | Inv:75951
      Source   : ASCIIC
      Note     : 1331
      Comments : 72 PAGE(S)

1394  03/06/06 DUPLICATI 20.00              2.00                          I
      Fp:0603 | Bth:15161*43 | Inv:75951
      Source   : ASCIIC
```

```
INQUIRY : Case      - reference                          10:02am 25 APR 06

Client   : CURNAN      MARTIN W. CURNAN
Case     : 03-105      MARK N. BEGLEY VS. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Note     : 1331
      Comments : 20 PAGE(S)

1395  03/06/06 DUPLICATI  4.00             0.40                            I
      Fp:0603 | Bth:15161*45 | Inv:75951
      Source   : ASCIIC
      Note     : 1331
      Comments : 4 PAGE(S)

1396  03/06/06 DUPLICATI  2.00             0.20                            I
      Fp:0603 | Bth:15161*47 | Inv:75951
      Source   : ASCIIC
      Note     : 1331
      Comments : 2 PAGE(S)

1397  03/06/06 DUPLICATI 10.00             1.00                            I
      Fp:0603 | Bth:15161*49 | Inv:75951
      Source   : ASCIIC
      Note     : 1331
      Comments : 10 PAGE(S)

1398  03/06/06 DUPLICATI  2.00             0.20                            I
      Fp:0603 | Bth:15161*50 | Inv:75951
      Source   : ASCIIC
      Note     : 1331
      Comments : 2 PAGE(S)

1399  02/28/06 LONG DIST                   0.74                            I
      Fp:0603 | Bth:15161*103 | Inv:75788
      Source   : ASCIIC
      Note     : 657
      Comments : (808) 632-0723

1400  02/28/06 LONG DIST                   0.44                            I
      Fp:0603 | Bth:15161*104 | Inv:75788
      Source   : ASCIIC
      Note     : 657
      Comments : (808) 632-0723

1401  03/01/06 LONG DIST                   1.05                            I
      Fp:0603 | Bth:15161*114 | Inv:75951
      Source   : ASCIIC
      Note     : 612
      Comments : (808) 645-6145

1402  03/01/06 LONG DIST                   0.74                            I
      Fp:0603 | Bth:15161*117 | Inv:75951
      Source   : ASCIIC
      Note     : 657
      Comments : (808) 244-7444
```

```
INQUIRY : Case      - reference                              10:02am 25 APR 06

Client   : CURNAN      MARTIN W. CURNAN
Case     : 03-105      MARK N. BEGLEY VS. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S

1403  03/03/06 LONG DIST                  0.44                              I
      Fp:0603 | Bth:15161*118 | Inv:75951
      Source   : ASCIIC
      Note     : 632
      Comments : (808) 632-0723

1404  03/06/06 DUPLICATI 12.00            1.20                              I
      Fp:0603 | Bth:15161*139 | Inv:75951
      Source   : ASCIIC
      Note     : SKS
      Comments : 12 PAGE(S)

1405  03/08/06 MISCELLAN                 86.84                              I
      Fp:0603 | Bth:15164*1 | Chk: 1/089993,03/08/06 | Inv:75951
      Source   : AP 01,H197,CR046128 | Payee:HEIDI'S DOWNTOWN B
      Comments : TRIAL LUNCHEON MEETING

1406  03/08/06 DUPLICATI 24.00            2.40                              I
      Fp:0603 | Bth:15166*16 | Inv:75951
      Source   : ASCIIC
      Note     : 1331
      Comments : 24 PAGE(S)

1407  03/08/06 DUPLICATI 32.00            3.20                              I
      Fp:0603 | Bth:15166*28 | Inv:75951
      Source   : ASCIIC
      Note     : 1331
      Comments : 32 PAGE(S)

1414  02/27/06 PARKING V                  6.00                              I
      Fp:0603 | Bth:15165*1 | Inv:75788
      Note     : MARTY, K.
      Comments : MJM

1415  03/07/06 PARKING V                 40.00                              I
      Fp:0603 | Bth:15165*9 | Inv:75951
      Note     : M. CURNAN
      Comments : MJM

