ORIGINAL

Mark N. Begley
5318 Makaloa Street
Kapaa, HI 96746
(808) 635-3656

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 3 1 2006

at 3 o'clock and 20 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

Civil No. CV03–00162 DAE KSC

| | |
|---|---|
| MARK N. BEGLEY,<br><br>PLAINTIFF<br><br>*v.*<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, GEORGE FREITAS, MARTIN W. CURNAN and DAVID NAWAI,<br><br>DEFENDANTS | MARK N. BEGLEY'S OBJECTION TO DEFENDANT GEORGE FREITAS' MOTION FOR ATTORNEY'S FEES AND COSTS, BEGLEY'S DECLARATION, MEMORANDUM IN SUPPORT OF OBJECTION, ATTACHMENTS "A"-"E", AND CERTIFICATE OF SERVICE |

Plaintiff Mark N. Begley objects to the granting of Defendant George Freitas' Motion and/or Request for Attorney's Fees and/or Costs. Begley requests that the District Court deny Freitas' Motion and/or Request for Defendants' attorney fees and/or costs. In the alternate, Begley requests that the District Court take no further action on Freitas' Motion during the pendency of Begley's Appeal to the Ninth Circuit Court of Appeals. (Case Number 06-15801)