IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK N. BEGLEY,<br><br>PLAINTIFF<br><br>*v.*<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, GEORGE FREITAS, MARTIN W. CURNAN and DAVID NAWAI,<br><br>DEFENDANTS | Civil No. CV03–00162 DAE KSC<br><br>DECLARATION OF MARK N. BEGLEY |

DECLARATION OF MARK N. BEGLEY

1. I am now representing myself in the above-named action.

2. I submit this declaration in support of Mark N. Begley's Memorandum in Support of his Objection to Defendant George Freitas' Motion and/or Request for Attorney's Fees and/or Costs.

3. Unless otherwise indicated, all statements made herein are based on my personal knowledge.

4. Attached hereto as Exhibits "A" through "E" are true and correct copies of the documents they represent.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of May, 2006 at Kapaa, Kauai, Hawaii.

MARK N. BEGLEY