KPD PER LT. ALEJANDER QUIBILAN
3060 Umi Street
Lihue, HI 96766

REPORT NO.: 02-14800
CLASSIFICATION: ASSAULT 1
DATE OF OCCURRENCE: UNKNOWN

**SUPPLEMENTARY REPORT**

**ASSIGNMENT:**

Currently assigned to the Traffic Safety Unit as the Section Commander.

**INVESTIGATION:**

Was advised by Lieutenant Alejandre Quibilan on the afternoon of June 21, 2002 to submit a supplementary report regarding the alleged assault on Sergeant Mark Begley.

On the morning of May 20, 2002 was informed by Lieutenant King-Chi Lum that Sergeant Mark Begley was out sick. It may have been mentioned why Sergeant Begley was out sick, but do not remember what was said. Sergeant Begley was assigned to the Training Section at the time to teach the Report Writing class to the police recruits.

On the evening of May 20, 2002, called Sergeant Begley at his home. Sergeant Begley mentioned that his eyes were swollen and did not remember what happened to him. Told Sergeant Begley to get medical attention, especially for his wife's peace of mind. Sergeant Begley's speech was slow. Sergeant Begley said he was tired and only felt like sleeping over the weekend. He also mentioned that he did not have an appetite. Do not know if he knew whom he was talking to. Did not identify myself to him, assuming he knew who he was talking to, because have spoken to him over the phone on previous occasions.

Telephoned Lieutenant Miles Tanabe after speaking to Sergeant Begley and inform Lieutenant Tanabe of my earlier conversation with Sergeant Begley. Also telephoned Assistant Chief Clayton Arinaga and informed him of my earlier conversation with Sergeant Begley.

In the morning on May 21, 2002, informed Deputy Chief Wilfred Ihu of my conversation with Sergeant Begley the evening before. Also informed Chief George Freitas of my conversation with Sergeant Begley.



EXHIBIT "A"

KPD PER LT. ALEJANDER QUIBILAN
3060 Umi Street
Lihue, HI 96766

REPORT NO.: 02-14800
CLASSIFICATION: ASSAULT 1
DATE OF OCCURRENCE: UNKNOWN

**INVESTIGATION:**

In the afternoon on May 21, 2002, learned that Sergeant Begley went to the Wilcox Memorial Hospital emergency room and was scheduled to be medivaced to Oahu. Went to the hospital in the late afternoon with Deputy Chief Ihu, but Sergeant Begley had already been transported to the airport.

Do not remember exactly when Sergeant Begley returned from Oahu, but learned from Officer John Takiguchi that he returned home.

A couple of days after Sergeant Begley returned home from Oahu, went to his residence to visit him and see how he was recuperating. Sergeant Begley was awake. It appeared that he had lost some weight. His speech was slow, but not as slow as before on the telephone. Sergeant Begley mentioned that he was beginning to remember things and began to talk about how he got in the condition he was in.

Sergeant Begley said he met Lieutenant Martin Curnan after work on Friday, May 17, 2002. Sergeant Begley got in to Lieutenant Curnan vehicle and they both went to Isenberg Park where Lieutenant Curnan met two cousins of Curnan. Sergeant Begley mentioned the names of Curnan's cousins, but do not remember the names. The two cousins of Curnan were drinking at the park. One of them talked about going to Koloa because there was a Koloa Plantation Days celebration.

Sergeant Begley told Lieutenant Curnan that he did not want to go to Koloa and to drop him off at his car parked at the Investigative Services Bureau building. Lieutenant Curnan did not drop Sergeant Begley off as he asked and headed to Koloa.

Sergeant Begley, Lieutenant Curnan and the two cousins of Curnan went to the Koloa Plantation Days celebration and were stopped by a security guard. The security guard told them they were not on the invitation list, so would not be able to enter the property.

Sergeant Begley said Lieutenant Curnan told the security officer that they were police officers. The security guard said he was calling the police.

KPD PER LT. ALEJANDER QUIBILAN
3060 Umi Street
Lihue, HI 96766

REPORT NO.: 02-14800
CLASSIFICATION: ASSAULT 1
DATE OF OCCURRENCE: UNKNOWN

**INVESTIGATION:**

Sergeant Begley told Lieutenant Curnan that it was not a good situation to be in because the security guard was calling the police.

The next thing Sergeant Begley knew was that he was punched on the chin, and then hit on the left side of the head. Sergeant Begley mentioned the name of the person who assaulted him, but do not remember the name. Only remember that the person who allegedly assaulted Sergeant Begley is one of Lieutenant Curnan's cousins who were at Isenberg Park.

Sergeant Begley could not remember any more of the incident.

Sergeant Begley also said he learned from his wife Nadine that Lieutenant Curnan and his cousin dropped him off at his house after the alleged assault. Lieutenant Curnan called for Nadine from outside the house. Nadine went out and saw Sergeant Begley standing, but barely able to stand. Nadine asked what happened and was told by one of them that Sergeant Begley hit his head on the car.

Sergeant Begley said his doctor told him he had damage to both sides of his brain from being hit and the injury was consistent with being hit with a blunt object such as a bat. Noticed blood on the whites of both his eyes. Sergeant Begley said his doctor told him that he was bleeding internally and if the bleeding did not stop, then surgery was a possibility.

Saw Sergeant Begley with his wife Nadine at Police Headquarters last week because he was here for a meeting with Chief Freitas. Did not have a chance to speak with him other than to tell him hi. Did not see his eyes because he was wearing dark glasses.

**DISPOSITION: PENDING**

**SUBMITTED BY:** Lt. Scott Yagihara K-34
062402/1413

APPROVED BY: A/Chief Clayton Arinaga K-5