**Mark**

---

**From:** MB [begley@aloha.net]
**Sent:** Monday, April 14, 2003 7:18 AM
**To:** 'cbouslog@iav.com'
**Cc:** MRZ
**Subject:** Witness List

Chris,

Will get those release forms sent back to you today. Attached list is in progress. Will also send copies of our med reports, probably tomorrow.

Thanks,
Mark B

EXHIBIT "C"

**Mark Begley v. County of Kauai**
**WITNESS and needed DOCUMENT LIST**

**WITNESSES**

**Wes PERREIRA** (current KPD Patrol Sergeant and x-vice officer): Worked with Mike Contrades…knows a lot about the corruption in vice and Marty CURNAN…also worked with my guys…Scott KAUI and Thomas METCALFE)

**Darla ABBATIELLO** (new KPD vice officer): Knows about Richie WAALANI'S drug-dealing sister (Renee) and associates…was sickened by the revelation of corruption in Vice and Marty's action…has made some significant arrests, including the drug partner (Kim Kawamura) of Renee WAALANI (Ricky's sister)…has had 3 death threats relayed to her through Chief FREITAS' office…relayed to her by FREITAS "just part of the job"…

**Robert GAUSEPOHL** (current KPD Patrol Sergeant): Marty CURNAN tried to intimidate him into letting Marty's cousin go from a traffic stop. Robert already gave me a copy of the citation which had been written prior to Marty arriving on scene. Present at another incident at Rob's Grill…Ricky WAALANI using CURNAN's name, trying to intimidate the cops and prevent them from arresting Ricky…PLAINTIFF was also present and on duty.

**Mike CONTRADES** (current KPD Patrol Sergeant and x-vice officer): Was sickened by what he saw in Vice…scheduled search warrants for when certain vice officers were out of town…knows that the marijuana eradication numbers are seriously padded…

**Scott KAUI** (KPD officer under my command): Knows a lot about the vice corruption and who's who…has helped me a lot. Was aggressive against drugs, worked with Wes Perreira…was crucified by FREITAS for his "way" of getting info on the biggest drug house and consequent search warrant on the North Shore at the time.

**Thomas METCALFE** (x-KPD officer under my command): Had more search warrants and cases while he was in patrol than most vice officers at the time. Knew of the corruption of various vice officers…had good CI (Reggie APO) could set up vice officers and their connections…Thomas was willing to arrest anybody…Marty/ Chief would not accept him into Vice.

**Paddy RAMSON** (KPD vice officer): knows of Vice and Marty's corruption…has CI's who know…has seen some things and told me about it

**Don MERKEL** (Retired Lt. from Milpitas PD in CA.): Saw Marty CURNAN in Rob's Grill, Lihue. Drug dealers were "Kissing" Marty's ring and "Paying homage"…

**Joseph KAAUWAI** (veteran KPD officer)
**Darren ROSE** (KPD officer)

Present and on duty at bar fights/ disturbances at Rob's Grill/ Lizard Lounge when Ricky "Boy" WAALANI was demanding and threatening the presence of Lieutenant CURNAN. (**Robert GAUSEPOHL** on duty/ also present at Rob's Grill incident)

[redacted] (Confidential Informant spoken of in lawsuit): I have some taped statements from her, but I am not sure how she will act as a witness…

**Sam SHELDON** (KPD Detective): Worked with RIVERA in handling CI case. Told me about Chief targeting me in UEMV case and how RIVERA argued against making me a suspect…

**Marvin RIVERA** (KPD Detective): See above…was also approached by Marty a while back to "take care" of Ricky WAALANI when Ricky was a suspect in a serious assault involving three assailants on one victim…Marvin told me about it…

**? Gordon ISODA** (KPD Assistant Chief): Knows about the Chief targeting me…Chief being told to conduct an investigation against Marty in my assault, etc…

**? Wes KAUI** (KPD IU Sergeant, but also a brother-in-law to Marty): Told FREITAS about Marty being involved in organized gambling prior to my assault. FREITAS told Wes that they had better things to do. Wes told me about this in the presence of my wife.

