IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF HAWAII

| | |
|---|---|
| MARK N. BEGLEY, Plaintiff, vs. COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, GEORGE FREITAS, MARTIN W. CURNAN, and DAVID NAWAI, Defendants. | CIVIL NO. 03-00162DAE<br>Honolulu, Hawaii<br>January 24, 2005<br>9:12 a.m.<br>DEFENDANT GEORGE FREITAS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT<br>DEFENDANT MARTIN W. CURNAN'S MOTION TO DISMISS, OR FOR SUMMARY JUDGMENT<br>DEFENDANTS COUNTY OF KAUAI AND KAUAI POLICE DEPARTMENT'S JOINDER IN DEFENDANT MARTIN W. CURNAN'S MOTION TO DISMISS PLAINTIFF MARK N. BEGLEY'S FIRST AMENDED COMPLAINT, FILED MARCH 5, 2004 OR FOR SUMMARY JUDGMENT<br>DEFENDANTS COUNTY OF KAUAI AND KAUAI POLICE DEPARTMENT'S JOINDER IN DEFENDANT GEORGE FREITAS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT, FILED ON SEPTEMBER 30, 2004 |

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE DAVID ALAN EZRA,
CHIEF UNITED STATES DISTRICT JUDGE

EXHIBIT "B"

EXHIBIT "D"

APPEARANCES:

For the Plaintiff:

CHRISTOPHER BOUSLOG, Esq.
Law Office of Chris Bouslog
Four Waterfront Plaza
500 Ala Moana Blvd., Ste. 480
Honolulu, Hawaii 96813

MARK R. ZENGER, Esq.
Attorney at Law
P.O. Box 3966
Lihue, Hawaii 96766

For Defendant Freitas:

BRIAN Y. HIYANE, Esq.
Watanabe Ing Kawashima & Komeiji
First Hawaiian Center
999 Bishop Street, Flr. 23
Honolulu, Hawaii 96813

For Defendant Curnan:

MICHAEL J. McGUIGAN, Esq.
Reinwald O'Connor & Playdon
Pacific Guardian Center
Makai Tower
733 Bishop Street, Flr. 24
Honolulu, Hawaii 96813

For Defendants County of Kauai and Kauai County Police Department:

DAVID J. MINKIN, Esq.
McCorriston Miller Mukai MacKinnon
P.O. Box 2800
Honolulu, Hawaii 96803

Official Court Reporter:

Cynthia Tando Fazio, RMR, CRR
United States District Court
P.O. Box 50131
Honolulu, Hawaii 96850

Proceedings recorded by machine shorthand, transcript produced with computer-aided transcription (CAT).

MONDAY, JANUARY, 24, 2005 9:12 A.M.

THE CLERK: Civil 03-162DAE-KSC, Mark Begley versus County of Kauai, et al.

This case is being called for various motions.

Counsel, please state your names for the record.

MR. BOUSLOG: Thank you. Good morning, Your Honor. Chris Bouslog together with Mark Zenger on behalf of Plaintiff Mark Begley.

MR. HIYANE: Good morning, Your Honor. Brian Hiyane on behalf of Defendant Freitas.

MR. McGUIGAN: Good morning, Your Honor. Michael McGuigan on behalf of Mr. Curnan.

MR. MINKIN: Good morning, Your Honor. David Minkin on behalf of Defendants County of Kauai and Kauai County Police Department.

THE COURT: Well, it appears that the Kauai County Police Department has been dismissed from the case. That's what it looks like to me in the amended complaint; isn't that right?

MR. BOUSLOG: Um, that's not my understanding, Your Honor, but I don't have the --

THE COURT: Well -- look at this again. (Perusing document).

Look at the first amended complaint.

MR. BOUSLOG: Your Honor, I don't have it with me. I

MR. BOUSLOG: No.

THE COURT: Okay. So, the Motion to Dismiss on the pleadings, because of the liberal standard we have here in the Ninth Circuit, is denied. Barely, but denied.

The Motion for Summary Judgment is denied without prejudice with leave to refile at the conclusion of discovery.

I'm going to send you down to the magistrate judge for imposition of new discovery cutoffs in light of the court's ruling so that that can be extended because I think it ends, like, early February or something like that, doesn't it? With the understanding that discovery will not be extended for more than two months. Okay. Because two months is -- 60 days is plenty of time to notice discovery and complete most of it if you work on it diligently. Okay?

And I expect that document productions and other things will be done promptly so that we can get this thing done. Because if he comes back and he says: Well, you know, I've served a document request and the county -- you know, they were doing this and I couldn't get the documents and they asked for a delay and I finally got the documents in 45 days or something, or 50 days, I -- he's going to get another continuance. Okay?

MR. MINKIN: I anticipate being able to produce the county police reports early next week, Your Honor.

THE COURT: All right. Okay. Thank you very much.

