IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

MARK N. BEGLEY,

PLAINTIFF

*v.*

COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, GEORGE FREITAS, MARTIN W. CURNAN and DAVID NAWAI,

DEFENDANTS

Civil No. CV03–00162 DAE KSC

CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was duly served on the following by depositing same in the United States Mail, First Class postage prepaid, addressed to their following last known addresses:

DAVID J. MINKIN, ESQ.
PAUL B.K. WONG, ESQ.
WENDY F. HANAKAHI, ESQ.
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813

Attorneys for Defendant **County of Kauai**

DATED: Kapaa, Kauai, Hawaii, May 30, 2006.

MARK N. BEGLEY
5318 Makaloa Street
Kapaa, Hawaii 96746

Pro Se Plaintiff