DONNA E. RICHARDS, #7625
MARK R. ZENGER, #3511
RICHARDS & ZENGER
3016 Umi Street
Suites 204 and 211-B
Lihue, Hawaii 96766
Telephone: (808) 632-0723
Facsimile: (808) 632-0724

CHRISTOPHER S. BOUSLOG #3087-0
Law Offices of Chris Bouslog
Four Waterfront Plaza, Suite 480
500 Ala Moana Boulevard
Honolulu, Hawaii 96813-4908
Telephone: (808) 550-4995
Facsimile: (808) 550-4996

Attorneys for Plaintiff
MARK N. BEGLEY

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 24 2005

at 11 o'clock and ___ min. A M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK N. BEGLEY, Plaintiff, vs. COUNTY OF KAUAI; KAUAI POLICE DEPARTMENT; GEORGE FREITAS; MARTIN W. CURNAN; and DAVID NAWAI; Defendants. | CIVIL NO. CV 03-00162 KSC<br>**CERTIFICATE OF SERVICE**<br>[Re: "Plaintiff Mark N. Begley's First Request for Production of Documents and Things to Defendant County of Kauai"]<br>**TRIAL WEEK: JANUARY 4, 2006** |

EXHIBIT "B"

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that two copies of the within will be duly served on the following in the manner described below:

| | Mailed | Delivered |
|---|---|---|
| DAVID J. MINKIN, ESQ.<br>McCorriston Miller Mukai & MacKinnon<br>Five Waterfront Plaza<br>500 Ala Moana Boulevard<br>Honolulu, Hawaii 96813 | | (X) |

Attorney for Defendants
COUNTY OF KAUAI and
KAUAI POLICE DEPARTMENT

The undersigned hereby certifies that a copy of the within will be duly served on the following in the manner described below:

| | Mailed | Delivered |
|---|---|---|
| MICHAEL J. McGUIGAN, ESQ.<br>ELMIRA K. L. TSANG, ESQ.<br>Reinwald O'Connor & Playdon<br>Pacific Guardian Center<br>Makai Tower, Suite 2400<br>733 Bishop Street<br>Honolulu, Hawaii 96813 | | (X) |

Attorneys for Defendant
MARTIN W. CURNAN

| | Mailed | Delivered |
|---|---|---|
| BRIAN Y. HIYANE, ESQ.<br>Watanabe Ing Kawashima & Komeiji<br>First Hawaiian Center, 23rd Floor<br>999 Bishop Street<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendant<br>GEORGE FREITAS | | (X) |
| DAVID NAWAI<br>P. O. Box 1769<br>Lihue, Hawaii 96766<br><br>Pro Se Defendant | (X) | |

DATED: Honolulu, Hawaii, May 24, 2005.

MARK R. ZENGER
DONNA E. RICHARDS
CHRISTOPHER S. BOUSLOG
Attorneys for Plaintiff
MARK N. BEGLEY

DONNA E. RICHARDS, #7625
MARK R. ZENGER, #3511
RICHARDS & ZENGER
3016 Umi Street
Suites 204 and 211-B
Lihue, Hawaii 96766
Telephone: (808) 632-0723
Facsimile: (808) 632-0724

CHRISTOPHER S. BOUSLOG #3087-0
Law Offices of Chris Bouslog
Four Waterfront Plaza, Suite 480
500 Ala Moana Boulevard
Honolulu, Hawaii 96813-4908
Telephone: (808) 550-4995
Facsimile: (808) 550-4996

Attorneys for Plaintiff
MARK N. BEGLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK N. BEGLEY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI; KAUAI POLICE DEPARTMENT; GEORGE FREITAS; MARTIN W. CURNAN; and DAVID NAWAI;<br><br>Defendants. | CIVIL NO. CV 03-00162 KSC<br><br>**PLAINTIFF MARK N. BEGLEY'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT COUNTY OF KAUAI**<br><br>**TRIAL WEEK: JANUARY 4, 2006** |

