AO 133 (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

District of Hawaii

Mark N. Begley

V.

County of Kauai, et al.

## BILL OF COSTS

Case Number: 03-00162 DAE KSC

Judgment having been entered in the above entitled action on 4/11/2006 (Date) against Mark N. Begley,

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | 287.72 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing | 1,104.90 |
| Fees for witnesses (itemize on reverse side) | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 70.19 |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | 505.42 |
| TOTAL | $ 1,968.23 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: see attached Certificate of Service

Signature of Attorney: [signature]

Name of Attorney: David J. Minkin

For: County of Kauai (Name of Claiming Party) Date: 4/26/2006

Costs are taxed in the amount of ______________ and included in the judgment.

______________ Clerk of Court By: ______________ Deputy Clerk ______________ Date

EXHIBIT "D"

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)

"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)

"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)

"Entry of the judgment shall not be delayed for the taxing of costs."

```
INQUIRY : Case      - reference                          10:18am 24 APR 06

Client   : 18019      COUNTY OF KAUAI
Case     : 53519      BEGLEY, MARK N. v. COUNTY OF K        Status : Active

Action type     : All cost
Summary... .....Time .........Fees .....Cost.adv ....Cost.inc ........Total
Billed                                   726.25     1,387.88      2,114.13
..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
31     08/14/03 OUTER-ISL                168.00                           I
       Fp:0309 | Bth:15209*2 | Inv:128351
       Comments : TWO ALOHA AIRLINES INTER-ISLAND COUPONS FOR DJM TO ATTEND
                  HEARING

28     09/10/03 XEROX CHA  1.00            0.15                           I
       Fp:0309 | Bth:15176*143 | Inv:128351
       Source   : ASCIIC
       Note     : Read 09/11/03 08:22am by lmw
       Comments : RR: Xeroxing Charges -  1 copies on 09/10/2003

29     09/10/03 FAX CHARG                  0.40                           I
       Fp:0309 | Bth:15176*144 | Inv:128351
       Source   : ASCIIC
       Note     : Read 09/11/03 08:22am by lmw
       Comments : RR: Fax Charges: On 09/10/2003 to 5504996. Pages= 2 OrigAmt=
                  .4 Toll= 0 Dur= .9166667min.

30     09/10/03 XEROX CHA  3.00            0.45                           I
       Fp:0309 | Bth:15176*145 | Inv:128351
       Source   : ASCIIC
       Note     : Read 09/11/03 08:22am by lmw
       Comments : JMC: Xeroxing Charges -  3 copies on 09/10/2003

32     09/24/03 REPORTS/P                 43.69                           I
       Fp:0309 | Bth:15224*5 | Chk: 2/089381,10/16/03 | Inv:128351
       Source   : AP 00,00001574,410824 | Payee:PROFESSIONAL IMAGE
       Comments : FILE COPIES

33     09/30/03 XEROX CHA 54.00            8.10                           I
       Fp:0309 | Bth:15226*114 | Inv:128351
       Source   : ASCIIC
       Note     : Read 10/01/03 08:39am by lmw
       Comments : RR: Xeroxing Charges -  54 copies on 09/30/2003

54     10/01/03 XEROX CHA 33.00            4.95                           I
       Fp:0310 | Bth:15245*109 | Inv:128351
       Source   : ASCIIC
       Note     : Read 10/06/03 09:43am by rt
       Comments : TR: Xeroxing Charges -  33 copies on 10/01/2003

56     10/06/03 REPORTS/P                 13.60                           I
       Fp:0310 | Bth:15312*25 | Chk: 2/089548,10/31/03 | Inv:128351
       Source   : AP 00,00005860,031006 | Payee:LAW OFFICES OF CHR
       Comments : COPY OF MEDICAL RECORDS FROM QUEEN'S MEDICAL CENTER

55     10/07/03 REPORTS/P                  5.20                           I
```

```
INQUIRY : Case     - reference                            10:18am 24 APR 06

Client  : 18019      COUNTY OF KAUAI
Case    : 53519      BEGLEY, MARK N. v. COUNTY OF K         Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Fp:0310 | Bth:15312*24 | Chk: 2/089548,10/31/03 | Inv:128351
      Source   : AP 00,00005860,031007 | Payee:LAW OFFICES OF CHR
      Comments : COPY OF MEDICAL RECORDS AND BILLS FROM KAUAI MEDICAL CLINIC

57    10/24/03 REPORTS/P                    4.20                      I
      Fp:0310 | Bth:15324*6 | Chk: 2/089548,10/31/03 | Inv:128351
      Source   : AP 00,00005860,031024 | Payee:LAW OFFICES OF CHR
      Comments : COPY OF MEDICAL RECORDS FROM WILCOX MEMORIAL HOSPITAL

76    10/24/03 LONG DIST                    0.95                      I
      Fp:0312 | Bth:15440*205 | Inv:128960
      Source   : ASCIIC
      Note     : Read 12/12/03 08:13am by jds
      Comments : DJM: Long Distance Charges: On 10/24/2003 to 8086320723
                 Toll: .95 Dur.: 7min. at 14:15

77    10/24/03 LONG DIST                    0.83                      I
      Fp:0312 | Bth:15440*206 | Inv:128960
      Source   : ASCIIC
      Note     : Read 12/12/03 08:13am by jds
      Comments : DJM: Long Distance Charges: On 10/24/2003 to 8082416315
                 Toll: .83 Dur.: 6min. at 14:22

69    10/31/03 TRAVEL EX                    9.00                      I
      Fp:0311 | Bth:15367*28 | Chk: 2/089715,11/18/03 | Inv:128351
      Source   : AP 00,00003011,031031 | Payee:DAVID J. MINKIN
      Comments : D.MINKIN PARKING

68    11/05/03 XEROX CHA  2.00              0.30                      I
      Fp:0311 | Bth:15347*94 | Inv:128960
      Source   : ASCIIC
      Note     : Read 11/07/03 01:26pm by jds
      Comments : IC: Xeroxing Charges -  2 copies on 11/05/2003

78    11/06/03 LONG DIST                    0.08                      I
      Fp:0312 | Bth:15440*207 | Inv:128960
      Source   : ASCIIC
      Note     : Read 12/12/03 08:13am by jds
      Comments : DJM: Long Distance Charges: On 11/06/2003 to 8086510102
                 Toll: .08 Dur.: 1min. at 10:22

79    11/14/03 LONG DIST                    0.77                      I
      Fp:0312 | Bth:15440*208 | Inv:128960
      Source   : ASCIIC
      Note     : Read 12/12/03 08:13am by jds
      Comments : DJM: Long Distance Charges: On 11/14/2003 to 8086320723
                 Toll: .77 Dur.: 6min. at 13:08

80    11/14/03 LONG DIST                    0.08                      I
      Fp:0312 | Bth:15440*209 | Inv:128960
```

```
INQUIRY : Case     - reference                           10:18am 24 APR 06

Client   : 18019     COUNTY OF KAUAI
Case     : 53519     BEGLEY, MARK N. v. COUNTY OF K       Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
         Source    : ASCIIC
         Note      : Read 12/12/03 08:13am by jds
         Comments  : DJM: Long Distance Charges: On 11/14/2003 to 8082416842
                     Toll: .08 Dur.: 1min. at 13:14

81       11/14/03 LONG DIST                2.51                              I
         Fp:0312 | Bth:15440*210 | Inv:128960
         Source    : ASCIIC
         Note      : Read 12/12/03 08:13am by jds
         Comments  : DJM: Long Distance Charges: On 11/14/2003 to 8082454094
                     Toll: 2.51 Dur.: 17min. at 15:13

82       11/14/03 LONG DIST                0.56                              I
         Fp:0312 | Bth:15440*211 | Inv:128960
         Source    : ASCIIC
         Note      : Read 12/12/03 08:13am by jds
         Comments  : DJM: Long Distance Charges: On 11/14/2003 to 8082416842
                     Toll: .56 Dur.: 4min. at 15:58

83       11/17/03 LONG DIST                1.79                              I
         Fp:0312 | Bth:15440*212 | Inv:128960
         Source    : ASCIIC
         Note      : Read 12/12/03 08:13am by jds
         Comments  : DJM: Long Distance Charges: On 11/17/2003 to 8082416846
                     Toll: 1.79 Dur.: 12min. at 10:29

84       11/24/03 LONG DIST                0.08                              I
         Fp:0312 | Bth:15440*213 | Inv:128960
         Source    : ASCIIC
         Note      : Read 12/12/03 08:13am by jds
         Comments  : DJM: Long Distance Charges: On 11/24/2003 to 8082416846
                     Toll: .08 Dur.: 1min. at 11:52

85       11/25/03 LONG DIST                0.95                              I
         Fp:0312 | Bth:15440*214 | Inv:128960
         Source    : ASCIIC
         Note      : Read 12/12/03 08:13am by jds
         Comments  : DJM: Long Distance Charges: On 11/25/2003 to 8086524094
                     Toll: .95 Dur.: 7min. at 13:30

86       11/25/03 LONG DIST                0.38                              I
         Fp:0312 | Bth:15440*215 | Inv:128960
         Source    : ASCIIC
         Note      : Read 12/12/03 08:13am by jds
         Comments  : DJM: Long Distance Charges: On 11/25/2003 to 8087422250
                     Toll: .38 Dur.: 3min. at 13:38

87       12/01/03 LONG DIST                0.93                              I
         Fp:0312 | Bth:15440*216 | Inv:129242
         Source    : ASCIIC
```

```
INQUIRY : Case      - reference                                  10:18am 24 APR 06

Client    : 18019        COUNTY OF KAUAI
Case      : 53519        BEGLEY, MARK N. v. COUNTY OF K          Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
          Note      : Read 12/12/03 08:13am by jds
          Comments  : DJM: Long Distance Charges: On 12/01/2003 to 8082454094
                      Toll: .93 Dur.: 7min. at 15:29

88        12/03/03 LONG DIST                        1.46                     I
          Fp:0312 | Bth:15440*217 | Inv:129242
          Source    : ASCIIC
          Note      : Read 12/12/03 08:13am by jds
          Comments  : DJM: Long Distance Charges: On 12/03/2003 to 8082416846
                      Toll: 1.46 Dur.: 10min. at 16:13

89        12/03/03 LONG DIST                        1.04                     I
          Fp:0312 | Bth:15440*218 | Inv:129242
          Source    : ASCIIC
          Note      : Read 12/12/03 08:13am by jds
          Comments  : DJM: Long Distance Charges: On 12/03/2003 to 8082416842
                      Toll: 1.04 Dur.: 7min. at 16:24

90        12/04/03 LONG DIST                        1.74                     I
          Fp:0312 | Bth:15440*219 | Inv:129242
          Source    : ASCIIC
          Note      : Read 12/12/03 08:13am by jds
          Comments  : DJM: Long Distance Charges: On 12/04/2003 to 8082454094
                      Toll: 1.74 Dur.: 12min. at 10:11

91        12/04/03 LONG DIST                        1.52                     I
          Fp:0312 | Bth:15440*220 | Inv:129242
          Source    : ASCIIC
          Note      : Read 12/12/03 08:13am by jds
          Comments  : DJM: Long Distance Charges: On 12/04/2003 to 8082416845
                      Toll: 1.52 Dur.: 11min. at 11:15

75        12/10/03 XEROX CHA 42.00                  6.30                     I
          Fp:0312 | Bth:15436*206 | Inv:129242
          Source    : ASCIIC
          Note      : Read 12/11/03 08:22am by jds
          Comments  : TR: Xeroxing Charges -  42 copies on 12/10/2003

104       02/09/04 REFUND CR                       87.40                     I
          Fp:0402 | Bth:15577*9 | Chk: 2/090755,02/09/04 | Inv:129633
          Source    : AP 00,00001993,090755 | Payee:COUNTY OF KAUAI
          Comments  : REFUND OF DOUBLE-PAYMENT

105       02/10/04 XEROX CHA  8.00                  1.20                     I
          Fp:0402 | Bth:15587*89 | Inv:130704
          Source    : ASCIIC
          Note      : Read 02/11/04 08:38am by jds
          Comments  : RR: Xeroxing Charges -  8 copies on 02/10/2004

107       02/17/04 XEROX CHA  8.00                  1.20                     I
```

