IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| MARK N. BEGLEY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, GEORGE FREITAS, MARTIN W. CURNAN, and DAVID NAWAI,<br><br>Defendants. | CIVIL NO. 03-00162 DAE KSC<br><br>DECLARATION OF DAVID J. MINKIN; EXHIBITS "A" – "F" |

DECLARATION OF DAVID J. MINKIN

1. I am an attorney with the law firm of McCorriston Miller Mukai MacKinnon LLP ("Law Firm"), attorneys for Defendant County of Kauai ("County") in this action.

2. I submit this declaration in support of Defendant County of Kaua`i's Response to Mark N. Begley's Objection to Defendant County of Kauai's Bill of Costs.

3. Unless otherwise indicated, all statements made herein are based on my personal knowledge.

4. Given the confidential nature of the police report documents requested by Plaintiff, the County required the preparation of a

protective order, reviewed and agreed to by the parties or their attorneys, before providing the responsive documents to Plaintiff.

5. The references to "Johnny," "Virgil," or initials, contained in the entries listed in Exhibit "A" to the Memorandum in Support of Bill of Costs reflect the identity of the Law Firm employee copying the documents.

6. Attached hereto as Exhibit "A" is a true and correct copy of the Order Denying in Part and Without Prejudice in Part Defendant George Freitas' Motion to Dismiss, or in the Alternative, for Summary Judgment; Order Denying in Part and Without Prejudice in Part Defendant Martin W. Curnan's Motion to Dismiss Plaintiff's First Amended Complaint or for Summary Judgment, filed on January 28, 2005.

7. Attached hereto as Exhibit "B" is a true and correct copy of a facsimile transmittal from David J. Minkin, Esq. to Chris Bouslog, John Komeiji and Michael McGuigan, dated March 17, 2005.

8. Attached hereto as Exhibit "C" is a true and correct copy of a transmittal letter from David J. Minkin, Esq. to David Nawai, dated March 17, 2005.

9. Attached hereto as Exhibit "D" is a true and correct copy of the Notice of Hearing Motion; Defendant Martin W. Curnan's Motion to Quash the Subpoena in a Civil Case to the State of Hawaii, Department of

the Attorney General or for Protective Order; Memorandum in Support of Motion; Declaration of Elmira K.S. Tsang; Exhibit A; Certificate of Compliance With Local Rule 7.5; Certificate of Service, filed on June 15, 2005.

10. Attached hereto as Exhibit "E" is a true and correct copy of a transmittal letter from Christopher S. Bouslog to David J. Minkin, Esq., dated June 16, 2005.

11. Attached hereto as Exhibit "F" is a true and correct copy of a transmittal letter from David J. Minkin, Esq. to Christopher S. Bouslog, Esq., John Komeiji, Esq., and Michael J. McGuigan, Esq., dated June 21, 2005.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of June, 2006, at Honolulu, Hawaii.

/s/ David J. Minkin
DAVID J. MINKIN