# McCORRISTON MILLER MUKAI MacKINNON LLP

ATTORNEYS AT LAW

## FACSIMILE TRANSMITTAL

Account No.: 53519

**FACSIMILE NO.:** see below

**TO:** Chris Bouslog (550-4996)
John Komeiji (544-8399)
Michael McGuigan (531-8628)

**FROM:** David J. Minkin, Esq.

**DATE:** March 17, 2005

**TOTAL NUMBER OF PAGES SENT (including this page):** 11

**RE:** Begley v. County of Kauai, et al.
Civil No.: 03-00162 DAE KSC

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the below address via the U.S. Postal Service. THANK YOU.

**TRANSMITTED HEREWITH IS/ARE THE FOLLOWING:**

Stipulation and Order Governing Confidentiality of Documents; Exhibit "A" for your review and comment.

**OPERATOR:** Karen S.

**If you do not receive all of the pages, please call as soon as possible: (808) 529-7300.**

EXHIBIT "B"

**P. O. Box 2800**
**Honolulu, Hawaii 96803-2800, Telephone: (808) 529-7300**
**FAX: (808) 524-8293, E-Mail: "info@m4law.com"**