McCORRISTON MILLER MUKAI MACKINNON LLP

ATTORNEYS AT LAW

DAVID J. MINKIN

PHONE - (808) 529-7430
E-MAIL - minkin@m4law.com

# TRANSMITTAL LETTER

To: Mr. David Nawai
P. O. Box 1769
Lihue, Hawaii 96766

Date: March 17, 2005

From: David J. Minkin, Esq.

Re: Mark N. Begley vs. County of Kauai, et al., Civil No. 03-00162 DAE KSC

| Copies | Date | Description |
|---|---|---|
| 1 | --- | Stipulation and Order Governing Confidentiality of Documents; Exhibit "A" |

TRANSMITTED FOR:

[ ] Your Information
[ ] Your Signature and Return
[ ] Your Signature and Forwarding as Noted Below
[ ] Per Our Conversation

[ ] Your Further Necessary Action
[ ] Your Approval
[X] Your Review and Comment
[ ] Per Your Request
[X] SEE REMARKS BELOW

IF YOU HAVE ANY QUESTIONS, PLEASE DO NOT HESITATE TO CALL.

REMARKS:

Please provide us with your comments as soon as possible. Thank you.

DJM:ks

EXHIBIT "C"

97657_1.DOC