L_w Offices of

C H R I S B O U S L O G

Four Waterfront Plaza, Suite 480
500 Ala Moana Boulevard, Unit 129
Honolulu, Hawaii 96813–4908

**phone** 808.550.4995
**facsimile** 808.550.4996
**email** chrisbouslog@iav.com
**website** www.chrisbouslog.com

# TRANSMITTAL LETTER

**via hand delivery**

**TO:** David J. Minkin, Esq.
McCorriston Miller Mukai & MacKinnon
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813

**DATE:** June 16, 2005

**FROM:** Christopher S. Bouslog

**RE:** Begley v. County, et al.
Civil No. CV03-00162 KSC

| NO. OF COPIES | DATE | DESCRIPTION OF DOCUMENTS |
|---|---|---|
| One Original | | Stipulation and Order Governing Confidentiality of Documents; Exhibit "A" |

**TRANSMITTED FOR:**

[ ] Your Information and Files
[ ] Your Signature and Return
[ ] Your Signature and Forwarding As Noted
[ ] Per Our Conversation
[ ] Your Further Necessary Action
[ ] Your Approval
[ ] Your Review and Comments
**[X] Per Your Request**
[ ] See Remarks Below

**IF YOU HAVE ANY QUESTIONS, PLEASE DO NOT HESITATE TO CALL ME.**

**REMARKS:**

EXHIBIT " E "