McCORRISTON MILLER MUKAI MACKINNON LLP

ATTORNEYS AT LAW

DAVID J. MINKIN

PHONE - (808) 529-7430
E-MAIL - minkin@m4law.com

# TRANSMITTAL LETTER

To: CHRISTOPHER S. BOUSLOG, ESQ.
Four Waterfront Plaza, Suite 480
500 Ala Moana Boulevard
Honolulu, Hawaii 96813

JOHN KOMEIJI, ESQ.
Watanabe Ing & Kawashima
999 Bishop Street
First Hawaiian Center, 23rd Floor
Honolulu, Hawaii 96813

MICHAEL J. McGUIGAN, ESQ.
Pacific Guardian Ctr., Mauka Tower
733 Bishop Street, 24th Floor
Honolulu, Hawaii 96813

Date: June 21, 2005

From: David J. Minkin, Esq.

Re: Mark N. Begley vs. County of Kauai, et al., Civil No. 03-00162 DAE KSC

| Copies | Date | Description |
|---|---|---|
| 1 | --- | Documents from County of Kauai numbered C0001-C0440 |

TRANSMITTED FOR:

[X] Your Information and Files
[ ] Your Signature and Return
[ ] Your Signature and Forwarding as Noted Below
[ ] Per Our Conversation
[ ] Your Further Necessary Action
[ ] Your Approval
[ ] Your Review and Comment
[ ] Per Your Request
[X] SEE REMARKS BELOW

IF YOU HAVE ANY QUESTIONS, PLEASE DO NOT HESITATE TO CALL.

REMARKS:

Transmitting the enclosed pursuant to your execution of the Stipulation and Order Governing Confidentiality of Documents.

DJM:ks
115015.1

EXHIBIT "F"