IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| MARK N. BEGLEY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, GEORGE FREITAS, MARTIN W. CURNAN, and DAVID NAWAI,<br><br>Defendants. | CIVIL NO. 03-00162 DAE KSC<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the within document was duly served on the following on this date as indicated below:

| | **Electronically Through CM/ECF** | **U.S. Mail** |
|---|---|---|
| DONNA E. RICHARDS, ESQ.<br>MARK R. ZENGER, ESQ.<br>Richards & Zenger<br>3016 Umi Street<br>Suites 204 and 211-B<br>Lihue, Kauai, HI 96766 | X | |

and

| | | |
|---|---|---|
| CHRISTOPHER S. BOUSLOG, ESQ.<br>Four Waterfront Plaza, Suite 480<br>500 Ala Moana Boulevard<br>Honolulu, HI 96813<br><br>Attorneys for Plaintiff<br>MARK N. BEGLEY | | X |
| JOHN KOMEIJI, ESQ.<br>BRIAN Y. HIYANE, ESQ.<br>KAREN Y. ARIKAWA, ESQ.<br>Watanabe Ing Kawashima & Komeiji<br>999 Bishop Street<br>First Hawaiian Center, 23rd Floor<br>Honolulu, HI 96813<br><br>Attorneys for Defendant<br>GEORGE FREITAS | X | |
| MICHAEL J. McGUIGAN, ESQ.<br>ELMIRA K.L. TSANG, ESQ.<br>Reinwald O'Connor & Playdon<br>Pacific Guardian Ctr., Mauka Tower<br>733 Bishop Street, 24th Floor<br>Honolulu, HI 96813<br><br>Attorneys for Defendant<br>MARTIN CURNAN | X | |
| DAVID NAWAI<br>4040 Halau Street<br>Lihue, HI 96766<br><br>Defendant Pro Se | | X |

DATED: Honolulu, Hawai`i, June 6, 2006.

/s/ David J. Minkin
DAVID J. MINKIN
ELIZABETH A. ROBINSON
WENDY F. HANAKAHI

Attorneys for Defendant
COUNTY OF KAUA`I