McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN 3639-0
ELIZABETH A. ROBINSON 7805-0
WENDY F. HANAKAHI 7963-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai`i 96813
Telephone No.: (808) 529-7300
Facsimile No.: (808) 524-8293
Email: minkin@m4law.com

Attorneys for Defendant
COUNTY OF KAUA`I

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| MARK N. BEGLEY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, GEORGE FREITAS, MARTIN W. CURNAN, and DAVID NAWAI,<br><br>Defendants. | CIVIL NO. 03-00162 DAE KSC<br><br>DEFENDANT COUNTY OF KAUA`I'S RESPONSE TO PLAINTIFF MARK N. BEGLEY'S OBJECTION TO DEFENDANT GEORGE FREITAS' MOTION (FILED ON APRIL 20, 2006) FOR ATTORNEY'S FEES AND COSTS, FILED ON MAY 31, 2006; CERTIFICATE OF SERVICE<br><br>NON HEARING MOTION |

DEFENDANT COUNTY OF KAUA`I'S RESPONSE
TO PLAINTIFF MARK N. BEGLEY'S OBJECTION TO DEFENDANT
GEORGE FREITAS' MOTION (FILED ON APRIL 20, 2006) FOR
ATTORNEY'S FEES AND COSTS, FILED ON MAY 31, 2006

Because Plaintiff makes certain allegations about Defendant County of Kaua`i ("County") in his Objection to Defendant George Freitas' Motion (filed on April 20, 2006) for Attorney's Fees and Costs, filed May 31, 2006, the County hereby incorporates by reference its Response to Mark N. Begley's Objection to Defendant County of Kauai`i's Bill of Costs, filed herein on June 6, 2006.

DATED: Honolulu, Hawai`i, June 6, 2006.

/s/ David J. Minkin
DAVID J. MINKIN
ELIZABETH A. ROBINSON
WENDY F. HANAKAHI

Attorneys for Defendant
COUNTY OF KAUA`I