AO 133 (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

District of Hawaii

MARK N. BEGLEY,

V.

COUNTY OF KAUAI, KAUAI POLICE DEPARTMENT, GEORGE FREITAS, MARTIN W. CURNAN, AND DAVID NAWAI

## BILL OF COSTS

Case Number: Civil No. 03-00162KSC

Judgment having been entered in the above entitled action on 4/11/2006 (Date) against MARK N. BEGLEY, the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | 15.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 3,935.22 |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 3,010.40 |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) Map of Kauai dated 2/8/06 | 16.64 |
| TOTAL | $ 6,977.26 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: Mark N. Begley

Signature of Attorney: M McGuigan

Name of Attorney: Michael J. McGuigan, Esq., 733 Bishop Street, Suite 2400, Honolulu, HI 96813 Telephone: (808) 524-8350

For: Martin W. Curnan (Name of Claiming Party) Date: 4/25/2006

Costs are taxed in the amount of $ 5224.22 and included in the judgment.

Sue Beitia (Clerk of Court) By: [signature] (Deputy Clerk) 7/3/06 (Date)