UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850-0338
CLERK

OFFICIAL BUSINESS

RETURN SERVICE REQUESTED

PRESORTED FIRST CLASS

HONOLULU
JUL 03 06
PB METER 7049106
$01.27⁶ U.S. POSTAGE

RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 12 2006
DISTRICT OF HAWAII

David Nawai
2931 Kalena Street Apt. 2

NAWA931 967663008 1306 03 07/11/06
RETURN TO SENDER
NAWAI
4040 HALAU ST
LIHUE HI 96766-1472

RETURN TO SENDER

David Nawai
2931 Kalena Street Apt. 2
Lihue, Kauai, HI 96766

03 CV 162

DOC 210, 208, 209, 207, 206, 205