**UNITED STATES DISTRICT COURT for the 9th CIRCUIT**
District of Hawaii

File Number CV03–00162 DAE KSC

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 01 2006
at 4 o'clock and 30 min. P M
SUE BEITIA, CLERK

Mark N. Begley,
Plaintiff

*v.*

County of Kauai, Kauai Police Department, George Freitas, Martin W. Curnan, and David Nawai,
Defendants

Notice of Amended Appeal

Notice is hereby given that in addition to his appeal filed on 04/07/2006, Plaintiff Mark N. Begley appeals to the United States Court of Appeals for the 9th Circuit from the Hawaii District Court's orders to tax costs against Mark N. Begley for Defendants Martin W. Curnan, George Freitas and County of Kauai, entered in this action on the 3rd day of July, 2006.

This amended appeal is submitted on the 31st day of July, 2006.

Mark N. Begley
5318 Makaloa Street
Kapaa, HI 96746

Pro Se