UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

August 1, 2006

Mark N. Begley
5318 Makaloa Street
Kapaa, HI 96746

Re: CV 03-00162 DAE-KSC Begley vs. County of Kauai, et al.

Dear Sir,

The filing fee for an Appeal to the Ninth Circuit Court of Appeals is $255.00. Your appeal has been filed and processed on 8/1/06.

Please remit the Filing Fee of $255.00 payable to the Clerk, U.S. District Court.

If you cannot afford to pay the fees, you may:

1. File a motion to proceed without payment of fees in the district court.
2. If the district court denies your motion, you must either pay the fees or file a renewed motion in the Ninth Circuit.
3. If you do not pay your filing fees after a motion to proceed in forma pauperis is denied, in the Ninth Circuit, your appeal will be dismissed.

Sincerely Yours,

SUE BEITIA, CLERK

by: Eileen Sakoda
Deputy Clerk