AO83

# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

Receipt 236157

Trans 141306

Received From: **MARK BEGLEY**

Case Number:

Reference Number: **CV 03-162**

| | |
|---|---|
| Check | **255.00** |
| Total | **255.00** |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| APPEAL, NOTICE OF, CROSS | 086900 | 1 | 105.00 |
| APPEAL, NOTICE OF, CROSS | 510000 | 1 | 150.00 |

| | |
|---|---|
| **Total** | **255.00** |
| Tend | 255.00 |
| Due | 0.00 |

08/08/2006 11:56:10 AM Deputy Clerk: et/AG