McCORRISTON MILLER MUKAI MACKINNON LLP

ATTORNEYS AT LAW

August 9, 2006

United States District Court
Office of the U.S. District Court Clerk
300 Ala Moana Blvd.
Honolulu, Hawaii 96850

Attn: Ellarene

Re: Mark N. Begley vs. County of Kauai, et al.,
Civil No. 03-00162 DAE KSC

Dear Ellarene:

As we discussed on the telephone recently, Wendy F. Hanakahi is no longer with our firm. Please remove Ms. Hanakahi's name from the CM/ECF service list for the above-entitled matter. By copy of this letter to counsel, we are informing them of Ms. Hanakahi's departure from the firm.

Thank you for your assistance.

Very truly yours,

McCORRISTON MILLER MUKAI MacKINNON LLP

David J. Minkin

DJM/ks
cc: Mark N. Begley
John Komeiji, Esq.
Michael J. McGuigan, Esq.
David Nawai

144113.1

P.O. Box 2800 • Honolulu, Hawaii 96803-2800
Five Waterfront Plaza, 4th Floor • 500 Ala Moana Boulevard • Honolulu, Hawaii 96813
**Telephone: (808) 529-7300 • Fax: (808) 524-8293 • E-mail: info@m4law.com**