UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

August 15, 2006

To All Counsel of Record as Appellees:

IN RE: Mark N. Begley vs. County of Kauai, et al.,

Civil No. 03-00162DAE-KSC

Dear Counsel:

Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of AMENDED Appeal was filed in the above-entitled case on August 1, 2006 .

All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

Sincerely Yours,
SUE BEITIA, CLERK
Laila M. Geronimo
by: Laila M. Geronimo
Deputy Clerk

cc: Clerk, 9th CCA w/copy of NA,
docket sheet, dfnf
Mark N. Begley (attorney for appellant)
w/copy of instructions for civil appeals
Transcript Desig. & Ordering Form
with instructions and a copy of the
docket sheet; CADS

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:** Mark N. Begley vs. County of Kauai, et al.,

**U.S. COURT OF APPEALS DOCKET NUMBER**:____________________

**U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

**U.S. DISTRICT COURT DOCKET NUMBER:** Civil No. 03-00162DAE-KSC

II **DATE NOTICE OF APPEAL FILED:** August 1, 2006

III **U.S. COURT OF APPEALS PAYMENT STATUS:**

**DOCKET FEE PAID ON:** 08/01/06 **AMOUNT:** $455.00

**NOT PAID YET:** **BILLED:**

**U.S. GOVERNMENT APPEAL:** **FEE WAIVED**:

**WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?**

**IF YES, SHOW DATE**: **& ATTACH COPY OF ORDER/CJA**

**WAS F.P. STATUS REVOKED**: **DATE:**

**WAS F.P. STATUS LIMITED IN SOME FASHION?**

**IF YES, EXPLAIN:**

IV **COMPANION CASES, IF ANY:**

V. **COMPLETED IN THE U.S. DISTRICT COURT BY**:

Laila M. Geronimo

---

AMENDED NOTIFICATION ____________ PAID__________ F.P. ____________

DISTRICT COURT CLERK BY: ______________________________

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)