RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 30 2006
DISTRICT OF HAWAII

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS
AUG 18 2006
FILED
DOCKETED
DATE

## DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:** Mark N. Begley vs. County of Kauai, et al.,

**U.S. COURT OF APPEALS DOCKET NUMBER:** 06-16554

**U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

**U.S. DISTRICT COURT DOCKET NUMBER:** Civil No. 03-00162DAE-KSC

II **DATE NOTICE OF APPEAL FILED:** August 1, 2006

III **U.S. COURT OF APPEALS PAYMENT STATUS:**

**DOCKET FEE PAID ON:** 08/01/06 **AMOUNT:** $455.00

**NOT PAID YET:** **BILLED:**

**U.S. GOVERNMENT APPEAL:** **FEE WAIVED:**

**WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?**

**IF YES, SHOW DATE:** **& ATTACH COPY OF ORDER/CJA**

**WAS F.P. STATUS REVOKED:** **DATE:**

**WAS F.P. STATUS LIMITED IN SOME FASHION?**

**IF YES, EXPLAIN:**

IV **COMPANION CASES, IF ANY:**

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**

Laila M. Geronimo

---

AMENDED NOTIFICATION ______________ PAID ____________ F.P. ______________

DISTRICT COURT CLERK BY: ________________________________________________

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)