ORIGINAL

**UNITED STATES DISTRICT COURT for the 9th CIRCUIT**

District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 12 2006

at ____o'clock and ____min.___M
SUE BEITIA, CLERK

File Number CV03-00162 DAE-KSC

Mark N. Begley,
Plaintiff

*v.*

County of Kauai, Kauai Police Department, George Freitas, Martin W. Curnan, and David Nawai,
Defendants

Notice of Amended Appeal

Notice is hereby given that in addition to his appeal filed on August 1, 2006 (U.S. Court of Appeals Docket Number 06-16554) Plaintiff Mark N. Begley also appeals the Hawaii District Court's order to tax attorney's fees for Defendant George Freitas and against Plaintiff Mark N. Begley, entered in this action on August 15, 2006.

This amended appeal is submitted on the 9th day of September, 2006.

Mark N. Begley
5318 Makaloa Street
Kapaa, HI 96746

Pro Se