United States Court of Appeals for the Ninth Circuit
Record Transmittal Form

FILED
DEC 11 2007
CATHY A. CATTERSON, CLERK

Date: December 7, 2007

To: United States Court of Appeals
For the Ninth Circuit
Office of the Clerk
95 Seventh Street
San Francisco, California 94103

Attn: (✓) Civil
( ) Criminal
( ) Judge

From: United States District Court
300 Ala Moana Blvd. Room C-338
Honolulu, Hawaii 96813

DC No: CV 03-00162KSC Appeal No: 06-15801

Short Title: Begley vs. County of Kauai

| | | |
|---|---|---|
| Clerk's Files in | 6 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders) docket # |
| Reporter's Transcripts | 1 | volumes (X ) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: ______ Date: 12/11/07

cc: counsel

RECEIVED
CLERK U.S. DISTRICT COURT
FEB 19 2008
DISTRICT OF HAWAII