cc: KSC

FILED

AUG 01 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARK N. BEGLEY,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>COUNTY OF KAUAI; GEORGE FRIETAS, Chief of Police; MARTIN W. CURNAN; DAVID NAWAI; LEON LIEM,<br><br>Defendants - Appellees. | No. 06-16554<br>D.C. No. CV-03-00162-KSC<br>District of Hawaii, Honolulu<br><br>**MANDATE** |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 04 2008

at 11 o'clock and 30 min. A M.
SUE BEITIA, CLERK

The judgment of this Court, entered 07/10/2008, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

/S/

By: Theresa Benitez
Deputy Clerk