Form 10. Bill of Costs ........................................................................ (Rev. 1-1-05)

FILED
JUL 24 2005
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

United States Court of Appeals for the Ninth Circuit

BILL OF COSTS

Note: If you wish to file a bill of costs, it MUST be submitted on this form and filed, with the clerk, with proof of service, within 14 days of the date of entry of judgment, and in accordance with Circuit Rule 39-1. A late bill of costs must be accompanied by a motion showing good cause. Please refer to FRAP 39, 28 U.S.C. § 1920, and Circuit Rule 39-1 when preparing your bill of costs.

Begley v. County of Kauai, et al. CA No. 06-16554

The Clerk is requested to tax the following costs against: Appellant Mark N. Begley

| Cost Taxable under FRAP 39, 28 U.S.C. § 1920, Circuit Rule 39-1 | REQUESTED Each Column Must Be Completed | | | | ALLOWED To Be Completed by the Clerk | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Docs.* | Pages per Doc. | Cost per Page ** | TOTAL COST | No. of Docs. | Pages per Doc. | Cost per Page | TOTAL COST |
| Excerpt of Record | 10 | 149 | $0.10 | $149.00 | 10 | 149 | .10 | 149 |
| Appellant's Brief | | | | | | | | |
| Appellee's Brief | 25 | 25 | $0.10 | $62.50 | 25 | 25 | .10 | 62.50 |
| Appellant's Reply Brief | | | | | | | | |
| Other | | | | | | | | |
| | | | TOTAL | $211.50 | | | TOTAL | $ 211.50 |

A request for more than 7 excerpts and 20 briefs is being submitted pursuant to Circuit Rule 39-1.2 which allows costs for 18 copies of each brief plus 2 copies for each party to be served; and 6 copies of the excerpts of record plus 1 copy for each party required to be served.

Form 10. Bill of Costs - *Continued*

Other: Any other requests must be accompanied by a statement explaining why the item(s) should be taxed pursuant to Circuit Rule 39-1. Additional items without such supporting statements will not be considered.

Attorneys fees **cannot** be requested on this form.

* If more than 7 excerpts or 20 briefs are requested, a statement explaining the excess number must be submitted.

** Costs per page may not exceed .10 or actual cost, whichever is less. Circuit Rule 39-1.

---

I, Karen Arikawa, swear under penalty of perjury that the services for which costs are taxed were actually and necessarily performed, and that the requested costs were actually expended as listed.

Signature: [signature]

Date: July 24, 2008

Name of Counsel (printed or typed): Karen Y. Arikawa

Attorney for Appellee George Freitas

---

Date: 08/01/08 Costs are taxed in the amount of $ 211.50

Clerk of Court

By: [signature], Deputy Clerk

A TRUE COPY
MOLLY C. DWYER
Clerk of Court
ATTEST

JUL 31 2008

by: [signature]
Deputy Clerk

FILED

JUL 24 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARK N. BEGLEY, Plaintiff-Appellant, vs. COUNTY OF KAUAI, GEORGE FREITAS, Chief of Police, MARTIN W. CURNAN, and DAVID NAWAI, Defendants-Appellees. | No. 06-16554<br>DC No. CV 03 00162 DAE/KSC<br>APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII FOR CV 03-00162 KSC<br>HON. KEVIN S.C. CHANG |

**PROOF OF SERVICE RE: BILL OF COSTS**

WATANABE ING & KOMEIJI LLP
JOHN T. KOMEIJI #2498-0
KAREN Y. ARIKAWA #7684-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone: (808) 544-8300
Facsimile: (808) 544-8399
Email: karikawa@wik.com

Attorneys for DEFENDANT-APPELLEE
GEORGE FREITAS, JR., Chief of Police

PROOF OF SERVICE RE: BILL OF COSTS

I hereby certify that a true and correct copy of the Bill of Costs was duly served upon the following individuals by depositing the same in the U.S. Mail, postage prepaid on July 24, 2008:

MARK N. BEGLEY
5318 Makaloa Street
Kapaa, Hawaii 96746

**Pro Se**

DAVID J. MINKIN, ESQ.
ELIZABETH A. ROBINSON, ESQ.
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813

Attorneys for Defendant-Appellee
**COUNTY OF KAUAʻI**

MICHAEL J. MCGUIGAN, ESQ.
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2400
Honolulu, Hawaii 96813

Attorneys for Defendant-Appellee
**MARTIN W. CURNAN**

DAVID NAWAI
4040 Halau Street
Lihue, Hawaii 96766-1472

**Pro Se**

DATED: Honolulu, Hawaii, July 24, 2008.

JOHN KOMEIJI
KAREN Y. ARIKAWA
Attorneys for Defendant-Appellee
**GEORGE FREITAS**, Chief of Police