September 3, 2008

# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
**(415) 355-7820**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
SEP 16 2008
at 3 o'clock and 0 min. P M.
SUE BEITIA, CLERK

**District Court/Agency:** **USDC Hawaii (Honolulu)**
**Lower Court Number:** CV-03-00162-KSC
**Appeal Number:** 06-15801
**Short Title:** Begley v. County of Kauai

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **Volumes** | | | | | | | |
| **Clerk's Records in:** | 6 | | 0 | **Certified Copy(ies)** | | | | |
| **Reporters Transcripts in:** | 1 | | | | | | | |
| **Bulky Documents in:** | 0 | **Envelopes** | 0 | **Expandos** | 0 | **Folders** | 0 | **Boxes** |
| | 0 | **Other** | | | | | | |
| **State Lodged Docs in:** | 0 | **Envelopes** | 0 | **Expandos** | 0 | **Folders** | 0 | **Boxes** |
| | 0 | **Other** | | | | | | |
| **Other:** | | | | | | | | |

Case not closed out, we may need record back if checked here: _______

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.

United States Court of Appeals for the Ninth Circuit
Records Department
95 Seventh Street
San Francisco, California 94103

# MEMORANDUM

Date: December 6, 2007

TO: Clerk's Office
USDC Hawaii (Honolulu)

FILED
DEC 11 2007
SUE BEITIA, CLERK / CATHY A. CATTERSON, CLERK

FROM: Steve Seferian, Records Unit Superviso

SUBJECT: Request for Record on Appeal

Pursuant to the request of a Judge/Staff Attorney of this court, please transmit the Record on Appeal in the following case.

**Please enclose a copy of this letter with the requested record. Please include all clerks files, reporters transcripts, sealed documents and state lodged documents. Please advise the Records Unit by email at CA09 Records/CA09/09/USCOURTS if this record is only available electronically. IF THE RECORD IS ONLY AVAILABLE ELECTRONICALLY, PLEASE SEND ALL DOCUMENTS THAT ARE NOT AVAILABLE ONLINE (SEALED DOCUMENTS, EXHIBITS, ADMINISTRATIVE RECORDS, ETC.)**

| Case Number | Title | District Court Number |
|---|---|---|
| 06-15801 | Begley v. County of Kauai | CV-03-00162-KSC |

**Please send record directly to:**

United States Court of Appeals for the Ninth Circuit
Records Department
95 Seventh Street
San Francisco, California 94103