1416  03/08/06 PARKING V                 31.00                              I
      Fp:0603 | Bth:15165*10 | Inv:75951
      Note     : M. CURNAN
      Comments : MJM

1417  03/10/06 DUPLICATI 26.00            2.60                              I
      Fp:0603 | Bth:15170*4 | Inv:75951
      Source   : ASCIIC
      Note     : 1331
      Comments : 26 PAGE(S)
```

```
INQUIRY : Case      - reference                               10:02am 25 APR 06

Client   : CURNAN      MARTIN W. CURNAN
Case     : 03-105      MARK N. BEGLEY VS. COUNTY OF K          Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S

1418  03/10/06 DUPLICATI 19.00           1.90                          I
      Fp:0603 | Bth:15170*6 | Inv:75951
      Source    : ASCIIC
      Note      : 1331
      Comments  : 19 PAGE(S)

1419  03/10/06 DUPLICATI  2.00           0.20                          I
      Fp:0603 | Bth:15170*13 | Inv:75951
      Source    : ASCIIC
      Note      : 7264
      Comments  : 2 PAGE(S)

1436  03/10/06 POSTAGE                   0.39                          I
      Fp:0603 | Bth:15179*2 | Inv:75951
      Comments  : MJM

1437  03/16/06 DUPLICATI108.00          10.80                          I
      Fp:0603 | Bth:15184*23 | Inv:75951
      Source    : ASCIIC
      Note      : 7264
      Comments  : 108 PAGE(S)

1438  03/16/06 DUPLICATI 96.00           9.60                          I
      Fp:0603 | Bth:15184*28 | Inv:75951
      Source    : ASCIIC
      Note      : 7264
      Comments  : 96 PAGE(S)

1439  02/23/06 LONG DIST                 1.65                          I
      Fp:0603 | Bth:15184*36 | Inv:75951
      Source    : ASCIIC
      Note      : 632
      Comments  : (808) 244-9300

1440  03/13/06 LONG DIST                 3.18                          I
      Fp:0603 | Bth:15184*96 | Inv:75951
      Source    : ASCIIC
      Note      : 612
      Comments  : (808) 246-3224

1441  03/15/06 LONG DIST                 0.44                          I
      Fp:0603 | Bth:15184*116 | Inv:75951
      Source    : ASCIIC
      Note      : 657
      Comments  : (808) 870-9630

1442  03/17/06 DUPLICATI 36.00           3.60                          I
      Fp:0603 | Bth:15189*15 | Inv:75951
      Source    : ASCIIC
```

```
INQUIRY : Case     - reference                         10:02am 25 APR 06

Client   : CURNAN      MARTIN W. CURNAN
Case     : 03-105      MARK N. BEGLEY VS. COUNTY OF K       Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Note     : 7264
      Comments : 36 PAGE(S)

1443  03/20/06 DUPLICATI 99.00            9.90                            I
      Fp:0603 | Bth:15192*27 | Inv:75951
      Source   : ASCIIC
      Note     : 7264
      Comments : 99 PAGE(S)

1444  03/16/06 LONG DIST                  2.86                            I
      Fp:0603 | Bth:15194*62 | Inv:75951
      Source   : ASCIIC
      Note     : 657
      Comments : (808) 246-3224
1445  03/20/06 POSTAGE                    1.83                            I
      Fp:0603 | Bth:15195*8 | Inv:75951
      Comments : MJM

1446  03/22/06 DUPLICATI 24.00            2.40                            I
      Fp:0603 | Bth:15197*23 | Inv:75951
      Source   : ASCIIC
      Note     : 7264
      Comments : 24 PAGE(S)

1447  03/20/06 LONG DIST                  0.74                            I
      Fp:0603 | Bth:15197*42 | Inv:75951
      Source   : ASCIIC
      Note     : 657
      Comments : (808) 632-0723

1448  03/22/06 POSTAGE                    1.26                            I
      Fp:0603 | Bth:15199*11 | Inv:75951
      Comments : MJM

1449  03/24/06 DUPLICATI  6.00            0.60                            I
      Fp:0603 | Bth:15201*68 | Inv:75951
      Source   : ASCIIC
      Note     : 7264
      Comments : 6 PAGE(S)