**? Scott YAGIHARA** (KPD Traffic Lieutenant and my previous supervisor): Was my Sergeant during the Shelly Rodrigues case…witnessed the Chief saying that we were spying on Shelly and causing trouble for FREITAS. Scott is afraid of FREITAS and may or may not "remember" that. He will remember that Marty swept in under the rug and that Shelly claimed to have thrown the drugs away.

**Verna OKAMI** (Wilcox ER Nurse): Told Nadine Begley that Nadine must get Plaintiff to the hospital…later on heard Doctor BOYD referring to Plaintiff as the miracle man…

**KC LUM** (KPD Lieutenant): Knows much of the FREITAS retaliation against me…forcing me to go back to full duty…Was also present when Marty obstructed an investigation against his son, Ikaiki…

**Jackie TOKASHIKI** (Chief's x-secretary): Currently suing the chief…retaliation, etc.
**Alvin SETO** (x-KPD Lieutenant): Filed complaints against chief…dieing to testify
**Mel MORRIS** (x-KPD Inspector): Assisted in complaint against chief…dieing to testify

**WARRANTS**

(Internal investigation because of Wes PERREIRA'S search warrant that Irvil KAPUA leaked out…Wes P had target's father on tape admitting that the target was warned by KAPUA…no criminal investigation initiated by KPD/ FREITAS) (Grant YATA was vice sergeant at the time)

(Internal investigation because of the search warrant that Gerald KIM leaked out to Linda LAWHEAD regarding her boyfriend (name pending)…no criminal investigation initiated…)

Search Warrants on Koani EBINGER's girlfriend (name pending…I forgot it)

(Old) Search Warrants on Daryl KANESHIRO and Avery YOUN

Scott KOUCHI warrant (brother of Ron KOUCHI) …tipped off by Marty CURNAN

John L. RIDDLE case in Hanalei from Scott KAUI intel, warrant done by Wes PERREIRA…Scott crucified by FREITAS and kept out of vice (currently under grievance)

Number of warrants/ seizures done by Thomas METCALFE, yet kept out of vice…

Drug & Gun cases not referred to Feds…(Ira COCKETT, etc.)

**PAPER**

Criminal Reports:
Assault 02-14800 (06/20/02) ask for interview tapes – in case transcription is off
UEMV 03-4605 (02/19/03)

Employee records on:
Marty CURNAN
Background screening on FREITAS (there probably isn't a good one)

Details of staff meeting on Sunday 04/13/03, and the letter FREITAS asked his high staff to sign

Criminal Records on: Richard WAALANI (our alpha file is missing)…
David NAWAI

**PHONE RECORDS**
Cells, etc…

Martin CURNAN
Buddy WILSON
David NAWAI
Lisa NAKAMURA (David's girlfriend)
Richard WAALANI (Sr. and Jr.)
Mark BEGLEY
Pomai KANE and KPD Dispatch for 05/17 & 18/02 (called Buddy WILSON that night)
Alfred DANNOG Jr. (security at Old Koloa Mill – called Rae and Fred about trespass)
Rae HIRAMOTO (security supervisor? at Old Koloa Mill?)
Fred ATKINS (managing bartenders, liquor, security…called Buddy WILSON that night)
? GIROSPI (?Also supervisor w/security?) will check on it
Ronnie HOLT (Owner of Royal Guard security, x-cop and cousin of Marty CURNAN)

**MISCELLANEOUS**

Confirm/ employment record of Richard WAALANI SR. with Grove Farm…(I believe he is director of security)…Old Koloa Mill party was on Grove Farm land…showing WAALANI was lying to police about his knowledge of the party there…(Marty had bragged to me about being 2nd in charge of Grove Farm security…prior to assault)

Question Richard WISE…security guard that relieved DANNOG on 05/17/02

**Mark**

---

**From:** MB [begley@aloha.net]

**Sent:** Monday, October 25, 2004 7:08 AM

**To:** cbouslog@iav.com

**Subject:** Discovery and Summary Judgment

Hi Chris,

Please see the attached files.

Mark

Chris,

Here are my notes in regards to FREITAS' request for summary judgment, as well as items for discovery.