# COURT REPORTER'S CERTIFICATE

I, CYNTHIA TANDO FAZIO, Official Court Reporter, United States District Court, District of Hawaii, Honolulu, Hawaii, do hereby certify that the foregoing pages numbered 1 through 17 is a correct transcript of the proceedings had in connection with the above-entitled matter.

DATED at Honolulu, Hawaii, March 9, 2005.

CYNTHIA TANDO FAZIO, RMR, CRR

X

MCCORRISTON MILLER MUKAI MACKINNON LLP

ATTORNEYS AT LAW

DAVID J. MINKIN

PHONE - (808) 529-7430
E-MAIL - minkin@m4law.com

# TRANSMITTAL LETTER

To: CHRISTOPHER S. BOUSLOG, ESQ.
Four Waterfront Plaza, Suite 480
500 Ala Moana Boulevard
Honolulu, Hawaii 96813

JOHN KOMEIJI, ESQ.
Watanabe Ing & Kawashima
999 Bishop Street
First Hawaiian Center, 23rd Floor
Honolulu, Hawaii 96813

MICHAEL J. McGUIGAN, ESQ.
Pacific Guardian Ctr., Mauka Tower
733 Bishop Street, 24th Floor
Honolulu, Hawaii 96813

Date: June 21, 2005

From: David J. Minkin, Esq.

Re: Mark N. Begley vs. County of Kauai, et al., Civil No. 03-00162 DAE KSC

| Copies | Date | Description |
|---|---|---|
| 1 | --- | Documents from County of Kauai numbered C0001-C0440 |

TRANSMITTED FOR:

[X] Your Information and Files
[ ] Your Signature and Return
[ ] Your Signature and Forwarding as Noted Below
[ ] Per Our Conversation

[ ] Your Further Necessary Action
[ ] Your Approval
[ ] Your Review and Comment
[ ] Per Your Request
[X] SEE REMARKS BELOW

IF YOU HAVE ANY QUESTIONS, PLEASE DO NOT HESITATE TO CALL.

REMARKS:

Transmitting the enclosed pursuant to your execution of the Stipulation and Order Governing Confidentiality of Documents.

DJM:ks
115015.1

RECEIVED
JUN 21 2005
CHRISTOPHER S. BOUSLOG

# POLICE DEPARTMENT
## COUNTY OF KAUAI

BRYAN J. BAPTISTE
Mayor

Our Reference

3990 KAANA STREET, SUITE 200
LIHUE, HAWAII 96766
TELEPHONE (808) 241-1600
FAX (808) 241-1604

KING C. LUM
Chief of Police

HAROLD R. VENNEMAN
Deputy Chief


January 18, 2005

Mr. David Minkin, Esq.
MCCORRISTON, MILLER, MUKAI, MACKINNON
P. O. Box 2800
Honolulu, HI 96803-2800

Dear Mr. Minkin:

Enclosed please find a copy of KPD Report No. 02-14800 and related documents as it pertains to David Nawai, Assault.

Sincerely,

Harold R. Venneman
DEPUTY CHIEF OF POLICE

Enclosures

Acknowledged Receipt: Date: 1/18/2005

Witnesses Interviewed:
Michael Gordon, Sgt., KPD *
Martin Curnan, Lt., KPD *
Buddy Wilson, DOCARE, State of Hawaii *
Shelley Rodrigues, Officer, KPD *
Pua Pia, Police Service Officer, KPD *
Vernon Jay Scribner, Officer, KPD *
Jonathan Bonachita, Officer, KPD *
Mahiai Na'ihe *
Alfred Dannog, Guard, Royal Guard Security *
Pauli Velasquez, Banquet Manager, Hyatt
Robert Miguel, Assistant Steward Manager, Hyatt
Hokulani Cup Choy, Vidinha Stadium Caretaker, COK *
Rae Hiramoto, Operations Manager, Kilohana
Mark Begley, Sgt., KPD *
Mrs. Nadine Begley *
Richard Waalani Sr., Security, Grove Farm *
Richard Waalani Jr. *
Lisa Nakamura *
Linda Leavitt, Registered Nurse, Wilcox Hospital

* denotes that the individual's statement was tape recorded and transcribed

Suspect:
David Makana Akealoha Nawai
335 Kamokila St. Kapaa, HI 96746

Findings:
Based on the statements taken from witnesses the following took place on May 17, 2002:

Richard Waalani Sr., with sons Richard Jr. and Ryan, were in the old Lihue Plantation sugarcane field area just west (behind) Isenburg field at a job site. At about 1600-1630 hrs. Lt. Martin Curnan and Mark Begley arrived at the job site. There was a cooler containing beer and ice. Arriving at the location over the next hour were David Nawai, Buddy Wilson, and Michael Gordon. Several people brought additional beer and foods to the location. The group of individuals was at the job site until about 1930 hrs., or just after sunset consuming alcohol and conversing among themselves. Begley was his normal self and did not appear to be injured or ill. There were no disagreements or arguments between anyone at this location. Begley did have a conversation with Curnan about some work-related