**PLAINTIFF MARK N. BEGLEY'S**
**FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**
**AND THINGS TO DEFENDANT COUNTY OF KAUAI**

TO: DAVID J. MINKIN, ESQ.
McCorriston Miller Mukai & MacKinnon
Five Waterfront Plaza
500 Ala Moana Boulevard
Honolulu, Hawaii 96813

Attorney for Defendants
COUNTY OF KAUAI and
KAUAI POLICE DEPARTMENT

Plaintiff MARK N. BEGLEY, pursuant to Rule 34 of the Federal Rules of Civil Procedure, requests Defendant COUNTY OF KAUAI to produce and permit the inspection and copying of the documents or other writings in Defendant's possession which are requested herein.

IT IS REQUESTED that the aforementioned production be made at the LAW OFFICES OF CHRIS BOUSLOG, Four Waterfront Plaza, Suite 480, 500 Ala Moana Boulevard, Honolulu, Hawaii, within thirty (30) days from the receipt hereof, or at such other time and place as may be mutually agreed upon by respective counsel.

If the documents are produced for inspection and copying at the Law Offices of Chris Bouslog, the means of copying same will be by Xerox process.

The attached Definitions and Instructions are incorporated into this document request by reference.

DATED: Honolulu, Hawaii, May 24, 2005.

MARK R. ZENGER
DONNA E. RICHARDS
CHRISTOPHER S. BOUSLOG
Attorneys for Plaintiff
MARK N. BEGLEY

## DEFINITIONS AND INSTRUCTIONS

1. "Plaintiff" means MARK N. BEGLEY.

2. "Defendants" mean all those persons listed or identified as Defendants in Plaintiff's Complaint and First Amended Complaint.

3. "You" or "your" means and includes the named defendants, their agents, your attorneys and anyone else acting directly or indirectly on your behalf.

4. "Person" includes a natural person, firm association, organization, partnership, business trust, corporation or public entity.

5. "Incident" means the occurrence referred to in Plaintiff's Complaint and First Amended Complaint and on which Plaintiff's claim or cause of action is based.

6. "Identify" a person means to state the person's full name, address, and telephone number; his or her occupation, and the name, address, and telephone number of his or her employer, if known; and any family, social, recreational, professional, or employment relationship to you. The term "identity" carries the same connotation.

7. "Identify" a document (including a statement) means to describe briefly the form of the document and indicate generally the subject or topic of its contents (without disclosing any communications claimed to be privileged); to state the date and place of preparation or mailing; and to identify the person or firm who prepared the document, who received it, and who presently has possession or control of the original or copy of the document or statement. The term "identity" carries the same connotation.

a. As used herein, "Document" means and includes all of the following material normally kept in personal records or business files. The term "documentary" carries the same connotation.

b. Any and all tangible things or items, whether handwritten, typed, printed, tape recorded, electronically recorded, video-tape recorded, visually reproduced, stenographically reproduced or reproduced in any other manner;

c. Any and all original and all copies of any and all communications;

d. Any and all writings of any kind or type whatsoever;

e. Any and all books and pamphlets;

f. Any and all microtape, microfilm, photographs, video tapes or movies;

g. Any and all diaries and appointment books;

h. Any and all cables, wires, memoranda, reports, notes, minutes and inter-office communications;

i. Any and all letters and correspondence;

j. Any and all drawings, blueprints, sketches, and charts;

k. Any and all patents and patent applications;

l. Any and all contracts or agreements;

m. Any and all other legal instruments or official documents;

n. Any and all deeds, leases, mortgages, assignments or other instrument relating to real property or personal property;

o. Any and all published material of any kind;

p. Any and all engineering or scientific notebooks and data;

q. Any and all financial statements, balance sheets, profit and loss statements, statements of financial condition, income tax returns, worksheets, reports, projections, schedules, ledgers, books, records and journals;

r. Any and all vouchers, expense accounts, receipts, invoices, bills, orders, billings and checks;

s. Any and all investigation or incident reports;

t. Any and all files and records;

u. Any and all proposals, feasibility studies, engineering studies, renderings, plans, as-built drawings, progress schedules, change orders, estimates and projections;

v. Any and all notes or summary of conferences, meetings, discussions, interviews, or telephone conversations or messages;

w. Any and all travel reports and vouchers; and,

x. Any and all drafts or draft copies of any of the above.