INQUIRY : Case - reference 10:18am 24 APR 06

Client : 18019 COUNTY OF KAUAI
Case : 53519 BEGLEY, MARK N. v. COUNTY OF K Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
Fp:0402 | Bth:15608*10 | Inv:130704
Comments : RR - 8 PAGES

112 03/18/04 FAX CHARG 5.40 I
Fp:0403 | Bth:15688*58 | Inv:131250
Source : ASCIIC
Note : Read 03/22/04 09:09am by jds
Comments : RR: Fax Charges: On 03/18/2004 to 5448399. Pages= 27
OrigAmt= 5.4 Toll= 0 Dur= 10.21667min.

113 03/19/04 XEROX CHA 4.00 0.60 I
Fp:0403 | Bth:15695*68 | Inv:131250
Source : ASCIIC
Note : Read 03/23/04 08:41am by jds
Comments : RR: Xeroxing Charges - 4 copies on 03/19/2004

114 03/23/04 FAX CHARG 10.34 I
Fp:0403 | Bth:15705*65 | Inv:131250
Source : ASCIIC
Note : Read 03/24/04 08:35am by jds
Comments : RR: Fax Charges: On 03/23/2004 to 18082416319. Pages= 27
OrigAmt= 5.4 Toll= 4.94 Dur= 18.03333min.