1465  03/11/06 AIR/GROUN                 11.78                            I
      Fp:0603 | Bth:15216*5 | Chk: 1/090140,04/05/06 | Inv:75951
      Source   : AP 01,D116,0023052029 | Payee:DHL EXPRESS (USA),
      Comments : DELIVERY TO LIHUE - DAVID M. NAWAI

1473  02/16/06 AIR/GROUN                  6.77                            I
      Fp:0603 | Bth:15218*109 | Chk: 1/090130,03/31/06 | Inv:75951
      Source   : AP 01,R184,03/01/06 | Payee:RAINBOW COURIERS,
      Comments : VARIOUS DOCUMENTS
```

Case 1:03-cv-00162-KSC Document 180 Filed 04 006 Page 43 of 44

INQUIRY : Case - reference

10:02am 25 APR 06

Client : CURNAN MARTIN W. CURNAN
Case : 03-105 MARK N. BEGLEY VS. COUNTY OF K

Status : Active

| ..Ref | ..Date.. | Cde.desc Orgtme Orgrte | ....Orgamt | ..Time | ..Rate | .......Amt | S |
|---|---|---|---|---|---|---|---|
| 1474 | 02/15/06 | LEXIS-NEX<br>Fp:0603 \| Bth:15222*94 \| Inv:75951<br>Comments : MJM | 20.51 | | 0.00 | 0.00 | I |
| 1475 | 02/15/06 | LEXIS-NEX<br>Fp:0603 \| Bth:15222*95 \| Inv:75951<br>Comments : MJM | 1.41 | | 0.00 | 0.00 | I |
| 1476 | 02/22/06 | LEXIS-NEX<br>Fp:0603 \| Bth:15222*96 \| Inv:75951<br>Comments : MJM | 0.47 | | 0.00 | 0.00 | I |
| 1477 | 02/28/06 | LEXIS-NEX<br>Fp:0603 \| Bth:15222*97 \| Inv:75951<br>Comments : MJM | 20.50 | | 0.00 | 0.00 | I |
| 1479 | 04/05/06 | DUPLICATI 29.00<br>Fp:0604 \| Bth:15229*25<br>Source : ASCIIC<br>Note : 7264<br>Comments : 29 PAGE(S) | 2.90 | | | | |
| 1480 | 04/05/06 | POSTAGE<br>Fp:0604 \| Bth:15234*5<br>Comments : MJM | 2.70 | | | | |
| 1482 | 04/13/06 | DUPLICATI 26.00<br>Fp:0604 \| Bth:15249*11<br>Source : ASCIIC<br>Note : 1331<br>Comments : 26 PAGE(S) | 2.60 | | | | |
| 1484 | 04/19/06 | DUPLICATI 6.00<br>Fp:0604 \| Bth:15257*37<br>Source : ASCIIC<br>Note : 7264<br>Comments : 6 PAGE(S) | 0.60 | | | | |
| 1485 | 04/21/06 | DUPLICATI172.00<br>Fp:0604 \| Bth:15263*10<br>Source : ASCIIC<br>Note : 7264<br>Comments : 172 PAGE(S) | 17.20 | | | | |
| 1486 | 04/21/06 | DUPLICATI 2.00<br>Fp:0604 \| Bth:15263*21<br>Source : ASCIIC<br>Note : 7264<br>Comments : 2 PAGE(S) | 0.20 | | | | |

```
INQUIRY : Case      - reference                            10:02am 25 APR 06

Client   : CURNAN     MARTIN W. CURNAN
Case     : 03-105     MARK N. BEGLEY VS. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
1487  04/21/06 DUPLICATI  6.00              0.60
      Fp:0604 | Bth:15263*23
      Source    : ASCIIC
      Note      : 7264
      Comments  : 6 PAGE(S)

1488  04/18/06 POSTAGE                      0.39
      Fp:0604 | Bth:15265*16
      Comments  : MJM

1489  04/18/06 POSTAGE                      1.35
      Fp:0604 | Bth:15266*6
      Comments  : MJM

1490  03/09/06 COURT REP               1,727.91
      Fp:0604 | Bth:15270*1
      Comments  : DEBRA CHUN, TRIAL TRANSCRIPT FROM 3/7/06-3/9/06
```