**Response to FREITAS' request for Summary Judgment**

KPD Standards of Conduct, Article II, Section A. (Applicability) states:

> Officers and civilian employees shall be subject to all Standards of Conduct and all directives, orders and procedures of the Kauai police Department **at all times**, **whether on or off duty,** including all periods of absence, whether authorized or unauthorized.

The above standard is reinforced by the SHOPO contract, by which all police officers are paid a "standards of conduct differential". Currently we are paid a supplement of $90 a month for the requirement of abiding by the standards of conduct on and off duty. In our last contract negotiations, that supplement was almost doubled, scheduled to take effect by the last year of our current contract (2006).

KPD Standards of Conduct, Article V, Section B. (Professional Guidelines) states:

> 3. General Guidelines – Officers shall, **at all times**, take appropriate action to:
>
> c. Aid individuals in danger of physical harm.
>
> d. Protect constitutional guarantees.
>
> f. Assist those who cannot care for themselves
>
> (many other things listed as well)
>
> 4. Duty Requirements – **Officers are always subject to duty** although periodically relieved of its routine performance. Officers assigned to specialized duties are not relieved from taking necessary or appropriate action outside the scope of their specialized assignments.

The assault on me was an obvious criminal act, which a police officer is required to properly address. CURNAN failed to call for assistance, report the matter, or seek medical attention for me.

FREITAS established a policy of selective investigations and discipline within KPD. Officers knew they could get away with unacceptable behavior.

See question # 9 in my response to CURNAN'S interrogatories.

My personal history with FREITAS goes back to 1999.
I told FREITAS about corruption in the promotional exams, and obtained a TRO against the County of Kauai and the Police Department to stop the promotional process. (The Personnel Department had ruled me as ineligible for promotion.) This held FREITAS up for several months. We showed evidence of the corruption (miscounting of the scores, etc.) during our civil appeal at the time. Judge Masuoka recognized "errors" in the system and decisions made by government bodies. Though I won my appeal, the Police Department and County of Kauai still did not consider me for promotion in the subsequent selection process, though Judge Masuoka clearly ruled that I was eligible and should have been considered as such. (Due to an attorney failure, no lawsuit was filed.)

In the next promotional exam, I was interviewed by Chief FREITAS and referred to as a "spoiled" kid from La Mesa (California, where I was born), though he did promote me. Oddly, after my assault in 2002, and while eating lunch with FREITAS, he again referred to me as "spoiled".

FREITAS hired Rolland PEAHU as a police officer after knowing that PEAHU had a prior assault conviction.

FREITAS trained and then tried to hire [redacted] as a police officer even though he knew of her psychological history.

FREITAS signed gun permits for Councilman KANESHIRO, even though KANESHIRO had a prior assault conviction and a lengthy criminal record. (KANESHIRO also has a prior drug history.)

FREITAS shut down an initial drug investigation against Officer Guy GASPAR after a vice officer made a controlled drug buy from GASPAR. This was prior to subsequent problems with GASPAR that led to his arrest and eventually his resignation.

FREITAS dismissed Wes KAUI'S account of CURNAN being involved in organized gambling activity.

I submitted a report on Shelly RODRIGUES' improper handling of drug cases at Kauai High School, but FREITAS took no action. No internal or criminal investigations were initiated. After my lawsuit was filed, FREITAS ordered remedial training for RODRIGUES.

The John KO investigation against FREITAS in 2001 confirmed the offense of Hindering Prosecution by FREITAS and recommended referral to the State Attorney General's office.

CURNAN was aware of the above incidents, and knew that FREITAS took no action.

CURNAN invited me to his office during business hours to "talk story", but when I arrived he was waiting in his vice truck, and wanted me to take a ride with him. He did not tell me where we were going until we got there. I had assumed he was going to supervise a controlled buy, as I had been on this type of ride before with Buddy WILSON (two officers must be present during a controlled buy).

There was a trespass complaint that night, and that was the reason for our late "discussion". There was a disagreement over how the incident should be handled. NAWAI and the others wanted NAWAI'S uncle (Richard WAALANI Sr. to handle the problem). I knew that the incident had been reported to dispatch, and knew that it could not be handled that way. CURNAN had pulled his badge earlier in the evening when our presence at the Koloa Mill party was being questioned by staff there.