8. "Statement" means any sort of document, as defined above, which records in any way the observations, explanations, opinions, conclusions, estimates, comments, or other verbal or nonverbal assertions by any person concerning any matter relating directly or indirectly to the incident. It also includes untranscribed belts, tapes, discs, or other audio or video recording devices.

9. In producing the requested documents, you are requested to furnish all documents known or available to you regardless of whether these documents are possessed directly by you or your agents, employees, representatives, investigators, or by your attorneys or their agents, employees, representative or investigators.

10. If any of these documents cannot be produced in full, please produce to the extent possible, specifying your reasons for your inability to answer the remainder and stating whatever information, knowledge or belief you do have concerning the unproduced portion.

11. If any documents or things requested were at one time in existence, but are no longer in existence, please so state, specifying for each document or thing: the type of document or thing; the types of information contained thereon; the date upon which it ceased to exist; the circumstances under which it ceased to exist; the identity of all persons having knowledge of the circumstances under which it ceased to exist; and, the identity of all persons having knowledge or who had knowledge of the contents thereof.

12. If you claim a privilege with respect to any document and decline to produce such document on the basis of such privilege, for each such document provide in your response to this Request a description of the document including its title, author, date of preparation, subject matter and present location.

13. This Request is a continuing one. If, after producing documents, you obtain or become aware of any further documents responsive to this Request, you are required to produce such additional documents.

**PRODUCTION OF DOCUMENTS AND THINGS**

1. Any and all employment records and files of Defendant MARTIN W. CURNAN.

2. Any and all documents that relate to or were submitted in connection with any investigation of any charge or claim arising out of or connected with injuries sustained by Plaintiff on May 17, 2002 and/or May 18, 2002.

3. Any and all documents that relate to and/or were submitted in connection with any criminal investigation of any charge or claim by Plaintiff against Defendant CURNAN arising out of or connected with injuries sustained by Plaintiff on May 17, 2002 and/or May 18, 2002.

4. Any and all documents that support Defendant COUNTY's answer to the First Amended Complaint filed on April 20, 2004 including but not limited to any and all documents which support the affirmative defenses asserted therein.

5. All documents indicating, reflecting or relating to other communication that Defendant COUNTY and its agents, representatives and employees have had with anyone, other than Defendant COUNTY's attorneys, regarding this lawsuit, the facts alleged in the First Amended Complaint, and any conduct of Plaintiff and any of the Defendants including but not limited to any and all reports and documents provided to the Kauai County Council.

6. Copies of each and every report made by Plaintiff, Defendants and/or any other persons to anyone regarding the matters raised in Plaintiff's First Amended Complaint, the facts of the subject incident and/or the events leading up to it, including but not limited to all police reports, tape recorded, video taped, transcribed and/or written statements and/or investigative files.

DONNA E. RICHARDS, #7625
MARK R. ZENGER, #3511
RICHARDS & ZENGER
3016 Umi Street
Suites 204 and 211-B
Lihue, Hawaii 96766
Telephone: (808) 632-0723
Facsimile: (808) 632-0724

CHRISTOPHER S. BOUSLOG #3087-0
Law Offices of Chris Bouslog
Four Waterfront Plaza, Suite 480
500 Ala Moana Boulevard
Honolulu, Hawaii 96813-4908
Telephone: (808) 550-4995
Facsimile: (808) 550-4996