115 03/23/04 XEROX CHA 28.00 4.20 I
Fp:0403 | Bth:15705*66 | Inv:131250
Source : ASCIIC
Note : Read 03/24/04 08:35am by jds
Comments : RR: Xeroxing Charges - 28 copies on 03/23/2004

117 03/30/04 FAX CHARG 1.32 I
Fp:0403 | Bth:15727*122 | Inv:131250
Source : ASCIIC
Note : Read 04/01/04 08:26am by jds
Comments : DJM: Fax Charges: On 03/30/2004 to 18082416319. Pages= 4
OrigAmt= .8 Toll= .52 Dur= 1.083333min.

131 04/15/04 TRAVEL EX 158.00 I
Fp:0405 | Bth:15980*13 | Chk: 3/300411,05/31/04 | Inv:131889
Source : AP 00,00003011,040415 | Payee:DAVID J. MINKIN
Comments : D.MINKIN ALOHA AIRLINES AIRFARE TO KAUAI ON 4/15/04 FOR
KAUAI COUNCIL MEETING

122 04/20/04 XEROX CHA112.00 16.80 I
Fp:0404 | Bth:15838*94 | Inv:131889
Source : ASCIIC
Note : Read 04/21/04 08:26am by jds
Comments : KS: Xeroxing Charges - 112 copies on 04/20/2004