FREITAS failed to initiate an internal investigation into my assault. Criminal was initiated only after Nadine and I went to see him (1 month later).

CURNAN was never treated as a suspect

FREITAS retaliated against me…

Threatened to terminate me if I didn't get cleared for patrol work
Initiated criminal investigations against me
Held my personal mail in his office for two months

Liability of municipal corporation or other governmental entity for injury or death caused by action or inaction of off-duty police officer 36 ALR5th 1.

Also see Federal case notes under files: Off-duty police 2 and Off-duty police 3 (attached)
(If you don't already have these case notes)

# DISCOVERY

John KO'S investigation on FREITAS (done for the Kauai Police Commission in 2001)

My personnel records

CURNAN's personnel records

FREITAS' personnel records from Richmond PD

Phone records including cellular records of CURNAN, NAWAI, WAALANI, WILSON

Vice stats from 2 years prior to CURNAN and 2 years after CURNAN'S assignment as Vice Lieutenant

Arrest reports and investigations on Michael Laughead, a major drug dealer that CURNAN arrested, but was never prosecuted…became friends with CURNAN

**Search Warrant on Scott KOUCHI**

**My Assault**: KPD report #02-14800, May 17, 2002

**Rob's Grill incident:** KPD report # 99-21707, 21712, 21713, 21714, and 21774

**Lizard Lounge incident**: KPD incident # 01-26763 from 11/12/01
Also need the **C of K Liquor Commission investigation on this**

**Wailua Golf Course incident:** KPD report # 03-29120 from November of 2003

**Traffic stop on James Anakalea**: Citation # 0270003 MK, March 30, 2002

**Lionel Silva arrest**: KPD report # 03-01444 and 03-01449

Rizal BALGOS video tapes (in evidence, from vice hit on house 07/28/03) show Ron KOUCHI, KANESHIRO and TOKIOKA partying with BALGOS

Vice investigations/ controlled buys from Naomi Stevenson (Koani EBINGER'S girlfriend)

Lisa FISHER'S Harassment complaint/ suit against KPD and all related investigations/ communications

Shelly Rodrigues: Incident # 99-5056 and 99-4615, as well as my memo to Chief FREITAS Report # 03-16689 and any associated KPD documentation

[redacted]: Employment screening files and all communications

All criminal and internal investigations/ communications regarding Officer Guy GASPAR, specifically a controlled drug buy handled by Detective Eric Shibuya in about 1996, and all subsequent communications within the department

Criminal Record of Officer Roland PEAHU

Criminal Record of Councilman Daryl Kaneshiro and all criminal investigations against him

The County's "severance package" with FREITAS (details)

Court minutes from the PLANAS, DJ LOPEZ, GONSALVES drug case…Officer Wes PERREIRA screwing his informant…later reported to FREITAS

## Mark

**From:** MB [begley@aloha.net]
**Sent:** Sunday, December 19, 2004 9:53 PM
**To:** cbouslog@iav.com
**Cc:** MRZ
**Subject:** Discovery

Chris,

Here are the main report numbers, though there are a few more items I would also like to request in discovery.

**Shelly Rodrigues drug cases** Incident # 99-5056 and 99-4615, as well as my memo to Chief FREITAS Report # 03-16689 and any associated KPD documentation/ communications and department e-mails

**Rob's Grill incident** KPD report # 99-21707, 21712, 21713, 21714, and 21774

**Lizard Lounge incident** KPD incident # 01-26763 from 11/12/01
Also need the **C of K Liquor Commission report on this**

**Traffic stop on James Anakalea** Citation # 0270003 MK, March 30, 2002

**My Assault** KPD report #02-14800, May 17, 2002 incident
Unknown report # for the Attorney General's investigation

**Wailua Golf Course incident** KPD report # 03-29120 from November of 2003

**Submittal of locker evidence** KPD report # 04-29622, 11/19/04

**Lionel Silva arrest** KPD report # 03-01444 and 03-01449

Mark