Attorneys for Plaintiff
MARK N. BEGLEY

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 01 2005

at 3 o'clock and 51 min. P M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK N. BEGLEY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI; KAUAI POLICE DEPARTMENT; GEORGE FREITAS; MARTIN W. CURNAN; and DAVID NAWAI;<br><br>Defendants. | CIVIL NO. CV 03-00162 KSC<br><br>**CERTIFICATE OF SERVICE**<br><br>[Re: "Plaintiff Mark N. Begley's Second Request for Production of Documents and Things to Defendant County of Kauai"]<br><br>**TRIAL WEEK: JANUARY 4, 2006** |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that two copies of the within will be duly served on the following in the manner described below:

| | **Mailed** | **Delivered** |
|---|---|---|
| DAVID J. MINKIN, ESQ.<br>McCorriston Miller Mukai & MacKinnon<br>Five Waterfront Plaza<br>500 Ala Moana Boulevard<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendants<br>COUNTY OF KAUAI and<br>KAUAI POLICE DEPARTMENT | | (X) |

The undersigned hereby certifies that a copy of the within will be duly served on the following in the manner described below:

| | **Mailed** | **Delivered** |
|---|---|---|
| MICHAEL J. McGUIGAN, ESQ.<br>ELMIRA K. L. TSANG, ESQ.<br>Reinwald O'Connor & Playdon<br>Pacific Guardian Center<br>Makai Tower, Suite 2400<br>733 Bishop Street<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>MARTIN W. CURNAN | | (X) |

| | Mailed | Delivered |
|---|---|---|
| BRIAN Y. HIYANE, ESQ.<br>Watanabe Ing Kawashima & Komeiji<br>First Hawaiian Center, 23rd Floor<br>999 Bishop Street<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendant<br>GEORGE FREITAS | | (X) |
| DAVID NAWAI<br>P. O. Box 1769<br>Lihue, Hawaii 96766<br><br>Pro Se Defendant | (X) | |

DATED: Honolulu, Hawaii, June 1, 2005.

MARK R. ZENGER
DONNA E. RICHARDS
CHRISTOPHER S. BOUSLOG
Attorneys for Plaintiff
MARK N. BEGLEY

DONNA E. RICHARDS, #7625
MARK R. ZENGER, #3511
RICHARDS & ZENGER
3016 Umi Street
Suites 204 and 211-B
Lihue, Hawaii 96766
Telephone: (808) 632-0723
Facsimile: (808) 632-0724

CHRISTOPHER S. BOUSLOG #3087-0
Law Offices of Chris Bouslog
Four Waterfront Plaza, Suite 480
500 Ala Moana Boulevard
Honolulu, Hawaii 96813-4908
Telephone: (808) 550-4995
Facsimile: (808) 550-4996

Attorneys for Plaintiff
MARK N. BEGLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK N. BEGLEY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI; KAUAI POLICE DEPARTMENT; GEORGE FREITAS; MARTIN W. CURNAN; and DAVID NAWAI;<br><br>Defendants. | CIVIL NO. CV 03-00162 KSC<br><br>**PLAINTIFF MARK N. BEGLEY'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT COUNTY OF KAUAI**<br><br>**TRIAL WEEK: JANUARY 4, 2006** |

**PLAINTIFF MARK N. BEGLEY'S**
**SECOND REQUEST FOR PRODUCTION OF DOCUMENTS**
**AND THINGS TO DEFENDANT COUNTY OF KAUAI**

TO: DAVID J. MINKIN, ESQ.
McCorriston Miller Mukai & MacKinnon
Five Waterfront Plaza
500 Ala Moana Boulevard
Honolulu, Hawaii 96813

Attorney for Defendants
COUNTY OF KAUAI and
KAUAI POLICE DEPARTMENT

Plaintiff MARK N. BEGLEY, pursuant to Rule 34 of the Federal Rules of Civil Procedure, requests Defendant COUNTY OF KAUAI to produce and permit the inspection and copying of the documents or other writings in Defendant's possession which are requested herein.