130 05/25/04 REPORTS/P 3.50 I
Fp:0405 | Bth:15970*5 | Chk: 3/300399,05/31/04 | Inv:132374

```
INQUIRY : Case      - reference
                                                    10:18am 24 APR 06

Client  : 18019     COUNTY OF KAUAI
Case    : 53519     BEGLEY, MARK N. v. COUNTY OF K      Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Source   : AP 00,00002804,040525A | Payee:PETTY CASH
      Comments : COPY OF AMENDED RULE 16 SCHEDULING ORDER FILED ON 5/6/04

137   06/10/04 XEROX CHA 10.00              1.50                        I
      Fp:0406 | Bth:16050*12 | Inv:133006
      Comments : RR - 10 PAGES

154   07/16/04 XEROX CHA 12.00              1.80                        I
      Fp:0408 | Bth:16164*22 | Inv:133482
      Source   : ASCIIC
      Note     : Transferred from: 18019*52343*4
      Comments : KS: Xeroxing Charges -  12 copies on 07/16/2004

146   07/27/04 XEROX CHA  2.00              0.30                        I
      Fp:0407 | Bth:16216*12 | Inv:133482
      Comments : KS - 2 PAGES

145   07/28/04 XEROX CHA128.00             19.20                        I
      Fp:0407 | Bth:16212*68 | Inv:133482
      Source   : ASCIIC
      Note     : Read 07/29/04 02:15pm by bkj
      Comments : KS: Xeroxing Charges -  128 copies on 07/28/2004

152   08/10/04 XEROX CHA128.00             19.20                        I
      Fp:0408 | Bth:16258*69 | Inv:134170
      Source   : ASCIIC
      Note     : Read 08/11/04 09:57am by bkj
      Comments : JOHNNY: Xeroxing Charges -  128 copies on 08/10/2004

153   08/10/04 XEROX CHA  2.00              0.30                        I
      Fp:0408 | Bth:16264*7 | Inv:134170
      Comments : KS - 2 PAGES

168   10/01/04 XEROX CHA 36.00              5.40                        I
      Fp:0410 | Bth:16465*47 | Inv:135569
      Source   : ASCIIC
      Note     : Read 10/06/04 03:10pm by bkj
      Comments : KS: Xeroxing Charges -  36 copies on 10/01/2004

169   10/28/04 LONG DIST                    0.10                        I
      Fp:0410 | Bth:16563*22 | Inv:135569
      Source   : ASCIIC
      Note     : Read 10/29/04 03:14pm by bkj
      Comments : KS: Long Distance Charges: On 10/28/2004 to 8086355713 Toll:
                 .1 Dur.: 1min. at 11:58

170   10/28/04 LONG DIST                    0.10                        I
      Fp:0410 | Bth:16563*23 | Inv:135569
      Source   : ASCIIC
      Note     : Read 10/29/04 03:14pm by bkj
```

```
INQUIRY : Case     - reference                              10:18am 24 APR 06

Client  : 18019       COUNTY OF KAUAI
Case    : 53519       BEGLEY, MARK N. v. COUNTY OF K        Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
       Comments : KS: Long Distance Charges: On 10/28/2004 to 8086355713 Toll:
                  .1 Dur.: 1min. at 14:11

171    10/28/04 FAX CHARG                         0.20                     I
       Fp:0410 | Bth:16563*24 | Inv:135569
       Source   : ASCIIC
       Note     : Read 10/29/04 03:14pm by bkj
       Comments : KS: Fax Charges: On 10/28/2004 to 5504996. Pages= 1 OrigAmt=
                  .2 Toll= 0 Dur= .9833333min.

172    10/28/04 FAX CHARG                         0.20                     I
       Fp:0410 | Bth:16563*25 | Inv:135569
       Source   : ASCIIC
       Note     : Read 10/29/04 03:14pm by bkj
       Comments : KS: Fax Charges: On 10/28/2004 to 5448399. Pages= 1 OrigAmt=
                  .2 Toll= 0 Dur= .95min.

173    10/28/04 FAX CHARG                         0.20                     I
       Fp:0410 | Bth:16563*26 | Inv:135569
       Source   : ASCIIC
       Note     : Read 10/29/04 03:14pm by bkj
       Comments : KS: Fax Charges: On 10/28/2004 to 5318628. Pages= 1 OrigAmt=
                  .2 Toll= 0 Dur= .85min.

174    10/28/04 FAX CHARG                         0.20                     I
       Fp:0410 | Bth:16563*27 | Inv:135569
       Source   : ASCIIC
       Note     : Read 10/29/04 03:14pm by bkj
       Comments : KS: Fax Charges: On 10/28/2004 to 5411181. Pages= 1 OrigAmt=
                  .2 Toll= 0 Dur= 1.116667min.

175    10/28/04 XEROX CHA  2.00                   0.30                     I
       Fp:0410 | Bth:16563*28 | Inv:135569
       Source   : ASCIIC
       Note     : Read 10/29/04 03:14pm by bkj
       Comments : KS: Xeroxing Charges -  2 copies on 10/28/2004

184    10/28/04 XEROX CHA  2.00                   0.30                     I
       Fp:0411 | Bth:16596*1 | Inv:135569
       Comments : KS - 2 PAGES

219    11/01/04 LONG DIST                         0.12                     I
       Fp:0502 | Bth:16854*133 | Inv:137865
       Source   : ASCIIC
       Note     : Read 02/04/05 03:34pm by bkj
       Comments : DJM: Long Distance Charges: On 11/01/2004 to 8082416842
                  Toll: .12 Dur.: 1min. at 16:34

220    11/03/04 LONG DIST                         3.90                     I
       Fp:0502 | Bth:16854*134 | Inv:137865
```

```
INQUIRY : Case      - reference                           10:18am 24 APR 06

Client  : 18019        COUNTY OF KAUAI
Case    : 53519        BEGLEY, MARK N. v. COUNTY OF K          Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Source   : ASCIIC
      Note     : Read 02/04/05 03:34pm by bkj
      Comments : DJM: Long Distance Charges: On 11/03/2004 to 8082416842
                 Toll: 3.9 Dur.: 20min. at 12:05

221   11/04/04 LONG DIST                       0.14                      I
      Fp:0502 | Bth:16854*135 | Inv:137865
      Source   : ASCIIC
      Note     : Read 02/04/05 03:34pm by bkj
      Comments : DJM: Long Distance Charges: On 11/04/2004 to 8082416315
                 Toll: .14 Dur.: 1min. at 09:56

222   11/05/04 LONG DIST                       0.70                      I
      Fp:0502 | Bth:16854*136 | Inv:137865
      Source   : ASCIIC
      Note     : Read 02/04/05 03:34pm by bkj
      Comments : DJM: Long Distance Charges: On 11/05/2004 to 8082416845
                 Toll: .7 Dur.: 4min. at 15:30

186   11/08/04 XEROX CHA  8.00                 1.20                      I
      Fp:0411 | Bth:16604*46 | Inv:136210
      Source   : ASCIIC
      Note     : Read 11/09/04 01:58pm by bkj
      Comments : KS: Xeroxing Charges -  8 copies on 11/08/2004

223   11/18/04 LONG DIST                       0.86                      I
      Fp:0502 | Bth:16854*137 | Inv:137865
      Source   : ASCIIC
      Note     : Read 02/04/05 03:34pm by bkj
      Comments : DJM: Long Distance Charges: On 11/18/2004 to 8082416842
                 Toll: .86 Dur.: 5min. at 16:50

224   11/24/04 LONG DIST                       2.07                      I
      Fp:0502 | Bth:16854*138 | Inv:137865
      Source   : ASCIIC
      Note     : Read 02/04/05 03:34pm by bkj
      Comments : DJM: Long Distance Charges: On 11/24/2004 to 8082416846
                 Toll: 2.07 Dur.: 11min. at 13:40

225   11/24/04 LONG DIST                       0.14                      I
      Fp:0502 | Bth:16854*139 | Inv:137865
      Source   : ASCIIC
      Note     : Read 02/04/05 03:34pm by bkj
      Comments : DJM: Long Distance Charges: On 11/24/2004 to 8082416843
                 Toll: .14 Dur.: 1min. at 16:30

226   11/26/04 LONG DIST                       0.10                      I
      Fp:0502 | Bth:16854*140 | Inv:137865
      Source   : ASCIIC
      Note     : Read 02/04/05 03:34pm by bkj
```

```
INQUIRY : Case     - reference                              10:18am 24 APR 06

Client   : 18019       COUNTY OF KAUAI
Case     : 53519       BEGLEY, MARK N. v. COUNTY OF K         Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Comments : DJM: Long Distance Charges: On 11/26/2004 to 8082416843
                 Toll: .1 Dur.: 1min. at 13:53

227   11/29/04 LONG DIST                       0.57                     I
      Fp:0502 | Bth:16854*141 | Inv:137865
      Source   : ASCIIC
      Note     : Read 02/04/05 03:34pm by bkj
      Comments : DJM: Long Distance Charges: On 11/29/2004 to 8082416843
                 Toll: .57 Dur.: 3min. at 10:36

228   12/03/04 LONG DIST                       0.16                     I
      Fp:0502 | Bth:16854*142 | Inv:137865
      Source   : ASCIIC
      Note     : Read 02/04/05 03:34pm by bkj
      Comments : DJM: Long Distance Charges: On 12/03/2004 to 8082416847
                 Toll: .16 Dur.: 1min. at 12:38

229   12/17/04 LONG DIST                       0.43                     I
      Fp:0502 | Bth:16854*143 | Inv:137865
      Source   : ASCIIC
      Note     : Read 02/04/05 03:34pm by bkj
      Comments : DJM: Long Distance Charges: On 12/17/2004 to 8082416842
                 Toll: .43 Dur.: 3min. at 16:24

230   12/20/04 LONG DIST                       0.86                     I
      Fp:0502 | Bth:16854*144 | Inv:137865
      Source   : ASCIIC
      Note     : Read 02/04/05 03:34pm by bkj
      Comments : DJM: Long Distance Charges: On 12/20/2004 to 8082416846
                 Toll: .86 Dur.: 5min. at 14:35

199   01/05/05 XEROX CHA 64.00                 9.60                     I
      Fp:0501 | Bth:16769*29 | Inv:137865
      Source   : ASCIIC
      Note     : Read 01/10/05 09:41am by bkj
      Comments : KS: Xeroxing Charges -  64 copies on 01/05/2005

200   01/06/05 XEROX CHA 16.00                 2.40                     I
      Fp:0501 | Bth:16770*30 | Inv:137865
      Source   : ASCIIC
      Note     : Read 01/10/05 09:41am by bkj
      Comments : KS: Xeroxing Charges -  16 copies on 01/06/2005

204   01/06/05 POSTAGE                         3.00                     I
      Fp:0501 | Bth:16778*31 | Chk: 3/303335,01/26/05 | Inv:137865
      Source   : AP 00,00004210,050106
      Note     : DJM | Payee:U.S. POSTAL SERVIC

205   01/07/05 XEROX CHA  4.00                 0.60                     I
      Fp:0501 | Bth:16827*4 | Inv:137865
```

```
INQUIRY : Case     - reference                              10:18am 24 APR 06

Client   : 18019      COUNTY OF KAUAI
Case     : 53519      BEGLEY, MARK N. v. COUNTY OF K         Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Comments : KS - 4 PAGES

259   01/18/05 TRAVEL EX                   76.20                           I
      Fp:0504 | Bth:17104*4 | Chk: 3/307446,04/12/05 | Inv:138515
      Source   : AP 00,00003011,2152766130 | Payee:DAVID J. MINKIN
      Comments : D.MINKIN ALOHA AIRLINES AIRFARE FOR TRIP TO KAUAI ON
                 1/18/05

260   01/18/05 TRAVEL EX                    7.50                           I
      Fp:0504 | Bth:17104*6 | Chk: 3/307446,04/12/05 | Inv:138515
      Source   : AP 00,00003011,2152769468 | Payee:DAVID J. MINKIN
      Comments : D.MINKIN SERVICE FEE FOR TRIP ON ALOHA AIRLINES TO KAUAI ON
                 1/18/05

232   01/19/05 TRAVEL EX                   19.34                           I
      Fp:0502 | Bth:16873*6 | Chk: 3/303576,02/11/05 | Inv:137865
      Source   : AP 00,00002870,2006050119ARAC | Payee:AMERICAN EXPRESS -
      Comments : D.MINKIN AVIS CAR RENTAL WHILE ATTENDING TRIP TO KAUAI ON
                 1/18/05

231   02/01/05 XEROX CHA  8.00              1.20                           I
      Fp:0502 | Bth:16856*2 | Inv:137865
      Comments : KS - 8 PAGES

233   02/11/05 XEROX CHA 20.00              3.00                           I
      Fp:0502 | Bth:16886*32 | Inv:137865
      Source   : ASCIIC
      Note     : Read 02/14/05 05:11pm by bkj
      Comments : DJM: Xeroxing Charges -   20 copies on 02/11/2005

236   02/22/05 XEROX CHA062.00            159.30                           I
      Fp:0502 | Bth:16912*22 | Inv:137865
      Source   : ASCIIC
      Note     : Read 02/23/05 01:21pm by bkj
      Comments : PB: Xeroxing Charges -  1062 copies on 02/22/2005

239   02/22/05 XEROX CHA582.00            203.70                           I
      Fp:0502 | Bth:16923*1 | Inv:137865
      Comments : PB - 582 PAGES-PAGINATED COPIES

237   02/23/05 XEROX CHA840.00            126.00                           I
      Fp:0502 | Bth:16915*26 | Inv:137865
      Source   : ASCIIC
      Note     : Read 02/24/05 01:04pm by bkj
      Comments : PB: Xeroxing Charges -   840 copies on 02/23/2005

251   03/09/05 XEROX CHA  2.00              0.30                           I
      Fp:0503 | Bth:16985*10 | Inv:138515
      Comments : KS - 2 PAGES
```