IT IS REQUESTED that the aforementioned production be made at the LAW OFFICES OF CHRIS BOUSLOG, Four Waterfront Plaza, Suite 480, 500 Ala Moana Boulevard, Honolulu, Hawaii, within thirty (30) days from the receipt hereof, or at such other time and place as may be mutually agreed upon by respective counsel.

If the documents are produced for inspection and copying at the Law Offices of Chris Bouslog, the means of copying same will be by Xerox process.

The attached Definitions and Instructions are incorporated into this document request by reference.

DATED: Honolulu, Hawaii, June 1, 2005.

MARK R. ZENGER
DONNA E. RICHARDS
CHRISTOPHER S. BOUSLOG
Attorneys for Plaintiff
MARK N. BEGLEY

## DEFINITIONS AND INSTRUCTIONS

1. "Plaintiff" means MARK N. BEGLEY.

2. "Defendants" mean all those persons listed or identified as Defendants in Plaintiff's Complaint and First Amended Complaint.

3. "You" or "your" means and includes the named defendants, their agents, your attorneys and anyone else acting directly or indirectly on your behalf.

4. "Person" includes a natural person, firm association, organization, partnership, business trust, corporation or public entity.

5. "Incident" means the occurrence referred to in Plaintiff's Complaint and First Amended Complaint and on which Plaintiff's claim or cause of action is based.

6. "Identify" a person means to state the person's full name, address, and telephone number; his or her occupation, and the name, address, and telephone number of his or her employer, if known; and any family, social, recreational, professional, or employment relationship to you. The term "identity" carries the same connotation.

7. "Identify" a document (including a statement) means to describe briefly the form of the document and indicate generally the subject or topic of its contents (without disclosing any communications claimed to be privileged); to state the date and place of preparation or mailing; and to identify the person or firm who prepared the document, who received it, and who presently has possession or control of the original or copy of the document or statement. The term "identity" carries the same connotation.

   a. As used herein, "Document" means and includes all of the following material normally kept in personal records or business files. The term "documentary" carries the same connotation.

   b. Any and all tangible things or items, whether handwritten, typed, printed, tape recorded, electronically recorded, video-tape recorded, visually reproduced, stenographically reproduced or reproduced in any other manner;

   c. Any and all original and all copies of any and all communications;

d. Any and all writings of any kind or type whatsoever;

e. Any and all books and pamphlets;

f. Any and all microtape, microfilm, photographs, video tapes or movies;

g. Any and all diaries and appointment books;

h. Any and all cables, wires, memoranda, reports, notes, minutes and inter-office communications;

i. Any and all letters and correspondence;

j. Any and all drawings, blueprints, sketches, and charts;

k. Any and all patents and patent applications;

l. Any and all contracts or agreements;

m. Any and all other legal instruments or official documents;

n. Any and all deeds, leases, mortgages, assignments or other instrument relating to real property or personal property;

o. Any and all published material of any kind;

p. Any and all engineering or scientific notebooks and data;

q. Any and all financial statements, balance sheets, profit and loss statements, statements of financial condition, income tax returns, worksheets, reports, projections, schedules, ledgers, books, records and journals;

r. Any and all vouchers, expense accounts, receipts, invoices, bills, orders, billings and checks;

s. Any and all investigation or incident reports;

t. Any and all files and records;

u. Any and all proposals, feasibility studies, engineering studies, renderings, plans, as-built drawings, progress schedules, change orders, estimates and projections;

v. Any and all notes or summary of conferences, meetings, discussions, interviews, or telephone conversations or messages;

w. Any and all travel reports and vouchers; and,

x. Any and all drafts or draft copies of any of the above.

8. "Statement" means any sort of document, as defined above, which records in any way the observations, explanations, opinions, conclusions, estimates, comments, or other verbal or nonverbal assertions by any person concerning any matter relating directly or indirectly to the incident. It also includes untranscribed belts, tapes, discs, or other audio or video recording devices.

9. In producing the requested documents, you are requested to furnish all documents known or available to you regardless of whether these documents are possessed directly by you or your agents, employees, representatives, investigators, or by your attorneys or their agents, employees, representative or investigators.