INQUIRY : Case - reference 10:18am 24 APR 06

Client : 18019 COUNTY OF KAUAI
Case : 53519 BEGLEY, MARK N. v. COUNTY OF K Status : Active

```
..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
252   03/17/05 FAX CHARG                   2.20                          I
      Fp:0503 | Bth:17006*29 | Inv:138515
      Source   : ASCIIC
      Note     : Read 03/18/05 02:50pm by bkj
      Comments : KS: Fax Charges: On 03/17/2005 to 5504996. Pages= 11
                 OrigAmt= 2.2 Toll= 0 Dur= 5.9min.

253   03/17/05 FAX CHARG                   2.20                          I
      Fp:0503 | Bth:17006*30 | Inv:138515
      Source   : ASCIIC
      Note     : Read 03/18/05 02:50pm by bkj
      Comments : KS: Fax Charges: On 03/17/2005 to 5448399. Pages= 11
                 OrigAmt= 2.2 Toll= 0 Dur= 4.816667min.

254   03/17/05 XEROX CHA 22.00             3.30                          I
      Fp:0503 | Bth:17006*31 | Inv:138515
      Source   : ASCIIC
      Note     : Read 03/18/05 02:50pm by bkj
      Comments : KS: Xeroxing Charges -  22 copies on 03/17/2005

255   03/17/05 FAX CHARG                   2.20                          I
      Fp:0503 | Bth:17006*32 | Inv:138515
      Source   : ASCIIC
      Note     : Read 03/18/05 02:50pm by bkj
      Comments : KS: Fax Charges: On 03/17/2005 to 5318628. Pages= 11
                 OrigAmt= 2.2 Toll= 0 Dur= 4min.

263   04/20/05 XEROX CHA  3.00             0.45                          I
      Fp:0504 | Bth:17153*40 | Inv:139236
      Source   : ASCIIC
      Note     : Read 04/21/05 03:22pm by bkj
      Comments : KS: Xeroxing Charges -  3 copies on 04/20/2005

268   05/26/05 XEROX CHA 12.00             1.80                          I
      Fp:0505 | Bth:17279*28 | Inv:139756
      Source   : ASCIIC
      Note     : Read 05/27/05 02:39pm by bkj
      Comments : KS: Xeroxing Charges -  12 copies on 05/26/2005

274   05/31/05 XEROX CHA 26.00             3.90                          I
      Fp:0505 | Bth:17294*22 | Inv:139756
      Source   : ASCIIC
      Note     : Read 06/01/05 02:52pm by bkj
      Comments : WFH: Xeroxing Charges -  26 copies on 05/31/2005

275   05/31/05 XEROX CHA 64.00             9.60                          I
      Fp:0505 | Bth:17294*23 | Inv:139756
      Source   : ASCIIC
      Note     : Read 06/01/05 02:52pm by bkj
      Comments : WFH: Xeroxing Charges -  64 copies on 05/31/2005
```

INQUIRY : Case - reference 10:18am 24 APR 06

Client : 18019 COUNTY OF KAUAI
Case : 53519 BEGLEY, MARK N. v. COUNTY OF K Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S

276 05/31/05 XEROX CHA 22.00 3.30 I
Fp:0505 | Bth:17294*24 | Inv:139756
Source : ASCIIC
Note : Read 06/01/05 02:52pm by bkj
Comments : WFH: Xeroxing Charges - 22 copies on 05/31/2005

277 05/31/05 XEROX CHA 40.00 6.00 I
Fp:0505 | Bth:17294*25 | Inv:139756
Source : ASCIIC
Note : Read 06/01/05 02:52pm by bkj
Comments : KS: Xeroxing Charges - 40 copies on 05/31/2005

283 06/13/05 XEROX CHA 10.00 1.50 I
Fp:0506 | Bth:17335*47 | Inv:140363
Source : ASCIIC
Note : Read 06/14/05 04:31pm by bkj
Comments : KS: Xeroxing Charges - 10 copies on 06/13/2005

286 06/20/05 XEROX CHA 2.00 0.30 I
Fp:0506 | Bth:17359*16 | Inv:140363
Comments : KS - 2 PAGES

287 06/21/05 XEROX CHA 4.00 0.60 I
Fp:0506 | Bth:17379*1 | Inv:140363
Comments : KS - 4 PAGES

288 06/23/05 DEPOSITIO 287.72 I
Fp:0506 | Bth:17382*5 | Chk: 3/308327,06/28/05 | Inv:140363
Source : AP 00,00001424,050623 | Payee:HONOLULU REPORTING
Comments : DEPOSITION TAKEN UPON WRITTEN INTERROGATORIES OF DWIGHT NADAMOTO, ESQUIRE (THE STATE OF HAWAII: DEPARTMENT OF THE ATTORNEY GENERAL, VOLUMES I & II) TAKEN ON 6/17/05

289 06/27/05 XEROX CHA 39.00 5.85 I
Fp:0506 | Bth:17390*25 | Inv:140363
Source : ASCIIC
Note : Read 06/28/05 02:04pm by bkj
Comments : DKC: Xeroxing Charges - 39 copies on 06/27/2005

290 06/27/05 XEROX CHA 68.00 10.20 I
Fp:0506 | Bth:17390*26 | Inv:140363
Source : ASCIIC
Note : Read 06/28/05 02:04pm by bkj
Comments : DKC: Xeroxing Charges - 68 copies on 06/27/2005