10. If any of these documents cannot be produced in full, please produce to the extent possible, specifying your reasons for your inability to answer the remainder and stating whatever information, knowledge or belief you do have concerning the unproduced portion.

11. If any documents or things requested were at one time in existence, but are no longer in existence, please so state, specifying for each document or thing: the type of document or thing; the types of information contained thereon; the date upon which it ceased to exist; the circumstances under which it ceased to exist; the identity of all persons having knowledge of the circumstances under which it ceased to exist; and, the identity of all persons having knowledge or who had knowledge of the contents thereof.

12. If you claim a privilege with respect to any document and decline to produce such document on the basis of such privilege, for each such document provide in your response to this Request a description of the document including its title, author, date of preparation, subject matter and present location.

13. This Request is a continuing one. If, after producing documents, you obtain or become aware of any further documents responsive to this Request, you are required to produce such additional documents.

**PRODUCTION OF DOCUMENTS AND THINGS**

1. Any and all documents relating to or associated with any and all Kauai Police Department Reports of an Unauthorized Entry into a Motor Vehicle alleged to have been committed by Plaintiff Mark Begley.

2. Any and all documents relating to or associated with any and all Kauai Police Department Reports of crimes and/or violations of law alleged to have been committed by Plaintiff Mark Begley.

3. Any and all documents relating to or associated with any and all Kauai Police Department records of violations of KPD policy alleged to have been committed by Plaintiff Mark Begley.

4. Any and all Kauai Police Department Police Commission documents relating to Plaintiff Mark Begley.

5. Defendant George Freitas' entire employment file.

6. Any and all documents relating to and/or arising from any and all background investigations prior to hiring George Freitas, including statements, polygraph records, reports, etc.

7. Any and all Kauai Police Department Police Commission documents relating to George Freitas.

8. Any and all investigative reports and materials relating to and/or arising from any and all inquiries and/or investigations conducted by John Ko of George Freitas.

9. Defendant Martin W. Curnan's entire employment file.

10. Any and all documents relating to and/or arising from any and all background investigations prior to hiring Martin W. Curnan, including statements, polygraph records, reports, etc.

11. Any and all documents relating to or associated with any and all Kauai Police Department Reports of crimes and/or violations of law alleged to have been committed by Defendant Martin W. Curnan.

12. Any and all documents relating to or associated with any and all Kauai Police Department records of violations of KPD policy alleged to have been committed by Defendant Martin Curnan.

13. Any and all Kauai Police Department Police Commission documents relating to Martin Curnan.

14. Any and all documents, reports, statements and/or investigative materials relating to or arising from injuries sustained by Mark Begley on or about May 17, 2002 through and including May 18, 2002.

15. Any and all documents that relate to or were submitted in connection with any internal investigation of charges made by Mark Begley to Defendant County and/or the Kauai Police Department against Martin Curnan and/or others arising out of or connected with injuries sustained by Begley on or about May 17, 2002 through and including May 18, 2002.

16. Any and all documents, reports, statements and/or investigative materials relating to investigations of Martin Curnan.

17. Any and all documents, reports, statements and/or investigative materials relating to investigations of David Nawai.

18. Kauai Police Department Reports:

a) 99-21712

b) 99-2170A

c) 01-26763

19. Any and all documents relating to or arising from any and all Kauai Liquor Commission investigations and/or inquiries into an incident which occurred at the Lizard Lounge on or about November 12, 2001.

20. Any and all documents that relate to Defendant County's Answer to Plaintiff's 1st Amended Complaint filed 3/5/04, filed on April 20, 2004, including but not limited to any and all documents which support any or all of the affirmative defenses raised therein.

21. Any and all documents arising from or related to any and all communications that Defendant County and its agents, representatives, employees have had with anyone other than its attorneys regarding the subject lawsuit and/or the facts alleged in the First Amended Complaint.