291 06/27/05 POSTAGE 1.66 0.00 0.00 I
Fp:0506 | Bth:17403*14 | Chk: 3/308794,08/09/05 | Inv:140363
Source : AP 00,00004210,050630
Note : DJM | Payee:U.S. POSTAL SERVIC

```
INQUIRY : Case     - reference                               10:18am 24 APR 06

Client  : 18019      COUNTY OF KAUAI
Case    : 53519      BEGLEY, MARK N. v. COUNTY OF K         Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S

302   07/07/05 XEROX CHA 23.00              3.45                          I
      Fp:0507 | Bth:17425*27 | Inv:141551
      Source   : ASCIIC
      Note     : Read 07/08/05 02:33pm by bkj
      Comments : KS: Xeroxing Charges -  23 copies on 07/07/2005

305   07/11/05 XEROX CHA 12.00              1.80                          I
      Fp:0507 | Bth:17435*16 | Inv:141551
      Source   : ASCIIC
      Note     : Read 07/12/05 02:49pm by bkj
      Comments : KS: Xeroxing Charges -  12 copies on 07/11/2005
313   07/28/05 XEROX CHA 13.00              1.95                          I
      Fp:0507 | Bth:17510*52 | Inv:141551
      Source   : ASCIIC
      Note     : Read 07/29/05 01:25pm by bkj
      Comments : KS: Xeroxing Charges -  13 copies on 07/28/2005

314   07/28/05 XEROX CHA 62.00              9.30                          I
      Fp:0507 | Bth:17510*53 | Inv:141551
      Source   : ASCIIC
      Note     : Read 07/29/05 01:25pm by bkj
      Comments : KS: Xeroxing Charges    62 copies on 07/28/2005

321   07/30/05 XEROX CHA 49.00              7.35                          I
      Fp:0508 | Bth:17524*2 | Inv:141551
      Source   : ASCIIC
      Note     : Read 08/04/05 04:48pm by bkj
      Comments : WFH: Xeroxing Charges -  49 copies on 07/30/2005

322   08/03/05 XEROX CHA 24.00              3.60                          I
      Fp:0508 | Bth:17528*24 | Inv:141551
      Source   : ASCIIC
      Note     : Read 08/04/05 04:51pm by bkj
      Comments : WFH: Xeroxing Charges -  24 copies on 08/03/2005

323   08/03/05 XEROX CHA 31.00              4.65                          I
      Fp:0508 | Bth:17528*25 | Inv:141551
      Source   : ASCIIC
      Note     : Read 08/04/05 04:51pm by bkj
      Comments : WFH: Xeroxing Charges -  31 copies on 08/03/2005

324   08/03/05 XEROX CHA  2.00              0.30                          I
      Fp:0508 | Bth:17528*26 | Inv:141551
```

```
INQUIRY : Case     - reference                    10:18am 24 APR 06

Client  : 18019    COUNTY OF KAUAI
Case    : 53519    BEGLEY, MARK N. v. COUNTY OF K         Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
        Source    : ASCIIC
        Note      : Read 08/04/05 04:51pm by bkj
        Comments  : WFH: Xeroxing Charges -  2 copies on 08/03/2005

325     08/03/05 XEROX CHA  4.00              0.60                           I
        Fp:0508 | Bth:17528*27 | Inv:141551
        Source    : ASCIIC
        Note      : Read 08/04/05 04:51pm by bkj
        Comments  : WFH: Xeroxing Charges -  4 copies on 08/03/2005

326     08/03/05 XEROX CHA 13.00              1.95                           I
        Fp:0508 | Bth:17528*28 | Inv:141551
        Source    : ASCIIC
        Note      : Read 08/04/05 04:51pm by bkj
        Comments  : WFH: Xeroxing Charges - 13 copies on 08/03/2005

327     08/03/05 XEROX CHA225.00             33.75                           I
        Fp:0508 | Bth:17528*29 | Inv:141551
        Source    : ASCIIC
        Note      : Read 08/04/05 04:51pm by bkj
        Comments  : JOHNNY: Xeroxing Charges -  225 copies on 08/03/2005

328     08/03/05 XEROX CHA810.00            121.50                           I
        Fp:0508 | Bth:17528*30 | Inv:141551
        Source    : ASCIIC
        Note      : Read 08/04/05 04:51pm by bkj
        Comments  : KS: Xeroxing Charges -  810 copies on 08/03/2005

329     08/03/05 XEROX CHA105.00             15.75                           I
        Fp:0508 | Bth:17528*31 | Inv:141551
        Source    : ASCIIC
        Note      : Read 08/04/05 04:51pm by bkj
        Comments  : JMC: Xeroxing Charges -  105 copies on 08/03/2005

330     08/03/05 XEROX CHA 30.00              4.50                           I
        Fp:0508 | Bth:17528*32 | Inv:141551
        Source    : ASCIIC
        Note      : Read 08/04/05 04:51pm by bkj
        Comments  : KS: Xeroxing Charges -  30 copies on 08/03/2005

331     08/03/05 XEROX CHA 35.00              5.25                           I
        Fp:0508 | Bth:17528*33 | Inv:141551
        Source    : ASCIIC
        Note      : Read 08/04/05 04:51pm by bkj
        Comments  : CHAD: Xeroxing Charges -  35 copies on 08/03/2005

335     08/03/05 XEROX CHA  2.00              0.30                           I
        Fp:0508 | Bth:17535*14 | Inv:141551
        Comments  : KS - 2 PAGES
```