22. Any and all video and/or audio tape recordings and transcripts and notes thereof relating to or containing the statements of any individual, including current and former employees of Defendant County and/or the Kauai Police Department which concern Defendants, Plaintiff and or the matters raised in Plaintiff's First Amended Complaint.

COPY

# United States District Court

DISTRICT OF HAWAII

MARK N. BEGLEY,
Plaintiff,

V.

COUNTY OF KAUAI, et al.
Defendants.

## SUBPOENA IN A CIVIL CASE

CASE NUMBER: CV 03-00162 KSC

TO: STATE OF HAWAII, DEPARTMENT OF THE ATTORNEY GENERAL
425 Queen Street, Honolulu, Hawaii 96813

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

SEE ATTACHMENT

| PLACE | DATE AND TIME |
|---|---|
| Honolulu Reporting Services, 1000 Bishop Street, Suite 401, Honolulu, Hawaii 96813 | June 13, 2005 at 10:00 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b) (6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] Attorney for Plaintiff | June 1, 2005 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER Christopher S. Bouslog, Law Offices of Chris Bouslog, Four Waterfront Plaza, Suite 480, 500 Ala Moana Boulevard, Honolulu, Hawaii 96813 PH: (808) 550-4995

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

**EXHIBIT "A"**

1. Any and all documents, reports, statements and/or investigative materials relating to or arising from injuries sustained by Mark Begley on or about May 17, 2002 through and including May 18, 2002.

2. Any and all documents that relate to or were submitted in connection with any internal investigation of charges made by Mark Begley to Defendant County and/or the Kauai Police Department against Martin Curnan and/or others arising out of or connected with injuries sustained by Begley on or about May 17, 2002 through and including May 18, 2002.

3. Any and all documents, reports, statements and/or investigative materials relating to investigations of Martin Curnan.

4. Any and all documents, reports, statements and/or investigative materials relating to investigations of David Nawai.

5. Any and all documents relating to or associated with any and all Kauai Police Department Reports of an Unauthorized Entry into a Motor Vehicle alleged to have been committed by Plaintiff Mark Begley.

6. Any and all documents relating to or associated with any and all Kauai Police Department Reports of crimes and/or violations of law alleged to have been committed by Plaintiff Mark Begley.

7. Any and all documents relating to or associated with any and all Kauai Police Department records of violations of KPD policy alleged to have been committed by Plaintiff Mark Begley.

8. Any and all Kauai Police Department Police Commission documents relating to Plaintiff Mark Begley.

9. Defendant George Freitas' entire employment file.

10. Any and all documents relating to and/or arising from any and all background investigations prior to hiring George Freitas, including statements, polygraph records, reports, etc.

11. Any and all Kauai Police Department Police Commission documents relating to George Freitas.

12. Any and all investigative reports and materials relating to and/or arising from any and all inquiries and/or investigations conducted by John Ko of George Freitas.

13. Defendant Martin W. Curnan's entire employment file.

14. Any and all documents relating to and/or arising from any and all background investigations prior to hiring Martin W. Curnan, including statements, polygraph records, reports, etc.

15. Any and all documents relating to or associated with any and all Kauai Police Department Reports of crimes and/or violations of law alleged to have been committed by Defendant Martin W. Curnan.

16. Any and all documents relating to or associated with any and all Kauai Police Department records of violations of KPD policy alleged to have been committed by Defendant Martin Curnan.

17. Any and all Kauai Police Department Police Commission documents relating to Martin Curnan.

18. Kauai Police Department Reports:

    a) 99-21712

    b) 99-2170A

    c) 01-26763

19. Any and all documents relating to or arising from any and all Kauai Liquor Commission investigations and/or inquiries into an incident which occurred at the Lizard Lounge on or about November 12, 2001.

20. Any and all video and/or audio tape recordings and transcripts and notes thereof relating to or containing the statements of any individual, including current and former employees of Defendant County and/or the Kauai Police Department which concern Defendants, Plaintiff and or the matters raised in Plaintiff's First Amended Complaint.