INQUIRY : Case - reference 10:18am 24 APR 06

Client : 18019 COUNTY OF KAUAI
Case : 53519 BEGLEY, MARK N. v. COUNTY OF K Status : Active

```
..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
337   08/03/05 POSTAGE                   7.90                              I
      Fp:0508 | Bth:17541*19 | Chk: 3/308794,08/09/05 | Inv:141551
      Source   : AP 00,00004210,050805
      Note     : WFH | Payee:U.S. POSTAL SERVIC

336   08/05/05 XEROX CHA344.00          51.60                              I
      Fp:0508 | Bth:17537*25 | Inv:141551
      Source   : ASCIIC
      Note     : Read 08/08/05 11:48am by bkj
      Comments : KS: Xeroxing Charges -  344 copies on 08/05/2005

338   08/09/05 XEROX CHA 40.00           6.00                              I
      Fp:0508 | Bth:17546*13 | Inv:141551
      Source   : ASCIIC
      Note     : Read 08/10/05 09:43am by bkj
      Comments : KS: Xeroxing Charges -  40 copies on 08/09/2005

346   08/09/05 XEROX CHA  4.00           0.60                              I
      Fp:0508 | Bth:17576*2 | Inv:141551
      Comments : KS - 4 PAGES

347   08/18/05 XEROX CHA  2.00           0.30                              I
      Fp:0508 | Bth:17576*15 | Inv:141551
      Comments : KS - 2 PAGES

351   08/22/05 XEROX CHA 12.00           1.80                              I
      Fp:0508 | Bth:17585*52 | Inv:141551
      Source   : ASCIIC
      Note     : Read 08/23/05 01:24pm by bkj
      Comments : KS: Xeroxing Charges -  12 copies on 08/22/2005

363   08/23/05 XEROX CHA  4.00           0.60                              I
      Fp:0508 | Bth:17643*3 | Inv:141551
      Comments : KS - 4 PAGES

357   08/25/05 XEROX CHA  2.00           0.30                              I
      Fp:0508 | Bth:17617*65 | Inv:141551
      Source   : ASCIIC
      Note     : Read 08/26/05 03:23pm by bkj
      Comments : PB: Xeroxing Charges -  2 copies on 08/25/2005

364   09/06/05 XEROX CHA420.00          63.00                              I
      Fp:0509 | Bth:17649*26 | Inv:142055
      Source   : ASCIIC
      Note     : Read 09/08/05 12:48pm by bkj
      Comments : JOHNNY: Xeroxing Charges -  420 copies on 09/06/2005

366   09/08/05 XEROX CHA247.00          37.05                              I
      Fp:0509 | Bth:17657*24 | Inv:142055
      Source   : ASCIIC
```

```
INQUIRY : Case     - reference                          10:18am 24 APR 06

Client  : 18019      COUNTY OF KAUAI
Case    : 53519      BEGLEY, MARK N. v. COUNTY OF K      Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
        Note      : Read 09/09/05 04:42pm by bkj
        Comments  : VIRGIL: Xeroxing Charges -  247 copies on 09/08/2005

368     09/09/05 XEROX CHA120.00             18.00                         I
        Fp:0509 | Bth:17660*65 | Inv:142055
        Source    : ASCIIC
        Note      : Read 09/12/05 03:34pm by bkj
        Comments  : DKC: Xeroxing Charges -  120 copies on 09/09/2005

369     09/09/05 XEROX CHA 32.00              4.80                         I
        Fp:0509 | Bth:17660*66 | Inv:142055
        Source    : ASCIIC
        Note      : Read 09/12/05 03:34pm by bkj
        Comments  : DKC: Xeroxing Charges -  32 copies on 09/09/2005

370     09/09/05 XEROX CHA 34.00              5.10                         I
        Fp:0509 | Bth:17660*67 | Inv:142055
        Source    : ASCIIC
        Note      : Read 09/12/05 03:34pm by bkj
        Comments  : DKC: Xeroxing Charges -  34 copies on 09/09/2005

371     09/12/05 XEROX CHA  6.00              0.90                         I
        Fp:0509 | Bth:17664*26 | Inv:142055
        Source    : ASCIIC
        Note      : Read 09/13/05 02:49pm by bkj
        Comments  : DKC: Xeroxing Charges -  6 copies on 09/12/2005

382     09/12/05 XEROX CHA 22.00              3.30                         I
        Fp:0509 | Bth:17720*20 | Inv:142055
        Comments  : DKC - 22 PAGES

372     09/16/05 XEROX CHA533.00             79.95                         I
        Fp:0509 | Bth:17680*31 | Inv:142055
        Source    : ASCIIC
        Note      : Read 09/19/05 02:59pm by bkj
        Comments  : DKC: Xeroxing Charges -  533 copies on 09/16/2005

373     09/19/05 XEROX CHA 68.00             10.20                         I
        Fp:0509 | Bth:17685*22 | Inv:142055
        Source    : ASCIIC
        Note      : Read 09/20/05 02:43pm by bkj
        Comments  : DKC: Xeroxing Charges -  68 copies on 09/19/2005

386     10/06/05 XEROX CHA 60.00              9.00                         I
        Fp:0510 | Bth:17737*34 | Inv:142481
        Source    : ASCIIC
        Note      : Read 10/07/05 01:00pm by bkj
        Comments  : KS: Xeroxing Charges -  60 copies on 10/06/2005

387     10/12/05 XEROX CHA 30.00              4.50                         I
```

```
INQUIRY : Case      - reference                          10:18am 24 APR 06

Client   : 18019      COUNTY OF KAUAI
Case     : 53519      BEGLEY, MARK N. v. COUNTY OF K          Status : Active

..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
      Fp:0510 | Bth:17745*34 | Inv:142481
      Source   : ASCIIC
      Note     : Read 10/13/05 03:14pm by bkj
      Comments : KS: Xeroxing Charges -  30 copies on 10/12/2005

392   10/24/05 FAX CHARG                 0.60                          I
      Fp:0510 | Bth:17774*35 | Inv:142481
      Source   : ASCIIC
      Note     : Read 10/25/05 02:41pm by bkj
      Comments : KS: Fax Charges: On 10/24/2005 to 5504996. Pages= 3 OrigAmt=
                 .6 Toll= 0 Dur= 1.866667min.

393   10/24/05 XEROX CHA  2.00           0.30                          I
      Fp:0510 | Bth:17774*36 | Inv:142481
      Source   : ASCIIC
      Note     : Read 10/25/05 02:41pm by bkj
      Comments : KS: Xeroxing Charges -  2 copies on 10/24/2005

394   10/24/05 FAX CHARG                 0.60                          I
      Fp:0510 | Bth:17774*37 | Inv:142481
      Source   : ASCIIC
      Note     : Read 10/25/05 02:41pm by bkj
      Comments : KS: Fax Charges: On 10/24/2005 to 5318628. Pages= 3 OrigAmt=
                 .6 Toll= 0 Dur= 1.533333min.

395   10/24/05 FAX CHARG                 0.60                          I
      Fp:0510 | Bth:17774*38 | Inv:142481
      Source   : ASCIIC
      Note     : Read 10/25/05 02:41pm by bkj
      Comments : KS: Fax Charges: On 10/24/2005 to 5448399. Pages= 3 OrigAmt=
                 .6 Toll= 0 Dur= 2.016667min.

396   10/24/05 FAX CHARG                 1.38                          I
      Fp:0510 | Bth:17774*39 | Inv:142481
      Source   : ASCIIC
      Note     : Read 10/25/05 02:41pm by bkj
      Comments : KS: Fax Charges: On 10/24/2005 to 18082416319. Pages= 3
                 OrigAmt= .6 Toll= .78 Dur= 2.066667min.

415   12/08/05 XEROX CHA  7.00           1.05                          I
      Fp:0512 | Bth:17904*14 | Inv:143813
      Source   : ASCIIC
      Note     : Read 12/09/05 03:42pm by bkj
      Comments : KS: Xeroxing Charges -  7 copies on 12/08/2005

416   12/13/05 XEROX CHA 14.00           2.10                          I
      Fp:0512 | Bth:17920*29 | Inv:143813
      Source   : ASCIIC
      Note     : Read 12/15/05 12:55pm by bkj
      Comments : ET: Xeroxing Charges -  14 copies on 12/13/2005
```

```
INQUIRY : Case      - reference
                                                    10:18am 24 APR 06
Client   : 18019      COUNTY OF KAUAI
Case     : 53519      BEGLEY, MARK N. v. COUNTY OF K
                                                    Status : Active
..Ref ..Date.. Cde.desc Orgtme Orgrte ....Orgamt ..Time ..Rate .......Amt S
425   01/06/06 XEROX CHA  3.00
      Fp:0601 | Bth:17980*80 | Inv:144796   0.45   3.00   0.10     0.30 I
      Source   : ASCIIC
      Note     : Read 01/10/06 01:18pm by bkj
      Comments : KS: Xeroxing Charges -  3 copies on 01/06/2006
426   01/06/06 FAX CHARG
      Fp:0601 | Bth:17980*81 | Inv:144796   0.40                        I
      Source   : ASCIIC
      Note     : Read 01/10/06 01:18pm by bkj
      Comments : KS: Fax Charges: On 01/06/2006 to 5504996. Pages= 2 OrigAmt=
                 .4 Toll= 0 Dur= 1.433333min.
427   01/06/06 FAX CHARG
      Fp:0601 | Bth:17980*82 | Inv:144796   0.92                        I
      Source   : ASCIIC
      Note     : Read 01/10/06 01:18pm by bkj
      Comments : KS: Fax Charges: On 01/06/2006 to 18086320724. Pages= 2
                 OrigAmt= .4 Toll= .52 Dur= 1.2min.
428   01/06/06 FAX CHARG
      Fp:0601 | Bth:17980*83 | Inv:144796   0.40                        I
      Source   : ASCIIC
      Note     : Read 01/10/06 01:18pm by bkj
      Comments : KS: Fax Charges: On 01/06/2006 to 5318628. Pages= 2 OrigAmt=
                 .4 Toll= 0 Dur= 1.25min.
429   01/06/06 FAX CHARG
      Fp:0601 | Bth:17980*84 | Inv:144796   0.40                        I
      Source   : ASCIIC
      Note     : Read 01/10/06 01:18pm by bkj
      Comments : KS: Fax Charges: On 01/06/2006 to 5448399. Pages= 2 OrigAmt=
                 .4 Toll= 0 Dur= 1.6min.
430   01/06/06 FAX CHARG
      Fp:0601 | Bth:17980*85 | Inv:144796   0.40                        I
      Source   : ASCIIC
      Note     : Read 01/10/06 01:18pm by bkj
      Comments : KS: Fax Charges: On 01/06/2006 to 5411181. Pages= 2 OrigAmt=
                 .4 Toll= 0 Dur= 1.666667min.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK N. BEGLEY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, GEORGE FREITAS, MARTIN W. CURNAN, and DAVID NAWAI,<br><br>Defendants. | ) CIVIL NO. 03-00162 DAE KSC<br>)<br>) CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that on this date, a true and correct copy of the foregoing document was duly served upon the following via U.S. mail, first-class postage pre-paid, addressed as follows:

DONNA E. RICHARDS, ESQ.
MARK R. ZENGER, ESQ.
3016 Umi Street
Suites 204 and 211-B
Lihue, Kauai, Hawaii 96766
and

CHRISTOPHER S. BOUSLOG, ESQ.
Four Waterfront Plaza, Suite 480
500 Ala Moana Boulevard
Honolulu, Hawaii 96813

Attorneys for Plaintiff
MARK N. BEGLEY

JOHN KOMEIJI, ESQ.
Watanabe Ing Kawashima & Komeiji
999 Bishop Street
First Hawaiian Center, 23rd Floor
Honolulu, Hawaii 96813

Attorney for Defendant
GEORGE FREITAS

MICHAEL J. McGUIGAN, ESQ.
Pacific Guardian Ctr., Mauka Tower
733 Bishop Street, 24th Floor
Honolulu, Hawaii 96813

Attorney for Defendant
MARTIN CURNAN

DAVID NAWAI
238 Molo Street
Kapaa, Hawaii 96746

Defendant Pro Se

DATED: Honolulu, Hawaii, APR 26 2006.

DAVID J. MINKIN
ELIZABETH A. ROBINSON
WENDY F. HANAKAHI

Attorneys for Defendant
COUNTY OF KAUAI

## Other Documents

1:03-cv-00162-KSC-KSC Begley v. Kauai, County of, et al **CASE CLOSED on 04/06/2006**

**U.S. District Court**

**District of Hawaii - CM/ECF V2.5 (11/05)**

Notice of Electronic Filing

The following transaction was received from Minkin, David entered on 4/26/2006 at 3:25 PM HST and filed on 4/26/2006

**Case Name:** Begley v. Kauai, County of, et al
**Case Number:** 1:03-cv-162
**Filer:** Kauai, County of
**WARNING: CASE CLOSED on 04/06/2006**
**Document Number:** 182

**Docket Text:**
BILL OF COSTS by Kauai, County of. (Attachments: # (1) Certificate of Service)(Minkin, David)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=4/26/2006] [FileNumber=74369-0] [a67a9cce9ba849166ab77115e5b9779dc6ace624bf0b861f733ec82dfe356b8ffa0ba 42c10df90715fc69e5c34f56c8c258e0fcf4228f0bf55e66f7b6808a10b]]
**Document description:** Certificate of Service
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=4/26/2006] [FileNumber=74369-1] [590088a58b5656254a93efc597fbcfc58d03c2880ac24c6fc6615b8d1a7ba1b1f5919 9c2b4932db9f8db3b2f0dc1c8abce583ac12e22fea8b745c5bbe3025728]]

**1:03-cv-162 Notice will be electronically mailed to:**

Karen Y. Arikawa karikawa@wik.com

Wendy F. Hanakahi hanakahi@m4law.com, saguibo@m4law.com

Michael J. McGuigan mjm@roplaw.com

David J. Minkin minkin@m4law.com, saguibo@m4law.com

Elmira K.L. Tsang ekt@roplaw.com

Paul B.K. Wong pwong@m4law.com, auyoung@m4law.com

**1:03-cv-162 Notice will be delivered by other means to:**

Brian Yukio Hiyane
Kawashima Lorusso & Tom
Topa Financial Center
745 Fort St Ste 500
Honolulu, HI 96813

Patsy H. Kirio
Watanabe Ing Kawashima & Komeiji
First Hawaiian Center
999 Bishop St 23rd Flr
Honolulu, HI 96813

John T. Komeiji
Watanabe Ing Kawashima & Komeiji
First Hawaiian Center
999 Bishop St 23rd Flr
Honolulu, HI 96813

David Nawai
P.O. Box 1769
Lihue, Kauai, HI 96766

Donna E. Richards
Richards & Zenger
PO Box 3966
Lihue, HI 96766

Mark R. Zenger
Richards & Zenger
PO Box 3966
Lihue, HI 96766